UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHELL,<br><br>    Plaintiff,<br><br>    -against-<br><br>SASOL LIMITED et al,<br><br>    Defendants. | 20-cv-1008 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    The Court held a telephonic scheduling conference in the above-captioned matter and set the following deadlines. Motions for appointment of lead counsel are due by April 6, 2020. After the appointment of lead counsel, any amended complaint must be filed by May 15, 2020. Counsel for the defendants must file any motion to dismiss by June 19, 2020, with any opposition due July 8, 2020, and any reply due July 20, 2020. The Court will hold oral argument on any motion to dismiss on July 28, 2020 at 4:00 pm.

    SO ORDERED.

Dated:    New York, NY
           March 24, 2020

_____
United States District Judge

1