UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHELL,<br><br>      Plaintiff,<br><br>      -against-<br><br>SASOL LIMITED et al,<br><br>      Defendants. | 20-cv-1008 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    The Court held a telephonic lead plaintiff hearing in the above-captioned matter and adjusted the case deadlines as follows. Any supplementary briefing related to plaintiffs' motions for lead plaintiff is due by April 30, 2020. After the appointment of lead plaintiff and counsel, any amended complaint must be filed by June 4, 2020. Counsel for the defendants must file any motion to dismiss by July 2, 2020, with any opposition due July 30, 2020, and any reply due August 10, 2020. The Court will hold oral argument on any motion to dismiss on August 20, 2020 at 4:00 pm.

    SO ORDERED.

Dated:   New York, NY

          April 23, 2020

                                                  United States District Judge