**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>      -v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, FLEETWOOD GROBLER, and STEPHAN SCHOEMAN,<br><br>        Defendants. | Case No. 1:20-cv-01008-JSR<br><br>Hon. Jed S. Rakoff |

**DECLARATION OF CAROLINE HICKEY ZALKA IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Caroline Hickey Zalka, declare the following under penalty of perjury:

1.  I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, Fleetwood Grobler, and Stephan Schoeman (collectively, the "Defendants"). I submit this Declaration in support of the Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Motion").

2.  True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A through X:

| Exhibit | Description |
|---|---|
| A | Sasol's Report of Foreign Private Issuer on Form 6-K dated October 27, 2014 |
| B | Investor Presentation of Sasol Site Visit – Lake Charles, L.A. dated February 2, 2015 |

| **Exhibit** | **Description** |
|---|---|
| C | Investor Presentation of Sasol Site Visit – Lake Charles, L.A. dated March 24, 2017 |
| D | Sasol's Annual Report on Form 20-F for the year ended June 30, 2014 dated September 29, 2014 (excerpted) |
| E | Sasol's Report of Foreign Private Issuer on Form 6-K dated January 28, 2015 |
| F | Sasol's Report of Foreign Private Issuer on Form 6-K dated March 7, 2016 |
| G | Sasol's Report of Foreign Private Issuer on Form 6-K dated June 6, 2016 |
| H | Sasol's Annual Report on Form 20-F for the year ended June 30, 2015 dated October 9, 2015 (excerpted) |
| I | Transcript of Sasol's Business Update Call held on June 7, 2016 |
| J | Sasol's Investor Fact Sheet – Lake Charles Chemicals Project dated August 23, 2016 |
| K | Sasol's Report of Foreign Private Issuer on Form 6-K dated August 23, 2016 |
| L | Sasol's Annual Report on Form 20-F for the year ended June 30, 2016 dated September 27, 2016 (excerpted) |
| M | Transcript of Sasol's Analyst/Investor Day Call held on November 23, 2017 |
| N | Sasol's Capital Markets Day 2017 Presentation dated November 23, 2017 |
| O | Sasol's Annual Report on Form 20-F for the year ended June 30, 2017 dated August 28, 2017 (excerpted) |
| P | Sasol's Report of Foreign Private Issuer on Form 6-K dated February 8, 2019 |
| Q | Sasol's Annual Report on Form 20-F for the year ended June 30, 2018 dated August 27, 2018 (excerpted) |
| R | Sasol's Report of Foreign Private Issuer on Form 6-K dated April 18, 2019 |
| S | Sasol's Report of Foreign Private Issuer on Form 6-K dated May 22, 2019 |
| T | Sasol's Report of Foreign Private Issuer on Form 6-K dated August 16, 2019 |
| U | Sasol's Report of Foreign Private Issuer on Form 6-K dated September 6, 2019 |

| **Exhibit** | **Description** |
|---|---|
| V | Sasol's Annual Report on Form 20-F for the year ended June 30, 2019 dated October 28, 2019 (excerpted) |
| W | Sasol's Report of Foreign Private Issuer on Form 6-K dated February 24, 2020 |
| X | Transcript of Sasol's Business Update Call – First Call held on May 22, 2019 |

Dated:  New York, New York
     July 2, 2020

/s/ Caroline Hickey Zalka
Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, Fleetwood Grobler, and Stephan Schoeman*

3