# EXHIBIT B



**sasol**

reaching new frontiers

# Sasol
# Site Visit

**Lake Charles, La.**

February 2, 2015



**Safety moment – Evacuation routes**

Copyright ©, 2015, Sasol

# Forward-looking Statements

Sasol may, in this presentation, make certain statements that are not historical facts and relate to analyses and other information which are based on forecasts of future results and estimates of amounts not yet determinable. These statements may also relate to our future prospects, developments and business strategies. Examples of such forward-looking statements include, but are not limited to, statements regarding exchange rate fluctuations, volume growth, increases in market share, total shareholder return and cost reductions. Words such as "believe", "anticipate", "expect", "intend", "seek", "will", "plan", "could", "may", "endeavour" and "project" and similar expressions are intended to identify such forward-looking statements, but are not the exclusive means of identifying such statements. By their very nature, forward-looking statements involve inherent risks and uncertainties, both general and specific, and there are risks that the predictions, forecasts, projections and other forward-looking statements will not be achieved. If one or more of these risks materialise, or should underlying assumptions prove incorrect, our actual results may differ materially from those anticipated. You should understand that a number of important factors could cause actual results to differ materially from the plans, objectives, expectations, estimates and intentions expressed in such forward-looking statements. These factors are discussed more fully in our most recent annual report under the Securities Exchange Act of 1934 on Form 20-F filed on 29 September 2014 and in other filings with the United States Securities and Exchange Commission. The list of factors discussed therein is not exhaustive; when relying on forward-looking statements to make investment decisions, you should carefully consider both these factors and other uncertainties and events. Forward-looking statements apply only as of the date on which they are made, and we do not undertake any obligation to update or revise any of them, whether as a result of new information, future events or otherwise

4

Copyright ©, 2015, Sasol

# What we will cover today



| Topic | Presenter |
|---|---|
| Welcome and overview | Steve Cornell<br>Executive Vice President<br>International Operations |
| Existing Lake Charles operations | Mike Thomas<br>Senior Vice President<br>US Operations |
| Ethane cracker and derivatives complex | Steve Cornell<br>Executive Vice President<br>International Operations |
| Sasol Chemicals strategy, products and markets | Fleetwood Grobler<br>Executive Vice President<br>Chemicals Business |
| Financing | Paul Victor<br>Chief Financial Officer (Acting)<br>Financing |
| Q&A | All |

5

Copyright ©, 2015, Sasol

# Our strategic agenda continues to guide our near-to medium-term strategy



**Nurture and grow**

**Expand and deliver**

**Group imperatives**

| | Foundation | Sustainable growth | Definition of victory |
|---|---|---|---|
| **Operations Excellence** | Develop and empower high-performing, values-driven people | Accelerate GTL growth | Grow shareholder value sustainably |
| **Capital Excellence** | Continuously improve and grow existing asset base | Grow related upstream business | |
| **Business Excellence** | Deliver on the South African transformation agenda | Grow all value chains based on feedstock, market and/or technology advantage | |
| **Values-driven Organisation** | Maintain technological lead | Develop and grow low-carbon power generation | |

**This is the near-to medium-term strategy which continues to serve us well**

Copyright ©, 2015, Sasol

# Our investment criteria underpin a sound business case



| | |
|---|---|
| **Technology** | Do we have a technology, scale of plant or operating know-how that provides a competitive advantage? |
| **Feedstock** | Do we have a leading low-cost feedstock? |
| **Market** | Do we have a product or market position that provides us with a compelling business case? |
| **Capability** | Do we have the required project execution capability to execute the project within schedule and on budget? |
| **Financing** | Do we have access to adequate funding while maintaining our targeted gearing and progressive dividend policy? |

Robust project economics

7

Copyright ©, 2015, Sasol

# Our balanced portfolio provides scale and diversification



- **Integrated multi-asset site**: fixed cost spread, infrastructure for the future
  - New world-scale ethane cracker
  - Six derivative units
  - Development of Lake Charles extended area

- **Differentiation**: capacity expansion and new capabilities to exploit growing demand
  - Derivative products enhance and expand Sasol's existing global chemical business
  - Alcohols and ethoxylates provide premium uplift over ethane

- **Additive**: building on successful, established US business
  - Full integration of ethoxylates business enabled by ethylene oxide production
  - Limited exposure to merchant ethylene market with focus on converting ethylene to Base and Performance Chemicals

