# EXHIBIT C





# SASOL SITE VISIT

## LAKE CHARLES, LA.

24 March 2017

# Forward-looking statements



Sasol may, in this document, make certain statements that are not historical facts and relate to analyses and other information which are based on forecasts of future results and estimates of amounts not yet determinable. These statements may also relate to our future prospects, developments and business strategies. Examples of such forward-looking statements include, but are not limited to, statements regarding exchange rate fluctuations, volume growth, increases in market share, total shareholder return, executing our growth projects and cost reductions, including in connection with our Business Performance Enhancement Programme and Response Plan. Words such as "believe", "anticipate", "expect", "intend", "seek", "will", "plan", "could", "may", "endeavour", "target", "forecast" and "project" and similar expressions are intended to identify such forward-looking statements, but are not the exclusive means of identifying such statements. By their very nature, forward-looking statements involve inherent risks and uncertainties, both general and specific, and there are risks that the predictions, forecasts, projections and other forward-looking statements will not be achieved. If one or more of these risks materialise, or should underlying assumptions prove incorrect, our actual results may differ materially from those anticipated. You should understand that a number of important factors could cause actual results to differ materially from the plans, objectives, expectations, estimates and intentions expressed in such forward-looking statements. These factors are discussed more fully in our most recent annual report on Form 20-F filed on 27 September 2016 and in other filings with the United States Securities and Exchange Commission. The list of factors discussed therein is not exhaustive; when relying on forward-looking statements to make investment decisions, you should carefully consider both these factors and other uncertainties and events. Forward-looking statements apply only as of the date on which they are made, and we do not undertake any obligation to update or revise any of them, whether as a result of new information, future events or otherwise.

**Please note:** A billion is defined as one thousand million. All references to years refer to the financial year ended 30 June. Any reference to a calendar year is prefaced by the word "calendar".

**Comprehensive additional information is available on our website:** www.sasol.com





# What we will cover today

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 5 of 74

| Topic | Presenter |
|---|---|
| Welcome and strategic positioning | Steve Cornell<br>Joint President and CEO |
| Chemicals strategy and existing operations | Fleetwood Grobler<br>Executive Vice President: Chemicals Business |
| Products, applications and market strategy | Brad Griffith and Tom O'Brien<br>Senior Vice Presidents: Base and Performance Chemicals |
| Ethane cracker and derivatives complex – execution strategy and progress | Stephan Schoeman<br>Executive Vice President: Technology & US Mega Project |
| Business readiness | Mike Thomas<br>Senior Vice President: North American Operations |
| Investment case and funding | Paul Victor<br>Chief Financial Officer |
| Key take-outs and way forward | Bongani Nqwababa<br>Joint President and CEO |
| Q&A | Cavan Hill<br>Senior Vice President: Investor Relations |
| Site visit logistics | Mike Thomas<br>Senior Vice President: North American Operations |

# Safety moment – evacuation routes



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 6 of 74





# STRATEGIC POSITIONING

Stephen Cornell
Joint President and Chief Executive Officer

# Key messages

- Dual regional strategy focused on North America and Southern Africa

- Today, focusing on the development of Sasol's North American strategy

- Transitioning to being more chemicals biased

- Value created through access to low-cost feedstock, smartly integrating technologies and being close to global markets

- Effectively competing in chemicals markets on dual fronts – polyethylene and differentiated chemicals

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 8 of 74



7

# Our investment criteria underpin a sound business case



**sasol**

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 9 of 74

| Technology | Do we have a technology, scale of plant or operating know-how that provides a competitive advantage? | |
| --- | --- | --- |
| Feedstock | Do we have a low-cost feedstock position? | |
| Market | Do we have a product or market position that provides us with a compelling business case? | Robust project economics |
| Controls | Do we have the controls in place to execute the project within the revised schedule and budget? | |
| Financing | Do we have access to adequate funding while remaining within our gearing ceiling, and continuing with our current dividend policy? | |

