# EXHIBIT E

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>form6K28012015.txt
<TEXT>
```

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 6-K

REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR
15d-16 UNDER THE SECURITIES EXCHANGE ACT OF 1934

Report on Form 6-K for January 28, 2015

Commission File Number 1-31615

Sasol Limited
1 Sturdee Avenue
Rosebank 2196
South Africa

(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file
annual reports under cover of Form 20-F or Form 40-F.

Form 20-F __X__  Form 40-F _____

Indicate by check mark if the registrant is submitting the Form
6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ____

Note: Regulation S-T Rule 101(b)(1) only permits the submission
in paper of a Form 6-K if submitted solely to provide an
attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form
6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ____

Note: Regulation S-T Rule 101(b)(7) only permits the submission
in paper of a Form 6-K if submitted to furnish a report or other
document that the registrant foreign private issuer must furnish
and make public under the laws of the jurisdiction in which the
registrant is incorporated, domiciled or legally organized
(the registrant's "home country"), or under the rules of the home
country exchange on which the registrant's securities are traded,
as long as the report or other document is not a press release,
is not required to be and has not been distributed to the
registrant's security holders, and, if discussing a
material event, has already been the subject of a Form 6-K
submission or other Commission filing on EDGAR.

Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing
the information to the Commission pursuant to Rule 12g3-2(b)
under the Securities Exchange Act of 1934.

Yes _____  No __X__

If "Yes" is marked, indicate below the file number assigned to
the registrant in connection with Rule 12g3-2(b):
82-_____.

Enclosures: Sasol announces plan to respond to the low oil price

environment


Sasol Limited
(Incorporated in the Republic of South Africa)
(Registration number 1979/003231/06)
Sasol Ordinary Share codes:     JSE: SOL        NYSE: SSL
Sasol Ordinary ISIN codes: ZAE000006896 US803663006
Sasol BEE Ordinary Share code:  JSE: SOLBE1
Sasol BEE Ordinary ISIN code: ZAE000151817
("Sasol" or "the Company")

Sasol announces plan to respond to the low oil price environment

Sasol announces that it is formulating a comprehensive plan to
conserve cash in response to lower international oil prices.

While the detailed actions underpinning Sasol's response plan are
being refined, certain decisive measures have already been agreed
to and are being implemented. These include identifying
opportunities for additional cash savings targeted over the next
30 months. The focus areas are capital portfolio phasing and
reductions, capital restructuring, working capital improvements,
margin enhancement and further fixed cost reductions. Cash flow
improvements actioned in terms of the response plan will be over
and above the current target of at least R4 billion in
sustainable cost savings by 2016, which was confirmed last year
as part of Sasol's business performance enhancement programme.

As a result of the ongoing capital investment reprioritisation
exercise, Sasol has decided to delay the final investment
decision on its large-scale, gas-to-liquids (GTL) plant in
Louisiana. The timing of the decision will take into
consideration progress made with the execution of the Company's
world-scale ethane cracker and derivatives complex, prevailing
market conditions and other strategic investment opportunities.

"Albeit at a much slower pace, we will continue to progress the
U.S. GTL facility. This will allow us to evaluate the possibility
of phasing in the project in the most pragmatic and effective
manner. North America and our home base in Southern Africa remain
strategic investment destinations for Sasol," said David
Constable, President and Chief Executive Officer.

Sasol is proceeding with the construction of the ethane cracker
and derivatives complex in Louisiana. Given the robust project
economics, the Sasol team is confident that this facility is the
first step in developing the site near Lake Charles into an
integrated multi-asset, multi-business hub, which will enable
future growth for several decades to come.

In parallel, Sasol will also continue to advance its investments
in Southern Africa, including the mine replacement programme and
various gas and chemicals projects.

As the Sasol team finalises the details of its response plan, an
update on the actions being undertaken will be provided when
results are announced for the first half of the 2015 financial
year on 9 March 2015.


28 January 2015
Johannesburg


Sponsor: Deutsche Securities (SA) Proprietary Limited

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934,
the registrant, Sasol Limited, has duly caused this report to be
signed on its behalf by the undersigned, thereunto duly authorized.


Date January 28, 2015              By:     /s/ V D Kahla
                                   Name:   Vuyo Dominic Kahla
                                   Title:  Company Secretary

</TEXT>
</DOCUMENT>