# EXHIBIT I

C Corrected Transcript

07-Jun-2016

# Sasol Ltd. (SSL)

Business Update Call

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 16
Copyright © 2001-2016 FactSet CallStreet, LLC

**Sasol Ltd.** *(SSL)*
Business Update Call

**⊂** Corrected Transcript
07-Jun-2016

# CORPORATE PARTICIPANTS

David Edward Constable
*President, Chief Executive Officer & Director*

Bongani Nqwababa
*Chief Financial Officer & Executive Director*

Fleetwood Grobler
*Executive Vice President-Chemicals Business*

Paul Victor
*Acting CFO, Sasol Ltd.*

Stephanus Johannes Schoeman
*Executive Vice President-Technology*

......................................................................................................................................................................................................................

# OTHER PARTICIPANTS

Gerhard Engelbrecht
*Macquarie First South Securities (Pty) Ltd.*

Alex Robert John Comer
*JPMorgan Securities Plc*

Jarrett Geldenhuys
*Investec Securities Ltd.*

Karen Kostanian
*Merrill Lynch Securities LLC (Moscow Office)*

Adrian Hammond
*SBG Securities (Pty) Ltd.*

Johann Steyn
*Citigroup Global Markets (Pty) Ltd.*

Nishal Ramloutan
*UBS South Africa (Pty) Ltd.*

......................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol Conference Call to discuss the Preliminary Findings of the Review of the Sasol Lake Charles Chemicals Project. Please note the forward-looking statement in yesterday's press release. This call will be hosted by David Constable, President and Chief Executive Officer; Bongani Nqwababa, Chief Financial Officer; and Stephen Cornell, Executive Vice President, International Operations. Following the opening remarks by David Constable, an interactive Q&A session will take place.

I'd now like to hand the call over to David Constable. Please go ahead, sir.

......................................................................................................................................................................................................................

David Edward Constable
*President, Chief Executive Officer & Director*

Thanks, operator. Good day, everyone, and thank you for joining us for Sasol's webcast regarding specifically the Lake Charles Chemicals Project. Joining on the call from Sasol are Bongani Nqwababa, our Chief Financial Officer; Steve Cornell, our Executive Vice President for International Operations. As you all know by now, Bongani and Steve are Sasol's incoming joint CEOs effective July 1.

Also, on the call are Paul Victor, our Group Financial Controller, who has been appointed as our new CFO, also effective July 1; Stephan Schoeman, our Executive Vice President for Technology, including all Capital Projects;

# Sasol Ltd. *(SSL)*
Business Update Call

 
Fleetwood Grobler, our Executive Vice President for the Chemicals Business; and Cavan Hill, Senior Vice President, Investor Relations.

As you would've seen yesterday, we announced preliminary findings of our Lake Charles Chemicals Project review. This evaluation followed Sasol's decision in March to pace the execution of our Louisiana project to support our company-wide lower for much longer oil price Response Plan. As you know, the Lake Charles Project consists of a world-scale 1.5 million ton per year ethane cracker and six downstream chemical projects, which include two large polymer plants, low-density and linear low-density polyethylene. And in ethylene oxide, ethylene glycol plant, which together will consume around two-thirds of the ethylene produced by the cracker. Plus, this three smaller, higher value derivative plants which will produce speciality alcohols, ethoxylates and other products.

As the name suggests, the project is under construction near Lake Charles, Louisiana, adjacent to our existing cracker and chemicals facility. The LCCP has progressed beyond 40% complete with detailed engineering and procurement, well-advanced on the major process units and on utilities in offsite. As highlighted during our 2016 interim results road show, this continued good progress is allowing us to develop better estimates as indicated total cost along with an updated schedule that reflects our desire to pace capital spend.

The expected startup schedule remains in line with our earlier guidance with the cracker along with two major derivative units, LLDPE and EO/EG, should achieve beneficial operation in the second half of 2018. This would be followed up by the LDPE plant in very early 2019. The alcohol units will move to later in 2019 reflecting natural pacing and our desire to move capital spend beyond the Response Plan period.

Now, we're seeing cost pressures on the project due to a range of factors including construction delays caused by higher than expected rainfall, higher labor costs, certain of the lump-sum big contract prices being higher than originally estimated and quantities of bulk materials being in excess of those included in the original estimate. And to clarify in project estimate, bulk materials [indiscernible] (03:58) items such as concrete, piling, steel and cable where quantities are estimated and converted into costs using their rate per unit. For example, dollars per ton of steel erected.

The team has been proactively managing all of these cost pressures downward wherever possible. However, our preliminary finding from the project review is that the total capital cost, with sufficient contingency included, could increase up to $11 billion. And I emphasize could increase, as this review is still a work in progress. The estimate also includes forecasted cost associated with general site infrastructure and utility improvements to enable future growth of the Lake Charles multi-asset site. Again, it cannot be overstated that the review has not been finalized, and so it's findings are preliminary and based on our work to-date.

