# EXHIBIT M

**S&P Global**
Market Intelligence

# Sasol Limited JSE:SOL

# Analyst/Investor Day

## Thursday, November 23, 2017 8:00 AM GMT

**S&P Global**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ......................................................... 3

Presentation ......................................................... 4

2

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Bongani Nqwababa**
*Joint President, CEO & Director*

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

**Fleetwood Rawstorne Grobler**
*Executive Vice President of Chemicals Business*

**Jon Harris**
*Executive Vice President of Upstream*

**Maurice Radebe**
*Executive Vice President of Energy Business & Sustainability*

**Paul Victor**
*CFO & Executive Director*

**Raj Naidu**

**Stephen Russell Cornell**
*Joint President, CEO & Director*

**ANALYSTS**

**Adrian Spencer Hammond**
*SBG Securities (Proprietary) Limited, Research Division*

**Alex Robert John Comer**
*JP Morgan Chase & Co, Research Division*

**Christopher Nicholson**
*Morgan Stanley, Research Division*

**Gerhard G. Engelbrecht**
*Macquarie Research*

**Johann Steyn**
*Citigroup Inc, Research Division*

**Karen Kostanian**
*BofA Merrill Lynch, Research Division*

**Unknown Analyst**

**Wade Napier**
*Avior Capital Markets (Pty) Ltd.*

**ATTENDEES**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Good morning, ladies and gentlemen, and welcome to Sasol's 2017 Capital Markets Day. My name is Cavan Hill, and I head up Sasol's Investor Relations team. Thank you for taking the time to be with us today. Before I introduce the speakers, a couple of important safety and housekeeping matters. Some good news. Our water backup tanks are being refilled. So I've been told that by the time we break for tea, the bathrooms will be operational again. In the event that they're not, portable -- portable toilets downstairs up the back and one level down, which a sign posted, are still available. But hopefully all is alright by the time we break for tea.

Also, could you please check that your cellphones are in silent for the duration of this presentation. In the unlikely event of emergency, please follow the instructions of the Sasol safety marshals. They'll enter the room and escort us to a safe assembly point. One other thing, we are organizing a Wi-Fi login code. As soon as we have it, we'll just pass around pieces of paper with the code on, so that should be coming shortly. And then before we formally begin, here is a short video about safety at Sasol Place.

[Presentation]

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Thank you. Now to introduce our speakers, on the far right is Stephen Cornell, next to me is Bongani Nqwababa. Stephen and Bongani are Sasol's Joint Presidents and Chief Executive Officers. And on the immediate right is Paul Victor, our Chief Financial Officer. With us today in the room are other members of Sasol's -- in the front row are other members of Sasol's Group Executive Committee. Just a note, this presentation is also being webcast for the benefit of those not able to attend in person and importantly, also to Sasol staff. I'd thus like to also extend a welcome to those viewing by the webcast.

Before we get started, please refer to the safe harbor note on Slide 2 of the presentation shown on the screen as well. Please take a moment to read it. Here is the outline of agenda for today's proceedings, that's on Slide 3 in your pack as well.

I'll now hand over to Sasol's Joint Presidents and Chief Executive Officers, Steve and Bongani, to address you. Thank you.

**Bongani Nqwababa**
*Joint President, CEO & Director*

Thank you, Kevin, and good morning, everyone. A very warm welcome to all of you and thank you for joining us for Sasol's 2017 Capital Markets Day. We've been looking forward to this event for some time and hope you'll find it insightful and helpful in understanding the Sasol of today and our plans for the future. Before I continue, allow me to make a quick moment to acknowledge Cavan. After more than 30 years with Sasol, Cavan, our Senior Vice President, Investor Relations, has decided to take early retirement effective 31 January 2018. Cavan has played a pivotal role in shaping our Investor Relations function, forming and building trust-based and sound relationships with key investors and market analysts, most of whom are in attendance today.

Cavan, I thank you for the years of long, loyal service to the company and the immense contribution you have made. I thank you. Taking over the reins from Cavan will be [indiscernible] whom many of you already know, since he has been working closely with Cavan over the past few years. Now back to the business of today.

For those of you who follow Sasol, you'll be aware that at our year-end results in August, we confirmed to the market that we'll be refining our long-term strategy with a firm intent to drive future value-based

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

growth. You'd also be aware that in the recent past, we have focused our energies on driving our dual regional strategy in Southern Africa and North America.

Today, we'll share Sasol's ambitions and plans beyond our dual regional focus by providing clarity on our near, medium and longer-term strategy. This we'll undertake guided by Sasol's vision, which is to be a leading integrated global chemical and energy company, proud of our South African heritage, believer in superior value to our stakeholders.

Today, there are 5 key messages we'll share that underpin our strategy in pursuit of our vision. First, we have a combination of assets, skills and relationships that competitively position us well to deliver value-based growth. Second, while we already have a robust platform to drive our future growth, we will continue to enhance our foundation businesses to ensure that Sasol remains fit for the future. We have demonstrated through our recent history that we are capable of delivering on what is within our control. We can do more to deliver value from our foundation businesses. Third, we have made a number of clear choices to drive a focused strategy. Fourth, we are placing increased discipline in our approach to capital allocation to ensure we have a balanced approach in dividend payments, organic and inorganic growth and share buybacks. Last, we will demonstrate our intent to deliver sustainable returns earlier to our shareholders by progressively increasing dividend payouts. So how will we deliver value-based growth. In essence, there are 3 core pillars that underpin how we'll do this. The first pillar is that we'll enhance our robust foundation. This captures our focus to continue extracting value from our existing foundation businesses and remain competitive. We'll become more -- a more resilient company by improving our safety and operational performance to become more reliable, efficient and effective. Within this pillar, we continue to drive our relentless focus on achieving zero harm. We believe we can further improve in this regard by driving various initiatives that include: operational excellence, continuous improvement, asset reviews and digitalization progress. Equally important here will be delivering on our Lake Charles Chemical Project in North America, which we'll share more on LCCP later. Beyond enhancing our foundation businesses, we have made a clear -- we have made clear choices to drive sustainable value-based growth. We will leverage our core strengths and accelerate growth in specialty chemicals globally and an Africa-focused exploration and production and South African-focused retail fuels. These are 3 areas we believe we will deliver leading positions for Sasol in future.

As important as our focused growth areas are, clear decisions have been taken regarding areas we will not be focusing on. These are greenfields gas-to-liquids growth, further crude oil refining capacity and wholly owned mega-scale commodity chemicals investments beyond LCCP. Renewables is also not a growth focus for Sasol. Notwithstanding, we will monitor developments in renewables technology and where appropriate deploy these where we believe there is value for Sasol, especially in areas to reduce our environmental footprint and emissions.

The third pillar of what we'll share today relates to discipline in our capital allocation approach. Going forward, Sasol will be focused on delivering improved cash flow generation through the cycle and adopting a balanced approach to shareholder returns and a capital structure that is fit for the future. What is also depicted on this page are the definitive growth targets we have set in terms of return on invested capital, ROIC; earnings before interest and tax, EBIT; and dividend returns, which Paul will elaborate on later.

Based on our scenarios and modeling, we believe we can deliver at least 12% ROIC and 5% EBIT growth in U.S. dollar terms through the cycle. In addition, we will step up shareholder dividend payouts to 40% or 2.5x cover by 2022, and thereafter, move towards 45% payouts or 2.2x cover. Driving our value-based growth strategy positions Sasol to deliver sustainable growth and accelerated shareholder returns.

How we translate our strategy into measurable value for our shareholders will comprise 2 distinct phases. From now until 2022, we will focus on the delivery of the LCCP and the Production Sharing Agreement at PSA in Mozambique, while extracting further value from our existing portfolio of diversified assets. In this period, we are targeting an improvement in ROIC of at least 2%. This will be achieved through continuous improvement that will encompass various initiatives across our value chain. Successful delivery of these initiatives will deliver earnings growth and greater efficiency and effectiveness. This will in turn support the earlier delivery of returns to shareholders through an increase in our dividend, as mentioned earlier.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

By 2022, we anticipate free cash flow per share will be up 65% to 75%, which equates to at least USD 6 per share. Beyond 2022, we will generate value through greater capital discipline. In this time, our short- to medium-term focus will be on building an investment portfolio of smaller- to medium-sized organic and inorganic opportunities in the range of USD 500 million to USD 1 billion. This will be directed towards our growth focus areas in specialty chemicals, exploration and production and retail fuels.

In the longer term, we will leverage our investment base and look for opportunities that return the greatest value for shareholders. We will increase our investment appetite and pursue larger investments through partnerships where appropriate. In 2022-plus time frame, we are confident that we would be in a position to progressively increase the dividend payout 45%.

Steve will now take over to discuss the megatrends influencing our business and how we intend to remain robust irrespective of continued volatility and uncertainty in commodity prices and exchange rates. Over to you, Steve.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Thank you, Bongani. Good morning, everyone. It is a real pleasure to be with you today. As Bongani mentioned, our strategy is to drive clear choices for sustainable value-based growth underpinned by a disciplined capital allocation process. Our approach is based on 3 key assumptions. That is, that world demand will be driven by global megatrends, especially population growth and further urbanization. Secondly, the move to even greater efficiency and performance will take place in all aspects of our business supported by digitalization. And thirdly, our view that continued volatility will occur in both oil prices and exchange rates.

Developing our strategy, we considered both the opportunities and the risks that face us and formed by the developments in the external environment. And what is clear to us is that the world megatrends that we see will continue to drive increased demand in the markets that we serve. In the future, the desire to utilize new technologies, improve efficiencies and be more connected will simply accelerate, and digitalization will be a major enabler of that acceleration.

In the transportation section, although there will be significant growth in electric mobility, no doubt, fossil fuels will remain the dominant energy source well beyond 2030. Thus, the decision that we will remain very active in this space.

Notwithstanding this outlook, we do recognize an ever-growing requirement for stricter environmental standards. We expect automobile engine technology, particularly the petrol engines, to further improve in efficiency and emissions performance, and they will continue to play a major role in transport in Africa and around the world. This will require more stringent fuel and lubrication specifications. Hydrocarbons will also remain the dominant source of chemicals manufacturing into the foreseeable future. It's clear that Sasol must further evolve to remain competitive. There will be higher expectations in regard to manufacturing efficiency, product differentiation and customer interface. All of these will be accelerated by the use of digital technology becoming cheaper and more adaptable. This lever will be used by Sasol to remain competitive and relevant in the future that we foresee.

When analyzing the trends driving increased demand for chemicals and energy, we identified numerous high-growth global sectors. Critically, these sectors such as household needs, construction, oil and gas extraction, packaging will have strong demand going forward as population growth and further urbanization expand. We're confident that our differentiated products and our wide knowledge base will allow us to very effectively compete in all of these areas.

In addition, the needs for primary energy, for transport fuels and for food will all increase at a significant pace. We're seeing the growth rate in these sectors increasing at rates in excess of GDP. We believe that our broad range of capabilities and products place us in a strong position to effectively compete in those selected chemical and energy sectors with anyone in the world.

The third megatrend that we see is a structural shift in terms of volatility. Oil prices and currency prices will continue to be influenced by factors, including geopolitics as well as technology. We see this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

uncertainty as being the new reality and prevalent at least until 2030, if not forever. Thus our strategic choices must be resilient over time in a more volatile world, and we are doing this by narrowing our strategic focus in consideration of the different risks and oil price scenarios. And we will spend more time outlining those scenarios for you. Further driving continuous improvement initiatives to strengthen our cost position and our robustness, especially on our existing facilities throughout the cycle. And we have and we're going to continue to sharpen our financial risk mitigation approach.

So in terms of the different scenarios, we will use $60 a barrel as our oil pricing planning case. We will stress test our performance at $50 a barrel, and we will ensure a highly cash generative company even at $40 a barrel. This is an area where Sasol exceeds most of the industry competition, and we will not allow this advantage to erode. We will also continue to be balanced between South Africa and other geographies in regard to earnings and future growth opportunities.

Back to you, Bongani.

**Bongani Nqwababa**
*Joint President, CEO & Director*

Thanks. Let us now further unpack how we'll enhance our robust foundation. Since 2014, when we introduced a new operating model for Sasol, we delivered significant performance in various aspects of our business. To this end, I will unpack our track record in 3 different areas, mainly: operational excellence, competitive cost position and portfolio optimization. We have successfully transformed Sasol over the past 3 years from being profitable at an oil price of USD 70 per barrel to a business that is now cash positive at USD 40 per barrel after accounting for sustenance capital. This has been achieved through significant volume improvements with notable increases at our Secunda Synfuels operations, where we have raised volumes by 3% to a record 7.8 million tons per annum.

Likewise, we have raised volumes from our Eurasian operations. The ORYX GTL plant in Qatar is now sustainably operating at 90% utilization rates. And volumes from our Mozambique gas operations have increased by 12% to 117 billion standard cubic feet. Our people are truly delivering value. Through our integrated planning, we are able to shift our product slate to higher margin yielding businesses. We have limited sustenance capital to USD 1.5 billion per annum. Our mine replacement program has been completed on time and on budget, thereby securing feedstock to an integrated South African value chain up to at least 2050. We also continue to improve our environmental performance as reflected in our more energy and water-efficient operations and efforts to continuously lower our greenhouse gas emissions. A further strength of our business evident over the past 3 years is the inherent robustness of our diversified revenue base.

Following a structural shift to a low oil price environment, our chemical business has increased its contribution to grow profit from 40% to 50%. This will further increase cost commissioning of the LCCP. We believe that Sasol's diversified revenue base covering different geographies, sectors and currencies will remain a strong component of Sasol's ability to remain robust through different oil and chemical price cycles.

Additionally, it provides greater optionality in pursuing opportunities to deliver future value growth. One of the hallmarks of Sasol is our competitive cost base, driven in recent years by sustainable cost savings and our cash and capital conservation program. Here, we delivered around USD 400 million in sustainable cost savings 1 year ahead of plan and our Business Performance Enhancement Programme. Additionally, we have conserved $5.4 billion to date in cash and capital. Owing to our efforts, we have kept real fixed costs flat since 2015.

Finally, we are driving a rigorous program of portfolio optimization, encompassing a review of our asset base to classify assets akin to our growth ambitions as well as those to be retained and fixed or disposed of. The asset reviews are not meant to sell assets at suboptimal prices or unbundle components of the company.

LCCP is a game changer for Sasol. Once commissioned, this well-scaled petrochemical complex will triple our chemical production capacity in the U.S., enabling Sasol to further strengthen our position in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a growing global chemicals market. We will unlock value through access to low-cost feedstock, smartly integrating our proprietary and licensed technologies and being close to global markets for our products. As of 30 September 2017, the project was 79% complete with construction execution above 50%.

Capital expenditure is currently at USD 8.1 billion. We also remain on track to deliver the first units by the second half of calendar year 2018. Most of you would be aware of the extreme weather events in the U.S. a few months ago caused initially by Hurricane Harvey and thereafter, Hurricanes Irma and Nate. These extreme weather events did impact our construction productivity levels, which, prior to this, were at first quintile performance levels.

As communicated in our most recent quarterly performance update, we confirmed the impact of Harvey at USD 130 million. Just a reminder too, as we stated before in August last year, the project's budget cost does not cover unplanned event-driven risks. Owing to lower productivity levels post these extreme weather events, while we initially thought this could be absorbed within the existing project contingency, it is not possible at this rate -- at this stage. The impact of this is therefore that the projected project budget will now be revised to $11.13 billion. Notwithstanding productivity levels that continue to improve, we'll provide the market with an update on the cost estimate at our half-year end results next year. To give you a sense of the scale of this impressive project, let's quickly watch a short video.

[Presentation]

**Bongani Nqwababa**
*Joint President, CEO & Director*

As you have seen, this is truly a well-scaled petrochemicals complex. Stephen, you are not alone. We are with you, all the way in. To conclude on this topic of LCCP, our business readiness plans are progressing well. We have already selected channel partners of our commodity chemicals with agreements set to be finalized in the first quarter of calendar year 2018. Around 90% of our specialty chemicals products will also be placed with existing customers. Over to you, Steve.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Sasol is committed to minimizing the environmental impact of our operations. This is reflected in our previous strategic decision not to pursue coal-to-liquids growth outside of our existing operations in South Africa and to focus on gas as a bridge to lower carbon economy. We have invested more than USD 1.8 billion on capital projects over the past 12 years to minimize our environmental footprint.

