# EXHIBIT N









Introduction



# Forward-looking statements

Sasol may, in this document, make certain statements that are not historical facts that relate to analyses and other information which are based on forecasts of future results and estimates of amounts not yet determinable. These statements may also relate to our future prospects, developments and business strategies. Examples of such forward-looking statements include, but are not limited to, statements regarding exchange rate fluctuations, volume growth, increases in market share, total shareholder return, executing our growth projects (including LCCP), oil and gas reserves and cost reductions, including in connection with our BPEP, RP and our business performance outlook. Words such as "believe", "anticipate", "expect", "intend", "seek", "will", "plan", "could", "may", "endeavour", "target", "forecast" and "project" and similar expressions are intended to identify such forward-looking statements, but are not the exclusive means of identifying such statements. By their very nature, forward-looking statements involve inherent risks and uncertainties, both general and specific, and there are risks that the predictions, forecasts, projections and other forward-looking statements will not be achieved. If one or more of these risks materialise, or should underlying assumptions prove incorrect, our actual results may differ materially from those anticipated. You should understand that a number of important factors could cause actual results to differ materially from the plans, objectives, expectations, estimates and intentions expressed in such forward-looking statements. These factors are discussed more fully in our most recent annual report on Form 20-F filed on 28 August 2017 and in other filings with the United States Securities and Exchange Commission. The list of factors discussed therein is not exhaustive; when relying on forward-looking statements to make investment decisions, you should carefully consider both these factors and other uncertainties and events. Forward-looking statements apply only as of the date on which they are made, and we do not undertake any obligation to update or revise any of them, whether as a result of new information, future events or otherwise.

**Please note:** One billion is defined as one thousand million. bbl – barrel, bscf – billion standard cubic feet, mmscf – million standard cubic feet, oil references brent crude, mmboe – million barrels oil equivalent. All references to years refer to the financial year 30 June. Any reference to a calendar year is prefaced by the word "calendar".

**Comprehensive additional information is available on our website: www.sasol.com**

Copyright ©, 2017, Sasol

# Programme and presenters

| | |
|---|---|
| Welcome | **10:30** |
| Strategy overview | **10:35** |
| Financial Framework | **11:20** |
| Break | **11:45** |
| Chemicals | **12:00** |
| Upstream | **12:20** |
| Energy | **12:40** |
| Lunch | **13:00** |
| Wrap-up and Q&A | **13:30** |



**BONGANI NQWABABA**

**JOINT PRESIDENT AND CHIEF EXECUTIVE OFFICER**



**STEPHEN CORNELL**

**JOINT PRESIDENT AND CHIEF EXECUTIVE OFFICER**



**PAUL VICTOR**

**CHIEF FINANCIAL OFFICER**



**FLEETWOOD GROBLER**

**EXECUTIVE VICE PRESIDENT**

Chemicals Business



**JON HARRIS**

**EXECUTIVE VICE PRESIDENT**

Upstream



**MAURICE RADEBE**

**EXECUTIVE VICE PRESIDENT**

Energy Business & Sustainability

Copyright ©, 2017, Sasol



**CAPITAL MARKETS DAY** 2017



# STRATEGY OVERVIEW

**OUR VISION**

To be a leading integrated global chemical and energy company, proudly rooted in our South African heritage, delivering superior value to our stakeholders

# What you will hear today

**Relentless pursuit of zero harm**



Competitively positioned to deliver **value-based growth**



Enhancing our foundation businesses to be **fit-for-the-future**



Clear choices inform **focused strategy**



Sharpening our approach to **disciplined capital allocation**



**Delivering sustainable returns** earlier to shareholders

Copyright ©, 2017, Sasol

Strategy overview




## Driving our value-based growth strategy

### ENHANCE ROBUST FOUNDATION



- Continue to pursue zero harm
- Remain highly cash-generative at $40/bbl
- Deliver on LCCP*
- Extract further value through:
  - Operational excellence
  - Continuous improvement
  - Leveraging digitalisation
  - Reposition portfolio with smaller to medium-sized investments
  - Asset portfolio reviews
- Minimise environmental footprint

### CLEAR CHOICES FOR VALUE-BASED GROWTH

- Leverage core strengths to grow:
  - Specialty chemicals
  - Exploration and production
  - Retail fuels footprint
- Renewables not a growth focus – monitor development, deploy for value
- Clear strategic choices **not** to pursue:
  - Greenfields gas-to-liquids (GTL) growth
  - Further crude oil refining capacity
  - Mega-scale commodity chemicals growth beyond LCCP on our own

### DISCIPLINED CAPITAL ALLOCATION



- Improved cash flow generation through the cycle
- Balanced approach to shareholder returns
- Capital structure fit-for-the-future

### POSITIONED TO DELIVER SUSTAINABLE GROWTH AND ACCELERATE SHAREHOLDER RETURNS

**ROIC** (US$)**
**>12%**
through the cycle

**EBIT*** GROWTH (US$ real)**
**>5%** CAGR****
through the cycle

**DIVIDEND RETURNS**
Stepping up payout to **40%** (2,5x cover) by 2022
thereafter moving towards **45%** (2,2x cover)

\*    Lake Charles Chemicals Project
\*\*   Return on invested capital
\*\*\*  Earnings before interest and tax
\*\*\*\* Compound annual growth rate

