# EXHIBIT X

C Corrected Transcript

22-May-2019

# Sasol Ltd. (SSL)

Business Update Call - First Call

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 17
Copyright © 2001-2019 FactSet CallStreet, LLC

**Sasol Ltd.** *(SSL)*
Business Update Call - First Call

Corrected Transcript
22-May-2019

# CORPORATE PARTICIPANTS

**Stephen Cornell**
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

**Bongani Nqwababa**
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

**Paul Victor**
*Chief Financial Officer & Executive Director, Sasol Ltd.*

**Fleetwood Grobler**
*Executive Vice President-Chemicals Business, Sasol Ltd.*

......................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Chris Nicholson**
*Analyst, RMB Morgan Stanley (Pty) Ltd.*

**Karen Kostanian**
*Analyst, Bank of America Merrill Lynch*

**Alex Comer**
*Analyst, JPMorgan Securities Plc*

**Sean Ungerer**
*Analyst, Arqaam Capital South Africa (Pty) Ltd.*

**Gerhard Engelbrecht**
*Analyst, Macquarie Equities South Africa (Pty) Ltd.*

**Henri Patricot**
*Analyst, UBS Ltd.*

......................................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol Investor Analyst Conference Call. Today's call will be hosted by Stephen Cornell and Bongani Nqwababa, Joint Presidents and Chief Executive Officers. Following the updates, an interactive Q&A session will take place.

And I will now hand the call over to Stephen Cornell. Please go ahead, sir.

......................................................................................................................................................................................................................................

## Stephen Cornell
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

Thank you, operator. Good morning, all. Bongani and I, along with our executive team, thank you for joining the call. We're here to talk about today's update on the LCCP. And let me say right upfront that we're extremely disappointed to be talking to you about a further increase in the capital cost of the project. The main focus of the call is to provide context in terms of what caused the increase and what we're doing about it. There are a number of components to today's announcement, and I'd like to be clear on five aspects that we want everyone to take away from the call.

Firstly, the project is on schedule. As you know, the first derivative unit achieved beneficial operation back in mid-February 2019, the LLDPE unit. Following that, we're now within days of the Ethylene Glycol/Ethylene Oxide unit reaching beneficial operation ahead of the communicated schedule, with the Ethylene Glycol already online at beneficial operation.

The Ethane Cracker, which is at the heart of the whole operation, is still on track and we expect it to reach beneficial operation during July 2019. The only revision to the schedule is the last unit, the Guerbet unit, which will

......................................................................................................................................................................................................................................


now be on stream in February 2020. As of the end of March 2019, project completion was at 96%, with construction completion at 89%.

The second aspect is that the drivers of the change in capital costs are understood. There are issues that are isolated to the LCCP and a series if mitigating steps have been taken to reinforce delivery within the revised parameters.

Third, we believe the balance sheet is sufficiently robust to absorb the increase in capital costs and will have sufficient liquidity given our management actions in place.

Fourth, we remain confident in the long-term outlook of the LCCP. Although the capital cost have increased and there is now a softer chemical outlook in the short term, we are of the view that the long-term fundamental support previously announced EBITDA run rate.

And finally, the board and the management team are absolutely focused on ensuring that no stone is left unturned in making sure we use this experience to make Sasol even stronger. Therefore, in addition to the review that we have just completed, the board will undertake a further review, with independent expert advice, to ensure all lessons are learned and all appropriate actions have been taken.

You will see in our announcement this morning that the capital cost increase relates to two key factors; adjustments to some of the assumptions that were underlying in the capital cost forecast back in February 2019. This is approximately $530 million and developments that have occurred since February 2019 to change the view of the capital cost forecast, which is about $470 million.

So, let's deal with the adjustments to the February capital cost forecast assumptions. There are three underlying components that account for the $530 million of the increase. The first was that there are some material investment allowances, which will be provided by the State of Louisiana once the last unit reaches beneficial operation. We have allowed for this in our February 2019 forecast. But on further review it became clear that some of these were duplicated in the forecast. Removing this duplication impacts the capital cost forecast of about $230 million. The review showed that not all of the contracts and orders managed by Sasol were reflected in the February 2019 capital cost estimate. These were contracts that are outside the primary engineering, procurement, and construction contract with FTI and in aggregate will increase the February capital cost forecast by $180 million.

The February 2019 capital cost forecast also assume some anticipated performance improvements, some insurance claims, and procurement back-charges that are no longer considered sufficiently probable. And this results in an increase of $120 million to the capital cost of the project.

I'm going to move now to the next component, the $470 million, which is impacts of events that have happened since the February 2019 and our latest view of the remaining [indiscernible] (00:05:31) work. One component of this increase is in relation to the work on the cracker in EO/EG and the Utilities. This represents an increase of about $210 million of the $470 million.

