# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br> Defendants. | Case No. 1:20-cv-01008-JPC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

This matter comes before the Court on Plaintiffs' motion for class certification, appointment of Class Representatives, and appointment of Class Counsel. Having considered the moving and reply papers, all papers in opposition, the argument of counsel, the pleadings and files in this action, and all other matters properly before this Court, the Court hereby **ORDERS** that the proposed class is certified under Fed. R. Civ. P. 23(b)(3) and is defined as:

> All persons or entities who purchased or otherwise acquired publicly traded Sasol Limited American Depository Receipts during the period from March 10, 2015, to January 13, 2020, inclusive, and were damaged thereby, excluding Defendants, the officers and directors of Sasol Limited, all entities in which any Defendant has or had a controlling interest, and the legal representatives, members of immediate families, heirs, successors or assigns of any excluded person or entity.

The Class is certified for Plaintiffs' claim against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, and for Plaintiffs' claim under Section 20(a) of the Exchange Act against all Defendants except Sasol Limited.

-1-

-2-

The Court appoints David Cohn and Chad Lindsey Moshell as Class Representatives. The Court also appoints Hagens Berman Sobol Shapiro LLP as Class Counsel for the certified Class, pursuant to Fed. R. Civ. P. 23(g).

IT IS SO ORDERED.

DATED: _____

_____
The Honorable John P. Cronan
United States District Judge

-2-

010886-11/1355169 V1