UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

I, Steve W. Berman, declare as follows:

1.      I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), which represents the Court-appointed Lead Plaintiff David Cohn and additional representative plaintiff Chad L. Moshell in this action, and which the Court appointed as Lead Counsel by Order dated May 4, 2020. ECF No. 52. I am licensed to practice law in Illinois and Washington and I am admitted *pro hac vice* in this action.

2.      I submit this declaration in support of Plaintiff's Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.      Since this Court has appointed Hagens Berman as Lead Counsel, the firm has, under Lead Plaintiff's supervision and direction, among other things: thoroughly analyzed, researched and investigated the securities law claims at issue, including interviews with multiple former employees of Sasol Limited and other relevant entities; drafted a detailed amended complaint;

- 1 -

successfully opposed Defendants' motion to dismiss; analyzed the Court's opinion on the motion to dismiss; continued its investigation and research; drafted a Second Amended Complaint joining an additional representative plaintiff to provide the Class with broader representation; served discovery on Defendants and other third parties; assisted Plaintiffs in responding to Defendants' discovery requests; retained a market efficiency expert; filed a motion for class certification; and regularly updated Plaintiffs on developments in this litigation.

4.      Lead Counsel is willing and able to commit the necessary resources to achieve a successful recovery for the proposed Class.

5.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Michael L. Hartzmark, Ph.D., dated October 2, 2020.

6.      Attached as Exhibit 2 is a true and correct copy of relevant excerpts of Sasol's March 9, 2015 Form 6-K filed with the SEC.

7.      Attached as Exhibit 3 is a true and correct copy of relevant excerpts of the investor presentation published at Sasol's March 9, 2015 earnings call.

8.      Attached as Exhibit 4 is a true and correct copy of relevant excerpts of the transcript of Sasol's March 9, 2015 earnings call.

9.      Attached as Exhibit 5 is a true and correct copy of a press release released by Sasol on September 7, 2015.

10.      Attached as Exhibit 6 is a true and correct copy of relevant excerpts of Sasol's September 7, 2015 Form 6-K filed with the SEC.

11.      Attached as Exhibit 7 is a true and correct copy of relevant excerpts of the transcript of Sasol's September 8, 2015 earnings call.

010886-11/1355526 V1

12. Attached as Exhibit 8 is a true and correct copy of relevant excerpts of the investor presentation published at Sasol's March 7, 2016 earnings call.

13. Attached as Exhibit 9 is a true and correct copy of relevant excerpts of the transcript of Sasol's March 7, 2016 earnings call.

14. Attached as Exhibit 10 is a true and correct copy of relevant excerpts of Sasol's June 6, 2016 Form 6-K filed with the SEC.

15. Attached as Exhibit 11 is a true and correct copy of relevant excerpts of the transcript of Sasol's June 6, 2016 earnings call.

16. Attached as Exhibit 12 is a true and correct copy of relevant excerpts of the "Investor Fact Sheet" published by Sasol on August 23, 2016.

17. Attached as Exhibit 13 is a true and correct copy of relevant excerpts of Sasol's September 12, 2016 Form 6-K filed with the SEC.

18. Attached as Exhibit 14 is a true and correct copy of relevant excerpts of Sasol's September 27, 2016 Form 20-F filed with the SEC.

19. Attached as Exhibit 15 is a true and correct copy of relevant excerpts of Sasol's Interim Financial Reports for the Six Months Ended 31 December 2016, filed with the SEC on or about February 27, 2017.

20. Attached as Exhibit 16 is a true and correct copy of relevant excerpts of the transcript of Sasol's February 27, 2017 earnings call.

21. Attached as Exhibit 17 is a true and correct copy of relevant excerpts of the investor presentation published at Sasol's August 21, 2017 earnings call.

22. Attached as Exhibit 18 is a true and correct copy of relevant excerpts of the investor presentation published at Sasol's February 28, 2018 earnings call.

- 3 -

23.     Attached as Exhibit 19 is a true and correct copy of relevant excerpts of the investor presentation published at Sasol's May 30, 2018 earnings call.

24.     Attached as Exhibit 20 is a true and correct copy of relevant excerpts of the investor presentation published at Sasol's August 20, 2018 earnings call.

25.     Attached as Exhibit 21 is a true and correct copy of relevant excerpts of Sasol's August 20, 2018 Form 6-K filed with the SEC.

26.     Attached as Exhibit 22 is a true and correct copy of relevant excerpts of Sasol's August 27, 2018 Form 20-F filed with the SEC.

27.     Attached as Exhibit 23 is a true and correct copy of relevant excerpts of Sasol's February 8, 2019 Form 6-K filed with the SEC.

28.     Attached as Exhibit 24 is a true and correct copy of relevant excerpts of Sasol's May 22, 2019 Form 6-K filed with the SEC.

29.     Attached as Exhibit 25 is a true and correct copy of relevant excerpts of the transcript of Sasol's May 22, 2019 earnings call.

30.     Attached as Exhibit 26 is a true and correct copy of a press release published by Sasol on July 25, 2019.

31.     Attached as Exhibit 27 is a true and correct copy of a press release published by Sasol on August 16, 2019.

32.     Attached as Exhibit 28 is a true and correct copy of relevant excerpts of Sasol's October 28, 2019 Form 6-K filed with the SEC.

33.     Attached as Exhibit 29 is a true and correct copy of a press release published by Sasol on January 14, 2020.

- 4 -

- 5 -

34.      Attached as Exhibit 30 is a true and correct copy of the Declaration of David Cohn in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, dated September 30, 2020.

35.      Attached as Exhibit 31 is a true and correct copy of the Declaration of Chad L. Moshell in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, dated September 30, 2020.

36.      Attached as Exhibit 32 is a true and correct copy of the current firm resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Dated: October 2, 2020
    Seattle, WA

By */s/ Steve W. Berman*     
    STEVE W. BERMAN

010886-11/1355526 V1