# EXHIBIT 2

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 6-K

### REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER THE SECURITIES EXCHANGE ACT OF 1934

Report on Form 6-K for March 9, 2015

Commission File Number 1-31615

Sasol Limited
1 Sturdee Avenue
Rosebank 2196
South Africa

(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F __X__ Form 40-F _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____

**Note**: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____

**Note**: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes _____ No __X__

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):
82-_____.

**Enclosures**: Reviewed interim financial results for the six months ended 31 December 2014

PLAINTIFFS003599

Etame Expansion Project and the South East Etame and North Tchibala Project are expected to achieve beneficial operation in the 2015 calendar year. Both projects are expected to be delivered on schedule and within budget.

- Looking at the growth projects within our Strategic Business Units (SBUs):
  **Growing our Energy business in Mozambique**
  - The R1,6 billion Loop Line on the Mozambique to Secunda pipeline reached beneficial operation during the last quarter of the 2014 calendar year, on schedule and below budget.
  - We completed the development of the US$246 million, 175 megawatt gas-fired power generation plant in Mozambique, in partnership with the country's state-owned power utility, Electridade de Moçambique (EDM) at Ressano Garcia. All 18 gas engines have been commissioned and beneficial operation is expected within budget during the first half of the 2015 calendar year.
  - In Mozambique, a joint pre-feasibility study for a large-scale GTL plant, which will be based on gas from the Rovuma Basin in Northern Mozambique, is underway. The study, which is being conducted in conjunction with Mozambique's national oil company, Empresa Nacional de Hidrocarbonetos (ENH) and Italian multinational, Eni S.p.A. (Eni), will assess the viability and benefits of such a plant in the region.

  **Expanding our Energy, Base Chemicals and Performance Chemicals SBUs in South Africa and in the United States**
  - The R14,2 billion Secunda growth programme is nearing completion with 14 of the 19 projects, which include the gas heated heat exchange reformers, achieving beneficial operation. The completed projects have ensured that the volume and electricity benefits of the programme were fully realised. The remaining five projects are smaller environmental enablers and are expected to reach beneficial operation by the end of the 2015 calendar year.
  - The expansion of our FT wax facility in Sasolburg is progressing well with the commissioning of the new slurry bed reactor expected to take place during the first half of the 2015 calendar year. Commissioning of phase two of the project is on track to take place during the second half of the 2016 calendar year. The total project cost for both phases remains unchanged at R13,6 billion. In 2013, we partially impaired the project by R2 billion. At 31 December 2014, we recognised a partial reversal of the impairment of R1,3 billion, mainly due to the extension of the useful life of the asset from 2029 to 2034, supported by the weaker rand/US dollar exchange rate.
  - We are making steady progress with the advancement of our US$8,9 billion ethane cracker and downstream derivatives complex (including infrastructure and utilities) in Lake Charles, Louisiana. Site preparation is underway, and we expect that the plant will achieve beneficial operation during the 2018 calendar year. In December 2014, we established a US$4,0 billion banking facility which will be used to finance the project. Approximately 80% of the funds required are in place through a combination of project finance and our own equity contributions. The remainder of the funds required will be raised in a phased manner, including accessing capital markets and further equity contributions.
  - On 7 August 2014, Sasol and Ineos Olefins & Polymers USA successfully concluded a toll manufacturing joint venture, Gemini HDPE LLC. Construction of the US$269 million (Sasol's share) high density polyethylene facility commenced and plant start-up is planned towards the end of the 2016 calendar year. The complex is expected to produce 470 kilotons per annum.

PLAINTIFFS003605

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant, Sasol Limited, has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date March 9, 2015

By:      /s/ V D Kahla
Name:   Vuyo Dominic Kahla
Title:    Company Secretary

PLAINTIFFS003626