# EXHIBIT 3



# Sasol Limited financial results
for the six months ended 31 December 2014

**JSE: SOL   NYSE: SSL**

# Lake Charles Chemicals Project making good progress



## ▶ Maintaining focus

- Final investment decision for US$8,9 billion project announced on 27 October 2014
- US$4 billion credit facility from a syndicate of banks completed in December 2014
  - 80% of required project funding secured
- Project economics remain robust
- Significant increase to Sasol's U.S. production capacity
- Experienced owner's team in place to oversee execution phase
- Site work proceeding safely and efficiently
- On track for mechanical completion in late CY17 with beneficial operation in CY18





LCCP site preparation, Lake Charles, USA



U.S. Operations, Lake Charles, USA

Maintaining momentum                                                                                    24