# EXHIBIT 4

**Interim 2015 Sasol Ltd Earnings Conference Call**

Johannesburg Mar 9, 2015 (Thomson StreetEvents) -- Edited Transcript of Sasol Ltd earnings conference call or presentation Monday, March 9, 2015 at 1:00:00pm GMT

CORPORATE PARTICIPANTS
David Constable, Sasol Ltd. - President and CEO
Paul Victor, Sasol Ltd. - Group Financial Controller
CONFERENCE CALL PARTICIPANTS
Caroline Learmonth, Barclays - Analyst
Jarrett Geldenhuys, Investec - Analyst
Alex Comer, JPMorgan - Analyst
Gerhard Engelbrecht, Macquarie - Analyst
Nishal Ramloutan, UBS - Analyst

**PRESENTATION**

**Operator**

Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol interim financial results conference call. Today's call will be hosted by David Constable, President and Chief Executive Officer, and Paul Victor, Group Financial Controller.

(Operator Instructions). I would now like to hand the call over to David Constable. Please go ahead, sir.

**David Constable**, Sasol Ltd. - President and CEO

Thanks very much, operator, and good day, everyone. Thank you for joining us for our interim results conference call today.

Joining me here in Johannesburg from Sasol are Bongani Nqwababa, our new Chief Financial Officer who started at Sasol on March 1; a warm welcome to Bongani.

Also on the call is Paul Victor who has been an outstanding and extremely dedicated Acting Chief Financial Officer, who will support me on today's call. We also have with us other members of the Sasol Group Executive Committee who will support us in responding to any questions you may have.

As you would have seen, today we announced a resilient Group-wide performance notwithstanding an extremely tough macroeconomic environment. Despite the implementation of a major corporate restructuring our colleagues throughout the world have maintained their focus on safety, volume growth, increased sales and key strategic projects.

Turning to Slide 4 in the pack, we'll cover the following key messages today. I'll begin by providing you with a high-level overview of how our optimized operating model is providing Sasol with a solid platform to weather even the most severe of storms.

Next, we'll spend some time reviewing our key performance achievements during the first half of the 2015 financial year. I'll then provide you with an update on one of our most important initiatives, our business performance enhancement program.

Of course, it's clear that the current crude oil price presents challenging times for us. Instrumental to our ability to ride out the storm and maintain our momentum is our response to the low oil price environment.

In December the management team launched our oil price response plan. Today we'll update you on the cash conservation levers we are actioning as part of this plan. Paul will then go into more detail on our financial and operational performance.

Before wrapping up I'll talk you through the advancements we've been making on our dual regional strategy, primarily focusing on our Lake Charles chemicals project in the US. And we'll conclude this morning's session by recapping how Sasol continues to create value by proactively prioritizing our business activities.

Moving on to Slide 5, on July 1 we implemented a completely revamped operating model. Eight months down the track we definitely see it gaining traction and delivering results.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

In December 2014 we established a $4b credit facility which will be used to finance the project. We've already secured 80% of the funds required through a combination of project finance and our own equity contributions.

The robust project economics benefit from an advantaged site location which expands on our existing operations, economies of scale that improve our cost structure and upgraded infrastructure and utilities which drive further efficiencies.

The new cracker complex would roughly triple the capacity of the Lake Charles site. Furthermore, our product slate distinguishes our investment from most of the other crackers that have been announced.

Our project combines commodity and specialty products which will leverage low-cost US ethane feed stocks. And note that the specialty chemicals produced will deliver high-value returns even as chemical markets fluctuate.

To oversee the execution phase of the projects we have an extremely experienced owner's team in place and have progressed several key milestones. Site work is proceeding safely and efficiently and we expect that the plant will achieve mechanical completion at the end of calendar-year 2017. Beneficial operations are on track for the first half of calendar-year 2018.

Slide 25 summarizes our broader contributions in Southern Africa. This slide is self-explanatory, so let me just make a few general comments here on air quality and carbon emissions.

Now, responsible operations are at the heart of our corporate commitments. And to ensure our ongoing compliance with new air quality regulations in South Africa we applied for certain postponements to manage our short-term challenges relating to the compliance timeframes.

We've now received decisions on our postponement applications from the National Air Quality Officer, which, while aligned with our requests, impose some stretched targets. Our focus is now on the alignment of our licenses to reflect these postponement decisions and on implementing our air quality emission reduction roadmaps, including community-based offsets to substantially improve ambient air quality where we operate.

As an important aside, it is a given that increasing South Africa's investment attractiveness and alleviating the current electricity crisis are top priorities for the government.

It therefore remains our position that the implementation of a carbon tax any time in the foreseeable future would be ill advised and instead add a further cost to the economy.

At the same time we are concerned that the proposed carbon tax will diminish South Africa's international competitiveness and result in a range of other unintended consequences.

In our view the country needs appropriate incentives to invest in new, more energy-efficient processes and projects that improve our energy security and lower our greenhouse gas emissions.

Looking at the final slide, Slide 26, in order to build on our successes, whatever the global circumstances, we are focusing on enhancing our existing assets and are driving selective growth opportunities.

In 2011 we undertook to get the operational basics right. Today our ZAR14b Secunda growth program is nearing completion, with volume and electricity benefits now fully realized.

Group-wide we continue to generate the improved volumes from our global operations. Our business performance enhancement program is also delivering results with simplified Company-wide structures, reduced management layers and costs contained within inflation.

In South Africa specifically we have embarked on an extensive 2050 strategy to ensure the efficiency and reliability of our in-country operations to the middle of the century.

Looking at our selective growth opportunities, our dual regional strategy remains compelling. In America, our Lake Charles chemicals project is advancing, while in Southern Africa we submitted our full field development plan for the production sharing agreement to the Mozambican authorities on February 25.

Also in Mozambique our 175 megawatt gas-fired power plant is ramping up nicely. Once fully operational the plant will supply electricity to more than 2m Mozambicans, which equates to 8% of the country's current demand.

Here in South Africa the expansion of our wax facility in Sasolburg is progressing well, with phase one commissioning of the new slurry bed reactors scheduled for the first half of this calendar year. Phase two beneficial operations are on track for the first half of calendar-year 2017.

As you can see from the slide, both our existing asset and selective growth pillars are now underpinned by our response plan, thereby, serving to create more value. Here our prioritized plans, supported by a solid balance sheet,

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.