# EXHIBIT 5

# Sasol Improves Volumes and Cost Performance

**PR Newswire**

*JOHANNESBURG*, September 7, 2015 /PRNewswire/ --

**Sasol Limited** today released full year results for the year ended 30 June 2015, showing earnings increased to R29,7 billion from R29,6 billion in the prior year. Headline earnings per share decreased by 17% to R49,76 and earnings per share increased by 0,3% to R48,71 compared to the prior year.

Profit from operations of R46,5 billion increased by 2% compared to the prior year. This achievement was due to a strong overall operational performance with increased sales volumes, resilient margins and cost increases contained to below inflation. Conversely, the group's profitability was adversely impacted by a 33% decline in average Brent crude oil prices (average dated Brent was US$73,46/barrel for the year ended 30 June 2015 compared with US$109,40/barrel in the prior year). This decrease was partly off-set by a 10% weaker average rand/US dollar exchange rate (R11,45/US$ for the year ended 30 June 2015 compared with R10,39/US$ in the prior year).

In addition, **Sasol's** profitability for the 2015 financial year was also positively impacted by the following notable once-off and significant items:

- a cash-settled share-based payment credit to the income statement of R1,4 billion compared to an expense of R5,4 billion in the prior year, largely due to a 29% lower share price (closing share price of R450,00 compared to R632,36 in the prior year), partially negated by the increase in the number of share options exercised during the year;
- the extension of the useful life of our operating assets in *South Africa* resulting in a decrease in depreciation of R1,4 billion and environmental rehabilitation provisions of R1,8 billion; and
- net remeasurement items expense of R0,8 billion in the current year compared to a R7,6 billion expense in the prior year. These items relate mainly to the full reversal of the previous R2,0 billion impairment of the **FT Wax Expansion Project**, the partial impairment of our Canadian shale gas assets of R1,3 billion and the partial impairment of our Etame assets in *Gabon* of R1,3 billion.

Excluding the impact of these remeasurement items, net once-off charges and movements in our share-based payment expense, normalised earnings attributable to shareholders decreased by 30% from the prior year.

Notwithstanding a tough macroeconomic environment, we maintained a strong operational performance across our global integrated value chain over the year. Our Energy Business in *Southern Africa* increased its liquid fuels sales volumes by 5% to 61,5 million barrels compared to the prior year. Our Chemicals Business delivered an exceptional performance, having consistently reported increased sales volumes over the past two years. Normalising for the impact of the sale of our Solvents Germany and Sasol Polymer Middle East (SPME) businesses and through focused marketing and sales initiatives, sales volumes for Performance Chemicals and Base Chemicals both increased by 2% from the prior year.

Internationally, our ORYX GTL facility sustained a solid performance, with an average utilisation rate of 90% for the year, in line with  market guidance provided, despite an earlier than planned shutdown during December 2014 to January 2015.

Cash fixed costs remained flat, in nominal terms, compared to the prior year. Our Business Performance Enhancement Programme (BPEP) and Response Plan reduced our cash fixed costs, net of the implementation of the BPEP, by 5%, which was offset by the South African producers' price index (SA PPI). This was achieved despite a difficult South African cost environment in respect of labour and electricity charges.

Our company-wide BPEP made significant progress in sustainably reducing our cost base. We delivered actual cost savings of R2,5 billion, well ahead of our target of R1,5 billion for the 2015 financial year. Implementation costs for the programme were approximately R200 million below an expected R2,1 billion.

In turn, our Response Plan achieved a R8,9 billion cash conservation benefit, which is at the upper end of our R6 billion to R10 billion target range for the 2015 financial year.

"With a new operating model, underpinned by streamlined corporate and management structures, simplified governance and decision-making processes, and new ways of working, **Sasol** is a redefined, resilient, integrated chemicals and energy company," said **David Constable**, President and Chief Executive Officer, **Sasol Limited**. "The launch of a significant change programme in 2012, at a time when we were delivering record profits, enabled us to place the company in the strongest position possible to respond to a turbulent macroeconomic environment."

Constable added, "Ultimately, our ability to sustainably reduce costs and fundamentally reposition **Sasol** for long-term growth and longevity is testament to the tenacity of our people who rallied behind the company's call to maintain momentum and remain focused on driving shareholder value for the benefit of all our stakeholders."

As previously announced, our revised dividend policy is a dividend cover range based on headline earnings per share. The dividend cover was 2,7 times at 30 June 2015 (30 June 2014: 2,8 times). Taking into account the current volatile macroeconomic environment, capital investment plans, our cash conservation initiative, the current strength of our financial position, and the dividend cover range, the **Sasol Limited** board of directors has declared a final gross dividend of R11,50 per share (15% lower than the prior year). This brings the full year dividend to R18,50 per share.

"Our strong results for the 2015 financial year are testament to the resilience of our company, the diversity in our asset portfolio and our ability to decisively respond to the volatile and uncertain global economic environment," said **Bongani Nqwababa**, Chief Financial Officer, **Sasol Limited**.

"Through our tailored business planning, we are making steady progress in mitigating the challenges of a low oil price environment. Our Business Performance Enhancement Programme is delivering sustainable cost savings ahead of expectations, while our Response Plan allows us to conserve cash in a volatile environment. Cash flow generation remains robust, which, together with our solid, ungeared balance sheet, enables us to execute our growth projects in *Southern Africa* and *the United States*. Our US$8,9 billion world-scale ethane cracker and downstream derivatives complex in *Lake Charles, Louisiana* remains on track to reach beneficial operation in 2018," concluded Nqwababa.