# EXHIBIT 6

6-K 1 sasol-results.htm

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# Form 6-K

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
THE SECURITIES EXCHANGE ACT OF 1934**

Report on Form 6-K for September 07, 2015

Commission File Number 1-31615

Sasol Limited
1 Sturdee Avenue
Rosebank 2196
South Africa

(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F __X__ Form 40-F _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____

**Note**: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____

**Note**: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes _____ No __X__

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):
82-_____.

PLAINTIFFS003627



Notwithstanding a tough macroeconomic environment, we maintained a strong operational performance across our global integrated value chain over the year. Our Energy Business in Southern Africa increased its liquid fuels sales volumes by 5% to 61,5 million barrels compared to the prior year. Our Chemicals Business delivered an exceptional performance, having consistently reported increased sales volumes over the past two years. Normalising for the impact of the sale of our Solvents Germany and Sasol Polymer Middle East (SPME) businesses and through focused marketing and sales initiatives, sales volumes for Performance Chemicals and Base Chemicals both increased by 2% from the prior year.

Internationally, our ORYX GTL facility sustained a solid performance, with an average utilisation rate of 90% for the year, in line with market guidance provided, despite an earlier than planned shutdown during December 2014 to January 2015.

Cash fixed costs remained flat, in nominal terms, compared to the prior year. Our Business Performance Enhancement Programme (BPEP) and Response Plan reduced our cash fixed costs, net of the implementation of the BPEP, by 5%, which was offset by the South African producers' price index (SA PPI). This was achieved despite a difficult South African cost environment in respect of labour and electricity charges.

Our company-wide BPEP made significant progress in sustainably reducing our cost base. We delivered actual cost savings of R2,5 billion, well ahead of our target of R1,5 billion for the 2015 financial year. Implementation costs for the programme were approximately R200 million below an expected R2,1 billion.

In turn, our Response Plan achieved a R8,9 billion cash conservation benefit, which is at the upper end of our R6 billion to R10 billion target range for the 2015 financial year.

The reduction in the effective corporate tax rate from 32,6% to 31,7% was impacted by the R1,3 billion partial impairment of our Canadian shale gas assets.

Cash flow generated from operating activities decreased by 5,6% to R61,8 billion, compared with R65,5 billion in the prior year. Our net cash position improved by 39% from R38 billion in June 2014 to R53 billion at 30 June 2015, driven largely by the stronger than expected operational business performance.

As previously announced, our revised dividend policy is a dividend cover range based on headline earnings per share. The dividend cover was 2,7 times at 30 June 2015 (30 June 2014: 2,8 times). Taking into account the current volatile macroeconomic environment, capital investment plans, our cash conservation initiative, the current strength of our financial position, and the dividend cover range, the Sasol Limited board of directors has declared a final gross dividend of R11,50 per share (15% lower than the prior year).

### Chief Financial Officer, Bongani Nqwababa says:

"Our strong results for the 2015 financial year are testament to the resilience of our company, the diversity in our asset portfolio and our ability to decisively respond to the volatile and uncertain global economic environment.

Through our tailored business planning, we are making steady progress in mitigating the challenges of a low oil price environment.

Our Business Performance Enhancement Programme is delivering sustainable cost savings ahead of expectations, while our Response Plan allows us to conserve cash in a volatile environment. Cash flow generation remains robust, which, together with our solid, ungeared balance sheet, enables us to execute our growth projects in Southern Africa and the United States. Our US$8,9 billion world-scale ethane cracker and downstream derivatives complex in Lake Charles, Louisiana remains on track to reach beneficial operation in 2018."

Sasol Limited Group Audited Financial Results 2015    3

PLAINTIFFS003637



· Progressing our growth projects within our **Strategic Business Units (SBUs)**:

**Expanding our asset base in South Africa**

– The R14,2 billion Secunda growth programme is nearing completion with 16 of the 19 projects, which include the gas heated heat exchange reformers, achieving BO. The completed projects ensured the full realisation of the envisaged volume and electricity benefits. The remaining three projects are smaller utility enablers and are expected to reach BO by the end of the 2015 calendar year.

– Our Fischer-Tropsch wax facility in Sasolburg is progressing well, following the finalisation of phase one, with the commissioning of the new slurry bed reactor successfully completed during May 2015. Phase two commissioning is on track to take place during the first half of the 2017 calendar year. The total project cost for both phases remains unchanged at R13,6 billion.

– The R2,4 billion oxygen train expansion project (train 17), which involves the installation of an additional 5 000 tons/day oxygen train on our SSO site is expected to reach BO during the second half of the 2018 calendar year. We are responsible for the enabling works and outside battery limit scope as agreed with the Air Liquide Group. In turn, Air Liquide will construct, operate and maintain the air separation unit on site.

**Growing our interests in Mozambique**

– The R1,6 billion Loop Line 1 project on the Mozambique to Secunda pipeline reached BO during the last quarter of the 2014 calendar year, on schedule and below budget. Following approval of the pipeline variation plan by the Mozambique regulator, Instituto Nacional de Petróleo, in July 2015, the Loop Line 2 project has progressed to an advanced stage and a FID was made in August 2015.

– We completed the development of the US$246 million, 175 megawatt gas-fired power generation plant in Mozambique, CTRG, in partnership with the country's state-owned power utility, Electridade de Moçambique at Ressano Garcia. All 18 gas engines have been commissioned and BO was reached on 27 February 2015. The plant is producing as planned.

**Growing our footprint in the US**

– Following the FID to proceed with our world-scale ethane cracker and downstream derivatives complex in Lake Charles, Louisiana (LCCP) at the end of October 2014, significant progress has been made in detailed engineering and infrastructure work at the site. We expect to achieve BO during the 2018 calendar year. The final estimated project cost remains at US$8,9 billion (including infrastructure and utilities). Approximately 80% of the funds required are in place through a combination of project finance and our own equity contributions. The remainder of the funds required will be raised in a phased manner, including accessing capital markets and further equity contributions.

– Our joint venture high-density polyethylene plant with Ineos Olefins & Polymers USA continues to progress on schedule and within budget. BO is expected during the second half of the 2016 calendar year. The complex is expected to produce 470 kilotons annually.

Sasol Limited Group Audited Financial Results 2015      7

PLAINTIFFS003645

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant, Sasol Limited, has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date September 07, 2015

Title:

By:     /s/ V. D. Kahla
Name: Vuyo Dominic Kahla
        CompanySecretary

PLAINTIFFS003693