# EXHIBIT 7

**Full Year 2015 Sasol Ltd Earnings Call**

Johannesburg Sep 8, 2015 (Thomson StreetEvents) -- Edited Transcript of Sasol Ltd earnings conference call or presentation Tuesday, September 8, 2015 at 1:00:00pm GMT

CORPORATE PARTICIPANTS
    David Constable, Sasol Ltd - President and CEO
    Bongani Nqwababa, Sasol Ltd - CFO
    Steve Cornell, Sasol Ltd - EVP International Operations
    Paul Victor, Sasol Ltd - Group Financial Controller
    Fleetwood Grobler, Sasol Ltd - EVP Chemicals Business
    Riaan Rademan, Sasol Ltd - EVP Upstream and Business Enablement
    Bernard Klingenberg, Sasol Ltd - EVP Southern African Operations
CONFERENCE CALL PARTICIPANTS
    Jarrett Geldenhuys, Investec - Analyst
    Sean Ungerer, Avior Capital Markets - Analyst
    Alex Comer, JPMorgan - Analyst
    Gerhard Engelbrecht, Macquarie First South Securities - Analyst
    Nishal Ramloutan, UBS - Analyst

## PRESENTATION

**Operator**

Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol annual financial results conference call. Today's call will be hosted by David Constable, President and Chief Executive Officer, and Bongani Nqwababa, Chief Financial Officer. Following the formal presentation by Sasol management, and interactive Q&A session will take place.

A copy of today's slide presentation is available at www.sasol.com. I would now like to hand the conference over to Mr. David Constable. Please go ahead, sir.

**David Constable**, Sasol Ltd - President and CEO

Thank you, operator, and good day, everyone. Thanks for joining us for Sasol's year-end results conference call. Joining me on this call from Sasol, as you heard, is our CFO, Bongani Nqwababa. We also have with us other members of our Group Executive Committee in both Johannesburg and Houston who will support us in responding to any questions you may have.

As you would have seen after yesterday's media presentation, we announced another resilient Group-wide performance, notwithstanding the steep decline in crude oil prices for the period under review. Our 2015 financial results are a testament to the ongoing commitment of our people and the decisions we took to strategically reposition Sasol for the future and the agility with which we responded to a fundamentally different energy landscape.

Turning to slide 4 and the key messages you'll hear today, I'll begin by reminding you of how the decisions we have taken as a management team are providing Sasol with a solid platform during these challenging times in our industry. Next, we'll provide you with an update on two of our most important initiatives, our business performance enhancement program, which continues to deliver a meaningful Company-wide contribution and our Response Plan, which was launched to respond to the lower for longer oil price reality.

We'll then go into more detail on our strong operational and financial performance in FY 2015, with Bongani providing a complete overview of our full-year results. And before wrapping up, I'll take you through certain refinements to our strategic agenda, including the advancements we've been making on our dual regional strategy and the momentum we are maintaining on selective growth projects in southern Africa and the US. And to conclude the call, we'll recap how Sasol is protecting shareholder value by proactively prioritizing our business activities.

Turning to slide 5, as you know, given the cyclical nature of the global energy industry, we build commodity price swings into our short and long-term assumptions and scenario plans, and while we could not have predicted the exact moment the oil price would drop nor the quantum, we understood that at some point it would. As you can see from the graph, up until 2014, the Brent oil price was stable between $95 and $125 per barrel and the Sasol share price gained traction, reaching a ZAR500 to ZAR600 range.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Looking now at slide 25 and North America specifically. During August 2015, Sasol and our partner Ineos successfully concluded a toll manufacturing joint venture known as Gemini HDPE. Construction of a high-density polyethylene facility has commenced in Texas and plant start-up is planned towards the end of the 2016 calendar year. The complex will produce 470 tons of high-value bimodal HDPE annually.

Also in the US and following our final investment decision to proceed with the ethane cracker and derivatives complex in Louisiana, significant progress has been made in detailed engineering and infrastructure work.

The cumulative expenditure to end FY15 is $1.8b with the total amount contracted equal to $4.9b. At the end of July, $2.2b has been expended and $5.3b under total contract. Construction activities are proceeding as planned with site preparation work for major units nearing completion. Note that we are still on track for stage completion of all units during the 2018 calendar year.

To my final slide, slide 26. To protect shareholder value given the global circumstances, we are ensuring that our regional operating hubs continue to focus on stable, reliable and safe operations while delivering at record output levels. Our diverse portfolio, supported by the resilience of our chemicals, mining and downstream refining businesses, enables us to maintain solid results during a lower oil price environment.

Our strategic business units continue to perform and through our proactive cost optimization and cash conservation initiatives, we are achieving sustainable efficiencies and cost reductions throughout the Group.

Looking beyond the here and now by refining our near- to medium-term strategic agenda and by prioritizing selective growth projects, we are able to protect our balance sheet and in turn continue to deliver shareholder value. If cash flow generation remains strong, the management team and I are confident that our refined strategy and focused efforts will ensure long-term profitability for Sasol.

With that, let me now turn it back to the operator who will open it up for any questions that you may have. Operator.

