# EXHIBIT 8



# MAINTAINING MOMENTUM

## SASOL LIMITED FINANCIAL RESULTS

for the six months ended 31 December 2015



**JSE: SOL   NYSE: SSL**

# Lake Charles Chemicals Project progressing



## Significant progress continues

- Overall capital expended to date of ~$3,7 billion
  - Detailed engineering for all process units and supporting facilities at an advanced stage
  - Major underground and civil work activities nearing completion
  - Site preparation challenges associated with ground work due to very heavy rainfall
- Decision taken to pace the execution of LCCP to support Response Plan
  - Project cost and schedule are being reviewed, likely to be completed by mid CY2016
  - Shift in schedule expected to optimise field efficiency
  - Beneficial operation of some of smaller derivative units will move into CY2019
  - Overall end-of-job project cost estimate to remain under pressure



Lake Charles Chemicals Project, Lake Charles, USA



Lake Charles Chemicals Project, Lake Charles, USA

Maintaining momentum                                                          9