# EXHIBIT 9

**Interim 2016 Sasol Ltd Earnings Call**

Johannesburg Mar 7, 2016 (Thomson StreetEvents) -- Edited Transcript of Sasol Ltd earnings conference call or presentation Monday, March 7, 2016 at 1:00:000pm GMT

 CORPORATE PARTICIPANTS
    David Constable, Sasol Ltd. - President & CEO
    Bongani Nqwababa, Sasol Ltd. - CFO
    Steve Cornell, Sasol Ltd. - EVP International Operations
 CONFERENCE CALL PARTICIPANTS
    Jarrett Geldenhuys, Investec - Analyst
    Gerhard Engelbrecht, Macquarie - Analyst
    Alex Comer, JPMorgan - Analyst
    Adrian Hammond, Standard Bank - Analyst

## PRESENTATION

**Operator**

Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol interim financial results conference call. Today's conference call will be hosted by David Constable, President and Chief Executive Officer, and Bongani Nqwababa, Chief Financial Officer. Following the formal presentation by Sasol management, an interactive Q&A session will take place. A copy of today's live presentation is available on www.sasol.com. I would now like to hand the call over to David Constable. Please go ahead, sir.

**David Constable**, Sasol Ltd. - President & CEO

Thank you, operator. Good day, everyone, and thank you for joining us for our interim results conference call. Joining me on the call from Sasol, our Chief Financial Officer, Bongani Nqwababa. Also on the call are other members of our Group executive committee who will support us [if we flag] any questions you may have.

As you can see, today we announced an encouraging Group-wide performance, notwithstanding an extremely tough and uncertain macroeconomic environment. The first half of the 2016 financial year was characterized by a further steep decline in global oil and commodity chemical prices, with the average Brent crude price sitting at $47 per barrel versus $89 for the first six months of FY 2015. It's clear that current crude oil price has placed a great strain on the global energy landscape and the financial performance of the entire industry. Despite ongoing economic uncertainty though, our [colleagues] throughout the world maintained a focus on safety and volume growth and advancing our key strategic projects.

Turning to slide 4 in the pack and the key messages you'll hear today, we'll begin with a high-level overview of our management interventions are ensuring that Sasol remains resilient, even during these unforgettable times. I will then talk you through the latest developments on our business performance enhancement program, where we're expecting higher sustainable cost savings than expected.

Undoubtedly, and instrumental to our ability to ride out this storm, is our response to the low oil price environment. Here I'll update you on progress made on our response plan and the cash conservation benefits we're already realizing. In addition, we'll provide you with details on the extended scope and duration of our response plan target in anticipation of a lower-for-much-longer oil price.

I'll then talk you through the advancements we've been making on our dual regional strategy and highlight how we continue to stimulate Southern African regional growth through our domestic efforts, and second, update you on our Lake Charles chemicals project in the US.

And next we'll review our key performance achievements for the half year. Bongani will then go into more detail on our financial and operational performance. And before wrapping up, we'll conclude today's call by recapping how Sasol is prioritizing our business activities to remain resilient. We'll then open it up to any questions you may have.

Moving on to slide 5, as you can see from the graph, up through 2014 the Brent oil price was stable between $90 and $125 a barrel and the share price, Sasol share price gained significant traction, reaching the ZAR500 to ZAR600 range. However, notwithstanding the comfortable position we found ourselves in and looking at the white color boxes on the slide there, we formally launched the business performance enhancement program in early 2013, as you remember, focusing on simplicity, efficiency and cost optimization across the Group.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

And I suppose the second question also is on CapEx, and relates to Mozambique. And I just wonder, that $1.4b which you're mentioning, it doesn't seem to be in your FY17 CapEx numbers or your changes. I wonder if you can just give us some guidance as to when those CapEx numbers start coming through? And actually, I think I'll leave those questions there. Thanks very much.

**Answer – David Constable:** Okay, I'm going to -- Jarrett, it was breaking up on us a little. Let me try to -- I got the second one on Mozambique and the $1.4b CapEx in FY -- [maturing] in FY17. Let me go to the first question, though. And I think it was a question generally on LCCP and optimizing the cash flows and therefore pacing the project and how that's coming along and what that means to returns. Is that what you asked?

**Question – Jarrett Geldenhuys:** Yes, that's perfect, David. And also, I'm just trying to try and assess your thought process about I suppose costs escalating on delays relative to getting cash flow on pushing the project ahead?

**Answer – David Constable:** Okay, thanks. Well, as I said in the presentation, the Response Plan efforts quite a few being extended and increased requires us to look across the Company and where are we going to get those additional savings. It's primarily in cash cost savings which includes supply chain, external spend, and so on. And then capital portfolio, which means we'll be in three areas primarily. We're not going to look at [substinence] that much. There is some optimization [cuts]. Primarily we are looking at reduced spend in Canada, derisking and saving the program in Mozambique.

And as you point out, the LCCP, where we're again optimizing cash flows, we've given the project team a target to support the Response Plan so that we can keep the gearing in check which obviously drives credit ratings and supports our dividend policy continuing successfully and keeping the balance sheet strong. So those are the objectives, and obviously the background in taking the decision to pay for the project.

Now, there's certainly some upside here. We believe that this will allow us to get engineering even further along. We are about 70% completed engineering. We are 80% complete on the cracker -- 82% complete on the cracker's engineering, and 90% complete on the first big derivative unit there, LLDPE. So the engineering is growing extremely well. Procurement also is over 50%, I think it's at 51% or 52% of the (inaudible) today as recent as January, it's probably a little higher than that now.

