# EXHIBIT 10

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>form6K06062016lccp.txt
<TEXT>
```

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549


Form 6-K

REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16
OR 15d-16 UNDER THE SECURITIES EXCHANGE ACT OF 1934


Report on Form 6-K for June 6, 2016


Commission File Number 1-31615


Sasol Limited
1 Sturdee Avenue
Rosebank 2196
South Africa


(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will
file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F __X__  Form 40-F _____

Indicate by check mark if the registrant is submitting the Form
6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ____

Note: Regulation S-T Rule 101(b)(1) only permits the submission
in paper of a Form 6-K if submitted solely to provide an attached
annual report to security holders.

Indicate by check mark if the registrant is submitting the Form
6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ____

Note: Regulation S-T Rule 101(b)(7) only permits the submission in
paper of a Form 6-K if submitted to furnish a report or other document
that the registrant foreign private issuer must furnish and make public
under the laws of the jurisdiction in which the registrant is
incorporated, domiciled or legally organized (the registrant's "home country"),
or under the rules of the home country exchange on which the registrant's
securities are traded, as long as the report or other document is not a
press release, is not required to be and has not been distributed to the
registrant's security holders, and, if discussing a material event, has
already been the subject of a Form 6-K submission or other Commission
filing on EDGAR.

Indicate by check mark whether the registrant by furnishing the information
contained in this Form is also thereby furnishing the information to the
Commission pursuant to Rule 12g3-2(b) under the Securities
Exchange Act of 1934.

Yes _____  No __X__

If "Yes" is marked, indicate below the file number assigned to the registrant
in connection with Rule 12g3-2(b):
82-_____.

Enclosures: Preliminary findings of the Lake Charles Chemicals Project review


Sasol Limited
(Incorporated in the Republic of South Africa)
(Registration number 1979/003231/06)
Sasol Ordinary Share codes:      JSE: SOL        NYSE: SSL
Sasol Ordinary ISIN codes:       ZAE000006896    US8038663006
Sasol BEE Ordinary Share code:   JSE: SOLBE1
Sasol BEE Ordinary ISIN code:    ZAE000151817
("Sasol" or "the Company")

Preliminary findings of the Lake Charles Chemicals Project review

In March 2016, Sasol announced that it would be undertaking a
detailed review of the Lake Charles Chemicals Project (LCCP),
after deciding to pace the execution of the project to support
the Company's low oil price Response Plan. At that time, there
were early indications that the overall end-of-job cost was under
pressure, and since the project engineering was at an advanced
stage, sufficient information was available to proceed with a
detailed project review.

The LCCP consists of a world-scale 1,5 million ton per year
ethane cracker, and six downstream chemical projects - two large
polymers plants (low-density and linear low-density polyethylene)
and an ethylene oxide/ethylene glycol plant, which together will
consume around two thirds of the ethylene produced by the
cracker; and three smaller, higher-value derivative plants, which
will produce speciality alcohols, ethoxylates and other products.
The project is under construction near Lake Charles, Louisiana in
the USA, adjacent to Sasol's current chemical operations.

A preliminary finding from the ongoing detailed LCCP review is
that the expected total capital expenditure for the project could
increase up to US$11 billion, including site infrastructure and
utility improvements. This estimate includes a sufficient
contingency to effectively manage the project to beneficial
operation. While the detailed review is still in progress,
current indications are that the estimated capital expenditure
increase is mostly due to construction delays caused by higher-
than-expected rainfall, higher labour costs, certain of the lump-
sum bid contract prices being higher than originally estimated,
as well as quantities of bulk materials being in excess of those
included in the original estimate.

In addition, the slower rate of capital spend until June 2018,
due to Sasol's low oil price Response Plan, has resulted in an
extended project schedule and contributed to further project cost
increases, which have been partially offset by productivity
benefits due to improved phasing of engineering and construction
activities. As of 30 April 2016, the capital expenditure to date
on LCCP is US$4,5 billion, and the overall project completion has
progressed beyond 40%.


It is, however, important to emphasise that no material or
unexpected scope changes to the project have taken place. Overall
construction on the project continues on all fronts, with most
engineering activities nearing completion and procurement well