8

Copyright ©, 2015, Sasol



# Existing operations



- Excellent operational track record

- Access to robust infrastructure

- Positive stakeholder relations

Copyright ©, 2015, Sasol

# North American Operations overview and history



- Lake Charles site originated in 1961 as the Petrochemical Division of Conoco, later renamed Conoco Chemicals

- Acquired by Du Pont in 1982

- MBO formed Vista in 1984 (2 000 employees)

- Acquired by RWE-DEA in 1991 (1 900 employees)

- PVC business sold to Georgia Gulf in 1999

- Acquired by Sasol in 2001 (850 employees)

- Re-organised to Regional Operations Model in 2013 (1 000 employees)

11

Copyright ©, 2015, Sasol



# North American Operations sites

Copyright ©, 2015, Sasol

# North American Operations priorities

Case 1:20-cv-01008-JPC    Document 67-2    Filed 07/02/20    Page 14 of 54

Safety and environmental excellence

Reliability and plant operations

Cost/profitability improvement focus

13

Copyright ©, 2015, Sasol

# North American recordable injury rate



**NA Operations recordable case rate**

0.11

| 1st quartile | Chemical mfgr median | Chem mfgr 1st quartile |

14

Copyright ©, 2015, Sasol



# Robust transportation infrastructure

## Barge and marine



Port of Lake Charles
- 13th-busiest in the U.S.

Port of Houston
- Approximately 100 miles

## Road



Major East-West, coast-to-coast interstate



Lake Charles

## Railroad

Access to three rail lines:
- KCS
- Union Pacific
- BNSF

## Pipeline



Well-supplied with pipeline infrastructure

**Site has access to major highway, rail, pipeline and port infrastructure**

16

Copyright ©, 2015, Sasol

# Lake Charles operations

Case 1:20-cv-01008-JPC   Document 67-2   Filed 07/02/20   Page 18 of 54

Copyright ©, 2015, Sasol



# Lake Charles site production history

Production volume (ktpa)

Years: 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014

Y-axis: 0, 200, 400, 600, 800, 1 000, 1 200

Annotations: **Hurricane Rita**, **Global economic downturn**

More than 50 years of production history
Steadily higher volumes and revenues without a major debottlenecking

18

Copyright ©, 2015, Sasol



Our footprint in Lake Charles

Copyright ©, 2015, Sasol



# Q&A








# Ethane cracker & derivatives complex

Steve Cornell
Executive Vice President
International Operations

# Balanced portfolio leveraging existing product lines

Case 1:20-cv-01008-JPC    Document 67-2    Filed 07/02/20    Page 23 of 54



The project will establish Sasol's Lake Charles location as an integrated, multi-asset site – similar to our Secunda site – that will enable growth for decades to come

22

Copyright ©, 2015, Sasol

# Significantly increasing our Lake Charles production capacity



Production volume (ktpa)

- Ethylene — Existing ~450, total ~2 000
- Polyethylene — LCCP ~900
- Alcohols and ethoxylates* — Existing ~400, total ~1 050
- Alkylates — Existing ~430

■ Existing  ■ LCCP

\* Includes MEG and Alumina

Copyright ©, 2015, Sasol

23

# Access to proven technologies and deep operating know-how

| Production unit | Technology licensor | Operating know-how |
|---|---|---|
| Ethylene cracker | *Technip* | 45 years in USA, RSA |
| Low density polyethylene | ExxonMobil | 45 years in RSA, Petlin Malaysia |
| Linear low density polyethylene | Univation TECHNOLOGIES | 30 years in RSA |
| Ethylene-oxide/ethylene glycol | SCIENTIFIC DESIGN | 20 years Germany |
| Ethoxylates | sasol reaching new frontiers | Over 40 years experience in Europe, China and USA |
| Ziegler alcohol | sasol reaching new frontiers | Over 50 years experience in Germany and USA |
| Guerbet alcohol | sasol reaching new frontiers | Over 30 years experience in Germany |

**Mixture of proprietary and other proven technologies and deep operating know-how**

24

Copyright ©, 2015, Sasol

# Low-cost feedstock secured

![SASOL reaching new frontiers]

**Ethane feedstock supply**



**Un-contracted/Spot**

3 years
**Linked to natural gas
(floor and cap)**

**3 - 5 years
OPIS linked**

- 70% of ethane supply secured from reliable industry leaders

- Competitive, reliable ethane transportation capacity secured

- Ethane storage capacity in Sulphur and Mt Belvieu to mitigate exposure to Aegis pipeline and manage demand fluctuations of Sasol's two crackers