# Poised for growth through dual regional growth strategy



## Multi-asset hubs in Southern Africa and North America

Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 10 of 74

GEMINI HDPE, TEXAS

LAKE CHARLES UNITED STATES MULTI ASSET HUB

PSA, MOZAMBIQUE LOOP LINE 2

WAX EXPANSION PROJECT
C3 STABILISATION PROJECT
C3 EXPANSION PROJECT
SECUNDA MINING REPLACEMENT

SECUNDA SOUTH AFRICA MULTI ASSET HUB

Legend
- O Office
- OPS Operations
- S Sales

9



# CHEMICALS STRATEGY AND EXISTING US OPERATIONS

Fleetwood Grobler

Executive Vice President: Chemicals Business



# Key messages



- The LCCP is a key component of the Sasol Chemicals strategy

- Diversified in product slate and geographic marketing channels

- In BC: Few products grounded on cost leadership and feedstock advantage

- In PC: Grow business with high margins and returns with focus on customers and differentiated applications

- LCCP significantly increasing our US and global chemicals production



# The chemicals strategic triangle



Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 13 of 74

**Robust portfolio**

**Profitable growth**

**Sustainably grow shareholder value**

**1**

### Strong portfolio foundation

- Integration into C1/C2 value chains incl. IMAS[1] anchor
- Value addition through FT integration
- Inherent balance of market pull and production push - security of offtake
- Geographic diversification with focus on high growth (emerging) regions
- Product differentiation along core value chains
- Active portfolio management including buy, sell or close

**3**

### Profitable growth (expand and deliver)

- Leverage and support mainly C1 and C2 value chains to harvest integration benefit
- Participate in emerging markets and differentiated applications
- Create and implement fast growth opportunities
- Pursue large-scale growth founded on a strong integrated platform
- Accelerate growth via selected M&A activity, market pull and technology advantage

### Performance drive

**2**

### Business and operational excellence (nurture and grow)

- Gross margin improvement (e.g., KAMES, P2PR)
- Asset performance (fix and improve)
- Value chain optimisation under "one Sasol" lens
- Cost discipline
- Working capital management
- Focus on customers and margins

1. Integrated multi-asset site

## LCCP is a perfect match with our strategic aspiration

# Sasol's robust portfolio of Base and Performance Chemicals



Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 14 of 74

| Base Chemicals | Performance Chemicals |
|---|---|
| A producer and marketer of <u>commodity chemicals</u> based on the FT, C2, propylene and ammonia value chains | A producer and marketer of <u>commoditised and differentiated performance chemicals</u> built on the base chemical foundation |
| **Commodity business** | **Differentiated business** |

| Strategic directions | • Focus on rather few products integrated into upstream value chains <br> • Ground business primarily on cost leadership and feedstock advantage <br> • Grow integrated products with upstream business | • Further drive product differentiation, e.g., by maintaining technology leadership <br> • Maintain strong customer focus including integration into applications <br> • Grow businesses with high margins and returns |
|---|---|---|

**Products and dependencies**

ethylene, propylene, hydrogen, nitrogen, FT intermediaries → **Commodity chemicals** → polymers, n fertilisers, EO/MEG, solvents, LAB, detergent alcohols → **Further value add** → differentiated alcohols, oilfield chemicals, lubricants, surfactants, inorganics, performance waxes, packaged explosives

**Product push vs market pull**

Production push driven → Market pull driven

Performance Chemicals   Base Chemicals

13



# LCCP significantly increasing our US and global chemicals production



| Sasol's FY16 global chemicals sales | |
| --- | --- |
| Base Chemicals | 3,0 mtpa |
| Performance Chemicals | 3,5 mtpa |
| **US capacity under construction** | |
| LCCP | 1,7 mtpa |
| Gemini | 0,2 mtpa |

US Production volume (ktpa)

Categories: Ethylene, Polyethylene, ZAG*, EO value chain**, Alkylates and other organics, Phenolics

Legend: ■ Existing  ■ LCCP  ■ Gemini

\*   Ziegler Alumina Guerbet, \*\* Includes MEG

# Access to robust transportation infrastructure



## Barge and marine



Port of Lake Charles
- 13th busiest in the U.S.