The management team remains closely involved in guiding the project team, so that we can minimize capital expenditure and further optimize overall project efficiency. To support these efforts, we have also bolstered the senior staffs' resources on the ground to enable an even greater focus on a range of execution activities.

It's important to note that the extended feed work for LCCP focused primarily on the technical aspects of the project, especially on the inside battery limits of the cracker and other process units to ensure minimum design changes during project execution.

However, the utilities, off-sites and infrastructure development was not a focus area of the extended feed activities. This is an extremely complex project with six downstream derivative units which must be integrated and fully aligned in order to perform as required. We have been pleased with the technical aspects of establishing the Lake Charles multi-asset site and have had very few design-related scope changes. This has allowed us to progress the execution of the LCCP with limited slippage in schedule in the key deliverables despite the weather

Copyright © 2001-2016 FactSet CallStreet, LLC


challenges in 2015 and 2016. Again, this is clearly evident from the fact that the cracker and the major derivative units remain on track to achieve beneficial operation in the second half of 2018 and very early in 2019.

It has, however, been more difficult execution ever been foreseen at the time of FID, particularly given the development of the overall site and the requirements related to utilities, off-sites and infrastructure. In addition, being one of the later major cracker projects to move into the field, we were more significantly impacted by the higher-than-expected rainfall during our major civil-related activities in 2015.

We incurred 46 additional rain days above the 10-year average of 134 days, which adversely impacted [ph] costing (6:50) schedule. Also keep in mind that our site is several times larger than other similar projects on the Gulf Coast as we establish Lake Charles as another integrated multi-asset site for Sasol comparable to what we have developed at Secunda in South Africa.

The quantities of bulk materials which will eventually be used have been estimated to be in excess of the original factored estimate, but more work is currently being done to confirm the exact level of bulk materials. And we've included a substantial level of additional quantities to develop the upper-end cost estimates.

Furthermore, we have incurred more engineering man hours to complete the detail design work on the LCCP. As mentioned, there have been few material scope changes, but the interdependency between the various units has required more work for quality controls than originally envisioned. The potential additional bulk material requirements may also add engineering man hours.

Notwithstanding the challenges, we are pleased with our primary EPC contractor FTI and the local Louisiana subcontractors being utilized on the project.

Construction productivity levels remain an important focus to optimize the final install cost. And we're continuing to manage the project to optimize field productivity, allowing some scheduled slippage if required.

Additionally, we have included sufficient contingency related to the remaining engineering hours and field productivity assumptions in order to be very comfortable with the preliminary updated cost estimates.

Overall, construction on the project is continuing in a cost-effective manner with most engineering activities nearing completion. Again, as I said, procurement is well-advanced. Field personnel staffing on Lake Charles site currently stands at 3,800.

Although the CapEx for LCCP is anticipated to increase from the $8.9 billion level, we do not expect this to result in the Sasol Group exceeding its self-imposed gearing target. We are continuing with our previously announced low oil price Response Plan, and we'll manage our balance sheet to incorporate the current estimated capital expenditure.

Our project funding strategy has not changed as a result of the higher capital expenditure estimate. The project will continue to be funded from existing facilities and ongoing group cash flow. The detailed project review is expected to be completed during the third quarter of 2016 and further information will be communicated during Sasol's annual results announcement on September 12, 2016.

In closing, let me just say that the overall project economics for the LCCP remain resilient, and the management and the project team are focused on driving the final CapEx as low as possible, primarily through [ph] feed field (9:36) productivity and labor rate improvements, coupled with bulk quantity and related engineering cost reductions.

Copyright © 2001-2016 FactSet CallStreet, LLC

## Sasol Ltd. *(SSL)*
BUSINESS UPDATE CALL

 Corrected Transcript

07-Jun-2016

---

We have taken a conservative view on the recovery of the long-term oil fundamentals, and hence, this influences the current NPV on the project. Longer term recovery [indiscernible] (9:54) price assumptions will drive the project economics back to around Sasol's total rate. The same goes for lower-than-planned ethane prices which can still possibly impact future project economics.

On a leveraged basis, the project economics are still expected to be comfortably above the hurdle rate of the company. And again, importantly, note that with our Response Plan actions providing good flexibility, we're comfortable with the project's funding plan and the group's gearing target and dividend policy cover range of 2.2 times to 2.8 times going forward.

Now, that is the summary overview and some additional context for you. We'll now be happy to open it up for any questions that you may have. I'll turn it back to the operator.

# QUESTION AND ANSWER SECTION

**Operator**: Thank you, sir. [Operator Instructions] And we'll go first to Gerhard Engelbrecht, Macquarie.

### Gerhard Engelbrecht
*Macquarie First South Securities (Pty) Ltd.*

Q

Good afternoon. Thank you. I have many questions, but I think maybe just a couple to start off with. David and Steve, I suppose you're being smart to your project against other projects in the area. You're not really seeing other companies come out and announce higher CapEx because of lump-sum contracts, weather, et cetera. Why is this specific to Sasol would you say? First question.