In addition, we have proactively implemented greenhouse gas reduction projects, which resulted in an absolute GHG emissions reduction of more than 10 million tons per annum through the utilization of lower carbon sources and our own energy efficient efforts.

As you'll see on this graph, we continue to reduce our $CO_2$ footprint in South Africa. On our current air quality improvement road maps, our South Africa operations is key in delivering a sustained compliance record. We remain in compliance with all existing water and air emissions licenses, and we are actively working to achieve compliance with the new plan standards, regulations and conditions which come into effect in 2020.

Further postponements will be required to complete our road maps -- complete implementation by 2025.

Let's now move on to the subject of continuous improvement. Continuous improvement is a theme that will feature strongly in Sasol's overall drive -- next slide please -- overall drive to become more efficient and effective through the commodity cycle. Here, we intend to hone the performance of our existing assets and businesses in 3 areas: customer focus; digitalization and asset performance.

We already have a strong base in which to build. So the advancements we pursue will be anchored on improving our customer focus to ensure that we can grow with our customers and realize mutual value, utilizing digitalization to improve the efficiency of our operations, functions and activities, improving our asset performance by improving returns from the existing portfolio. Here, we will optimize annual

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sustenance capital spend, drive margin uplift by high-grading our portfolios and maintain our strong focus on containing cost increases. We've also embarked on a rigorous asset review process that Bongani will speak to in a minute.

The outcome of all of these efforts will not be insignificant. We are challenging ourselves to improve the return on invested capital of our existing assets by 15% or plus 2% ROIC by 2022. This is a major undertaking for our organization. Bongani?

**Bongani Nqwababa**
*Joint President, CEO & Director*

Thank you. At our year-end results in August, we confirmed the initiation of a detailed asset review process to ensure that all assets in our portfolio deliver against stringent financial metrics. To be clear, this review process is not intended simply to improve balance sheet liquidity. Our intent is to improve the performance of our assets by continually testing alignment of our assets against our strategy as well as determining whether all our assets are contributing value to Sasol's bottom line. We have identified more than 100 assets that have or are being evaluated against an agreed set of criteria and potential classifications. These classifications cover assets key to our growth ambitions, those to be retained and fixed or closed, disposed of or where we must reduce our shareholding.

To date, more than 50% of asset reviews have been completed with the majority of these assets confirmed to be retained with clear improvement actions defined. Our Canadian shale gas asset is among the noncore assets that have been identified for disposal. In this respect, we will commence a structured divestment process involving our partner in this asset, Progress Energy. The remaining asset reviews will be completed during the 2018 calendar year.

Let us now look at our digitalization journey. We have invested significant effort to identify opportunities where we can apply technologies to drive greater value from our existing businesses. We believe that more effective use of digital technology will create value in a broad range of applications ranging from product yield through to customer experiences and blunt reliability. Critically, we also see an opportunity to improve safety performance, specifically in our mining and plant operations through use of wearable technology. We recently piloted and are already seeing value from a digital customer experience platform called Digital Catalyst in our chemicals business. The platform is designed to improve customer experiences by automating many planning, scheduling and order management processes.

By embracing technology to enhance our competitiveness, we are targeting more than USD 300 million in value by 2022 as part of the 2% ROIC uplift. Steve?

**Raj Naidu**

Let's now turn our attention to how we will drive sustainable value-based growth in Sasol. Looking forward, Sasol is well positioned to drive sustainable value-based growth. Our business model is robust with deep customer relationships globally. We're strong in almost all of our businesses in South Africa. We're strong outside of South Africa in specialty chemicals. We have proven operational discipline and cost control as we have exhibited over the past few years, and our management of complex value chains is second to none. We deploy and we develop good technology. And most importantly, our people are highly competent with a fabulous can-do attitude. Taking into account this foundation and the megatrends that we discussed earlier, we have developed a clear choice -- clear strategic choices to deliver future growth. Our competitive asset base allows for continued free cash flow generation that positions Sasol well in those areas where we choose to compete. This combination of strong identity, relationships, cost-competitive assets and unique capabilities place Sasol in a position to deliver strong earnings and pursue growth opportunities.

So what choices have we made? With consideration of the future environment and our competitive strengths, we have made clear strategic choices to focus our growth in business sectors where we have strong capabilities. Within our chemicals business, we have chosen to focus on progressively growing our portfolio of high-value specialty chemicals. We will target markets in the high-growth sectors, as we discussed earlier.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Our existing application know-how and strong product portfolio in a broad range of specialty chemical products gives us confidence that we can deliver in this area. Our push into specialty chemicals is further supported by the benefit of the scale and cost advantages we enjoy through our major investment platforms both in South Africa and now, North America. We will take full advantage of these large cost-competitive facilities as we grow.

Secondly, we will pursue progressive disciplined growth in exploration and production, both in Mozambique and in selected countries in West Africa. We will seek to expand our production levels with a bias to liquid plays. Here, we will leverage our upstream oil and gas exploration and production expertise, given that we are already an efficient producer in Southern Mozambique and our downstream integration with those products.

Our organization continues to strengthen in terms of E&P expertise, including Jon Harris, who is with us today. And we will see our E&P pillar playing a larger role in Sasol going forward.

Thirdly, we will continue to aggressively grow our liquid fuel's retail business in Southern Africa, capitalizing on our strong brand and our existing cost advantage. We have a proven track record of growing good returns here over the past several years, and we will step up our activity in this sector.

Now turning to the tough calls we've made to rebalance our portfolio and bring focus to our growth aspirations, there are aspects of our business that will be de-emphasized. Firstly, we've taken the decision not to invest in further greenfield GTL projects. While our current GTL and CTO assets are generating good returns and cash flows, the external environment, continued volatility, and our view of future megatrends will simply not support more greenfield investment by Sasol in this technology.

To be clear, this does not mean we're abandoning our industry-leading position in Fischer–Tropsch technology. I'd say, that's far from it. We're going to continue to work on opportunities to optimize and improve our existing facilities in regard to catalyst performance, product yields and energy efficiency. We also see further opportunities to high-grade the value of our GTL molecules through base oil extraction. We will also continue to license and support our FT technology and utilize our 50-plus years of know-how in partnership with others.

Secondly, we've looked at our business portfolio and made the call not to invest in any additional new crude-refining capacity. This decision was informed by the large investments that will be required to meet changing specifications for fuels in South Africa and the world and a lack of any clear competitive advantage for Sasol outside our existing position in Secunda.

Similarly, we have made an important call on commodity chemicals, what we sometimes call base chemicals. Although we have a solid foundation business in Base Chemicals or commodity chemicals, and we've got world-scale facilities, the LCCP is under construction in Lake Charles, the risk-reward profile for such projects that are commodity-biased is larger than we wish to take on in the future. Although strategic investments in feedstock advantage locations will still be considered, mega-scale commodity-biased investments will only be considered in the future in partnerships that lower our overall risk exposure. We will certainly be investing and extracting further value from our Lake Charles and our Secunda operations in either commodity chemicals or specialty chemicals, but we will not be pursuing -- but pursuing further commodity chemicals investments will primarily take place, where it can support the specialty chemicals growth.

Lastly, we do not see Sasol as being able to develop a meaningful valuable position in renewables and will therefore not be pursuing this as a growth business. We will, however, look to leverage all available technologies, especially in areas to reduce our environmental footprint and emissions.

**Bongani Nqwababa**
*Joint President, CEO & Director*

We will be executing our strategy in a phased and progressive manner. Our growth ambitions will, of course, take into account our balance sheet, our earnings flow and ability to successfully execute our plans. We are confident that we are poised to deliver value over multiple time horizons as noted on this slide.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Our first near-term priority from 2018 to 2022 will be to deliver our projects and utilize free cash flow to reduce our balance sheet risk. At the same time, we'll consider small discrete growth opportunities, both organic and inorganic. Within our existing business, we are looking to drive further value delivered through our continuous improvement program. Notwithstanding our past success, we see opportunity supported by our asset reviews and digitalization efforts to provide even higher earnings from these facilities. A relentless focus to capture these opportunities can be expected.

In the medium term, as our investment in Lake Charles delivers full value, we will strive to return cash earlier to our shareholders through a reduction in our dividend cover. Our investment appetite will also increase as our balance sheet allows, continuing to focus on delivering further value from our existing platforms and selective inorganic opportunities that fit our strategic growth areas.

As we move forward towards 2030, our focus will be to accelerate growth in our 3 strategic focus areas: exploration and production in Africa; specialty chemicals globally; and our liquid fuels retail footprint in Southern Africa.

Before I hand over to Paul, let us take stock of what we have said so far and why we are confident in our investment proposition. What actions are we taking? Our strong foundation competitively positions the company for value creation and future growth. We are highly-cash generative at USD 40 per barrel, and we will continue to enhance our foundation business. We have a clear focus strategy that taps into our core strengths and exploits potential in key growth markets. We know where we will grow, and we know where we will not grow. We are sharpening our approach to disciplined capital allocation, all these factors to position Sasol to deliver superior returns to shareholders. From these actions, assert to deliver accelerated returns to our shareholders, with our dividend payout expected to increase to 40% by 2022, a company that is competitively positioned for sustainable growth now and in the future. Given all the above, I am confident that we are in a position to successfully compete against principally mid-cap players. We have the scale to pursue attractive projects and acquisitions. Our strong cash flow will allow Sasol to deliver future earnings growth and sustainable value.

On this point, I will now hand you over to Paul, who will unpack our financial framework and sharpened capital allocation approach. Over to you, Paul.

**Paul Victor**
*CFO & Executive Director*

Thanks, Bongani. Good morning, ladies and gentleman. It is my pleasure to present updated financial framework for you today. What's important to note is that our financial framework is really informed by 3 things: firstly, our refocused strategy; secondly, our drive to ensure that we return more balanced returns to our shareholders through the cycle; and lastly, all of this really underpinned by our sharpened and focused capital allocation approach.

In delivering value to our shareholders, I think, it's quite important that our thinking was really informed by the following elements: firstly, delivering and improving our cash flows from our foundation businesses. Very important to note is that we have a strong belief that our current foundation businesses can churn out much higher cash flows at marginal capital investment.

Learning from our past, we also will be much more purposeful in shifting our focus to a more focused and disciplined capital allocation approach, which I will elaborate on a little bit later. We're also shifting our strategy from a more value -- from more volume to a values perspective. And also in that, focusing more in returning value through the cycle to our shareholders. We need to continue on building the efforts over the past couple of years on ensuring that we have a very optimal and effective capital structure. And all of this will be anchored in our financial risk mitigation strategies.

Lastly, very important that we find ourselves in a position where we're actively deleveraging the balance sheet, and it creates a sufficient flexibility for us to execute our strategy going forward because market volatility will continue in the sectors in which we operate as well as the threat of potential technology disruptions, which we also need to take heed of.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to the next slide, safe to say that our chemicals and energy industry will continue to be operating in a volatile macroeconomic environment. And therefore, it's very key for us as a business to understand the different scenarios in which we operate and also important to understand how we're going to remain competitive and also relevant as a company going forward. And lastly, what is the value offering in terms of how we will return value to our shareholders throughout the cycle.

Now if you focus on the operating context, 2018 to 2030, it was very important from a strategic planning perspective to understand the different oil price ranges in which we potentially need to consider. And what we've done is just really considering a $50 oil price as a low case scenario and a $70 oil price as a high case scenario, really to inform how much capital do we have available for allocation throughout the cycle. A $60 to the barrel real case informs our base case assumption. But I think, very important to note for me to point out is that our strategic choices as well as the way that we will deploy capital going forward needs to be flexible to cater for the low as well as the high scenarios.

Again, very important to note, if you focus on the capital available, that we will have sufficient and significant capital and cash flows that will become available from our global assets and this at these various oil prices. And all these scenarios will give the indication that we have sufficient opportunity to grow the company as well as returning value to our shareholders going forward.

If I now move on to the middle section in terms of what informs our view in terms of growing the shareholder value and returns on a sustainable basis. We are of the view that our approach to managing and ensuring that our global assets operate at the highest possible level is very core to our business and, hence, ensuring that we keep on delivering high cash flows. We will further enhance value to our business through, as what Bongani said, clear strategic choices in terms of instilling quality growth. We have to commit ourselves to following a very focus and a very disciplined capital allocation approach. And all of this really is within the framework of following a very prudent financial risk mitigation strategy.

If I may move to the right hand side, our definition of victory in terms of how we anticipate to grow the company as well as returning value to our shareholders is really defined in the following targets. Very important to note is that these targets have been benchmarked against a peer group, and we do believe if we can be consistent in delivering these targets over a period of time, this will be better compared to what our peer grouping will be able to offer.

Firstly, we are targeting a higher than 5% EBIT growth rate in real terms in U.S. dollar terms, coupled with a higher than a 12% U.S. dollar ROIC rate of return. We have shared with you that we will reach peak gearing. And as we deleverage the balance sheet over the next couple of years, we will have limited capital available for deployment up till 2022. We have to deleverage the balance sheet and, hence, we need to commit ourselves to actually add more value to the company. And the way that we will do it is through our 2% ROIC uplift using financial year '17 as a base and effectively translating this as to say, this is an effort of adding 15% to 20% of more value to the company by just utilizing and managing and levering benefits from our current assets through our continuous improvement program, which Steve and Bongani alluded to. Details of these targets will be shared with the market once we have completed our internal review processes, and we're targeting this towards the back end of the current financial year.

If I may move on. As our investment grade metrics manage within an optimal capital structure really remain quite key in how effective we are in managing our financial risk, we do plan to manage our balance sheet gearing within the range of 20% to 40% and our net-debt-to-EBITDA to between the range of 1x to 1.7x. And these are all the metrics that rating agencies use in assessing our investment grade rating. However, we will be targeting a 30% gearing ratio and a net-debt-to-EBITDA of 1.5x because we believe that these levels will provide us with the sufficient flexibility to sustain the quality growth rate through the cycle, very important. It also will allow us to set up our dividend to levels which I will discuss later on, but really have a competitive dividend payout ratio. And it also will provide us with the sufficient flexibility when market volatility do dawn on our business that we can safely and sustainably return value to our shareholders through the cycle.

The last element I would like to focus is how do we plan to return value through the cycle to our shareholders. Now as you all know, Sasol is reaching basically the end of a significant growth phase as the end of the construction phase of LCCP draws closer. Project Gemini has been completed quite

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

recently. We completed the Secunda program, [indiscernible] only to name a few. We therefore really now need to shift our focus on, firstly, deleveraging our balance sheet and then really start to focus on increasing our dividend payout ratio to the high end of the targeted payout range of between 40% and 45% or between 2.5x and 2.2x headline earnings per share. We do believe that by achieving these targets and remaining within these ranges, it will really give us the opportunity and position us well to return maximum sustainable value to shareholders through the cycle.

I will be sharing now with you how do we plan to position ourselves in achieving the strategic value targets which I just spoke to you about. Now our game plan, if I can really use that, is really premised on 4 key focus areas. Firstly, as I said before, we really need to increase the cash flows from our foundation businesses. Safe to say that key to our future cash flow generation is firstly that we ramp up and we need to deliver on the LCCP cash flows. That's quite critical. And in parallel, what we will do is that we do believe that this 2% ROIC uplift, using financial year '17 as a base, can be achieved over the short to medium term by primarily focusing on our digitalization drive, the ongoing cost initiatives that we've embarked on and also via our focus and optimized approach of further developing and optimizing our capital and asset portfolio. We are comfortable that with the work that we've done over the past couple of months that it will pose a very realistic stretch to the organization to deliver the 2% uplift in ROIC. But this comes at a time where we have limited flexibility, so hence the focus on adding more value during this period of time.

In the longer-term, our focus on delivering higher cash flows from our foundation businesses will continue, and we do believe that we've got a couple of levers to pull. Most predominantly, there is still the opportunity of debottlenecking the Lake Charles facility as well as focusing on new cash flows that will come online, specifically Mozambique as a result of our oil and gas developments.