Copyright ©, 2017, Sasol

Strategy overview

## Translating our strategy into value for shareholders



**2018 – 2022**

### ENHANCE ROBUST FOUNDATION

- Deliver LCCP and ramp up production
- >2% uplift in ROIC, on FY17 base, by maximising value from existing diversified assets:
  - Reduce cost base and improve margins
  - Leverage digitalisation
  - Full asset portfolio review
  - Improve asset performance
  - Divest non-strategic assets
- Incremental investment in existing assets
- Dividend payout stepped up to 40% (2,5x cover)



**2022+**

### BALANCE RETURNS AND GROWTH

- Capital discipline to balance risk, returns and growth
- Growth in specialty chemicals, exploration and production and retail fuels
- Short- to medium-term: focused on building an investment portfolio of smaller (<$500m) to medium-sized (<$1bn) organic and inorganic opportunities
- Medium- to long-term: leveraging investment base with flexibility for larger growth (>$1bn) through partnerships
- Dividend payout moving towards 45% (2,2x cover)



**EBIT growth**
USD (real) at $60/bbl

2017          2030

**ROIC**
USD (%) at $60/bbl

2017          2030

## FCF* per share up ~65% – 75% to >$6 in 2022



\* Free cash flow, excluding growth capex, at $60/bbl (real) and R14/$

Copyright ©, 2017, Sasol

# Value-based growth strategy responsive to megatrends



**POPULATION GROWTH AND RISING INCOMES**

**ENVIRONMENTAL PRESSURES AND NEW TECHNOLOGIES**

**DRIVE FOR BETTER PERFORMANCE**

**DIGITALISATION**






- **Population** to reach ~**9bn** by 2040
- **GDP to double** by 2040
- **Increased demand** for chemicals and energy

- Shift to **cleaner low-carbon fuels**
- Increased pressure to **reduce $CO_2$ emissions**
- Growth in **electric mobility;** however, **fossil fuels** to remain dominant energy resource beyond 2030

- **Reducing** manufacturing **costs**
- Improve **process efficiency**
- Meet higher **customer expectations**
- **Differentiated** product and services

- Improve **safety**
- Technology **evolving and becoming cheaper**
- Digital accelerating as **industry disruptor**
- Key to **remaining competitive**

Source: UN population statistics 2017, medium variant;  Exxon Mobil outlook for energy 2017

Copyright ©, 2017, Sasol

Strategy overview

# Growing population driving demand in markets we serve

**~9bn**

PEOPLE BY 2040

**~70%**

OF THE WORLD POPULATION WILL LIVE IN CITIES BY 2040

**~35%**

MORE PRIMARY ENERGY CONSUMPTION BY 2040

**~35%**

MORE FOOD NEEDED BY 2040

HOUSEHOLD    CONSTRUCTION    AUTOMOTIVE    OIL AND GAS EXTRACTION    TRANSPORTATION ENERGY    INDUSTRIAL AND SPACE HEATING    PACKAGING

**Driving chemicals and energy demand**

Source: EIA, International Energy outlook 2017; Food and Agriculture Organisation

Copyright ©, 2017, Sasol

## Business robust in a volatile landscape

**Highly cash-generative at $40/bbl**

**OUTLOOK**

- Shift in oil price is structural and cyclical
- Technology advances influencing supply and demand dynamics
- Geopolitical and economic factors impact currency uncertainty
- Outlook has significant volatility and uncertainty

**OUR RESPONSE**

- Strategic focus and hard choices ensure robustness under various scenarios
- Continuous improvement strengthens resilience, enabled by digitalisation
- Earnings generated from a more diverse geographic footprint
- Financial risk mitigation strategy protects balance sheet

**Oil price ($/bbl)**

| | | |
|---|---|---|
| 120 | | |
| 100 | | |
| 80 | | |
| 60 | | |
| 40 | | |
| 20 | | |

**2012**  **2017**  **2030**



**Exchange rate (rand/$)**

| | | |
|---|---|---|
| 16 | | |
| 14 | | |
| 12 | | |
| 10 | | |
| 8 | | |
| 6 | | |

**2012**  **2017**  **2030**

Copyright ©, 2017, Sasol



# ENHANCE ROBUST FOUNDATION








VALUE-BASED GROWTH
ON A ROBUST FOUNDATION

CAPITAL MARKETS DAY 2017

# Strong delivery track record

Case 1:20-cv-01008-JPC   Document 67-14   Filed 07/02/20   Page 13 of 63

## 2014

**Operating model yielding significant returns**

## 2017

**Cash generative at $70/bbl**

**Cash generative at $40/bbl**

### OPERATIONAL EXCELLENCE

- Significant **volume improvement**
  - Secunda Synfuels Operations up **3%** to **7,83 million tons**
  - Eurasian Operations optimised use of capacity to record production
  - ORYX GTL operating sustainably at utilisation rates **>90%**
  - Mozambique gas production up **12%** to **117bscf** p.a.
- Shifting product slate in integrated value chain to higher margin businesses
- Sustenance capital limited to **$1,5bn p.a.** and under constant review
- Mine replacement programme completed to secure feedstock to ~2050
- Improving environmental performance and $CO_2$ reductions

**Chemicals 40% of operating profit**

**Chemicals 50% of operating profit**

### COMPETITIVE COST POSITION

- **~$400m** in sustainable cost savings, one year earlier than planned
- Real cash fixed cost flat since 2015
- Response Plan conserved **$5,4bn** cash to date

### PORTFOLIO OPTIMISATION

**2017 cash breakeven\* at $35/bbl**

**Focus on large organic growth projects**

- Rigorous asset reviews to further improve performance or dispose of non-strategic assets
- Capital project execution improved
- Sharpened capital allocation discipline