In February we talked extensively about the work that would be required to correct the defective carbon steel forgings. The main problem that we have encountered has been the knock-on impact of the work on other completion and commissioning activities. For example, it has required the removal and the reinstatement of insulation, instrumentation and cabling, as well as post-repair heat treatment. These together have impacted the capital cost and the productivity much more than anticipated given at this late stage in the project of reduced

Copyright © 2001-2019 FactSet CallStreet, LLC

## Sasol Ltd. *(SSL)*
Business Update Call - First Call

 Corrected Transcript
22-May-2019

flexibility to avoid impacting the critical path. We also identified corrosion in a number of heat exchangers since February 2019, which required their internals to be replaced. And finally, there's been a knock-on impact from all of these above activities on the completion of the painting, insulation, and fireproofing work, which had to be delayed, resulting in negative impact on our overall productivity.

The other component of this $470 million is the remaining work required on the LD, the ETO, and the Ziegler, Alumina, and Guerbet units. A review process identified a significant amount of incremental work that will be required on finishing activities such as heat tracing, insulation, fireproofing, and associated work as well as additional infrastructure costs. Together, this adds up to a further $260 million.

To summarize, all of these adjustment increases [ph] and the (00:07:33) anticipated cost of the LCCP by another $1 billion. In addition to this, we have allowed for contingency to complete the project for any unknown events and occurrences, and therefore allowed for a contingency of $300 million. We are of the view that this level of contingency accounts for possible issues that you would expect, as there may be less flexibility between now and the end of the project to absorb any unexpected delays.

The one more specific risk, that has currently been identified, relates to some bolting material, specifically on the cracker, that may need to be replaced, together with any knock-on impacts from that work. The extent of this risk is still being assessed. Taking all of these factors into account, we're updating our capital estimate to a new range of $12.6 billion to $12.9 billion.

I want to step back now and explain how these issues could have happened, what measures are being put in place to make sure that they don't happen again. First, I think it's important to state that the control weaknesses that led to these errors were limited to the LCCP. Our group-wide financial controls are sound and we have no concern regarding the robustness of our financial reporting. This is a situation where a relatively small team, the LCCP project management team, although working very hard did not have adequate segregation of duties and failed to engage the wider financial organization to verify the accuracy of their forecast.

We did choose not to duplicate a project controls organization that was provided by FTI. But clearly, our internal cross-checks were not robust enough. The previous LCCP leadership was not transparent in these matters, and the new LCCP leadership has been instrumental in identifying and remedying these issues.

In terms of project planning and execution, the FTI transition was always planned for the beginning of commissioning of the major units. However, we did bring this slightly forward, a bit earlier into the fourth quarter of the calendar year 2018 with the view at the time that the ETO, and the Ziegler, Alumina, and Guerbet units could be fully managed to completion given that [ph] it was (00:10:18) Sasol technology and our familiarity with the relevant issues. We were however much further away from overall [ph] LCCP completion (00:10:29) than expected and the quantification of outstanding work was very difficult with a significant number of punch items, the interference due to the defective material discoveries, and the time pressures with the holiday season. As a result of these factors, the Sasol team was not adequately resourced to take on the task when FTI exited.

In regard to measures being put in place to make sure these issues would not reoccur, we have assigned a senior vice president that have clear segregated responsibilities for the LCCP project controls. In addition, further senior controls personnel are being added along with increased functional cross-checks to improve transparency and the robustness of our forecasting process. We have also added execution personnel on site and improved our project planning activities to address the transition and accountabilities previously handled by FTI.



## Sasol Ltd. *(SSL)*
Business Update Call - First Call

 Corrected Transcript
22-May-2019

Now moving on to the financial implications of today's release. Let me take you through the key elements. The main point is that Sasol's capital allocation strategy remains on track and we do have the balance sheet stream to absorb this increase. The focus remains on bringing gearing down towards 30% and increasing the dividend payout ratio to 40%. We are still on track to do this between 2020 and 2023.

Unfortunately, during this 2020 to 2023 period, the anticipated contribution from LCCP has been negatively impacted by a weaker pricing outlook in the short to medium term. As a result of that, we now see that the 2022 EBITDA contribution from the LCCP to be at around $1 billion, down from the $1.3 billion. As we're saying that the pricing in the market remains volatile, and so it is possible that the recent downward trend unwinds, so obviously we want to be conservative in our forecasting assumptions. There've been no major changes to the long-term outlook for either operating cost or product pricing, and therefore we still see the long-term run rate contribution from the LCCP unchanged at $1.3 billion annually.

In the light of the increase in capital cost as well as the latest market pricing outlook, the forecast for the LCCP internal rate of return, the IRR, has declined from 7.5% to a range of 6.0% to 6.5%, although the larger part of that move actually comes from the change in the pricing assumptions rather than the increase in the capital cost.

The increased capital cost will result in the gearing level for Sasol remaining elevated for 18 to 24 months and the peak gearing will still be in 2019 and with net debt-to-EBITDA remaining within the 2.0 to 2.3 times guidance range. Liquidity remains robust and we've taken a number of steps to manage the balance sheet including the $2.25 billion bond issuance. And we will continue to work to maintain a robust liquidity position and our financial grade credit rating.