### QUESTIONS AND ANSWERS

**Answer – Operator:** (Operator Instructions). Jarrett Geldenhuys, Investec.

---

**Analyst:** Jarrett Geldenhuys, Investec - Analyst

**Question – Jarrett Geldenhuys:** Hello, everyone. Thanks very much for the opportunity and first of all congratulations on what I also interpret to be a very good set of results. Just in terms of some of the cost saving which I suppose we can still extract further. I'm quite interested in the mining costs which were very well contained. I just wonder if you can give us a bit more color as you move into the newer mines, how much more potential savings there could be just given the fact that they will be newer and closer to -- well, I suppose closer to operations to some extent?

And then also just another question quickly on gearing. I know you've given us some nice guidance between 15% and 30% for next year. Can you potentially just give us some kind of color on what your FX assumptions are in that arranged broad band and where you'd see that peaking giving the peak part of the CapEx for the US? Thanks very much.

**Answer – David Constable:** Thanks, Jarrett, and thank you for the recognition on the results, it's appreciated. Mining costs, I'll turn it to (Klaus) here and Bongani. Do you want to take on mining costs, we've got new mines coming on, much more productive from the level they did this year and Shondoni next year. Just give us a little color on where we think mining costs are going.

**Answer – Bongani Nqwababa:** Yes, Bongani here. If I might respond to that. Our anticipation is that in spite of the labor increases, we see the costs being slightly below South African inflation.

**Answer – David Constable:** Okay, thank you. Gearing, guidance of 15% to 30%, Jarrett, like you said, in FY16. We see a peak gearing rate 38% to 39% is what we're looking at right now. On FX, can we give them some color on the assumptions? Rand of between 12.50 and 13.50 is what we're looking at in the assumptions on that. Thanks, Jarrett.

**Answer – Operator:** Sean Ungerer, Avior Capital Markets.

---

**Analyst:** Sean Ungerer, Avior Capital Markets - Analyst

**Question – Sean Ungerer:** Good afternoon, everyone, just three questions please. Just in terms of the expected CapEx for the cracker, I know it's still fairly early days but do you still see any opportunity to bring that down?

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

And then just secondly with Brent obviously hovering at $50, below $50 at the moment, when does the dividend cover that was revised this year become a problem for you guys? Or when do you think it will at least?

And then just lastly, in terms of the volumes out of Synfuels it's really good, solid production there. I think it was about 32.9. How much upside do you guys foresee or was that a new sustainable number? Thanks.

**Answer – David Constable:** Okay, let me just see if I've got these right. The first one was on cracker capital costs and if there's any, if you will, upside on that.

**Question – Sean Ungerer:** Yes.

**Answer – David Constable:** This question was on Synfuels production, is there any upside there going forward. Could you just -- did someone get the second question? It was garbled?

**Question – Sean Ungerer:** Yes, sorry, David.

**Answer – David Constable:** Thank you, breakeven levels at -- in operations. So we do have Steve Cornell on the line from Houston, CapEx costs right now on the cracker still tracking to $8.9b, still have a good level of contingency being held by ourselves. So we've had good results with obviously the downturn in the industry -- in the oil and gas industry and the lower oil price, we've been able to go back and negotiate, if you will, with all our contractors on fees and on some of the contracting rates as well. So that has helped us.

But right now we're still tracking at $8.9b. I think, like you said, it's a little early to start trending away from that number. But as I said in the prepared notes, they're making good progress on the project and with a focus on utilities and [off sites] right now getting the engineering and procurement on the utilities and off sites to get up to speed with our process units which are all on track, basically, progress wise.

So yes, Steve, do you have anything to add or is that sufficient?

**Answer – Steve Cornell:** No, I think that's sufficient. We've made good progress where we can, have some opportunities, you always have some unexpected increases on the other side. We're very comfortable with the $8.9b and look like we're going to continue to track on that level.

**Answer – David Constable:** Thank you. Breakeven costs, I'd be guessing, I think I know there but go ahead, Bongani.

**Answer – Bongani Nqwababa:** The breakeven cost is -- would sit just below $40 per barrel.

**Question – Sean Ungerer:** Cool, great.

**Answer – David Constable:** Then on Synfuels, we had a great year. 32.9m barrels and that equates to, in the old way of talking about it, about 7.7m tons for FY15, 3.9m tons of liquid fuels and 3.8m tons of chemicals.

As you heard, we're talking about over 60m barrels from a liquid fuels sales volume perspective and guiding at Synfuels right now about 31.7m barrels. So down slightly from this financial year but possibly some upside to that. But those are the numbers as we see them right now.

Thanks, Sean.

**Question – Sean Ungerer:** Cool, great, thanks.

**Answer – Operator:** Alex Comer, JPMorgan.

---

**Analyst:** Alex Comer, JPMorgan - Analyst

**Question – Alex Comer:** Hi guys. A couple of questions here. I notice from your remuneration report that there were some specific targets for Phoenix in for 2015. I just wondered if you could let us know what the threshold and the stretch targets are for cost savings for 2016? That's the first question.

Also just on chemical prices, they've been pretty firm in the second quarter and are starting to come off now. I just wondered what your expectations are for chemical prices, particularly surfactants in the next couple of months? And also, what your exposure is to contract and spot ethylene prices in the US?

And then maybe you could give a little bit more information on the costs and timing of your Mozambique explorations?

**Answer – David Constable:** Thanks, Alex. Remuneration I think we've got that for the threshold and stretch for FY16. Go ahead, Paul. Paul Victor is joining us.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.