This optimizing of the cash flow, storing the [stand-down], getting all the drawings AFC approved for construction to the field, all of the equipment and bulk, piping and vessels, equipment purchasing in the [way-down yard, the way-down being where the GTL is going to go. So we've got great space on the project to lay down our equipment and ramp up the later field accounts later. And that [wibbly] will feel more like a shutdown, and you'll have everything you require on-site to align with -- get world-class productivity out of the trade arm on site.

So that's what we're looking at. Again, cracker and LLDPE still in 2018, with some smaller, derivative units pushing in into the 2019 calendar year. So because there is a cap on the cash flows, you're seeing a slight extension to the schedule.

Now, we've just told the project team, that's what their marching orders were. So obviously they're looking at the revised execution plans. Fortunately, we've not ramped up. I think we could probably accept 6,000 people on site as we speak, but we're only at or about 2,000. And we'll continue at that level or after we ramp up, probably we'll ramp it down a bit before picking back up, like I say, a little later in time. By mid-year the project team will have that execution approach finalized, costs schedule for us. And we'll take a look at how that all works out for the return sampling.

We're still comfortable -- you remember that at the current CapEx and lower pricing we still make WACC at $70 real oil to the life of the project. We've talked about that in the past. And so that's where we stand right now, and we'll update you when we get further along here in the year. But that is definitely a good reason to make the decision and there's also some upside on field productivity and still getting cash coming on online -- getting the project online in 2018, the main -- the big, main units.

I'll turn it to -- on the Mozambique, Bongani, you'll handle the $1.4m -- that's $1.4b in Mozambique for the [PSA] stage one that we're looking at right now. Bongani?

**Answer – Bongani Nqwababa:** Yes, thank you, David. Currently on the (inaudible) it's important to realize that the $1.4b is the total cost of the project. And when issue [when we] have the ramp-up that starts next year. On the PSA [if I can take] the rand I'll give you the exchange rate shortly. We are looking at the PSA ZAR1.3b, and (inaudible) ZAR1.7b on an exchange rate of between 15 and 16.50. So if we [ended] parts of the ramp-up, the obviously there's more spent in years to come and we mentioned earlier, we gave (inaudible) and rebasing project. So that has to be taken into consideration.

**Answer – David Constable:** Thanks, Bongani. Next question? Thanks, Jarrett.

**Answer – Operator:** Gerhard Engelbrecht, Macquarie.

---

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

But could you perhaps just give us some understanding of how you manage your balance sheet? What your thinking is? Because I've got a feeling maybe being a bit too conservative in terms of delaying projects for the sake of retaining the dividend, perhaps. Could you just run this through your thinking on that? Thanks.

**Answer – David Constable:** Thanks, Adrian. Yes, your comment on the Response Plan and the CapEx obviously staying fairly flat. The majority of that spend is going to the cracker is both of those obviously this year it was about 59% -- it will be about 59% of the capital expenditure. And then that'll ramp up to 66% in FY17.

So as other CapEx is coming down, the cracker, even though we are containing it, it still makes up certainly a good portion of the FY17 capital expenditures. So like I said earlier, we have contained that spending. And that just happens to be the profile that you get considering that you see the sustenance spend there of ZAR19b staying pretty steady. ZAR19b is the number for FY16, and then it doesn't drop much. It goes to ZAR17b in FY17. So it's just -- it's some puts and take and pluses and minuses just happens to be a fairly similar profile.

Our balance sheet, and being too conservative, I think we've taken the prudent view. We've obviously looked at assumptions and oil prices which we've plugged in a $40 oil price through this year, remaining this year and FY17 $40, and that has driven a lot of our thinking around what we're seeing in the gearing. And obviously you do want to protect the dividend, we want to continue to pay a reasonable dividend, but at the same time, protect the balance sheet.

And we believe that it's prudent to do that with a bit of haircut on the cracker and obviously Mozambique and Canada -- Canada obviously it makes sense to keep gas in the ground. The $1.70 ended up is not something you want to have coming out of the ground right now. So that makes sense. And Mozambique I've already talked about and the cracker, we think it's actually from an execution standpoint, it's going to pay dividends to us in final execution and world-class productivity. Our [F1] guidance is to comment further on our conservatism and how we look at it.

**Answer – Bongani Nqwababa:** I won't add much more to it what David has said. The key issue (inaudible) we aim to maintain our investment grade rating, because if it gets much, much worse than that, not only do we have an issue about corporate funding, but more importantly, an issue with access to funding so I'm not going to even consider taking the (inaudible) which you might think we are being conservative but we are looking at the overall sustainability of the Group, what we need to deliver the project when it's good, but also at some time, not before to do any rash decision which would impact the sustainability of our foundation business (inaudible).

**Answer – David Constable:** Thanks, guys. Thanks, Bongani, and thanks to everyone for calling in. Thank you, Operator.

As this is my last results call, I'd like to close by thanking all of you for your ongoing interest and support of Sasol, and I look forward to visiting with many of you on the upcoming road shows to say my goodbyes in person. Thanks very much, and see you soon.

**Answer – Operator:** And once again, ladies and gentlemen, that does conclude today's conference. We appreciate your participation today.

StreetEvents transcripts content provided by Thomson Reuters    THOMSON REUTERS

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.