- Extensive ethylene logistics to ensure high plant-wide stream factors

Copyright ©, 2015, Sasol

# Ethane pricing



- Shale revolution yields tremendous natural gas liquids growth

- Ethane price essentially driven by natural gas price

- Ethane price relative to energy value determined by supply/demand, with a ceiling price determined by the next best ethane cracking feedstock (expected to be propane)

- Abundant ethane derived from shale gas in the US provides feedstock for significant expansion of ethylene cracking capacity in the US

  - Most production in Europe and Asia (including new construction) is based on naphtha, which price is tied directly to crude oil pricing

  - With long-term advantage of US natural gas vs crude oil, ethane crackers in US will have a significant production cost advantage vs. those producers cracking naphtha

- This leads to a similar cost advantage for ethylene derivatives, thus allowing US producers to profitably export ethylene derivatives around the globe

Copyright ©, 2015, Sasol

# Fortuitous timing – a robust long-term outlook, advantaged by near-term developments

Case 1:20-cv-01008-JPC    Document 67-2    Filed 07/02/20    Page 28 of 54

**sasol**
reaching new frontiers

## ❯❯ Long-run Brent crude oil projections (2014$/bbl)



| Construction phase \| 2015-2017 | Operation phase \| 2018 onwards |
|---|---|
| + Lower USGC cost escalation | + US ethane enhances its advantage versus naphtha |
| + Project delays/cancellations improve competitive landscape | |

**LCCP start-up \| 2018**

*External average and range of oil prices*

+ **Margin uplift**. Global GDP and LCCP product demand growth coupled with competitors' project delays improve LCCP product markets and prices

+ **Feedstock supply & prices**. Stronger oil prices spur drilling and ethane production and, due to delays in competitors' projects, ethane feedstock availability and prices to remain close to floor

sources: Wood Mackenzie, PIRA, IHS, KBC and EIA (Jan 2015)

27

Copyright ©, 2015, Sasol

# Schedule and Manpower





# Contracting strategy



| Partner | Role |
| --- | --- |
| WorleyParsons | IPMT |
| FLUOR / Technip | EPCM, ethane cracker, Ziegler alcohol unit, utilities |
| TOYO ENGINEERING | LLPDE, EO/EG EPFCs |
| MES MITSUI ENGINEERING & SHIPBUILDING CO.,LTD. | EPC for high pressure portion of LDPE unit |
| EMERSON | Main automation consultant |

| Contractor | Role |
| --- | --- |
| CAJUN CONSTRUCTORS INC. | Civil |
| TURNER INDUSTRIES | Mechanical, structural steel, piping |
| PSC | Civil |
| ISC | Electrical and Instrumentation |
| MMR | Electrical and Instrumentation |

- Mix of reimbursable and lump-sum contracts
- World-class roster of contractors
- Strong track records in similar large-scale petrochemical projects
- Deep expertise along US Gulf Coast

29

Copyright ©, 2015, Sasol

# Capability

**❱❱ Experienced owner team in place to oversee Execution phase**

- Owner team boosted by personnel experienced in:
  - Mega Projects in the USA
  - Mega Projects within Sasol
  - Managing and working with large Engineering contractors, globally
- Effective, flexible partnership with WorleyParsons continues
- Owner's Project Management Team organised into four divisions with overall direction by seasoned Project Director (recently off multi-billion $ refinery brownfield project)
- Excellent Project Controls team in place to:
  - Monitor cost and schedule
  - Give accurate predictability
- First site work proceeding safely and efficiently



Cracked Gas Compressor equipment from Mitsubishi



Early backfill & leveling work at Cracker site

30

Copyright ©, 2015, Sasol



# Q&A













**Break**



# Chemicals strategy, products and markets

Fleetwood Grobler
Executive Vice President
Chemicals Business



Copyright ©, 2015, Sasol

# Sasol's chemical business:
# A robust portfolio of base and performance chemicals

**SASOL** reaching new frontiers

| Base Chemicals | Performance Chemicals |
|---|---|
| A producer and marketer of commodity chemicals based on the FT, C2, propylene and ammonia value chains | A producer and marketer of commoditised and differentiated performance chemicals built on the base chemical foundation |
| Commodity business | Differentiated business |

**Strategic directions**

- Focus on rather few products integrated into upstream value chains
- Ground business primarily on cost leadership and feedstock advantage
- Grow integrated products with upstream business

- Further drive product differentiation, e.g., by maintaining technology leadership
- Maintain strong customer focus including integration into applications
- Grow businesses with high margins and returns