Port of Houston
- Approximately 100 miles

## Railroad



Access to three rail lines:
- KCS
- Union Pacific
- BNSF

## Road



Major east-west, coast-to-coast interstate

## Pipeline



Well-supplied with pipeline infrastructure



Lake Charles

Site has access to major highway, rail, pipeline and port infrastructure

16

# Sasol's US Gulf Coast cracker and derivatives project is differentiated

- LCCP has a much greater diversity of product slate, technology and targeted end-use markets than the other large cracker projects currently being constructed
- Sasol's diversified and differentiated product slate allows us to participate in numerous markets, many of which are insulated from traditional chemical cycles



Sasol cracker EBITDA by product group

50%   50%

● Differentiated products   ● Polyethylene (PE)

Typical USGC cracker EBITDA by product group

22%   78%

● Differentiated products   ● PE/PVC

Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 18 of 74

# Diversified in product slate and geographic sales and marketing channels



**Base Chemicals project sales, steady state**

ROW

Asia

Latin America

Europe

US

**Performance Chemicals project sales, steady state**

US

Europe

Latin America

Asia

# LCCP economics based on conservative ethane supply/demand dynamics going forward



### Range of USGC ethane prices from 3 consultants
(IHS, Nexant and Wood Mackenzie real 2016 prices; using Sasol's CPI)

c/gal (real 2016)

— Sasol base case    ----- Consultants high and low case

### Feedstock volume secured

- 3 - 5 years OPIS linked
- Linked to natural gas (floor and cap)
- Uncontracted/spot purchase

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 20 of 74



# BASE CHEMICALS
# PRODUCTS, APPLICATIONS AND MARKETS

Brad Griffith
Senior Vice President: Base Chemicals



# Key messages



- The global PE market is large, growing fast and can absorb the large amount of capacity coming on-line in the next few years

- We have chosen to focus on the key commodity grades for the film and pipe applications and these are sufficiently large global markets that we are confident in our market plans

- We have been in the global polymers industry for more than 50 years with local presence established in all regions with employees and channel partners

- Our competitive cost position, world-scale assets, and good logistics location will provide for robust economics over the long-term

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 22 of 74



# Polyethylene average demand growth outpaces world GDP



### Global PE demand growth faster than global GDP growth*



- World GDP growth — World population — PE demand

## Drivers for high PE growth

- Used in non-durable consumer-driven applications
- PE growth is 1,4x GDP due to population, urbanisation, and middle class growth
- Demand growth of 34 million tons by 2024 will require 50-60 new PE plants

### Global PE operating rates*



- Global operating rate — North America operating rate

- North America PE operating rates forecast to be 5% higher versus ROW due to favourable economics
- Sasol will be the first new US domestic supplier in 25 years

*   IHS 01/03/2017

# Building on extensive polymers experience



- Producing and selling polyolefins and PVC since 1965

- Current global sales of polymers > 1 million tons/annum to more than 75 countries

- Existing customer base for polyolefins extends into all global regions

- Proven manufacturing and commercial experience with Univation (LLDPE) and ExxonMobil (LDPE) technology

Sasolburg PVC
(Ineos)
200 ktpa

Sasolburg LDPE
(ExxonMobil)
220 ktpa

Sasolburg C6 LLDPE
(Univation)
150 ktpa

Malaysia JV LDPE
(DSM)
100 ktpa (Sasol)

Secunda PP
(Novolen)
240 ktpa

Secunda PP
(Innovene)
365 ktpa












Gemini JV HDPE
(Innovene S)
235 ktpa (Sasol)

Lake Charles LLDPE
(Univation)
470 ktpa

Lake Charles LDPE
(ExxonMobil)
420 ktpa

New plants in the USA but not new to the industry

23

# Sasol's capacity additions are less than the annual global growth



**Market segment**

**Annual growth**

**New Sasol capacity**

Pipe
7,7 mt

Polyethylene demand
108 mt

Film
58,5 mt

Pipe growth
0,3 mt

Sasol Pipe

PE growth
4,0 mt

Sasol capacity
1,1 mt

Film growth
2,0 mt

Sasol Film

IHS Supply Demand Forecast Jan 2017

24

# Global supplier to four regional markets



Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 26 of 74



- 103 polymers marketing & sales and technical services personnel in 4 regions
- Key channel partners for all target regions
- Regionally nimble to provide solutions