Secondly, apart from further catch in the dividend, can you give us details of what levers you can pull to ensure you don't breach your gearing targets?

And then lastly, can you give us maybe a progress report on the Gemini project? Thank you.

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thanks, Gerhard. The connection is not very good, but let me just summarize and you can confirm that the three questions were about benchmarking against other companies and what [indiscernible] (12:11) been reporting. Comfortable with our gearing targets. And did you say a Gemini update as well?

### Gerhard Engelbrecht
*Macquarie First South Securities (Pty) Ltd.*

Q

Yes. I was just wondering about the Gemini project and the levers that you can still pull to ensure you don't breach the target?

### David Edward Constable
*President, Chief Executive Officer & Director*

A

---


Okay. Let me start with other companies, Gerhard, and we haven't seen anyone else reporting. Although I have seen Merrill Lynch reports around the fact that many of the crackers are extending their schedules, there'll be also delays for the other major crackers on the Gulf, but no other reports other than that.

From a comparison standpoint, for similar technologies, the same cracker technology, cracker costs are 1.5 million ton a year plant excluding associated utilities. So, you get apples-to-apples within the $1.8 billion to $2 billion range. And Sasol is comfortable within those numbers with our inside battery limit cracker with our technology against similar technologies.

So, I think we're, from that standpoint, comparing well. I can't comment on other companies. All I can say is that we've come out because of reporting requirements here and certainly in South Africa, as we see it to be prudent. We felt that we should communicate those initial findings. However, we really want to strongly message that we are confident that we'll be able to push the CapEx down. And I'll let Stephan Schoeman maybe comment on that a little later in the discussion, but – so, that's the first question.

Gearing targets, I'll turn it over to Bongani to make comments on comfort there.

**Bongani Nqwababa**                                                                               **A**
*Chief Financial Officer & Executive Director*

Okay. Thank you, David. If I can respond to your question on gearing, Gerhard, if I may start with the assumption just to make sure that we are all on the same page, you'll remember that our assumptions for crude oil price are $40 for FY 2016, $40 for FY 2017, and $57 for FY 2018. And then, the rand assumptions are ZAR 16.50 for FY 2017 and ZAR 16.75 for FY 2018, so an average of ZAR 16.50 over the next two years.

But, based on that, we then saw that our gearing would be in the region of capping at 44%. Rightfully so, you therefore assumed that given [indiscernible] (15:21) base gearing then becomes possibly in the late-40%s. Also, before intervention, we come to the same conclusion. But, [indiscernible] (15:34) which I need to share with everybody on our call, which makes us conclude that we do not have any concerns.

The first one is that as we noted in our trading statement that our costs are better than anticipated and our volume is better than anticipated, so given a guidance of 20% to 30% on gearing. We are seeing that we are likely to be low-single digits, below 20%, so we can guide 15% to 20% just to be specific [indiscernible] (16:17) position becomes better.

And then, in terms of the other levers, we see up to ZAR 5 billion coming from levers such as the variable cost, because you'll remember that in previous [indiscernible] (16:37) fixed cost. Now, we are looking at all costs in our income statement to find the alternative. So, that's up to ZAR 5 billion in terms of other additional measures.

We will detail all of these in September once they've been finalized in the much robust underlying plan, but we are quite confident about them. I need to reemphasize, as David just mentioned, that in all our planning assumptions, we are planning that we are in a dividend paying position of our cover of 2.2 times to 2.8 times. I think it's very important to emphasize that in case there are assumptions otherwise.

I'll leave it there except to say that we'll provide more details in September, but we are confident that we'll be within our guidance. Thank you.

**David Edward Constable**                                                                          **A**
*President, Chief Executive Officer & Director*

# Sasol Ltd. *(SSL)*
Business Update Call

**C** Corrected Transcript
07-Jun-2016

Thanks, Bongani. And then we'll just close off with the status on Gemini, which is another big project for us, high-density polyethylene facility in Texas that we're in partnership with INEOS on and it's well advanced in the field. I'll ask Fleetwood Grobler to comment.

**Fleetwood Grobler**
*Executive Vice President-Chemicals Business*

A

Thank you, David. At this point in time, we are in the midst of field construction activities in Gemini, barring any rain or productivity issues. We've seen heavy rains recently in the Houston area. We are tracking to get the project [indiscernible] (18:02) complete towards the end of 2016, and we'll give an update towards the September timeframe.

**Gerhard Engelbrecht**
*Macquarie First South Securities (Pty) Ltd.*

Q

Thank you very much.

**David Edward Constable**
*President, Chief Executive Officer & Director*

A

All right. Thanks. Thank you. We'll take the next question please.