Second, it's quite important that we maintain and drive towards a very optimal capital structure as that really defines how effective and efficient you are in executing the strategy. So over the short to medium term, extending the maturity of our portfolio of debt instruments is actually quite essential. And as I said before, we have to return and maintain our gearing levels at 30%. The continuation of our sound approach to risk management is actually quite very essential as it gives us the opportunity to continuously protect our balance sheet against any downside. And hence, we will continue with our hedging strategy that focuses specifically on crude oil, on the currency and also on ethane, which we will share later on with you, without necessarily restricting any potential upside in the recovery of prices that we see in the market.

[indiscernible] your iPhones and WhatsApps during the presentation because it's so captivating, but a [ sales ] announcement has been issued. And the [ sales ] announcement basically said, if you haven't seen it yet, is that we have been successful in refinancing or rolling over our $1.5 billion RCA facility into a $3.9 billion RCA facility at very much favorable terms. The maturity on this facility will be 5 years with the option to extend it by another 2 years. We do believe that this facility significantly provide us access to liquidity and is really our first day in our long-term efforts of refinancing the debt of the group. Over the long term, our focus is still to manage our balance sheet within a gearing of 20% to 40%, as I've mentioned before, as well as a net-debt-to-EBITDA of the 1x to the 1.7x.

Now thirdly, as part of the third component, as you can also see on the slide, in terms of our game plan is really focusing and now turning our attention to our sharpened and disciplined capital allocation process. Safe to say that this is the area where probably the most significant focus was required for the company. You need to take comfort that we have sharpened our focus on capital allocation. We have embarked on what our inside deliverables and objectives needs to be and have also compared these against industry benchmarks. And we are currently in the process of implementing the proposals which we tabled to the board and which we obtained board approval for. We do acknowledge that, going forward, that shareholder value creation will be highly dependent on how effective we, as a company, are in deploying our capital.

Lessons learned from the past will be institutionalized and a much more focused, balanced and disciplined capital allocation process will be followed in future. We've also refocused our capital allocation process to improve our investment decisions. And to this point, over the next 2 slides, I will share more details

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with you in terms of how we plan to manage our investment portfolio as well as our approach to a more detailed level, granular level of capital allocation.

The last element of our game plan is then really to focus on how we will bring channel returns through the cycle to our shareholders. An important element within our capital allocation process is, as I say, to start driving towards higher dividend payout ratios to our shareholders as well as pursuing a very consistent and a very disciplined approach to a share buyback program, where we aim to counter the dilution impact of corporate transactions. And this is really mainly to ensure that our shareholders don't suffer ongoing dilution as a result of our LTI scheme or as a result of a [ black ] impairment scheme recently approved by shareholders. We do believe that the capital allocation framework will ultimately benefit our shareholders through higher dividend sustained payouts once we deleverage the balance sheet, through shortening the cash cycles of our investment opportunities and also focusing on a balance of paying higher dividends and also sustaining a quality growth rate for the company.

Now as I've said before, we are now focusing a little bit on our investment philosophy and in terms of what are strange. We have taken on board the lessons learned of our recent capital investment projects. Historically, we have grown the company mostly through large organic projects with long lead times before earnings as well as cash flows were actually recognized on the bottom line. Typically, a lot of these investments were also wholly owned. We, therefore, had to refocus our asset review process and investment review process, and we will really aim and focus on driving the investment portfolio that actually meets the following guidelines. We will in future build this investment portfolio through a combination of smaller size, which is lower than $500 million, to medium-size projects, which is a larger -- or sorry, lower than $1 billion, whether organic or inorganic, that's a bit of a shift for us as well, and to really build a track record of successfully delivering these small to medium-sized projects before we even consider a larger project. And the digestibility of these investments and the continuation thereof, as what we've seen in terms of best practice, how you'll keep on the churn and the growth in terms of your EBIT quality growth rate as well as ensuring that your ROIC stays at about -- through the cycle about 12%. Larger, mega-scale projects, very important to note, is not within our immediate focus, and we will only consider larger and mega-scale projects once we have a sufficient building up of a track record via the smaller and medium-sized projects.

Equally important to note that the larger and mega-scale projects will in future consider partnerships as a very key aspect on the deleveraging or limiting the risk of such investments as well as making sure that further value can be added via the partners' contribution. Overall, we also don't plan to invest more than 10% of the company's market capitalization annually in growth projects which is also very much aligned to what our industry peers are doing. We are then of the view that these changes do present a significant change in the way that we want to manage our investment philosophy going forward.

I'll be focusing on the middle and the right hand part that really kind of gives you a sense of so what investments will we target. We will however now, in future, be focused more on approach, on delivering organic and inorganic investments underpinned by very clear return expectations. A single U.S. dollar WACC rate will be used for all our projects as a benchmark, and we will adjust that based on the industry and the country risk and also the project risk that the project is facing. Inorganic investments will be considered specifically with the synergies with regards to our strategy and our current business. And this will specifically be focused on our specialty chemicals, our fuel retail business as well as our West African upstream sectors.

Finally, investment opportunities will also be screened against very clear investment objectives and assessed according to the project risk profile. We do believe, through this investment screening process and building the portfolio, that the most appropriate investment decisions will be made for the company, and that this will translate into maximum returns and a quality growth rate for our shareholders.

Moving on to our capital allocation. And as we said to you a couple of times today, our increased focus on following a very disciplined capital allocation really reflects our commitment of sharing increased returns to our shareholders. As I've indicated on the second slide in terms of the operating context that significant cash flows at various oil prices will become available. And it is quite important that our shareholders do understand how we plan to allocate capital and how do we plan to grow and return value to them during

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

this time that cash flows becomes more available. So we plan to approach capital allocations broadly in the following sense. Firstly, as you can see to the left hand side of the slide, as part of the first order of capital allocation, it's firstly important for us to deleverage our balance sheet to the targeted 30% and then to step up our dividend cover from 2.8x to 2.5x, effectively representing a 40% dividend payout ratio. Now we envisage that this process will gradually occur during 2018 to 2022. Thereafter, we will pursue our quality growth strategy, as described in the previous section, by investing in value accretive organic and inorganic investment opportunities as long as these opportunities do benefit us compared to the sector-specific weighted average cost of capital. Also very important to note that these quality growth earning portfolios will be balanced with higher dividend payout from that point onwards in focusing on then further stepping up beyond 2022 our dividend payout ratio from 40% to 45% or effectively dropping our cover from 2.5x to 2.2x. And all of this will ultimately also need to take into account the prevailing industry trends at that point in time.

As part of the first order of capital allocation, as I've mentioned before, we also need to implement a consistent and very disciplined share buyback program to counter the anti-dilution impact of corporate activities. And all of this, as part of the first order, needs to be on the condition that we can maintain our investment grade ratings.

If I move to the right hand side, this is the second order of capital allocation. And in most instances, we anticipate, with the modeling that we've done, that this process will start to kick in from 2022. So how do we think about it? There's 2 levels of capital allocation as part of the second order. The first one is returning value to shareholders through special dividends. And that will really be, and the way that we see it, very special events driven, like the sale of a big asset or something like that. The other component of the second order of capital allocation is our share buyback program. And this will be considered only after we considered our choices in terms of the first order of capital allocation. Between the first order and the second order, very important that value is the driver of it all. And all actions will only be pursued when the most value can be delivered to the shareholder. Share buybacks will only be considered in instances where we have insufficient development of our organic and inorganic opportunities or there's clear value to be captured for our shareholders. And that evaluation and interplay between the first order and the second order is quite important.

At a long-term view oil price of $60, we do expect that we'll have between $20 billion to $25 billion of capital available, of which most will come online post 2022, up to 2030. Our increased focus on our process capital allocation is designed to ensure that we allocate and deploy capital where the most value will be created, but in a very balanced way for our shareholders.

I'm going to wrap up in really saying closing, the focus for us is to ensure that through our financial framework and our very focused capital allocation approach that our objective is to drive and deliver maximum sustainable value for our shareholders. If you invest in Sasol, you will get exposure to a very robust portfolio of highly competitive, highly cash-generative assets, which is mostly globally feedstock advantage that's underpinned by a strong know-how of people as well as a very unique technology offering, and the combination of all of this is what we believe the value offering is for our shareholders and future shareholders.

As we mentioned before, we will measure these targets against the higher than 5% EBIT growth rate real through the cycle, the significant increase in our cash flow per share, and we indicated between 60% and 70% in free cash flow per share by 2022. Our commitment to grow the value of the company through our continuous improvement program by adding a further 2% or 15% to 20% value uplift on our current assets, and all of this culminating in a ROIC in U.S. dollar terms of above 12%. These targets is in the -- has been set in the backdrop of sustenance capital of $1.5 billion per annum, within the ambit of a optimal capital structure of 30% gearing and also within a framework of increasing our dividends from 2.8x in financial year '18 to 2.5x by 2022, and ultimately stepping it up to a cover of 2.2x beyond that.

So this brings me to the end of my section. We will break for tea. And I just want to make sure, at what time do we need to be back -- at 12:00. So there's 15 minutes that you have. Thank you very much.

[Break]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Hello, everyone. We'll get -- we better going with the next section of the presentation where we'll unpack each of chemicals, energy and upstream. So starting from the far side: Jon Harris, EVP Upstream; in the middle, Maurice Radebe; and on the immediate right, Fleetwood Grobler from -- EVP Chemicals. So I'll -- they'll each have -- each go through their respective businesses.

And over to you, Fleetwood.

**Fleetwood Rawstorne Grobler**
*Executive Vice President of Chemicals Business*

Thank you, Cavan. Good afternoon, everyone. It is my pleasure to talk you through the updated strategic focus areas of our Sasol chemicals business this afternoon. In our chemicals business presentation, you will hear that we are well positioned to generate value-based growth through competitive products, application know-how and close customer relationships in the global chemical markets and that we have carefully selected attractive end-market segments with strong global growth rates for further growth based on our ability to drive superior customer value through diverse offerings. We will also successfully grow our portfolio through organic, incremental investments, further differentiation and carefully considered inorganic acquisitions and partnerships.

Let us start with a general overview of our chemicals business. The chemicals contribution to Sasol's overall result has consistently grown over the past years, achieving a record of about 50% in total contribution to the Sasol group EBIT in the fiscal year 2017. In this context, it is important to note that our chemicals business has demonstrated stable and robust unit margins over an extended period of time, showing great resilience even during periods of substantially lower crude oil prices.

In Performance Chemicals, our focus has, over the past decade, shifted from commodity chemicals to specialties. In restricted sales, specialty chemicals are chemical products that are sold on the basis of their performance or function rather than the composition. Sasol's intensive knowledge and ongoing innovation in these areas position us for selective growth around and along the following key value chains. Specialty alcohols, such as branched synthetic alcohols, lower and higher molecular weight alcohols, tailor-made surfactants, which is then the corresponding derivative, high-end, ultra-high purity alumina where proprietary production processes and many years of operational and own technology development experience allow us to tailor the chemical composition and physical properties of our products to exactly match our customers' requirements. And last but not least, our Fischer–Tropsch-derived specialty waxes with properties such as unique congealing points, low viscosity and high purity.

In the last fiscal year, our Performance Chemical total sales exceeded 3.1 million tons in more than 50 diversified markets and applications, and we are proud of our long-term customer relationships with established chemical, industrial and consumer producers.

Our Base Chemical business on the other hand is mainly focused on commodity markets, where we have decades of operating experience with licensed polyethylene, polypropylene as well as our own proprietary Fischer-Tropsch chemical extraction technologies. We have compete successfully based on cost-efficient value chains that are back-integrated into ethylene and coal feedstock and are part of larger integrated multi-asset sites in South Africa as well as in the U.S.

Global Base Chemical sales are about 3.1 million tons per annum. As in the case of Performance Chemicals, we have well-established and strong customer relationships across the Base Chemicals product portfolio. The total Sasol chemicals business serve in excess of 8,000 customers in 10,000 locations and across more than 130 countries globally. We are truly global business supplied from operations in Europe, the United States, South Africa and in China, where we are busy with expanding our operational footprint to triple our specialty surfactant capacity by 2019.

Now let us take a look at our macro environment.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Own research based on various industry sources show that the current world market for basic or commodity chemicals is around USD 2.1 trillion on a revenue basis. In the coming few years, this market is expected to grow at an annual average rate of 4.4%, due largely to the recovery of oil prices from the historic lows in 2016. In the long-term, however, commodity chemicals are likely to grow more in line with global GDP growth. It is not surprising that the vast majority of commodity revenues are being generated in Asia-Pacific region, given the size of local economies such as India and China. This is driven by investments into infrastructure and basic production capacities as well as by megatrends such as rapid population growth and urbanization in these emerging regions.

Market experts forecast that specialty chemicals, a sizeable segment with a global revenues around USD 900 billion in 2016, will grow at a higher average rate of 5.6% per annum. This higher growth results from both bigger volume as well as better price performance over the long term. This market is driven by further urbanization and a growing global middle class, creating demand for higher-value products as well as by environmental requirements that ask for better performing, more efficient chemical compounds. Again, emerging regions are the main contributors to this growth. But in absolute size, markets in mature regions such as Europe and/or the Americas are nearly as large. As such, a balanced global presence across multiple regions is of a specific importance in the specialty chemicals business.

Let me now explain how we will thrive in this healthy macroeconomic environment. Our competitive advantages are based on a number of key pillars. I'll go through what we have on the left-hand side of that slide first. First and foremost, we are present in attractive end markets, underpinned by profound application know-how in specialty chemicals as well as strong market positions enabled through unique product offerings. Over the past years, we have intensified our efforts to better understand the needs of our customers and to provide them with value-adding components.

Let me share a couple of examples: A specialty surfactant that works under extreme reservoir conditions in the oil and gas industry, a specialty wax additive for asphalt processing that allow for faster road construction and works with fresh and recycled materials. We cooperate with major customers in joint research programs to allow expert scientists to co-create and reduce footprint and product development times.

Another pillar of competitive advantage is technology, where we own the Ziegler production technology for a broad range of synthetic alcohols and high-purity aluminas or inorganics, where we have mastered also the extraction of valuable chemicals from our large-scale Fischer-Tropsch units in South Africa. Going forward, we intend to leverage all these pillars for sustained growth. We will build on our product and application know-how, not only to grow our existing business but also to enter into new applications on our strong technical capabilities and customer intimacy as a basis.

Our focus on attractive end markets has shown that a combination of specialties from our product portfolio offers additional value in many applications. Typical examples are the combination of wax and surfactants for the advanced seat coatings in agrochemicals. Another example is the combination of inorganics and surfactants for slow-release carriers in the oil and gas extraction industry.

For future growth, we will look at several organic options including incremental expansions, capacity optimizations and larger investments. Debottlenecking our integrated value chains in the U.S., Europe and in South Africa is a good example for incremental expansions of a solid foundation driven by compelling economics. We are also pursuing meaningful growth via acquisitions and partnerships on our way forward, allowing us to complement our product portfolio. We believe that several attractive downstream opportunities exist that can lead to accelerated growth, given the benefit of backward integration that we bring.

Over the past year, we have very successfully applied the use of agile and digital tools in our chemicals business, with a focus on improving customer experience in doing business with Sasol and to collaborate closely with them in order to better anticipate their needs and improve on their expected services. An example of our unique product expertise that we bring to the customers is shown on this slide: Longer-chain alcohols that are delivered into a broad variety of industrial and household applications. As demonstrated here, Sasol offer by far the largest and most diverse portfolio of alcohols with more than 6 carbon atoms, not to be confused with alcohol used for beverages which only contain 2 carbon atoms,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

making use of a range of feedstocks and differentiated often unique technologies that allows us to produce specialties that are advantaged in certain applications.

Let me share the example of metalworking. In this application, fluids are often used for lubrication and to remove the cuttings during the processing of various materials. Alcohols, as part of a carefully selected chemical additive package, perform very successfully under these extreme production conditions defined by velocity, temperature and metal characteristics. Global teams of Sasol research and development experts are constantly looking to improve existing customer value as well as for new applications in adjacent end markets, for example, by using alcohol property maps that we have developed over many years of market presence.