**Balanced and disciplined capital allocation**

\* Cash from operations less sustenance capital expenditure

Copyright ©, 2017, Sasol

## LCCP transforms our earnings profile

- Unlocks value from integrating technology with low-cost feedstock and proximity to global markets
- Progressing to schedule
  - Overall project **79%** complete with construction execution above **50%**
  - $8,1 billion spent of the $11 billion project budget (excludes unplanned event-driven risks)
  - **On track for start-up** of first units in second half of CY18
- Productivity in the short-term impacted by extreme weather events
  - Hurricanes Irma and Nate further negatively impacted productivity levels, exacerbating pressure created by Harvey
  - Productivity performance levels already improving through mitigating actions
  - Hurricane Harvey resulted in additional $130m expenditure, revising budget to $11,13 billion
- Commissioning and marketing plans well developed
  - Channel partners for commodity chemicals selected and agreements to be finalised by Q1CY18
  - ~90% of specialty chemical products to be placed with our existing customers

**LCCP adds up to 20% to earnings by 2022 or $1,3bn real***

* In FY22

 

Aerial views of LCCP – October 2017

Copyright ©, 2017, Sasol



# Committed to minimise the environmental impact of our operations

## WATER USE AND GHG* EMISSIONS HAVE BEEN REDUCED



### Total water use



■ Total water use    — Total production (External sales)

### GHG emissions

## ADDRESSING OUR ENVIRONMENTAL CHALLENGES



- Achieved significant milestones in our water stewardship endeavours with 2020 efficiency targets in place:
  - Sasolburg: Avoid increase in water use
  - Secunda: Decrease water use by 2,5%
  - Mining: Restrict the increase in water use to max 10%

- Reduced GHG from our South African operations:
  - Cleaner gas feedstock
  - Improved energy efficiency
- Integrated environmental roadmap to address air quality and broader environmental challenges

\* Greenhouse gas emissions

Copyright ©, 2017, Sasol

Enhance robust foundation



# Embedding a continuous improvement culture

**Target ROIC uplift of at least two percentage points by 2022\* to deliver 15% greater value**

\* FY17 base, excluding LCCP and assets under construction

Copyright ©, 2017, Sasol



**CUSTOMER FOCUS**

- Improve customer experience
- Close research and technology co-operation with selected customers to drive innovation
- Customer solution orientation
- Grow with customer market needs

**DIGITALISATION**

- Digitalisation and automating our processes and operations
- First quintile cost and service delivery performance in corporate functions
- Agile processes and ways of working



**ASSET PERFORMANCE**

- Improve returns from existing asset portfolio
- Optimise annual sustenance capital spend
- Drive margin uplift by high grading product and customer portfolios
- Contain cost increases

## DELIVER FIT-FOR-THE-FUTURE FOUNDATION BUSINESSES

Enhance robust foundation



# Improving our global asset portfolio in support of disciplined capital allocation



**DESIGN PRINCIPLES**

**STATUS UPDATE**

- Underpinned by drive to improve asset performance, **not** liquidity requirements
- Continuous reviews to test strategic alignment and enhance competitive advantage
- Defined criteria to ensure consistency in review process
- Deliver against stringent financial metrics
- Asset classifications comprise:
  - Growth
  - Fix and retain
  - Close, dispose or reduce shareholding

- More than half of asset reviews completed
- Majority of assets to be retained with clear improvement actions defined
- Select non-strategic assets identified for disposal, including Canadian shale assets
- Remaining assets to be reviewed and classified by end CY18

**ASSET REVIEW ACTIONS AND DECISIONS WILL CONTRIBUTE TO THE TARGETED 2% ROIC* UPLIFT**

* FY17 base, excluding assets under construction

Copyright ©, 2017, Sasol

Enhance robust foundation

# Embracing technology to enhance competitiveness



## Digitalisation journey unlocks value

* As part of the 2% ROIC uplift

Copyright ©, 2017, Sasol



**OPPORTUNITIES**

**PRIORITISED TECHNOLOGY SOLUTIONS**

**VALUE TO OUR BUSINESS**

- Enhanced safety and productivity
- Improved customer experience and increased sales
- Improved operational efficiency
- Increased plant reliability through predictive maintenance
- Higher product yield
- Smart engineering and back office improvements



Process automation



Big data and advanced analytics

Internet of things, sensors and wearables

Digital engagement



Cloud-based platforms

**Targeting more than $300m of value by 2022***



# CLEAR CHOICES FOR VALUE-BASED GROWTH















**CAPITAL MARKETS DAY** 2017

Clear choices for
value-based growth



# Leveraging our strengths

**STRONG IDENTITY AND RELATIONSHIPS**

**COST COMPETITIVE ASSETS**

**UNIQUE CAPABILITIES AND KNOW HOW**

## Relationships
- Well established partnerships (Mozambique, Qatar and US) and deep global customer relationships

## Integration
- Efficient value chains with competitive feedstock positions

## Process
- Integration and management of complex value chains

## Geographies
- Strong energy brand in South Africa
- Strong US and EU presence in specialty chemicals
- Marketing reach into Asia
- Proven sub-Saharan track record
- Integrated global platform

## Performance
- Strong operational discipline
- Resilient cash generation

## Technology and products
- Leading chemical technologies, products and applications, including Fischer-Tropsch

## People
- Highly skilled people with technical, upstream and engineering capabilities
- Prudent financial risk management skills
- Strong marketing capabilities