All those plans mentioned above do not assume any asset disposals. But as we announced this morning, we're now in a position where we can step-up the disposals as we move through our previously announced asset review program. Therefore, we are now targeting assets with an aggregate net asset value exceeding $2 billion. I do want to be very clear that these actions that we will be taking are by choice, and if we don't get the value for the assets, then we will not proceed. However, our intention is to move forward and provide support to delevering of the balance sheet as well as simplification of the investment portfolio and increased focus in executing our value-based strategy. Again, the proceeds from the disposals are not included in our gearing calculations.

I would like to close back where we started, which is firstly to reiterate we are extremely disappointed with the increase in the LCCP's capital cost. We take the accountability and we are confident that the revised plan will be delivered. Beyond that, the five takeaways that I would like to leave you with are, again, the project is on schedule and continuing to record excellent safety performance. Secondly, the drivers of the changes in costs are well understood and/or isolated to the LCCP. Thirdly, we believe the balance sheet is sufficiently robust to absorb the increase in costs and our capital allocation strategy is unchanged. Fourth, we remain confident in the long-term outlook for the LCCP. And finally, the board and the management team are absolutely focused on ensuring that we use this experience to make Sasol stronger.

We now open up for questions. The executive team is here, our CFO, Paul Victor; our EVP for Operations, Bernard Klingenberg; and our EVP for the LCCP and Chemicals, Fleetwood Grobler is also on the line. Operator, over to you. Thank you.

Copyright © 2001-2019 FactSet CallStreet, LLC

## Sasol Ltd. *(SSL)*
Business Update Call - First Call

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] We will now take our first question, and this comes from Chris Nicholson from RMB Morgan Stanley. Please go ahead.

Chris Nicholson
*Analyst, RMB Morgan Stanley (Pty) Ltd.*

Q

Good morning, gentlemen. Two questions.

Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Hi, Chris.

Chris Nicholson
*Analyst, RMB Morgan Stanley (Pty) Ltd.*

Q

The first question is – hi, guys. If we just take a step back to February, I think there was obviously widespread disappointment from the [indiscernible] (00:17:07) at that point in time and disappointments on your behalf, too. When we chatted about how we could ensure that we wouldn't have further overruns or what confidence we could take, you gave us a number of current measures. You mentioned the $300 million contingency at that time. You've stated that, at that point in time, that that schedule had gone through two external reviews and which then increased your level of confidence. And effectively, you also guided that the schedule you've made out at that point in time had made a large amount of allowances for the ramp-up curve.

I guess my question is I'm sitting here and not really understanding how, within a period of three months, we can be a further $1 billion over from where we talked at that point in time. Were these all just missed in the previous reviews of the schedule in February?

Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*



Yeah. Thanks for that question, Chris. Your question is only escalation of $1 billion. It's important to emphasize that the issue of omissions and the underestimation in the forecast to which we mentioned of $530 million. So, these were only [indiscernible] (00:18:32) up by the new management team as they requested a [ph] wall-to-wall (00:18:35) review of the costs. And then the controls also, as Steve mentioned, were not as strong as we would have [ph] preferred (00:18:49) because normally all forecasts in the business would have been reviewed by finance and cross-checks. But that was not done as we would have preferred. So, [indiscernible] (00:19:02) to make sure that no forecast is not cross-checked especially by finance and also by other members of the [ph] functions. (00:19:15)

The other example for instance is in terms of claims on insurance or debt charges, we would expect what other businesses would do and what [indiscernible] (00:19:30) is also now doing is to make sure that if you put any legal claims, it should be renewed by legal to make sure that it's probable, so that we can include it. Otherwise, it would be inappropriate to put the estimates [ph] which are there (00:19:52).

And then the second part of the increase in terms of the $470 million is although the cost might increase because of the forgings, which we mentioned earlier, what we underestimated is the incremental cost, which is much more

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

**C** Corrected Transcript
22-May-2019

than the repair of this forgings in terms of putting up the scaffolding, pulling down the equipment, getting it repaired, and putting up the scaffolding again, and that reduces the productivity. So, all those issues, in earnest, we grossly underestimated, and thus a learning from that.

The contingency, we have contingency of $200 million (sic) [$300 million,] (00:20:45) which we estimated to be appropriate at that time, but with all these commissions and underestimation, it obviously was not adequate.

So, [ph] I won't repeat (00:21:00) the measures, which we have taken to make sure that we don't have a repeat of this because, as Steve has articulated though, these are largely centered on controls and increased transparency.

Anything I left out, Chris?

---

**Chris Nicholson**
*Analyst, RMB Morgan Stanley (Pty) Ltd.*

Q

No, that's fine. Thank you very much.

---

**Bongani Nqwababa**
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

[indiscernible] (00:21:22).