**Products and dependencies**

ethylene → / Propylene → / hydrogen → / nitrogen → / FT intermediaries → **Commodity chemicals** → polymers / N fertilisers / Intermediaries / Solvents / LAB / detergent alcohols

**Further value add** → phenolics / performance waxes / surfactants / inorganics / O&G recovery chemicals / Packaged explosives

**Product push vs market pull**

Production push driven

Market pull driven



Perf. Chemicals          Base Chemicals

Copyright ©, 2015, Sasol

**Product diversification improves stability of cash flows in times of commodity price volatility**



Copyright ©, 2015, Sasol

# Base Chemicals overview



Case 1:20-cv-01008-JPC   Document 67-2   Filed 07/02/20   Page 38 of 54

**Global PE shortfall by 2020**

Capacity surplus [mtpa]

Sasol US PE plants start-up

20
10
0
-10
-20
-30

2013   2015   2017   2019   2021   2023   2025

LLDPE · LLDPE · LLDPE · LLDPE · LLDPE

HDPE · HDPE · HDPE · HDPE · HDPE · HDPE

LDPE · LDPE · LDPE · LDPE · LDPE · LDPE

LLDPE   25kg

HDPE   25kg

LDPE   25kg

Source: Platts

- Polyethylene pellets sold to converters who produce film and other plastic forms used in a wide range of applications

- Global PE demand to grow from 81 mtpa in 2013 to 102 mtpa in 2018
  - Demand growth will require additional PE capacity by 2020

Copyright ©, 2015, Sasol

# Base Chemicals overview



- Sasol has an established brand name in global polymers marketing and sales

    - 50 years of experience in PE market

- Will use existing sales channels and develop new ones

    - Sasol marketed through distributors in most parts of the world; own sales force in Sub-Saharan Africa and Asia

    - Intent is representation by regional sales forces in Americas, Europe, Sub-Saharan Africa and Asia, assisted by regional distribution partners

    - Conservative penetration plan in targeted markets

Copyright ©, 2015, Sasol

# Sasol plants top quartile for capacity in North America



**2020 LLDPE North American plant capacity forecast (ktpa)**

*Single line capacities*

Sasol

**2020 LDPE North American plant capacity forecast (ktpa)**

*Single line capacities*

Sasol

**2020 HDPE North American plant capacity forecast (ktpa)**

*Single line capacities*

Gemini

Case 1:20-cv-01008-JPC   Document 67-2   Filed 07/02/20   Page 40 of 54

Copyright ©, 2015, Sasol

# Performance Chemicals overview



- Sold into 50+ diversified markets including detergents, cosmetics and personal care products, pharmaceuticals, lubricants and other industrial solvents, products to enhance oil recovery, inks and paints, polyester fibers and resins, antifreeze

- The majority marketed in North America; some exported

- US market expected to be able to absorb the new capacity over time

- 30+ years in this business with long-term customer relationships

- Majority marketed directly to customers via in-house sales personnel

- Exploit and further optimise global network




40

Copyright ©, 2015, Sasol

# Sasol Performance Chemicals the only integrated producer of alcohols, alkylates, and surfactants

| Material type / Manufacturers | Ethylene | Alcohols | Alkyl Phenol | Ethylene Oxide (EO) | Ethoxylates | Sulfates AS & AES | N-Paraffins | Alkylates/ LAB | Sulfonates/ LAS/SAS |
|---|---|---|---|---|---|---|---|---|---|
| | Feedstock | Intermediates | | | Surfactants | | Feedstock | Intermediate | |
| Sasol | ◑ | O/P | ● | ◑ | ● | ● | ● | ● | ● |
| BASF | ◑ | O/P | | ● | ● | ● | | | |
| Clariant | | | | ◑ | ● | ◑ | | | ● |
| Ecogreen | | O | | | ● | ● | | | |
| Kao Chemicals | | O | | ● | ● | ● | | | ◑ |
| Procter & Gamble Chemicals | | O | | ● | ● | ◑ | | | ● |
| Shell | ● | P | | ● | ● | | | | |
| Exxon/Mobil | ● | | | | | | | | |
| Huntsman | ◑ | | ● | ● | ● | ● | ● | ● | ● |
| ISU | | | | | | | ● | ● | ● |
| CEPSA | | | | | | | ● | ● | ● |
| Stepan | | | | | ◑ | ● | | | ● |

● Own manufacture    ● Supply by long term contract/strategic alliance    ◑ Mix of both