**LEGEND**
- **O** Office
- **OPS** Operations
- **S** Sales
- **P** Projects at the pre-feasibility, feasibility or implementation phase
- **R** Research activities
- **E** Exploration

○ Polymers sales offices

Act globally, but behave like a local supplier

# Global supplier to four regional markets

- USA market is strategic but other export markets are just as attractive

- The USGC location creates options to target all attractive markets around the world

- Developing a portfolio of geographical markets and channels for flexibility

- We have a large knowledge base which allows us to bring strong analytical capability to our targeted customer selection

- Experienced channel partners have been selected to serve regional markets along side direct sales

**Competitor concentration (Europe)**



**Customer concentration (Europe)**



\* Europe is used as an example as one of our four regional markets to illustrate our data analytics knowledge base

## Strong market analytics and go-to-market approach

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 27 of 74



# Competitive cost position on the ethylene cost curve



## Global dynamics strongly favor polymers investments in North America

**World cost curve: ethylene**

$/ ton

1 000

MDE Avg  NAM Avg  SEA Avg

NEA Avg

WEP Avg  CEP Avg

Cumulative production – million metric tons

0    20    40    60    80    100    120    140    160

—— Demand    ······· US price    ······· W Europe price    ······· China price    —— 2016

Cost basis = plant gate; product basis = ethylene; operating rate basis – IHS baseline; integration basis = on. Source: IHS

**28**





# PERFORMANCE CHEMICALS

Tom O'Brien
Senior Vice President: Performance Chemicals

# Key messages

- Commodity segments growing in line with GDP

- Growth above GDP in differentiated segments and targeted new applications

    - Increased focus on market development and innovation

    - Continuous R&D collaboration with customers for the development of enhanced products and new applications

- Leveraging our advantaged feedstock position

- Competition impacted by highly volatile palm kernel oil (PKO)

- Full value chain integration



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 31 of 74

30

# LCCP focuses on expanding Organics and Inorganics

**sasol**

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 32 of 74

- PC SBU has six major sub-product groups including Alcohols, Surfactants, EO and Alumina

- Sold into >50 diversified markets including detergents, cosmetics and personal care products, pharmaceuticals, lubricants and other industrial solvents, products to enhance oil recovery, inks and paints, polyester fibres and resins, antifreeze

- LCCP expands on existing products with Ziegler and Guerbet (new in US) Alcohols, Surfactants (Ethoxylates), EO (new in US), and Alumina
  - The majority of LCCP products to be marketed in North America; some exported

- 50+ years in this business with long-term customer relationships

- Vast majority marketed directly to customers via in-house sales personnel

- Opportunity to exploit and further optimise global network

  



# Performance Chemicals adds value through derivatisation and sales to differentiated applications



**LCCP EBITDA – uplift over ethylene**

Legend: ZAG · EO value chain · PE · Merchant ethylene

Y-axis: EBITDA per ton ethylene (0, 50, 100, 150, 200, 250, 300)

X-axis: Project year (1 to 10)

**Sasol's cracker and derivatives project is differentiated**

Case 1:20-cv-01008-JPC Document 67-3 Filed 07/02/20 Page 34 of 74



# Sasol is the largest and most diversified global producer of C6+ alcohols

**ALCOHOL FEEDSTOCK, TECHNOLOGY AND PRODUCT SLATE COMPARISON**

| | FEEDSTOCK | | | | TECHNOLOGY | | | | PRODUCTS | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ethylene | Kerosene | Natural oils | Coal/gas | Ziegler | Hydrogenation | Oxo | Guerbet | C6-linear | C7-C9-semi linear | C8-C10-linear | C8-branched | C9-C11-semi linear | C9-C11-branched | C12-C16-linear | C12-C15-semi linear | C12-C15-branched | C16-C18-linear | C16-C17-semi linear | C18-C22-linear | C20+ | C12-C32-Guerbets | Single fractions | Tailor-made blends |
| Sasol | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Competitor 1 | ■ | | | | | | ■ | | | ■ | | | ■ | | | ■ | | | ■ | | | | ■ | |
| Competitor 2 | ■ | | | | | | ■ | ■ | | | ■ | ■ | | ■ | ■ | ■ | | ■ | | ■ | | ■ | ■ | ■ |
| Competitor 3 | | ■ | | | | ■ | | | | | ■ | | | | ■ | | | ■ | | | | | ■ | |
| Competitor 4 | | ■ | | | | ■ | | | | | ■ | | | | ■ | | | ■ | | | | | ■ | |