**Operator**: We'll go to Alex Comer with JPMorgan.

**Alex Robert John Comer**
*JPMorgan Securities Plc*

Q

Okay. Hi, guys. Couple of quick questions. You said your IRR on this project will be 8%. Some of your peers give EBITDA and EPS numbers for the first year. I was wondering if you could give us an EBITDA number for the first full year of the plant up and running and maybe also perhaps the end selling price and ethane...

**David Edward Constable**
*President, Chief Executive Officer & Director*

A

Alex?

**Alex Robert John Comer**
*JPMorgan Securities Plc*

Q

Yes.

**David Edward Constable**
*President, Chief Executive Officer & Director*

A

Alex, could you talk a little bit slower, please, so we can get your question?

**Alex Robert John Comer**
*JPMorgan Securities Plc*

Q

What I was asking – what I was saying is some of your peers on their projects have given the EBITDA estimate for the first year of production. You've given an IRR of 8% over the project. I was just wondering if you could maybe give us the EBITDA estimate for the first year and maybe also the ethane price which you are assuming. That's my first question.

# Sasol Ltd. *(SSL)*
## Business Update Call

**Corrected Transcript**

07-Jun-2016

---

I mean, secondly, the stock price yesterday had a very big fall on the back of this increase in CapEx. It was clearly somewhat unexpected. I mean, internally, I mean, who's next on the line for these kind of slippages and what guarantee can you give us regarding the ZAR 11 billion – I mean, is this going to be ZAR 12 billion, ZAR 13 billion, ZAR 14 billion or is this, in your view, the sort of limit that we're going to see for this project in terms of costs? My first couple of questions.

......................................................................................................................................................................................................................

### David Edward Constable
*President, Chief Executive Officer & Director*



Thanks, Alex. Again, the connection is very, very poor. I think we've got the other first question around the current IRR assumptions, EBITDA first year estimates, and what our ethane pricing assumptions have been.

I'm going to ask Paul Victor to comment on that, and then I'll come to the how healthy we are in the ZAR 11 billion and directionally which way is that going [indiscernible] (20:22) provide. So, Paul, first. Thank you.

......................................................................................................................................................................................................................

### Paul Victor
*Acting CFO, Sasol Ltd.*



Thanks, David and Alex. Yeah. So, basically, I don't think we are in a position at this stage to comment or to provide detailed numbers on EBITDA. Actually, I think that there's more work to be done in terms of the study. And by September, we will be in a better position [indiscernible] (20:45) provide an update to the market in terms of our IRRs and our retain rate in terms of the project.

And then if I can provide more color on ethane pricing, as you know, there are quite diverging views on ethane pricing in the market. And in our assessment we had consulted within the panels to get assessment of where ranges of ethane pricing are set.

So, on a real basis, and I think we had seen the market panels that we've consulted reduced close to [ph] ZAR 5. (21:22) Its roundabout gives you a real ethane price of $0.53 per gallon on the real – the launch of the project. But, again, we actually take note of, kind of, where the ethane pricing will be at the start of the project and kind of when its building up to the propane ceiling.

So, how did we think about it? We basically still see really [indiscernible] (21:47) ethane pricing will follow the energy flow level to a point closer to financial year 2020 where [indiscernible] (21:55) crackers as well as export in the U.S. market will start to see the supply-demand balance on ethane to pick up in terms of the ethane pricing. We still see that – and that's what we've messaged before that ethane pricing will move closer to the propane ceiling more to the end of 2020 to 2030 period in the decade. So, still we believe that what our original statement was and what we've signaled to the market in terms of ethane pricing still hold.

As David said in our economics, we have used much more conservative ethane pricing. And we know that the project economics are quite sensitive to actually move them in the ethane's feedstock price. So, we do believe that there will be upside if a low price of $0.50 per gallon plays up. So from that, you can assume that it needs a much higher low price in our macroeconomic assumptions of the project.

......................................................................................................................................................................................................................

### David Edward Constable
*President, Chief Executive Officer & Director*

Thanks, Paul. And we'll turn now to the current preliminary estimate of $11 billion, which I said earlier has a significant amount and very sufficient levels of contingency built into it. So, I'll open with that. But then, I have Stephan Schoeman, who's on the ground with the project is actually with us right now, but is relocated to the U.S.A. to take charge of the project and I'll ask him to give us some update on that question. Stephan? Thanks.

---



# Sasol Ltd. *(SSL)*
## Business Update Call

**Corrected Transcript**

07-Jun-2016

### Stephanus Johannes Schoeman
*Executive Vice President-Technology*

A

Thanks, David. Again, I wish to emphasize that this is work in progress. And during the progression of a project, we had engineering that has substantially progressed, and we are nearing [indiscernible] (23:41) all the 90% model reviews on this job. And it is good practice to then review the status and also update all those quantities that we previously factored in the estimate. And we bring that into the project baseline.