As we look to grow in specialty chemicals, we apply 2 key growth lenses in -- when we assess or assess this opportunity. Let me go through those 2 lenses, and I will go by way of example to give you a flavor of what is entailed. Our first growth lens focuses on profitability and profitably growing in key end markets that are underpinned by megatrends for their growth. Based on our understanding of these markets, we will extend and expand in growth platforms using our full chemicals portfolio in addressing market segments, fostering portfolio cohesion and close cooperation with our customers. Our second growth lens, product expertise, looks along the specialty product lines, the horizontal part there, in order to look at the functional chemistry and then really make sure that we identify new end markets and application on the basis of our unique products' characteristics. Examples from our inorganic portfolio include advanced materials used in a variety of market segments, such as catalyst applications, high-performance abrasives as well as coatings and additives. Our disposable aluminas are used in the coating of lithium-ion battery separators, which improves the safety and performance of this evolving technology.

As an example, from a more established business, we are continuously growing our leading position in automotive emission control catalyst applications by providing specialty aluminas in washcoat materials and ceramic substrates for the next-generation catalysts. This allows our customers to develop novel systems for the protection of our environment, such as the new 4-way catalysts that are being introduced into Europe. Our customers in these Emission Control Areas anticipate an average growth rate of close to 10% per annum, and they rely on us to grow with the demand. In the metalworking sector, high-performance abrasives are highly sought-after for the productivity improvements that these innovative technologies bring to the manufacturing sector.

Now let us move from product focus to markets and more specifically to 6 attractive specialty chemical end markets in which we already participate and that are in focus for our growth.

Our Performance Chemicals business has a long history of providing high-quality surfactants to the home care, laundry and personal hygiene market segments, with well-established relationship to private label, regional and global consumer product brand owners. We consider these segments, which you can see as the dark blue at the bottom of that stacked bar, as our foundational segments. They are solid cash generators that grow on average at GDP, driven by growing population and its needs for cleanliness and hygiene. On top of those foundational businesses, we today make up about 40% of our total revenues. You can see our main growth segments that is expanding to the right there. They are driven by a global energy demand growth such as oil and gas extraction by a growing global population and urbanization such as hard infrastructure paints, coatings and adhesives and by the need for efficient manufacturing and transportation, such as in metalworking and lubrication or in automotive application.

Our success with increasing revenues in such strategic growth segments becomes apparent when you look at where we come from. In 2010, that was the picture that we looked at. In fiscal 2010, our foundational segments' revenues represented almost 70% of our total turnover, with our growth business contributing only 15%. The successful shift to higher-growth segments confirms our right to succeed as well as our strategic focus on market development and consequently on providing customers with unique and compelling value. The key common trend across these segments is that it is really that they grow much higher than the global domestic product. They grow much higher than the GDP. So they all provide accessible markets with a size of at least $2 billion, big enough to generate significant additional revenues for Sasol through continued differentiation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

After explaining our 2 growth lenses, product expertise and end-market insight, let us now look at the levers to create growth. Our specialty chemicals portfolio provides optionality in terms of implementing growth. First and foremost, we continue to pursue all avenues of internal growth, namely optimizing of existing assets such as our network, our facilities in Europe, North America, South America and in China for alcohols and surfactants, where we will focus on maximizing efficiencies. Secondly, shifting our products to higher margins with investments to close gaps in differentiation; for example, within wax, where we will continue to expand downstream into functional waxes in order to maximize customer value.

And adding capacity via internal expansion where we bought new specialty units as we have been doing with inorganics where we have significantly increased specialty drying and calcination capacities over recent years in Germany. It is important to note that in addition to these internal options, we target external growth via acquisitions and partnerships in order to access adjacent segments that link with our established strengths and thus allow us to drive unique synergies.

To this end, we have developed clear strategic criteria that narrowed down the targets that we will -- that will ensure optimal fit with our core specialty value chains and the ability to build scale in our target market segments. On the basis of these boundary screening criteria, we continuously prioritize the targets after assessment of their value and the possible synergies with Sasol. This will allow for swift execution once our balance sheet is more flexible. For example, within alcohols and surfactants, we look at obtaining formulation insight into additive packages for metalworking and lubricants in order to optimally position our unique product offering for this market segment. Moreover, these targets will invariably accelerate our shift towards higher-margin applications.

Let us now move and take a look at our time horizons for execution. So in the near term, we will focus on value from our Lake Charles Chemical Project to deliver that, and in parallel, we will continue to optimize current capacities from both Base Chemicals and Performance Chemicals and invest in additional incremental opportunities. The focus of this horizon builds on existing technology platforms that has served us well and that we expect to provide a solid foundation for our future growth. In the mid to long term, our growth focus will be biased towards our specialty chemicals portfolio and its specific strengths. We intend to progressively grow this part of our portfolio, and the Lake Charles Chemicals Project provide an excellent foundation given the size of available infrastructure, the integration opportunities and the accessible markets. In addition to organic growth, we clearly see the opportunity to pursue inorganic options based on our integrated attractive technology positions and our extensive market experience. Inorganic options can help to broaden and complement our existing portfolio and market reach as well as to drive step-out growth into adjacent and/or new end-market segments.

Let me conclude with the following remarks. Our chemicals business operate in an environment that is driven by healthy global demand underpinned by megatrends. In the near term, our focus is on delivering the Lake Charles Chemical Project as a strong foundation for future growth, including debottlenecking opportunities, adding incremental high-value investments. We will continue to grow value from our existing asset base across the globe, also enabled through the use of agile methodologies and digitalization. Our medium to long-term focus is biased towards specialty chemicals, where we have a strong right to succeed, driven by access to proprietary technologies and differentiated products that can be used to expand across markets and into adjacent segments. We will grow with -- in attractive end-market segments based on strong customer relationships and a cohesive specialty portfolio.

Lastly, it's important to note that we will pursue multiple avenues for this growth. These would include both organic and inorganic options with a focus on acquisitions and partnership as our balance sheet deleverages. I personally believe that we will have the optionality here to unlock substantial shareholder value as we embark on our refocused chemical strategy, which I'm fully committed to implement.

I thank you. I will now hand over to Jon, dealing with the upstream part of Sasol's business.

**Jon Harris**
*Executive Vice President of Upstream*

Thank you, Fleetwood. Today I have the great pleasure of talking about Sasol's upstream portfolio and our goals and aspirations for that business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First and foremost is our overarching concern across our entire business about safety. And safety is an absolute core value for Sasol. As a result, our safety record continues to improve as we progress to our target of zero harm. And I believe great safety is great business. We pride ourselves on our strong sustainable relationships with host governments and stakeholders. And you'll hear today how we will continue to build on these positive relationships, how we will leverage our competitive advantages to progressively grow our E&P business and how these aspects together will deliver value growth for Sasol.

I'm going to share with you the choices that we have made, how we will win and how our upstream strategy is structured to build a portfolio that will deliver sustainable growth. The 3 key messages that I would like to leave you with today are: we will remain the cost leader in safe underground coal mining. Whilst we did not expect a material growth of our coal business in South Africa, we will remain -- we remain committed to continuously optimizing the business to maximize integrated value. In addition, we have secured coal supplies in Secunda up to 2050.

Delivering our Mozambique exploration and production business is one of our key pillars of Sasol's upstream strategy. The initial development and subsequent expansion of our Mozambique fields have a life for development of both gas-to-power and gas reticulation in Mozambique and South Africa. Investors can expect Sasol to continue to demonstrate its commitment to Mozambique by investing in projects which maintain production through programs such as infiltrating and compression. And we're going to continue to do it, enable local content and local skills, and support enterprise development and social responsibility projects. We're also committed to develop our discovered PSA concession resources to their full potential, and we continue to explore for new oil and gas in Mozambique. This will further enable industrialization projects in Mozambique, such as further gas-to-power. We will progressively grow our exploration and production business in Africa, and this represents our third pillar to our upstream strategy.

We're an active partner in the Etame field in Gabon, which has proven to be a highly successful venture over some 20 years. Over this period, Sasol has worked closely with the operator to produce 5x the expected volumes, so delivering material value to all stakeholders. Over the past 10 years, Sasol's average return on invested capital for its interest in the Etame field asset has exceeded 40%. We have already developed extensive subsurface and above-ground intelligence in West Africa, and our strategy is to leverage this knowledge and our positive stakeholder relationships to progressively grow in West Africa. This will only be achieved when the capital becomes available and the risk returns can compete with other group opportunities. I will talk about these in detail in the following slides.

Currently, from a strategic perspective, upstream makes a critical contribution to Sasol's sustainable provider -- sorry, as a sustainable provider of coal and gas feedstocks to enable the rest of the South African operations to derive substantial value from our integrated businesses. The integrated nature of our Southern African businesses has been a competitive advantage and will continue to be so for Sasol.

In mining, we are a cost leader for coal production in South Africa, where we operate one of the largest coal mining complexes in the world. Our processes are world-class, including our commitment to safety, operations and maintenance, and we are developing a sustainable supply of skills to meet our future requirements through focused bursaries, scholarships and artisan development programs. We are fully compliant with current industry codes and the existing mining charter, including the B-BBEE ownership requirements. In the past 5 years, we have embarked on a $1 billion mine replacement program which is now nearing completion. These large projects were executed within budget and without any interruption in coal supply to our downstream customers. We strive to make a difference in the lives of our employees by promoting affordable homeownership which comprises an important part of our mining charter commitments. We have proactively managed our coal reserves and now have acquired sufficient coal resource to ensure supply to Secunda to 2050.

In Mozambique, E&P has a long-standing robust platform which we will continue to build upon. We continue to be a strategic gas producer in Mozambique, and we are currently in the midst of a further gas development and under the PSA concession, the first-ever oil development. We remain confident of producing gas at plateau production rates in Mozambique to meet our contractual commitments, and going forward, we'll continue to optimize new production jointly with the government of Mozambique.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We will continue our very high production efficiencies, greater than some 98% from our producing fields. And our continuous improvement in production operating costs has already realized a 24% reduction to $19 million over the last 5 years due to focused cost optimization and localization of our workforce.

In Gabon, we are a value-adding partner through our nonoperated joint venture with VAALCO and Addax in the Etame field. Using our 20-plus years of Gabonese experience and knowledge of subsurface, we provide critical technical and subsurface expertise to support field development and operations. This partnership has delivered excellent returns over an extended period, as a result of an impressive uplift in original reserve estimates. We are optimizing and focusing the E&P portfolio as part of our rigorous asset review process that Paul spoke about earlier. The Sasol Limited board recently decided to divest their interest in the Canadian assets. This follows Sasol's decision not to pursue any greenfield GTL project, which was the primary reason for acquiring these assets.

In Southern Mozambique, Sasol, in partnership with the government, has over the past 15 years established a successful and robust gas business. Sasol's gas facilities in Secunda and Sasolburg has underpinned the development of the pipeline, which in turn supported power generation, industrialization and domestic gas utilization in Mozambique. This represents an excellent example of a real value-adding project.

With our partners, we plan to expand the supply resource base through the development of our existing discoveries in the PSA concession, exploring for more gas in the acreage acquired through the fifth bid round and others and jointly acquiring additional acreage in Mozambique. This is in line with the Mozambique government's industrialization drive, providing a win-win for governments and partners and sufficient gas for further explorers.

Moving to West Africa. The dataset on the right shows the volume of resources traded in our prioritized countries. There are a few points that I would like to highlight in this dataset. Following the significant decline as a result of the oil price crash in 2014, the volume of traded resources is now recovering, particularly those weighted towards predevelopment assets. In addition, exploration licenses continue to be awarded and traded. As a result, both preproduction and exploration assets are available for capture, and I feel confident that we can build West Africa into an important upstream core area for Sasol.

Let us now take a closer look at our competitive advantages in southern Mozambique and how we will leverage these to deliver maximum value. Our most striking advantage is that we have been the only operator in all of the producing licenses in Mozambique for more than 15 years. We therefore have a wealth of experience in running an efficient, low-cost operation, and we will continue to focus on effective and efficient operations with an ethos of continued improvement.

Apart from the producing assets in Mozambique, we have additional discovered oil and gas resources in the PSA concession with further upside potential, which we are currently developing. These discoveries have complex reservoirs. But with our extensive subsurface knowledge and expertise accumulator as a result of 20 years of Mozambique upstream activity, we are confident that we can unlock upside potential that we see in the license.

Over the past few decades, Sasol has built strong mutually beneficial partnerships with the Mozambican government, the private sector and the local communities in which we offer -- which we operate and we will continue to nurture and grow these partnerships. In particular, Sasol and the Mozambique government are committed to work together to unlock the full potential of the southern Mozambique resources through our shared partners -- through our shared value partnership.

Our strategy is to use our integrated gas value chain capability to pursue the development of all sustainable gas markets in Mozambique, leverage our subsurface expertise to explore additional acreage, bring to bear group strengths and capabilities to unlock the end markets and provide alternate demand export markets. Overall, we are confident that we can realize substantial further value for our shareholders as well as the people and governments of Mozambique and South Africa by sustaining and growing the Mozambique business and maintaining gas supply to our South African value chain.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Let us now move our strategic growth -- let's -- let us now move to our next strategic growth area, West Africa. Here, we also have important competitive advantages and differentiators that will allow us to compete in the region. First, the financial stability and strength of Sasol, combined with our proven technical expertise add significantly to our credibility as an upstream partner. This allows us to maximize the value of our assets throughout their life cycles. We also bring the group's extensive midstream and downstream capability to the table, which we can leverage to ensure efficient and effective monetization of assets.

In addition, we have extensive basin knowledge of West African margin, which we have developed over the last decade. For this explicit purpose, over the last few years, we have built a high-quality exploration and acquisitions team with a proven international and African exploration and asset acquisition track record. Between them, the team have over 500 years of upstream experience with majors, independents, NOCs and niche explorers. These advantages together with our rigorous established technical and commercial workflows will be leveraged to progressively build a robust risk-based portfolio through identifying and acquiring high-impact, high-value assets, maximize value from our growing portfolio by active asset management, and through the capture of option, value, and exploration and production assets.

And secondly, build a series of upstream core areas that can sustain long-term value growth. And of course, these will have to compete for capital on a risk-return basis. As a result of this, investors can expect to see Sasol activity in the Western African market, where we will leverage the best people, knowledge and processes to grow a resilient oil-biased portfolio.

I'd like now to talk through some of the work that we've done to identify and prioritize the options. We have now conducted an extensive basin screening study, based upon prospectivity and shortlisted 17 basins, down from a 100 in these 19 countries. Further, we used play-based exploration descriptions to identify sweet spots in those basins and combined this with our country risk assessments to give us an initial focus area of 9 West African countries, plus a further 10 countries which we will use for opportunity evaluation in due course.

From an exploration growth perspective, we have conducted detailed play-based subsurface studies deploying arithmetic approach. An important part of our exploration strategy is to chase emerging plays in established hydrocarbon systems. Our aim will be to acquire early high-equity positions in exploration assets to provide portfolio leverage through early cycle exploration farm-outs to defray capital and risk. Our team will -- our team has also conducted an intensive asset screening process. To date, we have evaluated a large number of exploration producing and discovered resource assets in our focus area. This process actively continues today and is allowing us to identify exciting exploration blocks for direct licensing and farm-ins, and to develop a list of acquisition options to compete for capital when available against the group's other growth opportunities.

The key message that I would like to leave you with is that we are following a structured and systematic process with the best people, the best tools and the best intelligence to high-grade producing assets, discover the resource opportunities and exploration blocks, which we will capture to fulfill our growth ambition.

In summary, we will continue to focus on improving our safety performance to achieve zero harm; continue to sustain Sasol's value chain through safe, low-cost coal mining and sustainable gas production; compete for growth opportunities using our group's strengths and upstream competencies; maximize shared value from Southern Mozambique, jointly with the government of Mozambique; beyond our growth in Southern Mozambique, we will prioritize oil-biased growth initially in West Africa; and actively manage our asset portfolio to deliver sustainable and progressive risk-based -- risk-balanced growth; and continuously build on our core capabilities as we grow. I'm very excited about the -- about these opportunities and confident in the superior returns that will be demanded.

Thank you. I now hand over to Maurice for the Energy part of the presentation.

**Maurice Radebe**
*Executive Vice President of Energy Business & Sustainability*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Thank you very much, Jon. I'm honored to stand before you today as the leader of Sasol Energy business, a strong, diverse entity, proudly rooted in South Africa. I will share with you the Energy business contribution to the Sasol group and the plans we have to sustainably deliver superior returns.