## Positioned to create superior value for our stakeholders

Copyright ©, 2017, Sasol

**Clear choices to drive focused strategy**

## Grow specialty chemicals in select attractive end market segments



- Deep application know-how and strong product portfolio in a range of high-value chemical products
- Target attractive high-value markets globally

## Pursue progressive, disciplined growth in exploration and production



- Efficient producer in southern Mozambique with downstream integration
- Strong basin knowledge in West Africa
- Building on existing relationships, assets and capabilities in Africa
- Further strengthened our skilled team

## Grow liquid fuels retail footprint in Southern Africa



- Strong brand and service offering
- Highest throughput per site in the industry
- Continued growth in Southern Africa market share

**WE ARE FOCUSING OUR GROWTH IN HIGH-VALUE BUSINESSES WHERE WE HAVE STRONG CAPABILITIES**

Copyright ©, 2017, Sasol

Clear choices for
value-based growth

![sasol logo]

# Hard choices to rebalance portfolio

### GTL

**Optimise
current facilities with
no further greenfields
investment**



- High capital intensity and concentration risk
- Requires long-term contracted low gas feedstock price
- Value proposition not robust against volatile or lower oil price
- Long-term diesel market risk
- Maximise benefits from Fischer-Tropsch technology

### REFINING

**No further investments in
new crude oil refining
capacity**



- Large investment required to meet changing fuel specifications
- Lack of competitive advantage

### COMMODITY CHEMICALS

**Maximise value
from existing
platforms**

- Requires feedstock, technology or market leadership
- Future mega-scale commodity projects, only to be considered in partnerships
- Opportunistic investment to drive specialty chemicals

### RENEWABLES

**Monitor developments and
deploy for value,
not a growth focus**

- Lack of clear growth value for Sasol
- Leverage existing and emerging technologies to reduce emissions

**FOCUSED STRATEGY TO DIRECT OUR ENERGY AND CAPITAL ALLOCATION**

Copyright ©, 2017, Sasol

Clear choices for
value-based growth

## Advancing our strategy in phases



**NEAR-TERM**
**2018+**

**MEDIUM-TERM**
**2022+**

**LONG-TERM**
**2030**

- Reduce gearing
- Execute on results from asset review
- Product differentiation to higher yielding markets
- Incremental retail fuels growth
- Continuous improvement
- Deliver capital projects

- Extract full value from existing platforms
- Selective inorganic growth in specialty chemicals and exploration and production
- Increased cash returns to shareholders
- Pursue value-accretive retail acquisitions

- Accelerate exploration and production growth
- Adjacent growth in specialty chemicals

## Poised to deliver value over multiple time horizons

Copyright ©, 2017, Sasol

# Supporting our investment case





Enhancing our foundation businesses to be **fit-for-the-future**

Making clear choices to inform a **focused strategy,** leveraging our strengths

Sharpening our approach to **disciplined capital allocation**

Positioning to **deliver superior returns** to shareholders

**Accelerating returns** to shareholders

Competitively positioned for **sustainable growth**



Copyright ©, 2017, Sasol



**CAPITAL
MARKETS
DAY** 2017





# FINANCIAL FRAMEWORK

## DISCIPLINED CAPITAL ALLOCATION

# Financial framework key messages

## Focus, discipline and value

underpin our capital allocation approach

 Drive **improved cash generation** through the business cycle

 Sharpened focus in applying a **disciplined capital allocation** framework and approach

 Returning value to shareholders following a more **balanced approach**

 Optimal capital structure enables **value-based growth** and allows flexibility to mitigate financial risks

Copyright ©, 2017, Sasol

# Framework built for market and competitive reality

## Our global asset portfolio generates strong cash flows



**OPERATING CONTEXT**
**2018 – 2030**

**High case**
**$70/bbl**
Capital available*
(~$25bn – 30bn to 2030)

**Planning case**
**$60/bbl**
Capital available*
(~$20bn – 25bn to 2030)

**Low case**
**$50/bbl**
Capital available*
(~$16-22bn to 2030)

**GROWING SHAREHOLDER RETURNS SUSTAINABLY**

Strategic priorities

Operational performance

**EARNINGS GROWTH**
Robust returns through cycle

**CAPITAL STRUCTURE**
Capital efficiency and flexibility

**RETURN ON INVESTED CAPITAL**
Sustainable value growth

**CAPITAL DEPLOYMENT**
Quality returns to shareholders

Capital allocation

Risk management

**VALUE TARGETS**

**EBIT GROWTH**
>5% CAGR (US$ real)

**CONTINUOUS IMPROVEMENT**
2% ROIC uplift by FY22

**ROIC**
>12% (US$ terms)

**CAPITAL STRUCTURE**
Gearing = 20% – 40% (target 30%)
Net debt / EBITDA 1,0 – 1,7x (target 1,5x)

**DIVIDEND RETURNS**
Towards 40% – 45% payout (2,5 – 2,2x cover)

**MAXIMISE VALUE THROUGH BALANCED CAPITAL ALLOCATION APPROACH**

* Available capital = cash flow from operations, net of 2,8x dividend
(36% payout) and sustenance capital of $1,5bn per annum (real)