---

**Chris Nicholson**
*Analyst, RMB Morgan Stanley (Pty) Ltd.*

Q

Thank you very much. Could I ask a follow-up question if I may? Just on the longer-term guidance to EBITDA of $1 billion, could I just understand a little bit around your ethane pricing assumptions. I think you'd previously assumed around $0.30 to $0.40 a gallon for ethane. And also on your product mix, your ability to sell for 60% into the U.S. contract market versus 40% export. Have there been any changes to either of those assumptions? Thank you.

---

**Paul Victor**
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

Look, it's Paul speaking. Can you hear me clear on the microphone?

---

**Chris Nicholson**
*Analyst, RMB Morgan Stanley (Pty) Ltd.*

Q

Yeah, I can. Thanks, Paul.

---

**Paul Victor**
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

Okay. Thanks. So, basically, the two parts of your question is as we see better long-term fundamentals in our product mix as well as our sales plan in terms of marketing and placing the products has not changed. That has remained actually unchanged. And based on the kind of production that we've obtained from the cracker, although it's small – or, sorry, from the complex on the LLDPE, it gives us comfort that ultimately we can execute our sales plans and also we can market the products as we indicated to your before.

On the long-term assumptions on the run rate we have said to you many times that ultimately we are solely relying on the price [ph] ticks (00:22:50) of some of the economist panels such as IHS to inform our

---

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

**C** Corrected Transcript
22-May-2019

communication of our run rates to the market. Ultimately, what we have seen is that various panels have softened their chemical spread over ethane quite considerably as a result of their view of the oversupply in the short term as well as taking I think a more conservative view on ethane pricing, meaning an ethane price of $0.40 and above.

Now, ultimately, we have our own view and our own view is that ethane will be in oversupply as we communicated before. But sticking to the IHS base really being kind of causes this drop in the [ph] Street (00:23:41) of ethane in the short term. Steve mentioned that the macroeconomics are very volatile. And only a year ago, IHS forecasted a supercycle and have changed it subsequently.

So, we do believe that the long-term fundamental still holds, that the volatility or if the trade wars gets kind of resolved, we'll ultimately be a very [ph] strong priced market, or, increasingly, I started (00:24:08) to see that in the U.S. currently. So, we're quite hopeful that it can recover.

I think the one thing that we can say is that these price assumptions over the short term is probably the most conservative if you compare them against the historical prices on chemical spreads. And in our communication previously to you, we did say that if they do get softer at these spread levels, that we still anticipate to at least make an EBITDA of $1 billion per annum, which we currently now forecast.

So, we're quite hopeful that it will recover. But given the conservatism in our assumptions, we have to communicate that those levels has now reduced to $1 billion. But we will update you every six months for any change in macroeconomic assumptions.

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

And on the placement of product, Fleetwood, if you can comment?

### Fleetwood Grobler
*Executive Vice President-Chemicals Business, Sasol Ltd.*

Yeah. Thank you. Chris, it's Fleetwood Grobler here. So, I can just confirm that we have seen the market playing out as we planned in terms of the allocation. So far the example on our HDPE that we have been placing is really giving us that confidence. And so far on the [indiscernible] (00:25:18) Paul has mentioned, it is also tracking out as planned in the way that we wanted to place the product outside the U.S. and inside the U.S.

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

Thank you. We can go to the next question.

**Operator**: Thank you. We'll now move on to our next question, and this comes from Karen Kostanian from Bank of America. Please go ahead.

### Karen Kostanian
*Analyst, Bank of America Merrill Lynch*

Yes gentlemen, thank you very much for the presentation. Obviously, as you said, it's very disappointing. But I have two questions. How do you think this further increasing cost is going to affect your current dividend policy? And do you see a threat to the dividend of 2019 or 2020?

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

And the second question I have, you always are very concerned about your debt levels, and that obviously is a priority. How close do you think you come in to potential investment grade downgrade at the current debt levels in your opinion in the current macro environment? Thank you.

## Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*



A

Thank you. I'll deal with the issue of dividends and then Paul will deal with the issue of debts and rating. In terms of dividends, our guidance remains unchanged in terms of our range of 2.2, 2.8 times. And of late, we've been paying out at 2.8 times, which is the 36% payout ratio, which, as we say [ph] to you, we (00:27:00) want to increase it to 40% in the 2020 to 2023 period and then ultimately to 45%. So, that remains unchanged in our assumptions. But ultimately, it's the responsibility of the board to ultimately declare dividends. So, that's where we are working [ph] towards for now. (00:27:28) But in the event that there is a calamity, for instance, that the oil price suddenly [ph] end to $50 (00:27:34) and then the further squeeze on the chemicals margin, obviously our assumptions would change. But for now our assumptions remained unchanged.