O = derived from Oleochemical feedstock          P = derived from Petrochemical feedstock

41

Copyright ©, 2015, Sasol

# Diversified in product slate and geographic sales and marketing channels



**Base Chemicals project sales, steady state**

Latin America

Europe

Asia

ROW

US

**Performance Chemicals project sales, steady state**

Europe

Latin America

Asia

US

Copyright ©, 2015, Sasol











Q&A



# Financing



- Approximately 80% funds in place through a combination of project finance and equity

- US$4 billion project finance facility completed
  - 7 year final maturity, partially amortising
  - Secured by the project company assets
  - Supported by a Sasol Limited completion guarantee
  - Product Offtake agreement designed to eliminate volume risk, with a Sasol Limited guarantee for the obligations of the offtaker under the Product Offtake agreement

- Equity funded from cash flow from existing US operations, surplus offshore cash and facilities such as the revolving credit facility

- Supplemented by further fundraising at either project or corporate level

45

Copyright ©, 2015, Sasol

# LCCP funding plan



## ❯ Financing

| Uses of funds | US$ billion |
|---|---|
| Capital cost – LCCP | 8,9 |
| Working capital changes (including interest) | 2,5 |
| **Total uses of funds** | **11,4** |

| Sources of funds | | US$ billion |
|---|---|---|
| Debt | | 7,0 |
|     Bank term loan | US$4 billion | |
|     Incremental funding | US$3 billion | |
| Equity draw | | 4,4 |
| **Total sources of funds** | | **11,4** |

- Structural elements of funding plan

  - Sasol Limited completion guarantee

  - Product Offtake agreement designed to eliminate volume risk

    - Sasol Limited guarantee for the obligations of the offtaker under the Product Offtake agreement

46

Copyright ©, 2015, Sasol

# Credit facility in place, supported by a range of large international banks



## ❯ Financing

- US$4 billion credit facility closed in December 2014

- Typical European/Middle Eastern style Project Finance with completion support, with a 7 year partially amortising term

- Priced at spread over US$ Libor, swaps being implemented to fix rate for a portion

- Comprised of a syndicate of 18 international banks and other financial institutions

- Book-runners and joint lead arrangers: The Bank of Tokyo-Mitsubishi UFJ, Ltd.; BNP PARIBAS; HSBC Bank USA, National Association; Intesa Sanpaolo S.p.A.; JPMorgan Chase Bank, NA; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Mizuho Bank, Ltd.; Sumitomo Mitsui Banking Corporation and Citibank, NA

- Joint lead arrangers: Absa Bank Limited; KfW IPEX-Bank GmbH; Industrial and Commercial Bank of China Limited; ING Capital LLC; Korea Development Bank and SG Americas Securities LLC

- Managers: Export Development Canada; Deutsche Bank AG and UniCredit Bank Austria AG

47

Copyright ©, 2015, Sasol

# Project capex cash flow profile



**❯Financing**

A bar chart titled "Financing" showing project capex cash flow profile. The y-axis ranges from 0% to 100% in 20% increments. The x-axis categories and approximate values are:

- FY14: ~8%
- FY15: ~22%
- FY16: ~60%
- Beneficial operation FY18: 100%

48

Copyright ©, 2015, Sasol



# Project economics robust, even under extreme scenarios

**Financing**

Sasol US$ WACC: 8%

Project IRR > Sasol US hurdle rate

| | |
|---|---|
| Sasol price set | US$80/bbl (real) long-term |
| Ethane pricing | Ethane at ceiling / Ethane at floor |
| Capital (EOJ) | +15% / -10% |
| Start-up delay | 6 month delay + % capex increase |

Copyright ©, 2015, Sasol

49









Q&A



**Conclusion**

Steve Cornell
Executive Vice President
International Operations

# Meeting all Sasol's criteria for successful investments



| | | |
|---|---|---|
| **Technology** | Do we have a technology, scale of plant or operating know-how that provides a competitive advantage? | ☑ |
| **Feedstock** | Do we have a leading low-cost feedstock? | ☑ |
| **Market** | Do we have a product or market position that provides us with a compelling business case? | ☑ |
| **Capability** | Do we have the required project execution capability to execute the project within schedule and on budget? | ☑ |
| **Financing** | Do we have access to adequate funding while maintaining our targeted gearing and progressive dividend policy? | ☑ |

**Robust project economics**

52

Copyright ©, 2015, Sasol



sasol
reaching new frontiers

# Sasol Site Visit

**Lake Charles, La.**

February 2, 2015