Sasol Performance Chemicals is the only integrated producer of alcohols, alkylates and surfactants

34

# Ziegler alcohols



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 36 of 74

**Diversity of applications reduces industry concentration risk**



- Detergent
- Mining
- IPC**
- Plastic
- Fragrance
- Other
- Paper, water
- Specialty
- MWL*
- O&G
- Personal care
- Textile

- Capacity expansion of existing business
  - Maintain global market share
  - Additional capacity enhances operational efficiency and flexibility
- Currently sold out in North America
- Exploit global network
- One third internal demand; two thirds external
  - External demand primarily from existing customers
- Product development for differentiated applications
  - Growth rates > GDP
- Application diversification adds robustness
- The Ziegler alcohol process produces 40% $C_{12-18}$ versus 90% for OCBA producers
  – producing more higher value wing products

## Multi-market approach mitigates industry or customer concentration risk

* Metal working and lubricants, ** Inks, paints and coatings

# Alumina

**Improved market outlook since FID enables better sales ramp-up**



- Capacity expansion of existing business
- Currently sold out globally
  - Investment in existing assets to bridge until LCCP start up
- Technical cooperation with customers
  - Growth rates > GDP
- Catalyst growth of 3-7% CAGR expected
- Significant improvement to business case since FID
  - Still conservative with even more upside potential with additional downstream investment

■ Abrasives                      ■ Ceramics

■ Performance additives          ■ Catalysts - Emission control

■ Catalysts - Chemicals          ■ Catalysts - Refinery

Purity and product knowledge facilitate differentiation with higher value to market

# Guerbet alcohols

Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 38 of 74

**Guerbet alcohols enhance specialty lubricants**



Crude oil and water

Crude oil, water and branched propoxy sulfate

**Legend:**
- Personal Care
- Cleaners
- PICA
- Industrial
- Paper
- Textile
- Oil & Gas
- Lube/MW

- Capacity expansion of existing business
- Strong demand globally
  - Recent expansion of German capacity to meet growing sales from the Personal Care and MWL markets
- Exploit global network
- Highly technical specialty applications
  - Most customers < 250 tpa
- Dedicated sales and market development resources
- Oil price recovery creates demand pull for EOR chemicals

**Global Guerbet alcohol leader, with broad range of high quality niche products**

\* Paints, Inks, Coatings and adhesives

37

# Ethoxylates

sasol

**Commodity detergent market creates base load**



- Detergent
- IPC
- Plastic
- Other
- Paper, water
- Specialty
- Oil & Gas
- Personal care
- Textile

- Capacity expansion of existing business

- Ethoxylate value chain fully integrated with addition of on-site ethylene oxide production
  - Sasol will be one of only three fully integrated producers in North America

- Regional market with many non-integrated producers

- Initial focus on commodity detergent market to allow full capacity utilisation
  - Synergy with other detergent feedstocks – LAB, LAS, AES

- Diverse alcohol feedstock results in broadest ethoxylate product portfolio in the market – meeting tailored customer specifications

Broadest ethoxylate portfolio in market creates opportunities for specialty blends

# ZAG leverages Sasol's world leading technical expertise - manipulating molecular structures and controlling surface interfaces

- Oil and Gas Chemicals – unique differentiated/specialty surfactants successful in the most challenging reservoir conditions; better stability and solubility

- Metal Working Fluids and Lubricants – Guerbet alcohol characteristics reduce pour point while increasing viscosity; ability to influence additive molecular structure

- Alumina – purity and product/application knowledge distinguish Sasol from competition



**Broad Alcohols portfolio with Surfactants expertise and Alumina technology position adds significant value to an integrated LCCP foundation**



# EXECUTION STRATEGY AND PROGRESS

Stephan Schoeman
Executive Vice President: Technology and US Mega Project



# Key messages

- Overall project completion 64%, with start-up of the first units in the second half of 2018, on track