This, of course, is a labor-intensive process. It requires abrupt rechecks and balances. And we wish to achieve a very high-quality outcome to ensure that the project baseline is reaching [indiscernible] (24:10) to it.

And for that reason [indiscernible] (24:13) we have included sufficient contingency, as David has alluded to. And we are comfortable that we will remain within the range that we have provided. Also, I want to emphasize that this is not the team target however. So, for personnel and team targets, if our [indiscernible] (24:31) number is used as a reference and changes are approved and tracked in quite a rigorous manner against the FID target, we work against the project baseline of this today.

So, we rigorously challenge engineering impacts, and we also assess site impacts accordingly. And therefore, I am comfortable that moving forward we have set stretched targets with the teams. We have a challenging base against which we manage and this project given its construction completion price, and we'd like to continue forward with that significant risk.

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thanks, Stephan. So, bottom-line is ZAR 11 billion is an extremely comfortable number for us, and we are pushing it obviously in a downward direction and more to come on that in September. Thanks. To the next question.

**Operator**: We'll go next to Jarrett Geldenhuys with Investec.

### Jarrett Geldenhuys
*Investec Securities Ltd.*

Q

Hello, everyone. Thanks for the questions. [indiscernible] (25:45) I wanted just to ask a question around the cracker. It looks like that is [indiscernible] (25:51) upstream units of the cracker. So, that looks like it's completely on budget and more or less on time. Is there any flexibility that you have in terms of downscaling some of the downstream units if that is a potential outcome of the review process given that the returns profile for the upstream units and potentially the polyethylene units appear, at least on paper, to be more robust in the downstream? I suppose that will be the first question. And maybe you can answer that first. Thanks.

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thanks, Jarrett. Thanks for the question. And I'll ask Fleetwood Grobler to talk about the downstream derivative units and also the robustness of the economics of the Specialty Chemicals units as well and led the downsizing of the corporate or not. Fleetwood? Thanks.

### Fleetwood Grobler
*Executive Vice President-Chemicals Business*

A

# Sasol Ltd. *(SSL)*
Business Update Call

 Corrected Transcript

07-Jun-2016

Thanks, David. Jarrett, yeah, the downstream unit, specifically the polyethylene is world-scale unit, so you would notice when we took FID we really are in the upper quartile of scale. So, with the use of cutting-edge technology, we've progressed the engineering procurement in such a stage that we are committed, that's the right decision still because it brings that economy of scale and low cost over the time [indiscernible] (27:08) So, we are not considering downscaling any of the polyethylene units because it gives us that robustness in the cost curve scale, the future of the project and the business.

When I look at the robustness of the total chemicals basket, although the project in the base chemical side, meaning in the polyethylene side of the project is under pressure because of macros, I must say that under more specialized chemicals, the differentiated products, we don't see that impact as severe as if at all compared to the polyethylene part of our investment here. So, it's still looking up, it's looking robust in terms of those economics, but we take the heat on the business case mostly because of the macro that is working against us at this point in time, and maybe, our conservative ethane assumptions.

---

### Jarrett Geldenhuys
*Investec Securities Ltd.*

Q

Thanks. Can I just ask a follow-up question there? And I suppose it just comes down to your guidance in terms of being very conservative with the ZAR 11 billion, very conservative, the WACC of 8%. I just wonder if you can give us some kind of an indication on that team target being the 8.9%-plus whatever being approved, where that kind of sits at the moment. And where actually your gut feel for this WACC project sits, if you had a plug-through spots or your valid assumptions? Thank you.

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thanks, Jarrett. I guess I'll – I think, as others have said, September obviously is going to give us a much better indication. And if it is done sooner, then we'll talk about it then. But, right now, as far as the estimate goes, we'll wait for the final results. But as Stephan said, our internal targets are much lower. And we hope to push down on the CapEx. So, I think we'll leave that one till September.

---

### Jarrett Geldenhuys
*Investec Securities Ltd.*

Q

Thanks very much, guys.

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Next question?

---

**Operator**: We'll go next to Karen Kostanian with Bank of America.

---

### Karen Kostanian
*Merrill Lynch Securities LLC (Moscow Office)*

Q

Yes, gentlemen. Good afternoon and thank you very much for the presentation. I have two questions. $2 billion increase in guidance is a big number. Could you potentially, at this stage, provide the guide as to what your capital expenditures will be in 2017 and 2018? If memory serves me right, in 2017, you had ZAR 73 billion as capital expenditures. If I increase it even by half of that amount and I have much more bullish oil price assumptions than you do, then in 2018, you already breached your net debt to EBITDA target. So, I would be keen to hear what the number for CapEx expenditures are you thinking for 2017. And also, if you are going to try to keep the CapEx

---




number as low as possible, will this be slowing down your other projects, in particular in Mozambique? Thank you.