My presentation will focus on 4 key messages which underpin the Energy business. The first one is we have a resilient, highly cash-generative Energy business, thriving on an integrated competitive cost advantage. We're driven by a strong technical and operational heritage. Our primary focus is to sustain the integrated cost advantage. This provides a solid foundation to realize a competitive edge in markets in our energy products. Number 2, we embed continuous improvement to deliver lower costs and enhance value. We'll focus on simplification, improve efficiency through digital platforms. Thirdly, we want to improve margins in our higher value businesses in Southern Africa by optimizing our customer portfolios and marketing channels. Lastly, we will deliver an optimal clean fuels solution that ensures we remain both relevant and competitive in a rapidly changing environment.

Now let me tell you a little bit about the facts regarding the Energy business. The Energy business is a solid performer, delivering 35% of Sasol's operating profit. Operating across the energy sector in Southern Africa region, Energy provides approximately 60 million barrels of liquid fuels per annum and 150 million standard cubic feet a day of natural and methane-rich gas to external market. On an annual basis, this is close to 58 billion standard cubic feet. We have successful joint ventures in Qatar and Nigeria through our gas-to-liquids technology. I can confirm to you that even in this difficult times in Qatar, our operations are safe, and they're operating very well. Our share of production from these combined ventures is slightly more than 5 million barrels per annum.

Sasol's Energy business in South Africa is a strong brand of approximately 400 retail convenience centers, capturing 11% of regulated retail market. We have a successful growth track record that has seen the company consistently gain market share in the liquid fuels retail space over the last few years. I'm proud to say that due to attractive returns generated by Sasol Oil, our 25% BBBE (sic) [ BBBEE ] partner, Tshwarisano became fully unencumbered in 2016. This is a major milestone in our transformation journey in South Africa. We have capacity to generate 70% of our own electricity needs in South Africa. Through our gas-to-power plant, with our Mozambican joint-venture partner EDM, we supply approximately 30% of the Mozambican electricity demand. We have established a strong resilient base which positions us to be competitive in a volatile environment and provides an excellent base from which to grow sustainably.

The question, how do we differentiate ourselves from our peers? The Sasol corporate brand remains amongst the strongest industrial brands in South Africa. This was confirmed by the brand marketing agents -- agency in 2 -- 2017. Sasol ranks fourth in South Africa after MTN, Vodacom and Standard Bank. And as you know, these are consumer brands. We also won an annual award for excellent service in our petrol service station. So this brand presence gives us an advantage to really extract value from our retail asset. And we'll continue to improve margin through ongoing and accelerate organic growth as well as inorganic growth through acquisitions.

We have made improvements in reducing our breakeven costs to below $35 per barrel in our Synfuels plant. Our cash fixed cash -- our cash fixed costs have reduced by 6% in real terms over the last 3 years. Whilst managing our cost in a disciplined manner, we will continue to improve our customer service. We will do this by leveraging automation and going digital. These initiatives will deliver a customer portal, creating a compelling digital customer experience and enhance our value chain efficiency. We have a proven record in developing and executing gas-to-power projects. We'll leverage these competencies to deliver integrated gas monetization opportunities and develop gas markets in Southern Africa. Our existing GTL plants are well positioned on a cash-cost basis and are likely to remain cash positive in a low-oil-price scenario. In addition, our gas liquids technologies produces unique and superior quality molecules which can be utilized in high-margin applications. We're investing channeling some of -- we are investigating channeling some of our existing product volumes into these new applications, in high-quality base oils, jointly with our partners. High-quality Group 3+ base oils are typically made from wet/waste feedstocks. Decreasing supply of these specific crudes together with growing demand provides us with a unique opportunity to improve value.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We will no longer pursue greenfield gas-to-liquids projects for reasons mentioned earlier today. Consistent with the group's strategy, our Energy strategy is focused on improving margins by looking for high-value markets for our existing molecules. We intend to do this through growing our successful retail marketing channel in Southern Africa. The fuels retail market in South Africa remains an attractive one for us due to the good margins that prevail and the opportunity to develop ancillary retail offerings. We're of the view that this will continue.

Sasol has a proven record of delivering since entering the market over the past decade to capture 11% of the retail market. In the last 3 years, Sasol has grown faster than the market, performing at between 2 to 5 percentage points better than industry growth rates. Our performance is underscored by successful partnerships through exclusive loyalty partners with financial services, companies and quick service restaurants.

We will continue to pursue all opportunities to grow in this sector. This will initiate through organic growth by increasing our retail development and conversion of sites to the Sasol brand. The liquid fuels retail market in South Africa, we have to know that it is saturated. Therefore, it limits the space for organic growth. It is this reason why we are exploring inorganic growth through acquisition of an existing network of sites.

Currently, Sasol is focused on delivering optimal cleaner fuels solutions for both Synfuels and Natref. That will enable us to continue to compete in the fuels market. We believe that to enable cleaner fuels in South Africa, which is a regulated market, financial support mechanisms must be developed through an agreement between the industry and South African government. Any investment must improve the return on invested capital of the integrated Energy business. Our current view of the global refining landscape and associated supply and demand lead us to believe that investing in crude refinery will not yield the return expectations that we have targeted. And as such, we will not increase our refining capacity.

Coming to the gas market. In all our projections for energy demand, we foresee continued demand for gas in Southern Africa as a cleaner burning fuel alternative. Using our base gas-to-power generation capacity of 500-megawatt, we intend to continue our mutual beneficial relationship in the region. Through investing in selective gas-to-power projects, we will affirm Sasol's Energy role in the regional gas market. Gas-to-power is one of the key options being investigated for gas monetization in Mozambique and has the potential to significantly shift the energy mix in that market. In the longer term, we believe that gas-to-power will play an important role in South Africa, particularly in the Energy mix and will provide further opportunities for Sasol. In the interim, we will continue to support our upstream colleagues in delivering an integrated gas solution to our stakeholders, in both countries and in regions we operate. We see this as one of the key points differentiating Sasol from many of our competitors in this market.

Changes in the external environment have necessitated us to reposition our Fischer-Tropsch business. Given the environment, we have formulated an approach that will allow us to maximize the benefits that we have already accumulated from our technology. This will be achieved by maintaining our technical capabilities and resources to support and maximize value from our existing facilities. We'll improve our cost competitiveness through continuous improvement and digitalization and drive shareholder value. Sasol endeavors to deliver a sustainable competitive business in light of the changing energy landscape. We'll pursue solutions that deliver on our environmental and regulatory commitments. We'll focus on our attention on delivering optimal clean fuels solution, we'll reduce our greenhouse gas emission through cleaner feedstocks options and efficiency improvements.

Safe, efficient and compliant operations will enable the delivery of growth through reliable cash flows. By maintaining strong cash fixed cost control and improving margins, we envisage that the Energy business will successfully meet its targets of plus 2% rate.

In conclusion, I'd like to reiterate that the Energy business is and will continue to be a resilient cash generator within the group. We will leverage value for our stakeholders by continuous improvement initiatives that sweat our current assets. We will drive focused programs to respond to the regulatory and environmental landscape changes. We have showcased our competitive advantage. We will employ in pursuing growth by high grading products and market portfolios. I hope this gives you a sense of where

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

we are going. I'm personally excited and confident in the plans we have laid out today. We'll be seeing you in few years to demonstrate our products -- our progress.

I realize that I'm standing between you and lunch. Therefore, we will now break for 30 minutes and go for lunch in the eatery, where you had coffee this morning. Please enjoy your lunch.

[Break]

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

All right, shall we proceed? Welcome back. Hope you enjoyed the lunch, and thank you very much for staying with us. Let me conclude with just a few comments, and then we'll open it up for questions and answers. We'll take -- when we go to questions and answers, we'll take 3 questions at a time. We'll go to individual and let -- please hold your questions to no more than 2, 2 parts. You can have that, and then we'll try to get to everyone. If you still have questions, we'll try to come back around.

So let me just say a few words. I think what we have said can be put back into the context of the 3 big pillars that we talked about at the very beginning of the morning, where we're trying to enhance our existing businesses. They're already highly cash-generative, but we're going to drive a continuous improvement effort with vigor that's going to allow us to be even more profitable than we are today. And we are currently and will continue to look at our portfolio of assets to determine those that we're going to retain, fix, improve and those that are not going to be able to meet our desired return, we'll look to exit. On the existing business, that's not an insignificant activity, like we said, we're trying to improve our existing base business by about 15%, a plus 2% increase on our ROIC by 2022. So that's the existing business.

Then on the going forward and where we're going to grow, we've been very clear; global specialty chemicals; exploration and production in Mozambique, and then also in West Africa; and retail fuels growth in South Africa. And we've talked about where we are not going to put as much effort, in some cases, no effort, and others -- and efforts in partnerships and such. We've talked about greenfield GTL. We talked about additional new refining capacity. We talked about commodity chemicals, and we talked about renewables. And then, we had Paul give us the details in terms of our financial framework, and we'd outlined that we will go forward with a very disciplined capital allocation process that underpins our strategy.

That's what we want you to take away. I know there was a lot of information put out. So with that, let me thank you. We'll open up for questions. Gerhard, we'll start with you.

**Gerhard G. Engelbrecht**
*Macquarie Research*

I have a couple of questions. Firstly, could you -- I'm trying to reconcile your 5% real EBIT growth target. And I presume that's off a base where the LCCP's included with the growth pillars that you spoke about. So call it bolt-on specialty acquisitions, fuel retail in West Africa, how do you -- can you kind of unpack that and be a little bit more specific around that? How are you going to achieve 5% real growth? Which of those pillars are the biggest? Thinking from an investor's perspective, I'm kind of trying to think how do I put Sasol in a bucket now. Africa upstream married with growth in specialty chemicals, it looks to me like there's potential for future value, unlocked by actually breaking this up. And if you allow me to be naughty, maybe just on GTL, since I've been involved with Sasol, I mean, since the early '90s, GTL was what the company has hung its hat on in terms of future growth. You've walked away from that now. How's that been taken internally in terms of your technical people, the buying in the firm? And then -- and is there any money still on the balance sheet that could be impaired, maybe?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. Thank you. Let's take one more, because I'm sure I'm not going to get just one question from anybody. Go ahead, Alex.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Alex Robert John Comer**
*JP Morgan Chase & Co, Research Division*

Just a couple of quick questions. So, Stephen, as the sort of senior engineer on the board, do you think the accountants have taken over? From the big expansions phase, building lots of stuff. It looks like it's -- you're putting your horns in. So just how you feel about that?

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Okay.

**Alex Robert John Comer**
*JP Morgan Chase & Co, Research Division*

Also just...

**Stephen Russell Cornell**
*Joint President, CEO & Director*

I guess that one's for me.

**Alex Robert John Comer**
*JP Morgan Chase & Co, Research Division*

Yes, yes. Well, you're the only engineer. Okay. So -- in -- also in terms of the LCCP, the sort of mild overrun, just to be clear here, have you now absorbed all of the contingency on that project? And just another question. At one point, you were talking about trying to lock in ethane -- in ethane prices for the LCCP. I just wondered if you've made any progress on that?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. All right. On the 5% EBIT growth target details, Paul, you take that one. Africa upstream tied to specialty chemicals growth, I'll take that one. GTL, Bongani, can you take that one? Accountants taking over Sasol, Steve will take that one. LCCP contingency, Bongani, and we have Stephan here, if we need help. And ethane pricing, back to Paul.

**Paul Victor**
*CFO & Executive Director*

All right. Let me start. Gerhard, to your point in terms of EBIT growth, it's safe to say that ultimately the LCCP will make a significant increase in the EBIT growth if you compare it against the financial year '17 target, so to say. So the way that we look at EBIT is basically twofold. The first one is to say, "Sure, there's this significant uplift in EBIT growth that will come from the LCCP." However, we do differentiate our EBIT growth in 2 buckets. To say that, "Yes, we know the LCCP is coming." But if we look at the base business that excludes the LCCP and, specifically here, we talk in terms of continued improvement, here we talk about new capital that you'll invest to sustainable -- to sustain a significant growth rate. That's more in play for the 5%. Otherwise, I think, it will kind of be not a difficult to get to your 6% EBIT -- sorry, about 5% EBIT growth rate. So how do we think about the 5%, which is then kind of looking at the current foundation business and then also looking at future investment opportunities. So the mere fact that we want in target a 2% uplift and continuous improvement by itself. And if you think about it is that your EBITDA really needs to shift quite significantly for you to ultimately sustain a 2% uplift on EBITDA. So we anticipate a lot of value will come from the continuous improvement drive. So where will it come from? As we say, the digital drive. We believe that there is about $300 million over the next 4 years, if we can lever. We also believe that there is other cost initiatives that we're currently focusing on, which we also believe can -- we can deliver on. And then lastly, as you optimize your portfolio, if I can use Canada for example, Canada has a significant drag typically on your earnings, on your cost base and on your ROIC. The fact that you sell it, and we have good focus to sell it at value. But even if you just stop operating the asset, by just looking at your asset portfolio, we believe that there is also significant

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

value. So ultimately, a big part of the growth rate in EBIT, we believe over the next 4, 5 years, continuous improvement as a result of these contributions will play a significant role. Then ultimately, when you look in terms of saying while the capital that I have available against the scenarios that we modeled, and you -- specifically, the investments that you're going to make, the $500 million to below $1 billion in specialty chemicals, fuel retail and upstream, specifically, in Mozambique, we believe, by -- if you at least can just achieve 8% rec and higher, then that will also be a good channel for you to ultimately achieve your EBIT growth rate of higher than 5%. And then ultimately, we do believe that there are some other opportunities and just running the plans better that we can also lever further benefit. So there is more details behind it, but really broadly, when we look in terms of the 5% foundation growth component, there is a CI component and then there is a real growth component. And the LCCP kind of is already in this the -- so we're trying to kind of keep on the growth rate in addition to what the LCCP will bring.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. On the Africa upstream specialty chemicals, and we should probably just add the retail fuels in South Africa. What we've said is we're going to play to our strengths. We're active in all of these already. And what we've said is that we're going to grow those areas and deemphasize others. I mean, you can take a myriad of oil and energy and chemical companies, and they have different aspects where they play. We believe that in the upstream, in particular, that with what we've done over the last, almost, 20 years in Mozambique and the expertise that we've got and the opportunities in Africa, we think we can play there effectively. We think we know where we want to play. We've been very specific on how to carve it out. But the idea is we've got those skill sets. We're not going to be able to get rid of those skill sets. We have no desire to, because we're going to continue to develop Mozambique, so why not leverage those skill sets and get more value out of that. That was the idea. Same thing on specialty chemicals. We play around the world today. We've got our own technology. So why don't we base the growth rates that we've seen and the demand, let's expand that and accelerate in that space. So where will it go 5 years, 10 years from now, and one be much bigger than the other and you have some opportunity to unlike value, we don't know. But that's really not the intent of what we're trying to do. GTL.

**Bongani Nqwababa**
*Joint President, CEO & Director*

Thank you. [indiscernible] If I can deal with the question of GTL. Maybe before I deal with it, if I can share with you the process we went through to come to where we are now. Because earlier in the year, we had wept on our vision and our papers, is it easy? And then thereafter, we set about to say how do we respond to this vision and our papers, and how will it develop our strategy. So we decided that we will go wall-to-wall in our value chain and offer a very much data-based, fact-based analysis. Very cold analysis of what are the megatrends and what does it mean for us. And then as we went through it, we asked ourselves 2 key questions. How we will win and where we will win? So right from call -- across the value chain, we started asking those questions. So for instance, when we came to GTL, we came to the conclusion that in terms of this low oil price, it's not only a cyclical issue we are dealing with here. We are dealing probably with a structural issue as well that the oil price is likely to be in a lower zone for much longer, and the, Paul shared with you, the $50, $60 and $70. And then we looked at the capital required and the risks in there and compared it with our desired returns of 12% rate. When we considered all that and the -- all the pressures on diesel, when we considered all that, we struggled to convince ourselves that GTL will continue being a valuable proposition, which will deliver on our vision and deliver on our -- on the metrics we have put for ourselves. Therefore, the decision had been made. But we need to emphasize that, that's for greenfields. In terms of our operations, we are very much still with Fischer-Tropsch technology, which we'll continue to optimize. And the decision, initially, it was GEC, and then we then shared our strategy also with our Senior Vice Presidents, which are the people who are running the key operations or functions in the business to further stress test our decision-making and there was a further view that the decision is robust. So that's how we came to the GTL decision. Obviously it's emotional, we won't lie about that. But sometimes over time you need to overcome your emotion and deal with the reality and fix it, before you -- which we have done. Should I dilute the...