Copyright ©, 2017, Sasol

Financial framework



# Consistent financial performance for near-term and beyond

**2018 – 2022**

**2022+**



| **Increase cash flow from operations** | • Continuous improvement to deliver 2% ROIC uplift:<br>  • Leverage digitalisation<br>  • Strong cost focus<br>  • Ongoing portfolio reviews<br>• Deliver LCCP and improve cash flows | • Extract further value from foundation businesses, including LCCP<br>• Deliver volumes from Production Sharing Agreement (Mozambique)<br>• Maintain cost competitive position |

| **Optimal capital structure** | • Refinance debt beyond 2022<br>• Deleverage balance sheet to 30% gearing and net debt: EBITDA 1,5 – 2,0x<br>• Maintain investment grade ratings | • Manage gearing range 20% – 40% (target 30%) and net debt: EBITDA 1,0x – 1,7x (target 1,5x)<br>• Maintain investment grade ratings |

| **Disciplined capital allocation** | • Improved risk and value assurance of investment decisions<br>• Reposition portfolio with smaller to medium-sized investments<br>• Improve capital execution – informed by institutionalised  lessons learnt | • Deliver capital investment opportunities through leveraging investment base with flexibility for larger growth through partnerships |

**Positioned to deliver value to shareholders**

| **Balanced returns to shareholders** | • Dividend uplift to 40% payout (2,5x cover)<br>• Execute consistent anti-dilutive share buyback programme at value | • Dividend payout increase to 45% (2,2x cover)<br>• EBIT US$ growth >5% (real) through cycle<br>• ROIC (US$) >12% p.a. |

Copyright ©, 2017, Sasol

Financial framework

**sasol**

## Refocused and disciplined process to screen and improve new investments

| From | Large step-out organic growth | Long lead time to earnings and cash | Wholly owned mega-scale investments |
|---|---|---|---|
| **To** | **Ongoing, affordable quality growth within portfolio guidelines** | **Balanced organic and inorganic growth** | **Disciplined evaluation against selection criteria and financial risks** |
| **Underpinned by** | **Refocused investment philosophy** | **Disciplined return expectations** | **Enhanced project governance** |

| | | |
|---|---|---|
| • Portfolio of smaller to medium-sized, value-accretive opportunities, with shorter cash cycles | • Single US$ WACC, adjusted for industry and country risk | • Build, own and operate at appropriate scale |
| • Execute the capital portfolio within a clear set of guidelines that allow for digestible investments, given the company's risk profile | • Probabilistic risk assessment covering project specific risks | • Partnering key to manage investment risks |
| • Growth capital portfolio not to exceed 10% p.a. of market capitalisation and within targeted capital structure of the company | • Synergistic inorganic investments driving value | • Independent assurance on investment, project structure and approach |
| | | • Robust testing of assumptions |

Copyright ©, 2017, Sasol

Delivering value through disciplined capital allocation — Financial framework

~$20bn – $25bn capital available to 2030 at $60/bbl (real)

ALLOCATE CAPITAL AND DIRECTIONAL APPROACH TO DISTRIBUTE SHAREHOLDER VALUE

Copyright ©, 2017, Sasol

Financial framework

## Clear performance targets underscore our investment case

## Poised to deliver competitive value compared to peers

*Excluding growth capital expenditure

Copyright ©, 2017, Sasol



### Delivering superior value to our shareholders

| | 2018 – 2022 | 2022+ |
|---|---|---|
| **EBIT GROWTH** | **>5% CAGR (US$ real)** through the cycle | **>5% CAGR (US$ real)** through the cycle |
| **FREE CASH FLOW PER SHARE*** | **>60% improvement** (off 2017 base of $3,30) | **>70% improvement** (off 2017 base of $3,30) |
| **CONTINUOUS IMPROVEMENT** | At least **2%** ROIC uplift | **Costs** in line with **inflation** |
| **ROIC** | | **>12% in US$ terms** through the cycle |
| **SUSTENANCE CAPITAL EXPENDITURE** | **~$1,5bn** per annum (real) | Improving on **~$1,5bn** per annum (real) |
| **CAPITAL STRUCTURE** | Deleverage balance sheet **gearing from 44% to 30%** | Manage gearing range of **20% – 40% (target 30%)** |
| **DIVIDEND RETURNS** | Stepping up to **40% payout (2,5x cover)** | Moving to **45% payout (2,2x cover)** |









# CHEMICALS




VALUE-BASED GROWTH
ON A ROBUST FOUNDATION







CAPITAL MARKETS DAY 2017



# Key messages



**Value-based growth** underpinned by:
- High-demand products
- Application know-how
- Customer relationships



**Grow specialty chemicals** in select and attractive end market segments

**Focused investments** in inorganic and organic opportunities

Copyright ©, 2017, Sasol



# Chemicals business overview

**Serving customers in over 130 countries across diverse end markets**

## FACT SHEET

**Performance Chemicals:**

- Produces and markets commodity and specialty chemical products which include organics, inorganics and wax as key value chains

- Sales of more than 3,5 million tons p.a. in over 50 diversified markets

- Long-term global customer relationships

**Base Chemicals:**

- Produces and markets commodity chemicals from integrated South African and North American value chains

- Global sales of 3,1 million tons p.a.