## Paul Victor
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

If I can comment on the debt levels and also according to what Steve say, Karen, is that we will reach the peak gearing still in financial year 2019. I think one important point to kind of inform you is that our capital increase spend as a result of this announcement is mostly going to be incurred during financial year 2020 as opposed to financial year 2019. So, the gearing levels of 45% to 49% that we communicated as well as a net debt to EBITDA of between 2 to 2.3 times, we still believe, with all the management actions that we've introduced in the company, that that can still be maintained. I guess the issue here is with a higher capital spend in financial year 2020 now is that we still expect the gearing to be in that range of 45% to 49% for financial year 2020. And we do expect that the net debt to EBITDA, because of the contribution of the EBITDA of the project in financial year 2020, [ph] with very, (00:28:54) let's say, manageable capital will start to effectively reduce below 2 times in financial year 2020.

It's very important to understand these metrics [ph] and stay informed of (00:29:05) the investment grade ratings. And also very important to note that none of the asset disposals had been [ph] brought (00:29:11) into our assumptions in terms of gearing range as well as net debt to EBITDA. So, ultimately, from a management focus perspective, it's ultimately to protect the investment grade rating. Hence, we need to ensure that our management actions realizes. We do believe they are far-reaching and very robust, and [indiscernible] (00:29:34) prices are being monitored by business.

We do feel that our [ph] assets' reviewed prices (00:29:39) as well as the actions behind it to accelerate it will bear some fruit and to create some pressure relief in the next 18 to 30 months. And we've also found the right capability behind that.

And with regards to your last part of your equation, we are actively, as we've done in the past, engaging with the rating agencies. I spoke to both of the rating agencies last night and informed them of the situation. Ultimately, they do need to do their review. But from management side, we need to do what we need to do to ensure that we do protect our investment grade because we have said that it's sacrosanct. And ultimately, before we release our results in August, we need to evaluate where we are in terms of our gearing and net debt to EBITDA and what further actions will be required to protect our investment grade.

## Karen Kostanian
*Analyst, Bank of America Merrill Lynch*

Q

Sasol Ltd. *(SSL)*
Business Update Call - First Call

**C** Corrected Transcript
22-May-2019

Okay. Thank you very much.

---

**Bongani Nqwababa**                                                                                                          A
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

Thank you, Karen. Next question, please?

---

**Operator**: Thank you. We will now move on to our next question, and this comes from Alex Comer from JPMorgan. Please go ahead.

---

**Alex Comer**                                                                                                                Q
*Analyst, JPMorgan Securities Plc*

Hello. A couple of questions. Firstly, just on the disposals, I mean, $2 billion seems a lot to get rid of. Could you give us some sort of geographical breakdown of where they are? I mean, are these things you're going to try and sell locally or elsewhere? I mean, the Canadian gas assets have been on the [ph] block (00:31:09) for a while without much action. So, I mean, it seems convenient to think these additional [ph] slug of disposals just this moment (00:31:17) in time.

Also, your CapEx forecasts I think were [ph] $52 billion and $30 billion (00:31:24) for this year and next year. Could you just update us on what those are? And also, will any further management changes be required? I mean, this isn't the first time this product has been overrun. We had [ph] the shortages (00:31:42) in the past and yet it seems to me that there's some structural issue in control. And I just wondered whether or not that that is going to be address with any further personnel changes. Thanks.

---

**Bongani Nqwababa**                                                                                                          A
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

Okay. Thanks for those questions, Alex. Steve will deal with the disposals and then Paul will deal with the guidance on CapEx, and I will deal with the personnel management changes.

---

**Stephen Cornell**                                                                                                          A
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

Good morning, Alex. Alex, as you know, we've been in this process of looking at all of our assets for the past year or so. And what we're saying is we're at a point now that we can move much more into the transaction phase versus the evaluation phase. So, we're not going to be able to state which assets we're going to be actively pursuing. But I can say, it will be all regions of the world, right; all of our assets and the ones that we've identified across all the regions in which we operate.

---

**Paul Victor**                                                                                                              A
*Chief Financial Officer & Executive Director, Sasol Ltd.*

If I can comment on our capital forecast, our capital forecast of [ph] $52 million has increased for financial year 2019 to $56 million. (00:32:57) And we are keeping our capital forecast for financial year 2020 at [ph] $30 million. (00:33:03)

Now, you may ask me with the increase in capital, how is it possible. So, as part of the management actions, ultimately completing the LCCP is a priority and hence we had to reprioritize all our capital for financial year 2020. Effectively, we've only allowed sustenance capital stay in business capital and license to operate capital meaning [ph] money (00:33:28) for shutdowns, [ph] monies to ensure (00:33:30) that we progress [ph] greenfields, too,

---

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

 Corrected Transcript
22-May-2019

(00:33:30) for example, so that [ph] we've allowed for (00:33:34) as well as the growth capital on LCCP to complete it.

So, we've been quite frugal and robust in that review process. But we do believe that the [indiscernible] (00:33:43) is sufficient to complete the LCCP within the new range as well as completing our sustenance capital plan for financial year 2020.

---

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Yes. I'll then deal with the issue of management actions. As stated earlier, we're obviously disappointed by what has happened. And we have done our assurance reviews and where [indiscernible] (00:34:08) [ph] will lead to that action with that action. (00:34:13) The board is also in the process of finalizing the terms of reference of the reviews [ph] they'll do (00:34:18) in the next 60 days, and they will check the required the action, which they would want to take, so either before or at the end of that review.