- Overall construction progress around 25% complete

- Procurement activities nearly completed

- Modularisation approach benefitting overall construction progress

- Above ground construction productivity tracking plan

- Given current progress and ongoing detailed assurance processes, the project team is confident about meeting the cost and schedule targets

- Confident that risks can be managed within current cost and schedule targets





Our footprint in Lake Charles

LCCP

Other Sasol Properties

Existing Operations

# LCCP program status and noteworthy construction program statistics

- With almost 16 million hours worked , safety on site remains well within industry norms (4 recordable injuries, no lost time injuries since start of project)

- Capital expenditure on LCCP amounts to US$6 billion (at 31 December 2016)

- The total forecast capital cost for the project remains within the approved US$11 billion budget

- 19 000 piles installed with 3 400 outstanding

- 329 000 linear feet (100km) of underground pipe installed with 100 000 (30km) linear feet to go

- Total concrete requirement 240 000 cubic yards, with 150 000 cubic yards already poured

- 261 LCCP modules in four fabrication facilities – 57 modules already successfully set on foundations

- Total steel requirement 58 400 tons and 12% installed

- 8,1 million cubic yards of dirt backfilled – equivalent to the volume of 2 500 Olympic swimming pools

- Phase 1 fire water and Main substation achieved Mechanical Completion



Case 1:20-cv-01008-JPC   Document 67-3   Filed 07/02/20   Page 44 of 74



**LCCP enablers for success and sustainable improvement**

Schedule adherence ⟷ Materials supply ⟷ Progress earned ⟷ Control base

| LCCP positives | Tracking against control base | Work face planning and critical milestone selection | Supply chain metrics fully deployed and visible | Off and on site modular construction | Actionable progress metrics, deviation reporting | Purposeful learnings exchange across units | Ongoing data consistency controls |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Typical threats in projects | Cost and schedule control | Clumsy construction deployment and progress | Material supply chain | Site congestion | Construction schedule drift | Programme silos | System and tools |

Working with EPCm and works contractors to seek continued improvement on all project aspects and sustain proven top quintile performance

# Assurance provided by third parties for risk control and performance measurement



**Key performance and risk aspects**

- Engineering deliverables
- Construction material supply
- Contractor performance
- Planning rigour
- Control over change
- Site and services
- Labour environment

Guides leadership action

Completed performance targets and risk thresholds → Measure → Monitor → Action → Opportunity for sustainable improvement

Indicates risk of unwanted events

# Upcoming key milestones

- Close out of engineering by end 3rd quarter 2017

- Bulk materials and equipment supply, module delivery and construction activity to reach peak in support of construction plan

- Resourcing and site logistics at full capacity

- Close out of civil and foundation construction for cracker and LLDPE

- Complete two primary heavy lifts of EO reactor (heaviest vessel) and wash tower (tallest vessel) in April 2017

- Commence with setting of second and third phase pipe rack modules on foundations

- Third party half year assurance review completed and findings implemented



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 47 of 74







# Key messages

- More than 50 years experience making and selling products out of Lake Charles

  - Extensive experience with majority of the products from LCCP

- Located in the US Gulf Coast with some of the most robust petrochemical experience and infrastructure anywhere in the world

- Operations & business readiness programme began prior to FID, well ahead of most projects

- Created a fully integrated and comprehensive operations and business readiness programme

  - Formal, detailed, resource-loaded program that is fully integrated with the project construction schedule

  - Ensures that operations and business are enabled and ready to take over at each stage of project completion

- Robust assurance program which includes both internal and external SME's and assurance providers



# Integrated approach towards business and operations readiness



**Project oversight**

Steerco

Exco

**Project management**

Schedule

Cost

**Risk management and assurance**

Risk and assurance framework

LCCP **On Ramp** **Programme Plan**

**Processes and systems**

Map and gap

Gap fix

"End to end" test

**People**

Hire

Organise

Train

Communications plan

**Change management**

# Key components of On Ramp plan



| | UO&I | Cracker | LLDPE | EO/EG | LDPE | Ziegler | ETO/GB | Existing units |
|---|---|---|---|---|---|---|---|---|
| **SERVICE FUNCTIONS** | | | | | | | | |
| Production | | | | | | | | |
| Maintenance | | | | | | | | |
| Supply Chain | | | | | | | | |
| IM | | | | | | | | |
| Finance | | | | | | | | |
| Laboratory/Quality | | | | | | | | |
| SHE | | | | | | | | |
| HR | | | | | | | | |
| Legal | | | | | | | | |
| **MARKETING AND SALES** | | | | | | | | |
| P&O | | | | | | | | |
| Customer Service | | | | | | | | |
| Polymers | | | | | | | | |
| Organics | | | | | | | | |
| Inorganics | | | | | | | | |