---

### David Edward Constable
*President, Chief Executive Officer & Director*


A

Just give us one second here and we'll confer on those questions. One moment. [audio gap] (30:32 – 31:00). Okay. We've got the question as far as the CapEx guidance for 2017, 2018 based on our announcement yesterday. I'll ask Bongani to answer that.

---

### Bongani Nqwababa
*Chief Financial Officer & Executive Director*


A

Yes. Thank you, David. As far as the CapEx guidance, I'll prefer not to give another interim guidance now. We gave the guidance in September after our audited financials and when we'll finalize this review, so that there is an increased certainity on it rather than giving a running commentary. Thank you.

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thanks, Bongani. The second question was around any flexibility as far as delaying other projects in the system for the company. And we're very comfortable based on stress testing with our current role in capital plan including sustenance of where we're at as we stated earlier. Even at the higher level stress test with CapEx on the cracker, we can continue with our program in Mozambique, albeit we are derisking in Mozambique and phasing that project to help the Response Plan. But we are continuing in Mozambique. In fact, we were just there last week. We had the board meeting last week. And saw good progress on the PSA where we've started drilling for gas and oil in these four reservoirs over there. So, no need to cut back there. Again, there's been some phasing.

And then in Canada, we've been able to – I think we messaged at interims we've been able to do some good things on the carry with our partner. And that has allowed us to get in line with our partnership and reduce the rig count to a bare minimum of probably one rig going forward for the foreseeable future. So, that allows more flexibility and reduction in cost to support the Response Plan as well. And thanks for those questions.

Next question, please?

---

**Operator**: We'll go to Adrian Hammond with Standard Bank.

---

### Adrian Hammond
*SBG Securities (Pty) Ltd.*


Q

Yeah. I have two questions. The first one is really important for me to understand, and I think for everyone else. Could you explain just the form of the contract that exists between Sasol and your EPCM partners because struggling to understand why these overruns you've described should be Sasol's responsibility, particularly things like the bulk materials which really should be the contractor's responsibility? And then secondly, do these overruns stem from claims made against Sasol from the EPCM partners? And if so, are there any outstanding claims? Thanks.

---

### David Edward Constable
*President, Chief Executive Officer & Director*


A

Great. Thank you and thanks for the questions. I'll ask Stephan to chime in. I'll start. I think the form of contract that we have with the EPCM contractor FTI is a reimbursable contract for entering procurement and construction

---

# Sasol Ltd. *(SSL)*
## Business Update Call

**C** Corrected Transcript
07-Jun-2016

management services with option to direct prior field labor, craft labor, as well, which I think will be accessing at the appropriate time. So that's the first point in the form of contract. Certainly on the lump-sum contracts that we've got some of the process units, those are fixed contracts where there's no movement in pricing, so that could use some protection in the project overall.

And then to your question on bulk materials, again, it's a reimbursable contract and at a fee, as I said utilities and offsite infrastructure was another major focus. It was more focused on the process unit. So, bulk materials during [indiscernible] (35:08) engineering is – the quantities are a factored estimate, and you don't get [indiscernible] (35:16) into those quantities until later in the project, which is obviously a step until they're 90% [indiscernible] (35:21) now and getting much better attention on those quantities. Stephan if you want to add to that, otherwise you can talk about claims on the project. It's a claims question on if there's any outstanding claims or...?

Stephanus Johannes Schoeman
*Executive Vice President-Technology*


Thanks. Thanks, David. There are no material claims at all. Our outstanding were [indiscernible] (35:43). And again, it's not [indiscernible] (35:46) the increases are result of engineering development and not to say claims. Thank you.

Adrian Hammond
*SBG Securities (Pty) Ltd.*


So these claims are historical claims from the EPC and partners or from their subcontractors?

Stephanus Johannes Schoeman
*Executive Vice President-Technology*


These are not claims on a reimbursable basis. The extent of the rain delays and extended work that was required for site preparation, is just a normal course of completing the work under reimbursable contract [indiscernible] (36:20) we would have plans on the lump-sum or EPC contract.

David Edward Constable
*President, Chief Executive Officer & Director*

I'll just add. Think of it as a time and materials type of arrangement with our contractor and if you do have a rain delay or you're out there for the next couple months because of that [indiscernible] (36:35). So, that's almost two months of workdays. And so that is a time and material situation for us. The good news is that as Stephan said, we're only 11% and now to 12% complete in the field. We're about 80% engineered and 60% procured on the projects and about 12% constructed. And that allows us to really get our work phase planning organized and to allow for all the drawings and equipment to be on site and really push the world-class productivity, which is something that will certainly push the CapEx in a downward direction. And that's what we're really focused on right now during this review.

Adrian Hammond
*SBG Securities (Pty) Ltd.*


Sure. Sure. Thanks. And then, just on the CapEx. So, you did say there's some mitigation you can do. So is that $11 billion worst case or can you shave something material off that?