**Cavan Hill**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Former Senior Vice President of Investor Relations*

If you want. Yes.

**Bongani Nqwababa**
*Joint President, CEO & Director*

The LCCP contingency.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Yes.

**Bongani Nqwababa**
*Joint President, CEO & Director*

In terms of the contingency, you'll remember that we did give a guidance that the contingence was between $400 million and $500 million when we revised our estimate in August last year. And we were also very clear that the estimate of $11 billion does not include event-driven risks, like a hurricane or some other event like that. But what we have observed, some of the things which have impacted the contingency is, obviously, you plan on certain productivity levels and sometimes if you are lower than that, then it affects your contingency leverage, just to give you an idea that after Harvey, we're working extremely well in our productivity pre-Harvey, in the first quintile, as we articulated earlier on. But the contingency -- the productivity then dropped post-Harvey, but the normal assumption is that people think that it will immediately go up, the productivity. But it's gradual, the improvement in productivity, because you lose momentum. People -- there are 4,000 people in the field but it's not the same 4,000 people in the field. So the extreme dynamics to gel again and then you get into the groove, which the team is doing now because the contingency is sort of the -- the productivity is moving up quite nicely.

The other thing which has consumed the contingency is given the size of the plant with the greatest of will, what you would have contracted to say these are the materials which have assumed in the project. When you then come to finalize, you see that, that actually -- it's rather different. So you have to build that in it as well. So in terms of the contingency, not the whole contingency has been consumed now, but items have been identified which are likely to be a risk to the contingency. You have anything to add to it?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Agreed. So there is still contingency. Our view is we would love to say, and we're in such good shape that we consume another $130 million that wasn't expected. And what we're saying is, no, the budget is still $11 billion. We still have contingency in plants to deliver $11 billion, but we can't consume or can't take into that USD 130 million that wasn't anticipated. And it was never expected to be handled that way. While we're talking LCCP, do you want to go ahead and talk about ethane, pricing and...

**Paul Victor**
*CFO & Executive Director*

He had another question, I think.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Let me -- let's finish these out.

**Paul Victor**
*CFO & Executive Director*

I was actually waiting for the accountant's question, but I guess you're going to keep us in limbo about it.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Do you want me to take it?

**Paul Victor**
*CFO & Executive Director*

[indiscernible] seem very happy with it. So the long and short is that as LCCP ramps up, our exposure in terms of ethane to our revenue streams as well as the return to the project economics and ultimately, to the balance sheet becomes more profound. So over the past couple of months, as we indicated to you, that we were busy with a study to say firstly, what is the risk that you want to protect from an ethane perspective? What is available for you? You see enough liquidity for you to consider? And ultimately, how will you go about? So how will you effectively cover the risk? We then went back to the board as recent as last week or the week before. At the board meeting, we presented our ethane strategy, give the board an indication of what is the risk to the project economics. If ethane moves against you, what's the suite of options available to consider. And the board then effectively approved our ethane hedging strategy. So as similar as with oil, ethane will then also, in future, be -- kind of be considered from an aging perspective. Just want to caution, it is a very uncertain and developing market. That's not the business of hedging ethane. And we will really kind of roll with -- want to follow an approach of kind of weakening out those and then -- before we start to really step up our effort in terms of covering the risk. So we currently have a mandate that we're busy executing in terms of taking cover. Teams are busy with it. We've been successful in part with that. We're, obviously, as I've said, going to take a more cautious approach and not taking -- really considering a portion of the current cracker's volumes to hedge. And then once a cracker is up and running, we will then consider taking out the aging positions specifically on ethane with regards to the new cracker. We don't want to land in a situation that is set with a -- with an aging instrument with no underlying and hence, this cautious approach. So aging strategy approved. We're busy executing it. First, recovering the current cracker's volumes. And then once the cracker's up and running, we'll definitely start to execute taking cover for the other volume, specifically with regards to the cracker. We'll also update you in terms of the cover ratios. As I said, they're more conservative now. Very much more conservative. And once they become more meaningful, we'll then update the market accordingly.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

So your last question is, I'm working really hard to try to prevent that. But this framework, and that's, I think, what's important. This framework is developed by the GEC. The GEC decides how the company's going to run, and we did it in a very great process, I think, in terms of setting out all of this. And what we're trying to do is put limits where limits need to be placed, right? So we looked at how do we limit the risk. How do we determine the amount of growth that we're -- capital available for growth and how we're going to return maximum value to the shareholders. And what we've tried to set out is a framework that we can work within. And within that, we have all the creative opportunities, all the opportunities for everyone in the organization to deliver. But I think they're good limits and the GEC does as well. And what -- one of the ones we said is, really, you should think very hard if you start spending more than 10% a year, which is a bit over $2 billion for us right now with our market cap, and it will go up, 10% of your market cap per year on growth capital. So you should be spending $2 billion, $2.5 billion, that's a large amount of money. You probably shouldn't be spending at $3 billion, $3.5 billion, which is what we're having to do in a couple of years on LCCP. So that kind of sets a framework that you work within going forward. We're still going to do, as the balance sheet allows, big projects. And for us, I mean, a medium-sized project is a $1 billion, right? And so, that's a -- for most people, that's a big project and lots to work on and lots of engineering and lots of accounting and lots of stuff for everyone to get excited about. And as we grow, that's going to get bigger. But we just want to be very careful as to how we do it. We need to balance maximum shareholder value, how do we give value back. What's the risk, what's the country risk. What are we doing. And that's what we're trying to do. And I think everyone's aligned with it. It's taken us a little while to get our head around it because we weren't as specific as this in the past. And we feel like we need to be so that we know what it is and we can communicate it to others. All right. Want to take another round? Go ahead. Yes? Adrian?

**Adrian Spencer Hammond**
*SBG Securities (Proprietary) Limited, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's Adrian from Standard Bank. I've got 3 questions. Firstly, just if you could expand a bit more on your growth ambitions in the retail fuel business. What really is the rationale for this because we don't really know what -- how you've justified entering this market without any idea of the margins that you foresee and perhaps you can give us what your current ROIC is for this part of your business?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

This is the retail fuels business in South Africa. It's a regulated market, so it's pretty clear what the margins are.

**Adrian Spencer Hammond**
*SBG Securities (Proprietary) Limited, Research Division*

So what are your -- and considering if you grow inorganically, that obviously comes with a CapEx, Paul. So -- and will you be part of participating in the funding of that? And then just on Mozambique, what is -- could you expand a bit more on what the potential there is in time line, if you can? And then on your investment grade rating, what is the -- what would happen if the sovereign gets downgraded with regards to your current strategy that you've just given us?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. Thank you. Let's take one more. Chris, go ahead.

**Christopher Nicholson**
*Morgan Stanley, Research Division*

It's Chris Nicholson from Morgan Stanley. I've got a few questions, but let's just ask the best ones. The first one is, obviously, your 2017 base for the financial measures you presented has, obviously, got a weaker oil price. I mean, there was, I think, $50-or-so last year and probably a slightly softer rand. So how much of this growth in financial metrics that we're targeting actually comes from higher macro assumptions? That's one. And then two, and maybe particularly for Fleetwood, just on the specialty of Performance Chemicals strategy that's kind of been laid out here, how is an outside party, so from the analyst that -- or from the information, that we're presented with, will we be able to measure your ability to actually monetize this growth into maybe some of the more attractive statements? And I ask that specifically with reference to the fact that over the last few years, you've highlighted you've moved slightly away from foundation segments into some of these high growth segments, but it's maybe not immediately, apparently clear how that's translated into other pricing or margins, I guess, out of that business.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. Maurice, you want to take the retail fuels questions? Mozambique, Jon, do you want to take the Mozambique question? Investment-grade rating, Paul. 2017 base, the higher margins. Fleet, would you want to try to answer that one? And then the monitor -- measure the monetization. Paul, you want to take the last one?

**Maurice Radebe**
*Executive Vice President of Energy Business & Sustainability*

Yes. I just want to give you the 3 ways we -- options that we've highlighted in terms of how we're going to grow the retail business. One is organic growth. There's an average of 10 to 12 signs [ of pay ] and those are a very good IRRs. Over 20% IRR. And we've been very regular in doing that. The second option, we call it accelerated growth. So we're looking at super dealers, guys who own 40, 50 sites, and we'll be acquiring those. And again, if you work on the same kind of IRR per site, you can see -- you can model that yourself. The third option is, obviously, to look at econo -- an acquisition growth, but it must be value based. As you can see, there's quite a lot of activity going in this industry. And then we will be looking at quite carefully at the acquisition of big players. But it must be value based, and we're very clear about

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that. So -- and the rationale is because we believe that the margin there -- the margins are attractive. And they will continue to be attractive because it's a regulated market, and they increase every year based on the formula of the BFP. And it's all regulated by government. Thank you.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Mozambique, go ahead on, Jon.

**Jon Harris**
*Executive Vice President of Upstream*

Okay. On sort of the Mozambique potential. Obviously, we've got some discovered results currently, which we think is north of at least 1 Tcf of gas in those that's just discovered. And also, there's an oil rim to that. So it's somewhere between 25 million to 40 million barrels. That's in discovered resources. I think we've also got a number of licenses surrounding our existing acreage. And adjacent to it, which is -- we think has a number of identified possible gas accumulations, but we've yet to prove that with wells. But we are -- I'm quite excited about what that might contain. And then we've also got a block to the north in the Angoche basin, which is -- again, it's an exploration play. But again, it's got something on it that's quite interesting. So I think, overall, Mozambique potential is pretty good, actually.

**Paul Victor**
*CFO & Executive Director*

In terms of the question on the downgrade, just before I get the -- just to finish your question. Just on the retail funding, the question that's been asked. So ultimately, from an organic perspective, it's mostly funded by ourselves and also, the arrangement with the franchisee and ourselves as a franchisor in terms of who takes, effectively, the funding ownership when it comes to working capital, which typically sits on the franchisee side. And the franchisor is kind of where you've kind of -- you plan more towards making sure that the infrastructure is there. So kind of there's a model in terms of how we codevelop and cocreate. And then ultimately, how the retail margin then gets distributed. On an inorganic basis, that will really be dependent on the deal, in terms of who do you partner with. If you partner, what do you buy into and what the conditions there are. So it can reach from wholly funded by yourself, where you provide all equity or kind of where it's via sharing a funding arrangement, depending on the partnerships. So that's -- on inorganic, it really depends on the deal. And on organic, it's really from an infrastructure perspective, ourselves. The other question when it comes to the downgrade. So the downgrade one needs to view from 2 perspectives. So the impact of what does it have, what impact will the downgrade have ultimately on RSA, the flows of equities and funds to and from the sovereign and what impact will it have on Sasol. So any downgrade you cannot ignore the impact in the environment that you operate in. So it is anticipated. If it's a downgrade and the local currency also get to sub investment grade, our interpretation is it will have an impact on the South African economy. It will take the South African economy time to recover from that. We've seen it in Brazil where that happened. And ultimately, that's something that we need to be quite alive to in the way that we kind of manage our assets and to ensure that we've got flexibility in where we place products and how we actually deliver on our margins. So that's something that it ought to be on the watch out for. When it comes from a funding perspective, our take is even if the sovereign goes to sub investment, so let me be specific. On the S&P side, we have been decoupled from the sovereign. We've been put on a stable rating. And we, these days, on a quarterly basis, engage with our rating agencies. So ultimately, from the S&P side, my take is, at least, is that rating being at stable on investment grade is still intact. So it's going to stay as it is, notwithstanding what will happen to the sovereign. And that's until further notice. I mean, that's the latest information that we have. Moody's, we are currently on the same level as the sovereign. So as we also communicated to you before, that the discussion with Moody's was as our global revenues and sources of income is diversified, at what point in time are you going to give us a benefit of doubt not to see us in the same light from an investment perspective -- investment-grade perspective in the sovereign. I just, incidentally, yesterday, had a conversation, and there's another conversation next week with them, they may move, may move negative on the sovereign. I think they are very much, given with the information in terms of that we shared with our updated aging strategy as well as all the progress on the LCCP, considering 2 other -- 1 of 2 things, to keep us at our current rating, which mean in investment grade and just keep

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

us on the negative outlook, or they may keep us at that level, but change us to kind of down the road -- downgrade review. The agreement with them was then if that happens, then, ultimately, in February, they will reassess. So in February, they want to look and see what we're going to do with the Inzalo funding, they'll want to look at the progress on the LCCP and so on and so forth. So we actually -- it sounds doom and gloomy, but I think we're in a good shape when it comes to our credit ratings in terms of Moody's as well. The sovereign is a sovereign, and we need to see what's happening there. How to fix our access to liquidity, I think the one thing that we haven't mentioned in terms of the RC -- the new RCF is that even if we go to self-investment, let's assume we go to self-investment and it's only Moody's downgrading us to self-investment, the cost of our debt funding will then move by 12.5 basis points. Ultimately, if 2 downgrades you, it goes to 0.25 or 25 basis points. So again, it doesn't affect access to the liquidity, it just increases the cost. Whilst if you move up the ladder in terms of investment grade, it will benefit us to the same extent. So there's enough flexibility in how we then crafted our access to funding and the implications thereof. So I'm quite comfortable that access to liquidity, as a result of the downgrade, will not be an issue for us.

**Paul Victor**
*CFO & Executive Director*

So Adrian, the question that you raised with respect to how are we going to measure us going forward in specialty chemicals in terms of traction. So first of all, I think the first item is we will regularly update with days like these, what is our journey to capture the success. Secondly, we have to note that we have put a clear strategic drive forward to focus on specialty chemicals. We also need to true up our Performance Chemicals SBU, and that will also happen through time. There are certain time constraints that we obliged by certain conditions in South Africa, but we would like to really bring that to a clear specialty play the Performance Chemicals SBU. That will enable us to measure, on the bottom line, true specialty performance. So that's the one. And then second, the last one I want to highlight is that you would see the success as we go through LCCP, because a large portion of the specialty chemicals is what we committed and is part of the economics that we promised the market as part of the LCCP. So those are the 3 main drivers, I think, that will help you understand.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

And Paul, I think you had the last one.

**Paul Victor**
*CFO & Executive Director*

Yes. The question it seems right that 2017's macroeconomics was based off a, I think, average $50 oil price and the rand on exchange rate 13.15. I think there's one important reference as to real growth rate that, ultimately, you need to take heed of these macroeconomic changes. If I look at our modeling, if I typically take $60 oil price in nominal terms, the growth rate is, obviously, much higher as a result of that impact. But on the real perspective, you try to normalize for the impact of the crude as well as the rand/dollar exchange rate.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Right. More questions? Karen.

**Karen Kostanian**
*BofA Merrill Lynch, Research Division*

Karen Kostanian, Bank of America. I have 2 quick questions. You showed us the debt ratios in the beginning of your presentation. I was wondering what decisions on the funding of Inzalo have been made within those ratios? If you could expand on that. And my second question is more of accountants versus shareholders or engineers versus shareholders. Now let's imagine that on November 30, the OPEC meeting results in acrimony and oil prices plunge below $50 per barrel, which is the lowest range of your planning. What goes under the knife first? Your CapEx or the dividend?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. A couple of more questions. Paul, can you take the first one? Go ahead.

**Unknown Analyst**

Just a follow-up in terms of the LCCP contingencies. Just to clarify, of the $400 million, $500 million, how much has sort of been earmarked for those circumstances that you referenced? And then just secondly, on those references, can you give us some tangible examples of what has risen, perhaps? And then just in terms of the portfolio reviews, 50% is done and then you alluded to the fact that optimizations or remedial plans are going to be in place. Could you give some clarity or some tangible examples around that? And then just in terms of one of the slides, it was indicated that there would be some de-bottling at -- in the U.S. and South Africa. Could you comment a little bit about that?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

The last question, can you say that again? De-bottlenecking.

**Unknown Analyst**

Yes, there was a slide for the U.S. and South Africa in terms of de-bottling in terms of growth. Could you just give us a few examples there?

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Okay. All right. So Paul, you take the debt. The -- what goes first, capital or dividend, Bongani, you want to do that one? LCCP, contingency, and if I run into trouble, I can get Stephan to help me. Portfolio review, Bongani. And de-bottleneck, Fleetwood, can you give some examples?