- Proven experience with a variety of polyethylene and polypropylene licensed technologies

## CHEMICALS CONTRIBUTION

**FY17 Group EBIT**

**$2,3bn**



Performance Chemicals 32%

Group Functions 1%

Mining 12%

E&PI 2%

Energy 35%

Base Chemicals 18%

Copyright ©, 2017, Sasol

Chemicals

## Strong growth rate expected in the world specialty chemicals market

### WORLD BASIC CHEMICALS MARKET



World basic chemicals revenue forecast ($bn)



3,5% CAGR*

4,4% CAGR

Extrapolated

3 600

2 100

2 600

2016    2021    2030

### WORLD SPECIALTY CHEMICALS MARKET

World speciality chemicals revenue forecast ($bn)



5,6% CAGR

Extrapolated

1 950

900

1 200

2016    2021    2030

**MEGATRENDS DRIVING HIGH GROWTH IN CHEMICALS, WITH SPECIALTY CHEMICALS EXPECTED TO GROW FASTER**

Figures have been rounded
Source: International management consultancy, Sasol calculations
* Basic chemical market revenue driven higher by oil price in the medium-term, expected to tend towards global GDP growth in the long-term

Copyright ©, 2017, Sasol

# Capitalise on our leading portfolio positions

## OUR COMPETITIVE ADVANTAGE

- Deep application know-how in high-value specialty chemicals
- Strong market position and customer relationships in attractive end markets
- Leading technology position in Ziegler and Fischer-Tropsch chemical extraction
- Broadest and most diverse industry portfolio of wax, alcohols and related surfactants
- Competitive chemical plants and extensive operations experience

## LEVERAGING OUR STRENGTHS

- Grow existing business and new customers in key end markets through product and application know-how
- Build market-specific growth platforms and adjacencies to existing products
- Incremental debottlenecking of our integrated value chains in US/SA
- Pursue meaningful growth opportunities through acquisitions and partnerships
- Build on success of digitalisation and improved customer experience

Copyright ©, 2017, Sasol

**Creating value with customers through our product expertise and diverse alcohol portfolio**

## ALCOHOL FEEDSTOCK, TECHNOLOGY AND PRODUCT SLATE COMPARISON

| | FEEDSTOCK | | | | TECHNOLOGY | | | | PRODUCTS | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ethylene | Kerosene | Natural oils | Coal/gas | Ziegler | Hydrogenation | Oxo | Guerbet | C6 – linear | C7 – C9 – semi linear | C8 – C10 – linear | C8 – branched | C9 – C11 – semi linear | C9 – C11 – branched | C12 – C16 – linear | C12 – C15 – semi linear | C12 – C15 – branched | C16 – C18 – linear | C16 – C17 – semi linear | C18 – C22 – linear | C20+ | C12 – C32 – Guerbets | Single fractions | Tailor-made blends |
| **Sasol** | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Competitor 1 | ■ | | | | | ■ | | | ■ | | ■ | | ■ | | ■ | | ■ | | | | | ■ | | |
| Competitor 2 | ■ | ■ | | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ | ■ | | ■ | | | ■ | ■ | ■ | ■ |
| Competitor 3 | | ■ | | | ■ | | | | ■ | | | ■ | | | ■ | | | ■ | | | | ■ | | |

### SASOL HAS THE BROADEST PORTFOLIO OF ALCOHOLS IN THE WORLD

Copyright ©, 2017, Sasol

Chemicals

# Pursuing growth opportunities in specialty chemicals



**KEY END MARKETS**

WE WILL COMBINE OUR SUPERIOR PRODUCT AND APPLICATION EXPERTISE WITH END MARKET INSIGHTS FOR VALUE-BASED GROWTH

Copyright ©, 2017, Sasol

**Future growth focused on attractive specialty chemicals end market segments**

**PERFORMANCE CHEMICALS REVENUE**

~40% (FY17)

GROWTH FOCUS

100%
90%
80%
70%
60%
50%
40%
0

- Foundation segments
- Focus growth segments
- Other differentiated segments

| | Addressable market (USD, bn) | Global revenue growth (CAGR) | Growth driver |
|---|---|---|---|
| OIL AND GAS | 8 – 10 | 3% – 4% | Global energy demand |
| HARD INFRASTRUCTURE | 8 – 10 | 5% – 6% | Global population and urbanisation |
| PAINTS, COATINGS AND ADHESIVES | 10 – 12 | 5% – 6% | Global population and urbanisation |
| METALWORKING AND LUBRICANTS | 15 – 20 | 4% – 5% | Global manufacturing sector |
| AUTOMOTIVE | 7 – 10 | 4% – 5% | Automotive demand |
| AGRI-ADJUVANTS | 2 – 3 | 5% – 6% | Global population and environmental concern |

Copyright ©, 2017, Sasol

Case 1:20-cv-01008-JPC Document 67-14 Filed 07/02/20 Page 40 of 63

Chemicals

# Our competitive advantages enable multiple growth avenues in specialty chemicals



| | COMPETITIVE ADVANTAGE | POTENTIAL NEW GROWTH OPPORTUNITY EXAMPLES | INTERNAL GROWTH | | | Key for growth |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CAPACITY OPTIMISATION | HIGHER MARGIN | ADDITIONAL CAPACITY | M&A |
| ALCOHOLS AND SURFACTANTS | • **Broad** and **diverse alcohol portfolio**<br>• **Proprietary technology position**<br>• **Tailor-made linked surfactants;** added value proposition | Internal expansion and optimisation of existing operations | ✔ | | ✔ | |
| | | Adjacent expansion to complete specialty surfactant portfolio | | | | ✔ |
| | | Downstream integration into additional applications | | ✔ | | ✔ |
| INORGANICS | • Unrivalled **competency in high- and ultra-high purity alumina;** ability to produce custom-made material | Internal expansion and optimisation of existing operations | ✔ | | ✔ | |
| | | Add catalyst into production capability | | ✔ | | ✔ |
| | | Broaden ultra-high purity alumina (UHPA) portfolio | | | | ✔ |
| WAX | • **FT based portfolio** enables unique properties<br>• **Strong application knowledge** and **customer intimacy** | Expand downstream into functional waxes | | ✔ | | |
| | | Monetise FT extraction know-how | | | | ✔ |