But what I want to emphasize is that as much as we need to take a consequence management, the forecast we have is [indiscernible] (00:34:39) forecast on completion of the execution of the job at hand. Hence, we are increasing the transparency and increasing the forecast on both financial and the project controls. And the two executives in charge of [indiscernible] (00:34:58) have already [ph] action (00:35:00) to that. And we are very happy with the increased transparency and collaboration, which we see from Bernard and Fleetwood, if I can speak for myself on that.

So, yes, we are going to strengthen the team on the ground and the management actions will certainly be taken, some within our [ph] midst (00:35:19) and obviously some would be [indiscernible] (00:35:20) to do that. But we are certainly not just [ph] ignoring (00:35:26) the problem. Thank you.

---

### Alex Comer
*Analyst, JPMorgan Securities Plc*

Q

Okay. Thanks. And just if I may ask one further question. I mean, obviously cutting the CapEx in 2020 or holding it [ph] $30 billion (00:35:40) this quarter is significant achievement. I mean, what [ph] terms I believe (00:35:47) have you got rid of? Because I mean it's still quite a big chunk of CapEx spend on the cracker to balance somewhere else. So, what you have basically got, what have you cancelled or delayed?

---

### Paul Victor
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

So, basically in our previous estimate that we provided to the market, we always said that we want to manage our sustenance capital to around about $1.5 billion as a group. In that pool, we [ph] deliberately went in (00:36:18) and say what is really, as I've said, our license to operate and what do we need to kind of spend to kind of sustainably operate our plants. There were some areas which we believe we could have delayed. So, some of that capital, in that $1.5 billion basket, have been delayed. But again, I want to be clear, no monies were cut of any Secunda shut down, Sasolburg shut down, and doing all the necessary steps [ph] pre-maintenance, (00:36:43) which we needed to do.

The second part, Alex, is that previously in the [ph] $30 billion (00:36:50) there was some allowance for growth capital, starting to accelerate our efforts in terms of executing our strategy. And we always say that would be a placeholder to [indiscernible] (00:37:01) where we are at with our balance sheet. Now, with this increase in capital, we obviously have really a delay and we moved those capital projects [indiscernible] (00:37:14). Typically,

---

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

an example will be our exploration and development of our West African oil basin will typically be delayed. In some of our chemical aspirations in terms of our projects, we've also delayed some of that capital to execute our strategy.

So, the [ph] growth (00:37:35) portion has really been limited only to mostly LCCP capital. And by doing a mixture of that, we kind of are of the opinion that the [ph] $1 billion (00:37:43) is achievable. Again, it's at the current exchange rate that we've used or around about ZAR 14 to the dollar.

---

### Alex Comer
*Analyst, JPMorgan Securities Plc*

Q

Okay. Thanks, [ph] big (00:37:55) thanks.

---

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Thanks, Alex. Next question, please?

---

**Operator:** Thank you. We'll move on now to our next question that comes from Sean Ungerer from Arqaam Capital.

---

### Sean Ungerer
*Analyst, Arqaam Capital South Africa (Pty) Ltd.*

Q

Good morning, everyone. Just in terms of the EBITDA ramp-up, you've obviously given guidance in terms of the cut from $1.3 billion to $1 billion in 2022. Could you just maybe highlight the expected ramp-up until then or if there's been any other sort of key changes that you've noted?

And then just secondly on the asset disposals of $2 billion, obviously that's almost doubled now. Is there further upside to that number? And then lastly, if we could get a bit more color on the additional management actions. You obviously spread it out quite nicely between cash fixed costs, capital optimization, working capital, and asset disposals. But maybe you could give a little bit more color specifically on the cash fixed cost. I mean, how sort of aggressive is that going to be. And then from what you basically said on the call so far, it does appear that the bulk of the management actions are sort of coming in terms of the cash conservation on CapEx in 2020. Thanks.

---

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*



Yes. I'll start with the fixed cost question and then we'll then deal with the EBITDA, Paul will deal with that, and Steve will deal with the management action.

[ph] If I could touch (00:39:27) with the disposals, this is not – well, there's an increase obviously in the number, but we've been methodically going through the hundreds or so asset categories, which we identified. And we continue [indiscernible] (00:39:45) as to how is it compared to our strategy. And it has become clear that we need to be possibly more aggressive in making decisive action in order to make sure that we move faster, so that we can get the disposals proceeds and not necessarily to file the LCCP because, just for your information, we expected this to take [ph] the next (00:40:15) 18 to 30 months. So, it's not going to be a [ph] financing (00:40:19). We are very clear on that. So, we are clear on the [ph] full-year (00:40:28) estimate. [ph] I think it's an upside (00:40:30). As we stated earlier that the $2 billion is based on the book value.