**Capacity management**

**Continuous assessment**
- Capacity
- Cost
- Quality
- Safety
- Environment
- Standardised
- Sustainability
- Schedule

**Underpinned by management controls**
- Reviews and audits to provide gap analysis, risks, controls and mitigation plans
- Independent evaluation of best practices through peer groups
- Validation of day one critical deliverables
- Validation of progress against plans

# Readiness progress



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 53 of 74

## Marketing and Sales

- Learnings from Gemini On Ramp provides best practice templates for LCCP
- Product commercialisation programs developed and under implementation
- Market and customer engagement underway with contracts already in place in some cases

## Supply Chain

- Long term pipeline agreements in place for ethane/ethylene; feedstock/ utility supply contracts finalised
- Rail fleet under construction/multiple export bagging facilities contracted
- Rail yard for LCCP rail fleet under construction
- Catalyst supplies under contract or to be completed in 1st half 2017

## Operations

- 3 921 of 4 595 operating procedures complete
- Commissioning requirements integrated into EPC schedule
- Developing training material and support contracts
- Recruiting according to ramp-up (417 of 835 complete)

## IM Systems

- SmartPlant, Meridium, LIMS, and Enablon systems deployed
- Consultant appointed to facilitate business process mapping and validation
- Outcome of the validation process will define the complete IM project scope

## Risk Management

- Risk breakdown structure agreed and utilised
- Risk register in place and updated regularly
- In process to develop mitigations and controls



# INVESTMENT CASE AND FUNDING

Paul Victor
Chief Financial Officer



# Key messages

- Earnings streams from businesses and geography will change fundamentally

- Project to deliver substantial cash flows to Sasol

  - Capital framework implemented to guide how value will be returned to Sasol

- Project economics strong and project fully funded with sufficient liquidity headroom

- Tax efficient corporate structure

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 55 of 74



# Dual regional strategy drives EBITDA growth in the short to medium-term (excludes projects not past FID)



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 56 of 74

EBITDA Rbn

±R2-4bn

~R2bn

EBITDA **6%** p.a. CAGR

±R10-14bn

~R8bn

±R15-19bn

~R12bn

Incremental EBITDA growth

FY16    FY19-FY20    FY21-FY23    FY24+    EBITDA

● LCCP    ● Mozambique PSA (Phase 1&2)    ● Other*

All numbers in nominal terms, * Includes FT Wax expansion, C3 stabilisation, EGTL, China ETO, TET and Loopline 2 projects

# LCCP changes the profile of the company



Strategic drive towards a globally focused chemicals company

# Balance sheet deleverages quickly post LCCP completion



**Gearing (net debt:equity)**

40%
30%

Opportunity for capital allocation

FY   17  18  19  20                    30

Base case
Gearing target @30% (under consideration)
Risk appetite
Capital available for allocation

**Net debt to EBITDA**

times

1,7

1,0

Opportunity for capital allocation

FY   17  18  19  20                    30

Base case
Net debt:EBITDA @30% gearing
Risk appetite
Capital available for allocation

**$35bn available up to FY30 through focused capital allocation**

Assumptions included:
- Dividend cover ratio of 2,8x / payout ratio of 36%
- Sustenance capital expenditure of R20bn per annum (real)
- Impact of unwinding of current Inzalo scheme at a Sasol share price of R450/per share and costs associated with new B-BBEE scheme

# Sufficient liquidity headroom available to fund project with reduced working capital and capitalised interest



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 59 of 74

**Funding requirement**

**Funding plan**

$bn

15

10

5

0

11,0 — Approved project expenditure

0,7 — Working capital and capitalised interest

5,3 — Cash flow funded to date (excl accruals)