David Edward Constable
*President, Chief Executive Officer & Director*


# Sasol Ltd. *(SSL)*
Business Update Call

 Corrected Transcript

07-Jun-2016

---

Yeah. Again, I – we said up to $11 billion for that. We're trying to message that that would be a, if you will, a worst case type of scenario and we don't expect it. We're working it in another direction. Thanks.

---

### Adrian Hammond
*SBG Securities (Pty) Ltd.*

Q

Thanks.

---

**Operator**: And we'll go next to Johann Steyn with Citigroup.

---

### Johann Steyn
*Citigroup Global Markets (Pty) Ltd.*

Q

Hi, guys. Thanks for the call. Something doesn't make sense to me. In the presentation, you guys get asked to give EBITDA numbers for the first year. And you highlight that you're still busy with the study, you cannot provide that. You highlight that based on the bulk material overruns, it was initially a factored estimate and now only do you really get to the net equity of it and realize that these things are much more expensive than estimated. You cannot give concrete guidance for FY 2017, FY 2018 CapEx.

Normally, you guys have already spent $4.5 billion on this project. One would expect these things to effectively roll off the tip of your tongue. And after an update like yesterday, this doesn't really give investors the confidence that you guys are on top of this project. Do you guys want to comment on that?

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thank you, Johann. I think in interim results, we did explain that we did see cost pressures. We explained what those cost pressures were, labor cost, the rain and the lump-sum contracts. I think we're very clear on that. We also said that the Response Plan because of the Response Plan, we're going to have to pace the spend and therefore, extend the schedule to take care of our gearing and our dividend and our balance sheet. And that was all very clearly set out. And we're able to do that because we do have a good handle on the project. We got good control in place on the project. And the factor, the bulk material quantities are just coming out is basically, they are a factored estimate as you leave feed and now we're just getting to that point in the project where you considerably nail down the bulk material quantities. That's the only thing that's changed since the last time we spoke at interim results. And because we're not finished with the process, we will look at those quantities and make sure that we're not being too conservative.

---

### Johann Steyn
*Citigroup Global Markets (Pty) Ltd.*

Q

And maybe a second question if I may, David. A year ago or about 20 months ago when you guys came out with the $8.9 billion, you also went at length to highlight that the $8.9 billion included sufficient contingency and now, $2 billion further, you, again, go at lengths to explain to the market that this does include a sufficient amount of contingency. You understand that there's a question about that given the fact that previously at $8.9 billion in your mind, it did and it clearly didn't. And in addition to that, one can argue that in that area of competition as decrease for capital, steel prices have come down, labor competition has come down, just intuitively did not expect this kind of overrun. Where does this contingency now sit? And how comfortable are you with it?

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

---

# Sasol Ltd. *(SSL)*
## Business Update Call

Obviously, that's a – as I said before, in this preliminary estimate we had sufficient, significant contingency to make us comfortable and should make our shareholders comfortable that we are at the upper ends of the range on CapEx. So, that's where we're at. The $8.9 billion number, as I said, came under cost pressure for various reasons and certainly, contingency reviews – contingency and escalation reviews to handle that. But again, we're seeing the number rise above the $8.9 billion. And therefore, we had to communicate it to the market. So, that's where we're at. I do feel we're comfortable with contingency as I said. And we'll come back in September with the highlights.

---

### Johann Steyn
*Citigroup Global Markets (Pty) Ltd.*

Q

And then one last quick question. Apologies for this David. Is there any pre-spending on the GTL? Is that potentially a reason for this capital overrun? Or can you emphatically say there's no pre-spending on the GTL?

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

No. There's no pre-spending on GTL. There's obviously the site works of about $800 million that – in infrastructure works that you're aware of. It's part of the $8.9 billion, we had $800 million in there to make the site ready for additional growth, but not necessarily GTL. That's just a group spend number to hopefully at the appropriate time. Put in additional projects to return good value to the shareholder. Thanks, Johann.

---

### Johann Steyn
*Citigroup Global Markets (Pty) Ltd.*

Q

Thanks, David. Thank you.

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

I think we'll take the last question, please, from – operator, could we take the last one from the callers, please?

---

**Operator**: Yes, sir. We'll take our last question from Nishal Ramloutan with UBS.

---

### Nishal Ramloutan
*UBS South Africa (Pty) Ltd.*

Q

Hi. Yes. Good day, everyone. Just it seems though the $11 billion debt obviously, the upper end but it seems to be a range of this new CapEx, can you indicate what the bottom end of the trend? I mean, clearly, it's above the $8.9 billion. And then, I mean, there's a number of reasons that you've provided for this cost overrun. Can you maybe give some color as to what the contributions from each one? So for instance, construction delays, say higher labor costs above materials, so how much of that contributed to this $2.1 billion of CapEx increase?