**Paul Victor**
*CFO & Executive Director*

So basically on the debt ratio, after the first initial Inzalo announcement, we took your comments seriously, to heart. And basically, where we are currently is -- with a view to say, you've got 1 or 2 options. You've got the option to effectively convert the preference debt-to-equity. But debt, we have communicated to you that it will result into a 4% dilution, for which most of our shareholders did come back and said, how can you prevent this long-term dilution as you deleverage your balance sheet? And ultimately, we don't want that long-term impact. I think that was the whole -- the long and the short of it. At that point in time that you also engage with the market, let me also be clear about that. The rand per barrel oil price was also sitting between 6 20 and 6 40. It does create a different environment for you where the oil prices sits now closer or they were higher than 9 20 rand per barrel. It's close to a 40%, 45% increase in cash flow. It makes a significant difference. So where we're currently at is, at prevailing oil price scenarios, there's obviously much more headroom that, that one has and can consider. In the way that we looked at our debt scenarios here is we have taken a position that the rollover of the data of Inzalo will occur. So effectively, we'll refinance the debt and we will not do any equity issuance. But as we did say to the shareholders, that in February, we need to assess the situation. You don't assess situations at a point in time. You're going to need to look forward. We need to look at our investment-grade ratings. We need to look at our liquidity position. We need to look at the progress of LCCP and all these other things that may be at play. But where we are now in our modeling, we have taken that kind of the full date refinancing of LCCP into account as a best case assumption.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Thank you. CapEx or dividend.

**Bongani Nqwababa**
*Joint President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. If I could deal with the, if the oil price collapses below $50, what do we do. The first issue to consider is, in our scenario, we don't think that's sustainable over the long term. So if it happens, it might be a short-term blip, so that influences our thinking, whether it's a -- we see it as a low structural level for the long term or we think it's a temporary operation. But what we are likely to do, we are likely to focus more on accelerating on our continuous improvement methods. We are likely to rephase CapEx, which can be rephased. And then the dividend will be one of the last things we consider because it's already at a very stringent 2.8x cover. But all the -- all else has failed, would you consider to cut the dividend. I'm looking at my CFO.

**Paul Victor**
*CFO & Executive Director*

Yes, I fully agree with what Bongani is saying. Just a couple of tidbits, if I can add to it, is to say that, and I think I've been clear about it, is to say that what comes first is the investment-grade rating and the protection of the balance sheet. No dividend is going to supersede that. Although in our base case, we did build in the 2.8x dividend as part of the fixed cost in terms of managing the balance sheet. The other point also in addition to what Bongani said is before we start channeling up the dividend, you need to be able to sustain the dividend and you'll, obviously, do your stress testing and your modeling in terms of that. We don't have any ambition of increasing the dividend, payout ratio and then dropping it next year and increase it. So the sustainability of how you step up the dividend is actually quite important. But we live in an imperfect world with lots of volatility and we'll do our best efforts to make sure that we kind of look in the glass ball and see where our earnings and cash flows are developed, step up the dividend in that instance. But that's also why it's important that you don't overcommit yourself on your capital spend as well to kind of have this balance between executing growth and then sustaining your dividend, then stepping up over time.

**Cavan Hill**
*Former Senior Vice President of Investor Relations*

Thank you. Question on LCCP contingency. And again, Stephan, I may call you in to help, but let's just review kind of where we were and where we are. In August of 2016, we put our revised estimate together. It was to spend $10.5 billion known on what we saw on the estimate with the work that was done with the EPC and appropriate contingency of that point of $500 million. The 2 primary things that are in the contingency are price escalation, either on what you're assuming for your labor rates in the area or on your equipment that you're getting around the world and the final price laid in to the site of your equipment. So I think we've seen some movement in both of those, but pricing is a big component and then the other one, which is even probably the biggest is the productivity of your workforce. So it's a megaproject with millions of man hours of work to do. And you have to assume that's done at a certain productivity of completing tasks at a certain rate and therefore being able to only spend so many man hours at the end to have it all done, right? And that's the one that's bothering us the most and is the one that we're most concerned about because, as Bongani said, before Hurricane Harvey, we were tracking along right at our assumptions. We were at the top 20% of productivity of similar sized plants that had been done on the Gulf Coast in the past. Post-Harvey, we've had difficulty getting remobilized, getting our workforce back to that level of top 20%, which is what we've based our estimate on that we should be able to do. So we started with $500 million of contingency. I think we've said that we've actually probably spent 20% of that. And so we still got plenty left, but it will not take much -- if we cannot get the productivity back, then we'll start consuming that. And so that's the risk. If everything works out fine, we'll come in exactly where we expect. And we do expect to do so. But we said we cannot then take the Harvey and, at this point in time, and say we can cover it. We've got plenty of room. So we've said, the Harvey, which we never plan for, was never as part of the base, we're going to put on top of that. And so the expectation is we'll deliver at $11 billion plus $130 million. The next question, Stephan, anything to add or is that good? On the portfolio review, I wasn't quite sure. Can you tell me the question again you had on the portfolio review? What was the...

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[indiscernible] needs to be done. And then the efficiencies or payments or remedies were identified to improve. Could you give us some tangible examples [indiscernible]

### Paul Victor
*CFO & Executive Director*

All right. So basically, [ Sean ], the way that we've -- that we approach it was -- as we said, we looked at our global assets, firstly, and divvied them up into 100 components of assets or CGUs, as we refer to in accounting terms, or components thereof. We then had to define the work process of how to go about it. And what we did was is to really focus on the assets firstly, that was, in our view, underperforming or actually required capital for future investment, for example. Or specifically assets that after we've gone through this whole strategy review process, clearly didn't have a strategic fit. That was really kind of the lens through which we look. I mean, we didn't jump in and evaluate Synfuels and come up with a list of 20 to-do items on Synfuels. So typically tackling Canada, for example. That was not a strategic fitting more because I mean we, ultimately, made our decision GTL over the past development of the strategy. So in terms of what's the potential, my take is the way that we looked at it was to say, can it be significant enough to ultimately contribute towards this 2% volume uplift or actually -- at least play a significant part or a part in it. We have, ultimately, identified 14 assets that's up for other sale or just stop operating them or just relinquishing licenses depending on what the nature of the asset is. Canada we have announced because it is a significant asset. The other assets is in the process of either being negotiated in terms of the license agreements or they are in the process of being sold or kind of these discussions with partners going on these employee implications. So for those sensitivity reasons, I'm not going to disclose today what they are. However, what we will do is as we progress, and I think more closer to mid of next year, we'll be in a much better position to provide color on the ones that we can actually provide color on without shooting ourselves in the foot in terms of recovering value from such assets. On the flip side, where you sit with assets, so this is the ones that you kind of want to sell, divest or either stop operating. On the flip side, as you do sit with assets that you do want to retain, and it is quite important that after you've completed such a review process that you are quite clear in terms of what is the actions that you want to take to recover the asset or improve the asset. So if I can use one example is the alkylate business in Italy, for example. Asset didn't make sufficient EBIT kind of growth rates. The ROIC was under pressure. So we had to go through a whole asset review process to say what levers can you pull and you effectively look in terms of how can you channel the margin, how can you using financial risk mitigation strategies, what investment can you make to leave a better value and what we've seen in terms of the alkylate business, it effectively made a significant turnaround, and is still busy doing so, in terms of its EBITs contribution from a loss making is now kind of in the black and now our focus is just how do we get it so that it actually meet our ROIC objectives. So that will be one example of what I can share. But there's many more. So we're trying to target them and then get those action plans in the budgets part of the contingent improvement and see how much value can we then leave from that. I must say that the long and the short is something that was -- we started first kind of really roughing the feathers and we haven't done this thing a long time. But we're really getting into this rhythm in Sasol of understanding this is what it is, this is what it's not, this is how we want to focus on it, and this is -- with a real value add on it, how much value can we deliver from this process. I think it's in good shape and it will actually do us -- send us in good state going forward. And it's a very much integrated approach that we follow in the company.

### Stephen Russell Cornell
*Joint President, CEO & Director*

Thank you, Paul. The last one was around maybe some specific examples or ideas we have on debottlenecking in either South Africa sites or Lake Charles.

### Fleetwood Rawstorne Grobler
*Executive Vice President of Chemicals Business*

Yes. Now as you know, accountants are known for -- prudency is one of the things that they really focus on and to make provision for things to happen. Fortunately, engineers also have got prudency in the sense that they put some design margin into the kit that they design. And so we've realized this over many years in Secunda operating the Synfuels operating complex there and our chemical businesses. So we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

know that through experiences that once you start up, you would find that 10%, 12% debottlenecking opportunity. In terms of the total value chain, sometimes you can even unlock more, but that's a no-brainer. It's a thing that you would really -- once you got stable operations, you would start looking at your bottlenecks and you would address them one by one, thereby extracting this incremental value at very low capital input at really good economics. That's just what we've done in the past and we will do so with that big asset as well in future, LCCP.

Examples of what we had in Secunda, we recently, on the chemical side, debottlenecked our C3 expansion. It was a very successful product -- project because the IRR was really in the high double-digit numbers. And that is just principally the way that we look at our value chain. So we would find continuously other opportunities. Maybe it's in the C2 value chain in Secunda, but we actively working on that. And our engineers and operations people together always focusing and trying to identify what is the next debottleneck or next bottleneck that we can debottleneck. And invariably, it's very low capital to do that with high returns. So that's the approach. And that's why those 2 are mentioned because it is also not huge capital outlay in many instances when you go through the debottlenecking identification and remedy.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Thank you. We're going to keep going. We'd like to stop at the top of the hour. So I guess we've got about 15, 20 minutes.

**Bongani Nqwababa**
*Joint President, CEO & Director*

There was a hand that's been always up.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

So Johann?

**Johann Steyn**
*Citigroup Inc, Research Division*

Is this on? It's Johann Steyn from Citigroup. Thanks for hosting the -- or for hosting us today. I've got 2 questions. First of all, a big part of the value destruction that happened at the LCCP was due to the fact that your initial estimates were way too optimistic. And today, you focused a lot on capital allocation and structures that will go around that, which is good. But the question that I have is, what structures do you put in place to allow the board next time around to effectively challenge the presentation that you guys put in front of them to ensure that these things don't happen because we tend to be overly optimistic on these things. That's the first question. And then the second question is, are you not necessarily making the same mistake today again by having a very low hurdle rate of 8% effectively for assessing these things, having a WACC of 8%. Is there a sufficient margin of safety? When you guys assess this, do you allow for overruns?

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Okay. I'll take the first one. Paul, you want to take the second part which was the WACC rate. All right. [ Rory ], did you have a question?

**Unknown Attendee**

Just one question. Maybe I'm wrong, but I have the impression that Sasol got this fantastic track record of finding early-stage exploration assets and successfully and consistently adding a lot of value. So maybe give us a bit more color on the underlying team and their track record and why we should have more confidence that you're not going to repeat the Canadian mistake in West Africa?

**Stephen Russell Cornell**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Joint President, CEO & Director*

Okay. Jon, I think that was yours. Who's behind -- I can't see. Alex, someone's behind you. Yes?

**Wade Napier**
*Avior Capital Markets (Pty) Ltd.*

It's Wade here from Avior Capital. Just one question from me regarding the sort of 12% return on invested capital and the ambition to sort of get a 2% uplift. Is that across all the business units or is that sort of somewhat weighted towards some business units as opposed to other business units?

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Paul or Bongani, either one?

**Bongani Nqwababa**
*Joint President, CEO & Director*

Continue it. Right in front.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Right in front, yes?

**Unknown Attendee**

Just a comment initially, I mean, clearly, your vision enshrines your SA link, and I think that, that's important. And my query is more around what percentage of your future spend in your plans are aligned to the SA environment specifically? The second point is around your transformation drives. I think in the introduction you spoke about moving from BEE level 6 to BEE level 4 and that you aspire to move that. With the recently announced scheme, that would effectively assist as well, but could you add more color and flavor in terms of the other BEE initiatives that you're driving specifically to address these transformation issues?

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Okay. Let's take that set. Bongani, you will take that last series of questions.

**Bongani Nqwababa**
*Joint President, CEO & Director*

Yes.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Johann, I'll take the one starting on the LCCP. So we are currently active in doing a very deep lessons learned process using a third party that was -- third-party consultant that was not involved in any of the activities in developing it, taking a very rigorous approach. And we've tried to go slow at it because you got to get into the team that's actually also executing. So we didn't feel like we had to get to this tomorrow. But we have a commitment to get back to the board by the end of this fiscal year with those lessons learned and exactly what you're asking, how will we prevent the same sort of activities and what may have happened, how do we prevent that from happening in the future. So we'll share what we can share, but obviously, the board was extremely interested. We have -- we're very pleased with the preliminary work that we've seen. And we're going to keep working it, and then we'll have a final to go to the board on that. Paul?

**Paul Victor**
*CFO & Executive Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. On the -- the question on the hurdle rate, are we not setting the ball too low? Johann, my take on this is to say that we have had many different approaches in the past when it came to differentiation of portfolio. And some of it worked and some of it didn't. So we use a criteria of WACC times 1.3. At some stage, we use WACC times 2. And you can be as aggressive of WACC times 2 and then you sit with a portfolio realistically of maybe kind of higher, riskier type of assets or you sit with a portfolio of 1.3x. And when you evaluate your capital allocation and your investment proposals, everything comes out to be exactly 1.3x, so -- of WACC.

So we kind of -- we are moving away from that approach. We established a investment committee over the past couple of years. And I must say very mindfully started to work through, so what are the lessons learned in either having such an approach where you differentiate clearly or versus where you kind of do other things that gives you kind of a better sense of, does this project have a good probability of being successful because that's really kind of the -- so we kind of don't want to get into the dynamics of kind of its only WACC is the criteria. So the way that we're going to approach it is, I'm going to use 1 or 2 examples.

So let's assume a upstream exploration development that requires investment, it's more riskier. It's normally in areas that there's much more uncertainty as opposed to maybe a target on the speciality chemicals that's more smaller, sizable, an example that we're getting into, and kind of beating WACC is probably not such a kind of difficult task to do. So when you look at these things is to say, so how do you then get an investment portfolio that ultimately takes heed of these 2 different risks and also the countries that you operate in, the sectors that you're operating in and within the way that you then ultimately calculate and arrive at the answer is not so much deterministic of, it needs to be WACC times 1.3, it's more kind of taking heed of the unique assets' investment opportunity for success, its inherent risk, the geographies in terms of what it's going to -- right in into your question, as you say, there is in my mind a very mindful process behind the assumptions that we then use to say, so why are we saying these things? What gives us comfort to believe that these outcomes will be the specific outcomes? I think that's the first part.

And the second part is, I will say from a lessons learned, we were very deterministic, as I've said, in the way that we calculate probability of success, a Lake Charles kind of case in point. What we are doing is, we're really changing our focus to follow more probabilistic approach, do much more Monte Carlo simulation and analysis to say, well, in -- if these circumstances play out, what is the chances of this project achieving WACC or what is the chances of this project outperforming the sector returns. And ultimately, all of this then ultimately starts to become part of your investment portfolio. And based on that, you then effectively need to assess, okay, I've got X amount of capital available, what will go to what project? And hopefully, it will come -- go to the project with the highest return with the lowest possible risk by following this process.

There's much more detail to share behind this in terms of what we're doing in it -- or on it. Surely, there's still a lot of processes in terms of how do we -- how can we do better risk management that we are currently taking on board. But hopefully, this kind of change in focus gives us more visibility and certainty. That's not a WACC number that we choose, but the highest return at the lowest possible risk through a mixture of digestible and continuous investment. So if you fail, it's not a big failure. But if you win, you kind of keep on building a portfolio of successes over time. We actually saw globally that's more kind of a prudent approach to follow. And we have to humble ourselves. We have to really start from the beginning again to say, small to medium and build a track record doing -- applying this. And then once we get more successful, then -- rather going to be more ambitious about a step-out, larger projects.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Thanks, Paul. Success in West Africa?

**Jon Harris**
*Executive Vice President of Upstream*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. I think there were -- I think there were a number of points in this. I think, historically, Sasol has been involved in the actual PSA discovery in Mozambique and also was instrumental in discovery of 3 other fields around the Etame field, which has led to it being such a great success, but now maybe that's a bit of a history lesson and maybe not too relevant in terms of going forward.