Copyright ©, 2017, Sasol

Chemicals

## Medium-term focus on growth in specialty chemicals



**NEAR-TERM**
**2018+**

**MEDIUM-TERM**
**2022+**

- Deliver value from LCCP

- Invest in capacity optimisation and differentiation across full chemicals portfolio

- Maximise position from existing operations and technology platforms

- Progressively grow specialty chemicals through internal growth and acquisitions levers

- Debottleneck LCCP and capitalise on associated infrastructure to support chemicals growth

- Continued capacity optimisation across chemicals portfolio










Copyright ©, 2017, Sasol

# In summary

**Healthy demand** growth in global chemical markets

Near-term focus on **LCCP delivery** and growing value from our existing asset base also enabled by digitalisation

Medium to long-term bias towards **specialty chemicals growth**

- Leverage product and application expertise
- Build on customer relationships and market understanding to grow in attractive end markets
- Pursue selective acquisitions and partnerships

**EBIT growth**
USD (real) at $60/bbl

New capital growth

LCCP growth

Existing base growth

2017    2022    2030

Copyright ©, 2017, Sasol



**CAPITAL
MARKETS
DAY** 2017









**UPSTREAM**

## Key messages

 Remain South Africa's **lowest cost leader** in safe underground coal mining

 **Sustainably develop** southern Mozambique oil and gas resource

 Pursue **progressive, disciplined growth** in exploration and production, initially in West Africa

Copyright ©, 2017, Sasol

# Overview

## MINING

- Cost and safety leadership position in South Africa
- Sustainable feedstock to SA value chain
- Continuous improvement mindset delivering value
- $1bn mine replacement programme completed below budget and without supply disruption
- Successful BEE partnership in place with Ixia Coal

## EXPLORATION AND PRODUCTION

- Deliver value growth from oil and gas asset development
  - Strategic producer in Mozambique
  - Focus on maintaining plateau and maximising discovered southern Mozambique resources
  - Valued partner in Gabon oil
  - Optimising portfolio: Divest Canadian shale assets

## UPSTREAM CONTRIBUTION

**FY17 Group EBIT**

**$2,3bn**

Group Functions 1%

Performance Chemicals 32%

Mining 12%

E&PI 2%

Base Chemicals 18%

Energy 35%

Copyright ©, 2017, Sasol

Upstream

# Grow southern Mozambique to full potential



**OUR COMPETITIVE ADVANTAGE**

**LEVERAGING OUR STRENGTHS**

- Efficient low-cost producer
- Discovered resource with upside potential
- Long-standing mutually beneficial partnerships
- Integrated gas value chain capability
- Extensive sub-surface and operations expertise
- Group strength and capabilities

- Continuous improvement mindset
- Maximise value from upside potential
- Build on shared value partnership
- Pursue sustainable gas market development
- Explore additional acreage potential
- Ability to unlock end markets

**MAXIMISE SHARED VALUE IN SOUTHERN MOZAMBIQUE**

Copyright ©, 2017, Sasol

Upstream

## Beyond Mozambique, initial growth focus in West Africa



**OUR COMPETITIVE ADVANTAGE**



**LEVERAGING OUR STRENGTHS**

- Established position in Gabon with potential upside

- Technical excellence and extensive basin knowledge along the West Africa margin

- Rigorous technical and commercial workflows

- High-quality, motivated team with a proven track record

- Financial stability and credibility as an upstream partner

- Experience in West Africa

- Midstream and downstream skill capability

- Maximise value from existing assets

- Build a robust, risk-balanced upstream portfolio with capability for long-term value delivery

- Build a series of upstream core areas within Africa that can sustain long-term growth

- Identify and secure the highest impact and value assets

- Pursue lower risk, low-cost exploration optionality

**PROGRESSIVELY GROW A RESILIENT OIL-BIASED PORTFOLIO IN AFRICA**

Copyright ©, 2017, Sasol

Upstream

## Focused in Africa, initially Mozambique and West Africa



**WEST AFRICA PRIORITISED IN NEAR-TERM**

- Extract full potential of Gabon
- Structured West Africa basin screening process
- Shortlisted acquisition targets identified
- Both sub-surface and above ground risks assessed
- Low-cost entry into targeted infrastructure-led exploration opportunities being investigated

**MODEL FOR VALUE DELIVERY**

- Acquire new production assets with exploration running room
- Invest in the early part of exploration life cycle and farm down for value
- Realise asset option value through active management

Copyright ©, 2017, Sasol

# In summary

 Sustain Sasol's value chain through **safe low-cost** coal mining

 Compete using our **Group strengths** and upstream competencies

 **Maximising shared value** by driving growth in southern Mozambique

 Beyond Mozambique, **growth focus** initially in West Africa

 Deliver value through **progressively growing and managing** the exploration and production portfolio

 Continuously build on our **core capabilities** as we grow

**EBIT growth**
USD (real) at $60/bbl

West Africa growth

Mozambique

Existing base growth

2017          2030

Copyright ©, 2017, Sasol

Case 1:20-cv-01008-JPC   Document 67-14   Filed 07/02/20   Page 51 of 63





**CAPITAL**
**MARKETS**
**DAY** 2017









## ENERGY

Energy

## Key messages

 Resilient **highly cash-generative** business with **integrated cost** advantages