---

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

Corrected Transcript
22-May-2019

So, in the event we sell assets for higher than book value, then obviously we'll realize more than the $2 billion. And then you'll be aware also that [ph] the world has moved (00:40:52) to fair value accounting compared to the sales of historical cost accounting. So, that's where we are on that. So that's on disposals.

So, we are now very clear we are going to be appointing a senior vice president to forecast on – dedicated on mergers and acquisitions, and that we'll have dedicated teams to drive this with the advisors for the various workstream, so that we'll get quite a lot of forecasting to [indiscernible] (00:41:29) the next 18 to 30 months.

## Sean Ungerer
*Analyst, Arqaam Capital South Africa (Pty) Ltd.*

Q

Thanks, Bongani.

## Paul Victor
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

On the matter of EBITDA, our guidance again shown with a [indiscernible] (00:41:42) as we have. These have now been based on the updated IHS assumptions, and as I said, taking into account a $0.40 per gallon ethane pricing. So, ultimately, for financial 2019, our guidance that we provided to the market previously stayed the same. For financial year 2020, our guidance has reduced to $300 million to $350 million for the year. For financial 2021, obviously it has also reduced to $750 million to $850 million. And then for financial year 2022 where we say previously we'll be achieving $1.3 billion, we then say approximately $1 billion for our financial 2022 with the – in the years to follow [ph] has been to ramp up (00:42:33) to the $1.3 billion, probably a couple of years after that getting to the $1.3 billion.

## Sean Ungerer
*Analyst, Arqaam Capital South Africa (Pty) Ltd.*

Q

Thanks, Paul.

## Stephen Cornell
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

A

Yeah. Sean, on cash fixed costs, it's the normal sort of things that you would think about. Obviously, we'll pull our own belt tighter and we will not be bringing in any new employees for a period of time as we move through this. We'll stop any additional consulting, new activities looking at growth in the near term and pick that back up again the following year. The normal travel, entertainment, hiring of external labor, the controls around that have been increased. We got options on several other levers, just the normal things that you would think about that you can do for a short period of time to conserve cash.

## Sean Ungerer
*Analyst, Arqaam Capital South Africa (Pty) Ltd.*

Q

And, sorry, Steve, on that, I mean, are you able to comment any number on that?

## Paul Victor
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

Sean, if you will allow us, we will probably communicate more in detail with you closer to our year-end results release. [ph] We know with our run rates (00:43:59) all that you need to achieve within those guidance of gearing and net-debt-to-EBITDA. From a cost perspective, we did say that we want to manage our cost below the 6% inflation. Obviously, these management actions will result in us going lower than that. But gives us an opportunity

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

to update our numbers following some decisions that we needed to articulate in terms of board decisions recently taken and communication which we need to make to our staff, and then after that we'll update the market in terms of exactly how much the cost increase outlook is for financial year 2020 and 2021. But you can expect that to be trending lower than the 6%.

---

### Sean Ungerer
*Analyst, Arqaam Capital South Africa (Pty) Ltd.*

Q

Okay. Great. Thanks.

---

### Paul Victor
*Chief Financial Officer & Executive Director, Sasol Ltd.*

A

Thank you, Sean.

---

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Operator, we'll take two more calls and we'll kind of move on to the next one.

---

**Operator**: Indeed. Thank you. We'll move on to our next one, and this comes from Gerhard Engelbrecht from Macquarie. Please go ahead.

---

### Gerhard Engelbrecht
*Analyst, Macquarie Equities South Africa (Pty) Ltd.*

Q

Good morning. Just looking through your release and you talk a lot about extra work, work on the carbon forgings and replacing heat exchanges and then potentially also risk of bolting materials at the cracker and yet you haven't really changed the schedule. So, my question is what is the risk to the schedule with all those extra work? That's the first question.

Secondly, it seems like some of the issues are as a result of, I don't know, procuring from external parties, somebody supplied you with defective steel forgings and bolting materials. Do you have any recourse to those parties? And then thirdly, you said there's a senior vice president on the ground for the project if I heard you correctly. Would you care to say who that is?

---

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Okay. Thanks. [indiscernible] (00:46:24) those questions, I'll ask Steve to start with the extra work and then, if necessary, I'll ask Fleetwood to come in and Fleetwood will deal with the matter of our procurement, if we have any issues.

Without wanting to name a specific individual, let's say, he's an individual who is in charge of the engineering and controls in the company. So, he has moved over to the U.S. and has been with the company for well over 20 years.

---

### Stephen Cornell
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

A

Gerhard, in regard to your question on the schedule for the cracker, we were trending ahead of schedule. Obviously, these have slowed us down a bit. We still believe strongly that we will come in in July committed time

---

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

period. All the work on the carbon forgings, the defective material on the carbon steel forgings have been completed, that's done. All the work on replacement of the exchangers that we found, that had corrosion, is done. The bolting material, checks. That's probably about a third done and is the least impactful of the three. So, we do believe we can hold the schedule that we previously committed to.