6,4 — Remaining funding requirement (incl accruals)

8,1
- 1,0
- 1,5
- 1,2
- 4,4

Available sources of funding

1,7 — Liquidity headroom

- ■ Various general corporate facilities
- ■ LCCP project finance
- ■ Revolving credit facility
- ■ Cash at hand and cash from operations

**Current funding requirement of $11,7bn (At FID $10,5bn, WC of $0,4bn and capitalised interest of $1,2bn)**

11,0    0,3
        0,4

- ■ Capital expenditure up to beneficial operation
- ■ Working capital
- ■ Capitalised interest

- Weighted average interest rate of 2,7% at FID reduced by 0,5% to 2,2%
- Interest through income statement post BO is ~$80-$100 million per annum until loan matures

# US tax landscape in context

| Effective income tax rate* | Tax rate |
|---|---|
| US federal rate* | 35,0% |
| State tax rate (estimated blended rate – net of federal deduction) | 1,5% |
| **Effective rate prior to DPAD** | **36,5%** |
| Domestic production activities deduction (DPAD)* | (2,5%) |
| **Estimated effective tax rate** | **34,0%** |

- Target effective tax rate once in tax paying position
- Cash tax from only 2025
- Tax efficient corporate structure

## Tax incentives

- Cumulative impact of tax incentives on EBITDA is $1,4bn in nominal terms (included in economics)
  - Property tax exemption for 10 years from BO ~ $1,3bn cumulative earnings benefit
  - Payroll rebate ~ $60m over 10 years, effective FY16. Deducted from labour cost
- $200m tax incentives included in $11bn project cost (included in economics)
  - Investment tax credit – $100m to be received within one year from BO
  - Manufacturing exemption – $100m rebate on qualifying materials used in LCCP construction

* Prior to any changes contemplated by new administration

# Project returns remain above WACC of 8% in USD terms



Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 61 of 74

| Sasol US$ WACC: 8% | Project IRR < Sasol US hurdle rate | Sasol US hurdle rate 10,4% |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| Brent Crude oil price | Low oil case | High oil case |
| Ethane price | Ethane at ceiling* | Ethane at floor |
| Ethane price | 10c/g higher | 10c/g lower |
| Naphtha/Ethane ratio at 1,5 | Ratio reduced by 30% | Ratio increased by 30% |
| Capital (EOJ) - $500m | | |
| Schedule delay 3 month change | | |

- Ethane price remains the key driver
  - 55c/g real average price over the life of the project
- Capital overrun and schedule delay have minor impact
- Significant naphtha/ethane spread ratio changes can negatively impact economics
- Oil price base case real between $65/bbl and $90/bbl

\* Ethane at ceiling through life of project from 2019



# KEY TAKE-OUTS AND WAY FORWARD

Bongani Nqwababa
Joint President and Chief Executive Officer



# LCCP remains an attractive investment

- Dual regional strategy drives growth in the short and medium-term with strong focus on chemicals

- Sasol's US Gulf Coast cracker and derivatives project is differentiated

- Performance Chemicals adds value through derivatisation and sales to differentiated applications

- Confident that risks can be managed within current cost and schedule targets

- Disciplined and transparent capital allocation driving total shareholder return

- LCCP remains a sound investment that will return value to shareholders



Lake Charles Chemicals Project, Lake Charles, US          Lake Charles Chemicals Project, Lake Charles, US

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 63 of 74



# LCCP VIDEO

https://www.youtube.com/watch?v=ZkNH4FmcVnY





# SITE VISIT LOGISTICS

Mike Thomas
Senior Vice President: US Operations





LCCP PHOTO LIBRARY

# Construction progress



Ethylene cracker and pipe rack

## Construction progress



EO EG reactor structure

69

# Construction progress

Pipe rack

# Construction progress



Ethylene storage tanks

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 71 of 74

**Construction progress**



Cracker furnaces

72

# Construction progress

Case 1:20-cv-01008-JPC    Document 67-3    Filed 07/02/20    Page 73 of 74

Lake Charles Chemicals Project, Lake Charles, US

## Construction progress



Lake Charles Chemicals Project, Lake Charles, US