And then just, I think you've mentioned that part of this cost overrun was obviously because of the scheduling or the pacing of the project. I mean, if you didn't pace the project, so if you went through it without this restriction in terms of low oil prices and, therefore, your response plan, what would your CapEx number be?

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Just take one minute and confer on the questions, again, it's almost challenging here [indiscernible] (44:15) so one moment. [audio gap] (44:16 – 45:20). Okay. Thanks, everyone. We just – because it was tough to hear, we had to

---

Copyright © 2001-2016 FactSet CallStreet, LLC

# Sasol Ltd. *(SSL)*
Business Update Call

 Corrected Transcript
07-Jun-2016

get the questions correct. I'll ask Stephan to comment on the, if you will, the range question of the CapEx, and then any more color on the individual CapEx impacts, the breakdown of the different reasons behind the cost pressures. And then, thirdly, we'll talk [indiscernible] (45:48) the Response Plan and what that could have meant for CapEx. Stephan, first of all.

### Stephanus Johannes Schoeman
*Executive Vice President-Technology*

A

Thanks, David. Let's do it in progress and [indiscernible] (45:59) this stage what the bottom of the range is I think would not be possible. The purpose of the work we're doing and the verification process is for that exact purpose, which is the sector at bottom-end target and drive our productivity and business processes in the direction where we minimize the capital. So at this stage I would not be possible to give that number and then also related to do the breakdown because these [indiscernible] (46:30) are all interrelated and we are certainly set up at this stage to do the verification process and make sure that our productivities spill through in all facets of productivity, procurement and making sure that our work processes are optimal.

### Nishal Ramloutan
*UBS South Africa (Pty) Ltd.*

Q

Okay. Thanks, Stephan.

### David Edward Constable
*President, Chief Executive Officer & Director*

A

And then the question about no Response Plan. Paul, maybe you can comment obviously, all things being equal [indiscernible] (47:00) and Response Plan obviously would add to the $8.9 billion because it means an extended schedule, it means increased overheads and indirects on the projects. And as you can see, the smaller derivative units are pushing out into 2019 and that adds costs. So Paul, can you just – I mean, that's the high level discussion, but do you want to make any other comment?

### Paul Victor
*Acting CFO, Sasol Ltd.*

A

Thanks, Nishal. So, basically, if oil prices are high that – it could give you your current equation because oil price has been low, the Response Plan was [inaudible] (47:43) company is still is to actually manage to get in within the self-imposed target to actually manage related to EBITDA also within the target range of below 1.7 times.

Now, with the oil price assumptions that we had articulated to you, that is not feasible. So, basically, what we've done is [indiscernible] (48:02) all the levers in the four buckets that we have communicated. And very lastly reserved two methods which is the dividend range, which would [indiscernible] (48:12) even given this low oil price environment, as you keep on playing the dividend and effectively reducing the CapEx portfolio to the level that you can execute your growth program and sustainably manage the business going forward.

So, just on the approach perspective this is kind of what I think you [indiscernible] (48:31). Now, you can argue, okay, what the capital should have been? We will probably provide more color on the details behind the kind of the discussed escalation items in September. If I look at it, I will say nothing was kind of pulling you back and yet no constraint. And typically the element of [indiscernible] (48:52) and bulk material estimate will be the items that I will say will be higher than the $8.9 billion metrics signaled before. So, what we will do is, once we get more detail on the workings that we are doing, then ultimately we can provide more color on what the exact number with regard to that is. Working through those numbers, as we've explained and then we'll give you a better range of no Response Plan, no limitation on cash or balance sheet constraint. How much more than $8.9 billion

# Sasol Ltd. *(SSL)*
Business Update Call

[indiscernible] (49:22) two regions by itself because a schedule will not be then issued for you because you would have executed [inaudible] (49:30) according to – what you plan during [indiscernible] (49:34). So, we'll provide more color on that but just principally and directionally, this is where that we are thinking about, the potential overrun [indiscernible] (49:42)

---

### David Edward Constable
*President, Chief Executive Officer & Director*

A

Thanks, Paul.

---

### David Edward Constable
*President, Chief Executive Officer & Director*

So, thank you, everyone for calling in. Just also say that we issued a trading statement yesterday which you all probably saw. We're guiding on headline earnings per share, and in fact above consensus. Also, take note that we're seeing that strong volumes and cost reductions above our budgets. So, that's also paused the news that came out in the trading statement yesterday. And obviously, we're a fairly conservative organization and that allows us to make sure we can shift into pass on volumes and cost, [indiscernible] (50:28) Response Plan. And probably thinking about those in similar terms when we talk about CapEx on LCCPs that we want to be – make sure we're comfortable right now, and not surprise later on. So, with that, again thank you for calling in and I know that, Bongani and Paul and Steve Cornell will be looking forward to seeing you in September and talking more about where we stand on the project. Thanks very much.

---

**Operator**: And again, that does conclude today's conference. Thank you for your participation.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2016 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