I think in terms of our exploration capability, for instance, we have assembled a team over the last 3 or 4 years with a huge amount of experience. I think we said in exploration and production across a whole bunch of -- both in West African plays -- or Western African plays and internationally, in fact, with a core set of capabilities. And those have been honing those capabilities looking at that particular or certainly the West Africa margin for the last 3 or 4 years. So we've built, I would say, a very good -- a very, very good understanding. And we've refined that understanding with quite a large number of data rooms in terms of looking at real -- looking at robust data, known fields, known production and known exploration plays.

I think in terms of -- obviously, I've just joined Sasol for the last 5 months. I was with -- previously, I was with BG for 25 years. And I ended up being EVP for Technical for BG. BG, I think, was recognized as one of the best explorers. And we certainly were involved in, I think it was 8 out of the 10 largest finds in the last 20 years. So I'm bringing a pedigree from a known explorer. The upshot of that success was that ultimately Shell took out BG for its resource base, which ultimately resulted in fantastic value for the shareholder.

Similarly, we just appointed an SVP to run our E&P group, Gilbert Yevi. He joined us from -- he used to work for Tullow in Ghana. He worked -- he's Beninian by origin. He used to work in -- he's worked in Gabon, and he's also worked in Nigeria with Shell for a considerable period of time. So I think we're bringing in senior management with local knowledge and experience in exploration and production.

And just the last point, I think you said, to not replicate the mistake of Canada. I think from a Canadian perspective, I'm pretty sure the resource is there. I think that we bought the resource because we knew it was there. Unfortunately, structural changes in the market meant that GTL is not going to be something that we're going to pursue there any longer. And therefore, that's why we're leaving. So it's not a case of not having exploration expertise that led to a change in strategy in Canada.

### Stephen Russell Cornell
*Joint President, CEO & Director*

Thank you. The 2% ROIC.

### Paul Victor
*CFO & Executive Director*

So the question is on the 12% ROIC, does it apply across the board? Is it specifically to the sectors? And again, when one look at the ROIC, so the ROIC is really a -- kind of the 12% or above 12% is a blended rate across all our different assets. Surely, when we look at our assets, we -- you need to look in terms of the sectors that they operate in, kind of where they are in terms of their progression in delivering value. So the current foundation installed base is part of the asset review process. As part of our ongoing asset review processes, we want to kind of get it to the maximum level for what that asset actually can deliver. The blend on the average of that ultimately then translate into the company's weighted average cost of capital -- sorry, ROIC. So that's on foundation.

In terms of new investments, that comes back to the question that Johann also raised, is to say, what investments will you take on that will enable you to continue with your -- or maintaining a quality growth rate of above 5% EBIT growth and what of those investments has a high probability of success to actually deliver ROIC in U.S. dollar real terms of above 12%. So you have to differentiate in terms of new investments versus the current foundation business. I think the long and the short of it is to say that, ultimately, when you look at the company as a whole, the value of the company will be then kind of focused on the 12% ROIC rate and higher. And as you grow that, the overall value of the company will then improve. So that's really kind of our stance and our focus on ROIC. You cannot have a broad-brush approach across the board on your foundation assets. And you really need to make sure as you make new

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

investments, you're quite clear in terms of the returns that they can lever according to these criteria on a risk-based basis.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Thank you. The last one was our transformation progress in SA and future growth in SA, Bongani?

**Bongani Nqwababa**
*Joint President, CEO & Director*

Thanks for that. If we look at -- initially, the question was, we are targeting to grow from a level 6 to level 4, but I'll talk about South Africa. But the issue of transformation and valuing inclusiveness and diversity is not only a South African dynamic, it's a global dynamic. Because in Mozambique, we have to be sensitive to the needs of Mozambique. In Europe, we have to make sure that we've got more women working in our operations. In America, we have to make sure of the same and then also to make sure that there are more minorities also in America.

But if I can come back to South Africa, Khanyisa is but one of the pillars to make sure that we reach our transformation goals. And can I take this opportunity to thank you as shareholders for voting for the transaction last Friday. So that will be one of the building blocks.

The other building block is that in procurement and supply chain, we are making sure that there's diversity in terms of our value chain. Some of them will be developed, experienced operators, but we are also involved in developing of suppliers and making sure that they have a fighting chance to be part of our value chain. But as we do that, we make sure that they will be at a level when -- where they will operate well beyond the supply chain of Sasol so that we are not underwriting their business, but we are setting up -- setting them up for success. So that we are doing very well. For instance, in terms of BEE procurement, the number has grown up from ZAR 4.5 billion to ZAR 7.4 billion last year. And we are confident that it will be well above ZAR 9 billion this year. So we are making good, steady progress in that area.

And also in our employment equity, we continue to make progress in that area. But because we -- if I'm to be blunt, we are one of the few companies which have a strong training ethos that comes with unintended consequences that some companies which don't have a strong training ethos, well, they just wait to -- wait for Sasol to develop these engineers, they will just -- they poach them from Sasol. So -- but we continuously do that. So if I give you an example, as part of the CEO initiative, which is in dormant stage now given the politics in the country. We have committed that we'll recruit at least 1,000 new young people so that we develop them in terms of training and development also in our field.

Then to the spend in South Africa, if we talk of CapEx, that's probably a narrow definition because we spend ZAR 115 billion in both salaries, in CapEx and operating expenses in South Africa. That's by far where we spend anyway in the world in terms of that. And then in terms of employment of our 31,000 employees, one fact which is quickly forgotten from time to time is that 27,000 of them are in South Africa. So we are quite a big employer here as well. In terms of the CapEx, the CapEx which we spoke about earlier of $1.5 billion, well over 50% of that would be in South Africa because of the nature of the assets in South Africa. So we are doing a lot, but we can always do more. So, Alex.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Alex?

**Alex Robert John Comer**
*JP Morgan Chase & Co, Research Division*

One point of clarification. I'm just a little bit confused with Inzalo and the number of shares we're going to have. So maybe you could just let us know, Paul. From what I thought you just said, the equity issue is completely off, not going to happen at all now. So how many shares are you going to have this time next year on the basis of the 612 million you got at the moment?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Paul?

**Unknown Attendee**

Okay. Just 2 more. I'm quite curious about -- around the gas-to-power in Mozambique. You're talking about increasing gas production in Mozambique significantly through the PSA. The energy landscape has changed. Eskom has sufficient energy. There's even nuclear on the horizon. Ammonia seems to be oversupplied in the world at the moment. What's actually going to happen with all this gas that's going to come out of Mozambique? And that's just something that I'm concerned about. And then you've made a significant pre-investment in land and the site and the utilities in the LCCP. Now you're talking about smaller investments in chemicals. Is there a way to monetize that investment in a different way? Is that an asset that is potentially up for sale?

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Okay. Thank you. Chris?

**Christopher Nicholson**
*Morgan Stanley, Research Division*

One follow-up question for me, obviously, around GTL. And I guess the keyword that you used in the presentation is greenfields. Under what circumstances would you consider incremental brownfield additions? So for example, just take ORYX, in Qatar, now that supposedly you can get more development out of the gas fields there.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

So, Paul, Inzalo. Okay. Jon, will you take the gas in Mozambique? I'll take the land in Lake Charles. Maurice, you want to take the GTL question? And somebody else had another question. Yes?

**Unknown Attendee**

Asking a question about the updates on the hedging situation on oil. And also in light of what you said about Inzalo, if you could hedge to protect that dilution issue.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

All right. Paul, let's take these and see where we are.

**Paul Victor**
*CFO & Executive Director*

Yes. I'll start with the Inzalo side. The question was, just want to make sure that you understand my -- understood my words correctly. Karen asked me what did we -- what position did we take into in terms of our planning in terms of Inzalo. And I said that, ultimately, we will do a debt rollover. That's what's in our planning. And in February, we need to come back and tell you, this is the way that we will potentially look at the refinancing of Inzalo.

So let me use 1 of 2 scenarios. If we do a debt rollover, meaning that we refinance the current external debt that we have, then effectively on the pro forma, we indicated that 25.6 million shares, the preference shares that will be converted to SOL shares and effectively issued in the market. If you do debt rollover, you will not do that. So effectively, we'll not place those shares in the market. And hence, your 613 or -- 612 million shares that you referred to will effectively from Inzalo perspective be the shares that you have in issuance. Just remember, this doesn't take into account Khanyisa. So Khanyisa, we effectively also provided you with that guidance.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

If you come to the point next year and say, well, I actually cannot afford to basically roll over the refinancing and ultimately I'm going to issue the equity. Then effectively, your 613 million will then increase by 25.6 million shares, which effectively is the extreme to the other side. So this is kind of what we need to kind of land on in February. But as I've said, our current planning assumes that we -- given the prevailing market situation, that we will be in a position to effectively manage our gearing and ultimately not issue 25.6 million shares in the market. So it will then basically take away that 4% dilution.

What it will then do is, your balance sheet will stay longer geared because you've got more debt thereon. Some shareholders did say, well, what's your view on dividends? Cut our dividend to, in part, finance the -- kind of the debt rollover. We're also very sensitive to the fact, you just don't cut dividends for the sake of cutting dividends.

So again, from an order perspective, we will firstly -- our preferred option is to see how we can do the full debt rollover and manage the balance sheet. Then as a second option, look at the dividend. And the third option is effectively then looking at equity issuance. So that becomes the least preferred option now.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

All right. Jon, Mozambique gas.

**Jon Harris**
*Executive Vice President of Upstream*

Sure. The -- when we discovered the additional gas resource, we were in discussion with the Mozambique government, they were very keen for us to look at -- consider a gas-to-power plant in the order of 400 megawatts. Looking at a number of scenarios, there are a number of scenarios where they absolutely will need that power in the right sort of time line, early '20s, maybe mid -- moving to mid-'20s. They absolutely will need that power. Should that gas-to-power not come to fruition, we're currently supplying 2,000 customers in gas reticulation around Maputo. And that's, I think, a very -- that's a burgeoning market we could tap into. That's both industrial and small -- sorry, that's both domestic and small industrial. And I think that, that's something that we could also grow at. And then there is always the potential for growing -- having that and using that gas in an export market to supply South Africa, which I think, in turn, again, 1/3 of our gas goes into power gen, another 1/3 goes to ourselves, 1/3 goes into Joburg gas reticulation. So could we grow that? I think there's eminently global markets in all of those things that I've just spoken about.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Okay. Thank you. The land in Lake Charles. So the land that we bought for the purposes of LCCP and then at the time, also GTL, was the last large parcel of land available in the whole region that was adjacent to our existing facilities. So we were very fortunate to be able to get that size of tract of land. And our view is that we see Lake Charles as an operational platform that we will develop for decades, similar in nature to what we have done in Secunda. So we've used about 1/3 of the land. We've got about 2/3 left. But we think it would be probably shortsighted to try to sell off a big piece of that because although we may be balance sheet constrained now and we may be doing smaller ones, as the balance sheet opens up and as we grow, we want to do bigger growth opportunities. And Lake Charles will certainly play into that as one of the opportunities to put another large investment, depending upon what it is. So I don't think, really, that we'd want to go down that path.

GTL, Maurice?

**Maurice Radebe**
*Executive Vice President of Energy Business & Sustainability*

Thank you. Just to remind again, the critical success factors of the GTL project is a next-to-nothing gas price and crude price this size may be in the $80, $100. But once we have a situation where the gas owner realize that he can get better gas price and he ups the gas price and the crude price goes down

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

this way, and then you've got this profit that we are going to make gone because the CapEx required is going to just wipe it out. So this -- that applies also with the expansion in brownfields. Even in ORYX, right now, ORYX team will always take a view around the gas price that they gave us originally 15 years ago compared to what they can get into the market. And while we have got $40, $50 world, even expansion is difficult. And that is why we are saying even expansion is hard. That is why we are pushing towards high-grading the diesel. Remember again, the GTL is a diesel machine. And with diesel coming down in Europe with all the challenges we're having about diesel in Europe, why would we like to expand diesel production as a -- from a strategic point of view. So therefore, it makes sense to high margin the diesel molecule into base oils, which are high-margin products. And given the fact that the waxy crudes which used to be the source of base oils are diminishing, it now gives you an opportunity to really use the molecules of diesel, high-quality diesel that comes out of GTL into base oil. So even expansion is a big problem, and we're not going down that track.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Thank you, Maurice. Paul, hedging?

**Paul Victor**
*CFO & Executive Director*

Yes, we've been quite active in terms of the hedging. I'll give you some broad indications. But as communicated to you previously, we said that for financial year '18, 80% of our crude production was hedged effectively at a net price of about $47 to the barrel, just rounding the numbers off. And then 70% of our currency exposure, which was the $4 billion that we then take to cover from. And maybe if I'm right, this was ZAR 14.20 as the floor level in terms of the zero-cost collar prices. So as far as the hedging strategy, we then basically need to always consider the 12-month rolling forward view. So we've put all these instruments in place for financial year '18, and it's putting us in good stead in terms of the market volatility that we currently see, but we have to start thinking about financial year '19.

Now on the currency side, I think quite important is that during the roadshows, we indicated that we are kind of less keen with the Lake Charles coming online and capital dwindling down in financial year '19 that we will need to reduce our exposure, specifically on the rand/dollar exchange rate, in terms of the hedge cover ratio for financial year '19. But given the developments with the Inzalo refinancing and our objectives now to see how we can fully finance that on the balance sheet, it's then also quite important that you now look at your cash flows from a currency perspective as well. So to that effect, with all the developments in South Africa that has happened over the past couple of weeks or so, we have taken cover in terms of our rand/dollar exchange rate for financial year '19, using very much a similar structure in terms of zero-cost collars. And we -- and beefed it up to the quantums of what we have in terms of financial year '18, which is the 70% cover. I think you have to allow us to complete the program, which we envisage to do hopefully not in the long-distant future and then update you in terms of the levels of cover that we have then managed to secure on the rand/dollar exchange rate as well as the kind of the cover ratios. But given today's situation, we are in good shape and that really the rand/dollar really secures, if you can lock it in the floor level, at least it does secure a specific stream of revenues. So we feel quite comfortable with the progress that we've made therefore.

On the crude side, equally and so with crude picking up, we always said that kind of we need a -- in financial year '18, we needed $45 to the barrel. And for financial year '18, we need slightly higher to manage our gearing. So we have been successful in starting to close quarter 1 of financial year '18. And it made prices well above $50 to the barrel. And as we continue with the progress, we will probably update you on how successful we are -- how much progress we've made in terms of quarter 2 financial year '19 when we release our financial results. So the long and the short of it is to say that the hedging program very much ongoing. Now we're above $50 in oil. We're still targeting insurance premiums on option structures of below $3. We've been successful in kind of getting those as well. So in good shape. And then rand/dollar, what we've got, we actually feel quite comfortable. So when you translate that in a rand per barrel revenue stream, it's actually -- it's much better than compared to what we've secured for financial year '18 and will really help us to do these things that we need to do.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

On the ethane, I said that we have approved the policy. We're busy kind of with that hedging process. And ultimately, because it's not so significant yet, we rather will update you in February, the end of February when we release results to say where we stand in terms of our ethane hedging strategy, but we're making good progress there as well.

**Stephen Russell Cornell**
*Joint President, CEO & Director*

Thank you, Paul. Let me wrap up by answering a question that hasn't been asked specifically, but was heard in conversation and then we're going to close the session. That was around what were we saying and what were -- was the message in terms of no more investment in new crude capacity. So what we're saying is, we don't want to acquire or build new capacity in crude refining assets. We're very happy with the ones that we have in Secunda and Natref. And we're not saying that we specifically and strategically want to reduce the amount of crude refining capacity that we have. We're just not interested in growing it. It is not going to be a growth pillar going forward. And so we're going to look critically at any investments in that business or any other business to see that incremental investments meet the returns that we want. But in terms of a strategic pillar, we're happy with what we've got, we just don't want to build or acquire any additional crude refining capacity.

So with that, I'm going to close the session and thank you, all again, for your valuable time, your wonderful questions. I hope it was helpful. And if you can, please join us for some refreshments out the back door in the North Atrium, go out the back and then to the right. And so thank you and safe travels.

**Bongani Nqwababa**
*Joint President, CEO & Director*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.