 Embed **continuous improvement** to further reduce cost, enhance value and robustness

 Driving **margin uplift** by high grading product and customer portfolio supported by our **strong brand**

 Delivering an **optimal clean fuels** solution



Copyright ©, 2017, Sasol

# Energy overview

## FACT SHEET

- Major market presence
  - Sales and marketing of ~60 million bbl of liquid fuels p.a.
  - Markets ~150 mmscf/day of natural and methane-rich gas
  - Global GTL businesses with partners in Qatar and Nigeria
- Leading position in South Africa
  - ~400 Retail Convenience Centres – 11% market share and growing faster than market
  - Sustainable low-cost position with strong cash flow
  - Electricity
    - ~70% capacity of our own needs in South Africa
    - ~30% of Mozambican supply through our CTRG partnership

## ENERGY CONTRIBUTION

**FY17 Group EBIT**

**$2,3bn**

Performance Chemicals 32%

Group Functions 1%

Mining 12%

E&P 2%

Base Chemicals 18%

**Energy 35%**

Copyright ©, 2017, Sasol

# Growing our value share in the energy and lubricants market

**OUR COMPETITIVE ADVANTAGE**

**LEVERAGING OUR STRENGTHS**

- Strong brand in the South African fuels market

- Synfuels cash break-even below $35/bbl

- Capabilities in development and management of gas-to-power projects

- Existing GTL facilities well placed to compete in energy markets on a cash cost basis

- Improved margin through value-accretive retail acquisitions

- Drive continuous improvement to further improve our cost competitive position

- Positioned to develop gas markets in Southern Africa

- Optimised existing GTL product slate to maximise value extraction, such as base oils

**FOCUS ON GROWING LIQUID FUELS RETAIL MARKET IN SOUTH AFRICA, WITH NO FUTURE GROWTH IN GREENFIELDS GTL**

Copyright ©, 2017, Sasol

Case 1:20-cv-01008-JPC   Document 67-14   Filed 07/02/20   Page 55 of 63

## Strategy focused on value over volumes



**OUR ACTIONS**

**DRIVING VALUE**

- Increased value through volume shift to higher yielding products and markets

- Proven track record of growing retail footprint faster than market through organic and inorganic means

- Significant room to grow and ability to leverage further network benefits

- Optimal clean fuels investment to remain competitive and improve ROIC of integrated energy business

- No further investments in new crude refining capacity

**Changing marketing channel through inorganic growth**



2017        2030

■ Retail   ■ Commercial   ■ Wholesale

Copyright ©, 2017, Sasol

# Unlocking sub-regional gas market

**OUR ACTIONS**

▶

**POSITIONED FOR GAS-TO-POWER CAPABILITY**

- Gas market development anchored by Secunda and Sasolburg
- Investigating all sustainable gas monetisation options in Mozambique, targeting gas-to-power
- Longer-term gas-to-power will play an important role in the Southern African energy mix
- Well positioned to participate in the gas-based industrialisation of southern Mozambique and South Africa

Potential

Megawatts

2017   2030

■ SGEPP** ■ CTRG* ■ Gas turbines ■ MGTP***

\*   Central Termica de Ressano Garcia
\*\* Sasolburg gas engine power plant
\*\*\* Mozambique gas-to-power

Copyright ©, 2017, Sasol

## Maximise value from Fischer-Tropsch technology

## Enhance cost competitiveness through continuous improvement

**REPOSITION OUR FISCHER-TROPSCH BUSINESS**



- Maintain technical capability and resources to support and maximise value from existing CTL and GTL
- Sustain technology and license intellectual property
- Pursue value-accretive base oils and chemicals extraction
- Cost competitiveness through continuous improvement and digitalisation

**SUSTAINABILITY IN A CHANGING REGULATORY AND ENVIRONMENTAL LANDSCAPE**



- Integrated environmental roadmap to address air quality and broader environmental challenges
- Reduced greenhouse gas emissions from our South African operations:
  - Cleaner gas feedstock
  - Improved energy efficiency
- Developing an optimal clean fuels solution to address fuel specifications at Synfuels and Natref

Copyright ©, 2017, Sasol

Energy

# In summary



**Resilient cash generator** with high margins off a long-term low-cost coal resource base



Continuous improvement to further reduce costs to **enhance value** and robustness



**Driving focused programmes** to respond to a changing environmental and clean fuels landscape

Positioned to **grow high margin** parts of the business with a focus on retail, supported by our strong brand

**EBIT growth**
USD (real) at $60/bbl

Retail growth

Existing base growth

2017          2030

Copyright ©, 2017, Sasol



**CAPITAL
MARKETS
DAY** 2017

sasol






# LUNCH

**We will resume at 13:30**



**CAPITAL
MARKETS
DAY** 2017











**VALUE-
BASED
GROWTH**
ON A ROBUST FOUNDATION

# WRAP-UP AND Q&A

# In conclusion

 Highly **cash-generative** diversified assets

 **Continuous improvement** to further solidify foundation

 Active portfolio management to **optimise returns**

**Focused future growth** priorities to strengthen resilience:


- Specialty chemicals
- Upstream exploration and production in Mozambique and West Africa
- Liquid fuels retail footprint in Southern Africa

 Decisive actions to **rebalance portfolio**

**Value-based growth** guided by strict financial targets

 Disciplined capital allocation underpins **shareholder value offering**

Copyright ©, 2017, Sasol