Yeah, we've answered this question before. On a project of this size, you source from around the world and you have your QA/QC checks. And I think, in general, we have done very well. We can take it off line the next time we see you and talk to you about what happened on the heat exchangers. But it wasn't something that you would probably look for. But the recourse back to the manufacturer is the cost to remanufacture. It's not any contingent liabilities of – you have to cover the cost of the additional work to ready for the replacement or for the delay in the overall unit startup because of your defect. It's limited to the cost of the manufacturing of the new equipment.

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Thank you. And then Fleetwood on [indiscernible] (00:49:01) procurement, [indiscernible] (00:49:03)?

### Fleetwood Grobler
*Executive Vice President-Chemicals Business, Sasol Ltd.*

A

Yeah. Thank you, Gerhard. So, as Steve has covered already, I think just to highlight that the schedule that we see, we have really, when we did the recent update in February, we've considered all license and external issuance input and we've set a realistic schedule targets. That remains essentially achievable notwithstanding all these other items on forgings and on the heat exchangers that we had to replace. I think we still believe that that remains achievable. And I've got nothing to add to what Steve said on the consequential or the recourse in terms of the material suppliers or the vendors that supply the equipment at this point in time.

[indiscernible] (00:49:50)

### Gerhard Engelbrecht
*Analyst, Macquarie Equities South Africa (Pty) Ltd.*

Q

Sorry. [ph] If I can, just to follow up. (00:49:55) Fluor announced in March that they left the site yet the construction doesn't seem to be exactly complete. How exactly does this work? Has Fluor finished the work and who is now the contractor or who is in charge of construction, [ph] I mean, as a contractor? (00:50:16)

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Steve, you'll do that?

### Stephen Cornell
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

A

Yeah. So, Gerhard, you need to understand that Fluor is never responsible for construction. They were responsible for construction management. All of the construction is done by the local subcontractors that we're very familiar with. It's the same ones. Their job was management and controls and the processes to track costs and estimate costs. That has been switched over with them moving to Turner who's our largest contractor, local contractor, and ourselves, right? So, our own individuals plus Turner have taken the accountability of what's left. As we said, that was always the plan. You have to, at some point, remove your contractor who's responsible for the bolt construction down to the more local contractors who do the finishing works. The only issue was we

## Sasol Ltd. *(SSL)*
Business Update Call - First Call

**Corrected Transcript**
22-May-2019

probably pulled the trigger too soon and we weren't adequately ready to take on that transition and it cost us in terms of efficiency, in terms of doing that work.

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Thank you. Thank you. If you can move to the last question. I know we are over time. [ph] With that, slightly late, (00:51:33) so we'll finish slightly late.

**Operator**: Thank you. We'll now move on to our final question...

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Last question, please?

**Operator**: ...and this comes from Henri Patricot from UBS. Please go ahead.

### Henri Patricot
*Analyst, UBS Ltd.*

Q

Yes. Hello, everyone. I just wanted to follow-up on the previous question and the issue, the risk you identified around the bolting materials. What could we be looking at in terms of the worst case scenario in terms of cost and any potential delays to the Ethane Cracker? Thank you.

### Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

A

Okay. Thanks. The bolting matter, Fleetwood?

### Fleetwood Grobler
*Executive Vice President-Chemicals Business, Sasol Ltd.*

A

Yes. Henri, we believe with the assessment per the engineering code and standards. So, we have now gone through a very thorough review what we need to do, and that inspection program, as has been mentioned, is now essentially 30% complete. We believe that to replace bolts is not going to be a showstopper per se. And I think the impact, cost-wise, is not finally estimated, but I don't think it is in the realms of more than impacting around $20 million.

### Henri Patricot
*Analyst, UBS Ltd.*

Q

Okay. Thank you.

### Stephen Cornell
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

A

Henri, let me just add to that. It's limited to the cracker only, and the reason is the issues around where you have extreme temperatures, either extremely cold or extremely hot. And the only area of where we have any concern is around the cracker. So, it's limited to the cracker. As we said we've already done about 30%. We've got the rest of it that we're assessing and I'm very much in line with what Fleetwood said in terms of what we expect the impact could be.

# Sasol Ltd. *(SSL)*
Business Update Call - First Call

C Corrected Transcript

22-May-2019

## Henri Patricot
*Analyst, UBS Ltd.*

Q

Okay. Thank you.

---

## Bongani Nqwababa
*Executive Director, Joint President & Chief Executive Officer, Sasol Ltd.*

Thank you, all, for the opportunity to address you and for the questions, which you have raised. If there are any residual questions, you are also more than welcome to contact [indiscernible] (00:53:34) in our Investor Relations department and we'll continue to engage with you further should it be required. Thank you. Have a good day, fellow.

---

## Stephen Cornell
*Executive Director and Joint President and Chief Executive Officer, Sasol Ltd.*

Thank you. [indiscernible] (00:53:47)

---

**Operator:** That will conclude today's conference call. Thank you for your participation. Ladies and gentlemen, you may now disconnect.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2019 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

