# EXHIBIT 11

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

FINAL

# Business Update Call

## Company Participants

- Bongani Nqwababa
- David Edward Constable
- Fleetwood Grobler
- Paul Victor
- Stephanus Johannes Schoeman

## Other Participants

- Adrian Hammond
- Alex Robert John Comer
- Gerhard Engelbrecht
- Jarrett Geldenhuys
- Johann Steyn
- Karen Kostanian
- Nishal Ramloutan

## MANAGEMENT DISCUSSION SECTION

### Operator

Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol Conference Call to discuss the Preliminary Findings of the Review of the Sasol Lake Charles Chemicals Project. Please note the forward-looking statement in yesterday's press release. This call will be hosted by David Constable, President and Chief Executive Officer; Bongani Nqwababa, Chief Financial Officer; and Stephen Cornell, Executive Vice President, International Operations. Following the opening remarks by David Constable, an interactive Q&A session will take place.

I'd now like to hand the call over to David Constable. Please go ahead, sir.

### David Edward Constable {BIO 7516283 <GO>}

Thanks, operator. Good day, everyone, and thank you for joining us for Sasol's webcast regarding specifically the Lake Charles Chemicals Project. Joining on the call from Sasol are Bongani Nqwababa, our Chief Financial Officer; Steve Cornell, our Executive Vice President for International Operations. As you all know by now, Bongani and Steve are Sasol's incoming joint CEOs effective July 1.

Bloomberg Transcript

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

FINAL

Bloomberg Transcript

Also, on the call are Paul Victor, our Group Financial Controller, who has been appointed as our new CFO, also effective July 1; Stephan Schoeman, our Executive Vice President for Technology, including all Capital Projects; Fleetwood Grobler, our Executive Vice President for the Chemicals Business; and Cavan Hill, Senior Vice President, Investor Relations.

As you would've seen yesterday, we announced preliminary findings of our Lake Charles Chemicals Project review. This evaluation followed Sasol's decision in March to pace the execution of our Louisiana project to support our company-wide lower for much longer oil price Response Plan. As you know, the Lake Charles Project consists of a world-scale 1.5 million ton per year ethane cracker and six downstream chemical projects, which include two large polymer plants, low-density and linear low-density polyethylene. And in ethylene oxide, ethylene glycol plant, which together will consume around two-thirds of the ethylene produced by the cracker. Plus, this three smaller, higher value derivative plants which will produce speciality alcohols, ethoxylates and other products.

As the name suggests, the project is under construction near Lake Charles, Louisiana, adjacent to our existing cracker and chemicals facility. The LCCP has progressed beyond 40% complete with detailed engineering and procurement, well-advanced on the major process units and on utilities in offsite. As highlighted during our 2016 interim results road show, this continued good progress is allowing us to develop better estimates as indicated total cost along with an updated schedule that reflects our desire to pace capital spend.

The expected startup schedule remains in line with our earlier guidance with the cracker along with two major derivative units, LLDPE and EO/EG, should achieve beneficial operation in the second half of 2018. This would be followed up by the LDPE plant in very early 2019. The alcohol units will move to later in 2019 reflecting natural pacing and our desire to move capital spend beyond the Response Plan period.

Now, we're seeing cost pressures on the project due to a range of factors including construction delays caused by higher than expected rainfall, higher labor costs, certain of the lump-sum big contract prices being higher than originally estimated and quantities of bulk materials being in excess of those included in the original estimate. And to clarify in project estimate, bulk materials (03:58) items such as concrete, piling, steel and cable where quantities are estimated and converted into costs using their rate per unit. For example, dollars per ton of steel erected.

The team has been proactively managing all of these cost pressures downward wherever possible. However, our preliminary finding from the project review is that the total capital cost, with sufficient contingency included, could increase up to $11 billion. And I emphasize could increase, as this review is still a work in progress. The estimate also includes forecasted cost associated with general site infrastructure and utility improvements to enable future growth of the Lake Charles multi-asset site. Again, it cannot be overstated that the review has not been finalized, and so it's findings are preliminary and based on our work to-date.

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

FINAL

Bloomberg Transcript

The management team remains closely involved in guiding the project team, so that we can minimize capital expenditure and further optimize overall project efficiency. To support these efforts, we have also bolstered the senior staffs' resources on the ground to enable an even greater focus on a range of execution activities.

It's important to note that the extended feed work for LCCP focused primarily on the technical aspects of the project, especially on the inside battery limits of the cracker and other process units to ensure minimum design changes during project execution.

However, the utilities, off-sites and infrastructure development was not a focus area of the extended feed activities. This is an extremely complex project with six downstream derivative units which must be integrated and fully aligned in order to perform as required. We have been pleased with the technical aspects of establishing the Lake Charles multi-asset site and have had very few design-related scope changes. This has allowed us to progress the execution of the LCCP with limited slippage in schedule in the key deliverables despite the weather challenges in 2015 and 2016. Again, this is clearly evident from the fact that the cracker and the major derivative units remain on track to achieve beneficial operation in the second half of 2018 and very early in 2019.

It has, however, been more difficult execution ever been foreseen at the time of FID, particularly given the development of the overall site and the requirements related to utilities, off-sites and infrastructure. In addition, being one of the later major cracker projects to move into the field, we were more significantly impacted by the higher-than-expected rainfall during our major civil-related activities in 2015.

We incurred 46 additional rain days above the 10-year average of 134 days, which adversely impacted costing (6:50) schedule. Also keep in mind that our site is several times larger than other similar projects on the Gulf Coast as we establish Lake Charles as another integrated multi-asset site for Sasol comparable to what we have developed at Secunda in South Africa.

The quantities of bulk materials which will eventually be used have been estimated to be in excess of the original factored estimate, but more work is currently being done to confirm the exact level of bulk materials. And we've included a substantial level of additional quantities to develop the upper-end cost estimates.

Furthermore, we have incurred more engineering man hours to complete the detail design work on the LCCP. As mentioned, there have been few material scope changes, but the interdependency between the various units has required more work for quality controls than originally envisioned. The potential additional bulk material requirements may also add engineering man hours.

Notwithstanding the challenges, we are pleased with our primary EPC contractor FTI and the local Louisiana subcontractors being utilized on the project.

Construction productivity levels remain an important focus to optimize the final install cost. And we're continuing to manage the project to optimize field productivity, allowing

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

FINAL

some scheduled slippage if required.

Additionally, we have included sufficient contingency related to the remaining engineering hours and field productivity assumptions in order to be very comfortable with the preliminary updated cost estimates.

Overall, construction on the project is continuing in a cost-effective manner with most engineering activities nearing completion. Again, as I said, procurement is well-advanced. Field personnel staffing on Lake Charles site currently stands at 3,800.

Although the CapEx for LCCP is anticipated to increase from the $8.9 billion level, we do not expect this to result in the Sasol Group exceeding its self-imposed gearing target. We are continuing with our previously announced low oil price Response Plan, and we'll manage our balance sheet to incorporate the current estimated capital expenditure.

Our project funding strategy has not changed as a result of the higher capital expenditure estimate. The project will continue to be funded from existing facilities and ongoing group cash flow. The detailed project review is expected to be completed during the third quarter of 2016 and further information will be communicated during Sasol's annual results announcement on September 12, 2016.

In closing, let me just say that the overall project economics for the LCCP remain resilient, and the management and the project team are focused on driving the final CapEx as low as possible, primarily through feed field (9:36) productivity and labor rate improvements, coupled with bulk quantity and related engineering cost reductions.

We have taken a conservative view on the recovery of the long-term oil fundamentals, and hence, this influences the current NPV on the project. Longer term recovery (9:54) price assumptions will drive the project economics back to around Sasol's total rate. The same goes for lower-than-planned ethane prices which can still possibly impact future project economics.

On a leveraged basis, the project economics are still expected to be comfortably above the hurdle rate of the company. And again, importantly, note that with our Response Plan actions providing good flexibility, we're comfortable with the project's funding plan and the group's gearing target and dividend policy cover range of 2.2 times to 2.8 times going forward.

Now, that is the summary overview and some additional context for you. We'll now be happy to open it up for any questions that you may have. I'll turn it back to the operator.

## Q&A

### Operator

Thank you, sir. And we'll go first to Gerhard Engelbrecht, Macquarie.

Bloomberg Transcript

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

FINAL

Bloomberg Transcript

### Q - Gerhard Engelbrecht   {BIO 2059865 <GO>}

Good afternoon. Thank you. I have many questions, but I think maybe just a couple to start off with. David and Steve, I suppose you're being smart to your project against other projects in the area. You're not really seeing other companies come out and announce higher CapEx because of lump-sum contracts, weather, et cetera. Why is this specific to Sasol would you say? First question.

Secondly, apart from further catch in the dividend, can you give us details of what levers you can pull to ensure you don't breach your gearing targets?

And then lastly, can you give us maybe a progress report on the Gemini project? Thank you.

### A - David Edward Constable   {BIO 7516283 <GO>}

Thanks, Gerhard. The connection is not very good, but let me just summarize and you can confirm that the three questions were about benchmarking against other companies and what (12:11) been reporting. Comfortable with our gearing targets. And did you say a Gemini update as well?

### Q - Gerhard Engelbrecht   {BIO 2059865 <GO>}

Yes. I was just wondering about the Gemini project and the levers that you can still pull to ensure you don't breach the target?

### A - David Edward Constable   {BIO 7516283 <GO>}

Okay. Let me start with other companies, Gerhard, and we haven't seen anyone else reporting. Although I have seen Merrill Lynch reports around the fact that many of the crackers are extending their schedules, there'll be also delays for the other major crackers on the Gulf, but no other reports other than that.

From a comparison standpoint, for similar technologies, the same cracker technology, cracker costs are 1.5 million ton a year plant excluding associated utilities. So, you get apples-to-apples within the $1.8 billion to $2 billion range. And Sasol is comfortable within those numbers with our inside battery limit cracker with our technology against similar technologies.

So, I think we're, from that standpoint, comparing well. I can't comment on other companies. All I can say is that we've come out because of reporting requirements here and certainly in South Africa, as we see it to be prudent. We felt that we should communicate those initial findings. However, we really want to strongly message that we are confident that we'll be able to push the CapEx down. And I'll let Stephan Schoeman maybe comment on that a little later in the discussion, but – so, that's the first question.

Gearing targets, I'll turn it over to Bongani to make comments on comfort there.

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

This, of course, is a labor-intensive process. It requires abrupt rechecks and balances. And we wish to achieve a very high-quality outcome to ensure that the project baseline is reaching (24:10) to it.

And for that reason (24:13) we have included sufficient contingency, as David has alluded to. And we are comfortable that we will remain within the range that we have provided. Also, I want to emphasize that this is not the team target however. So, for personnel and team targets, if our (24:31) number is used as a reference and changes are approved and tracked in quite a rigorous manner against the FID target, we work against the project baseline of this today.

So, we rigorously challenge engineering impacts, and we also assess site impacts accordingly. And therefore, I am comfortable that moving forward we have set stretched targets with the teams. We have a challenging base against which we manage and this project given its construction completion price, and we'd like to continue forward with that significant risk.

## A - David Edward Constable  {BIO 7516283 <GO>}

Thanks, Stephan. So, bottom-line is ZAR 11 billion is an extremely comfortable number for us, and we are pushing it obviously in a downward direction and more to come on that in September. Thanks. To the next question.

## Operator

We'll go next to Jarrett Geldenhuys with Investec.

## Q - Jarrett Geldenhuys  {BIO 16853083 <GO>}

Hello, everyone. Thanks for the questions. (25:45) I wanted just to ask a question around the cracker. It looks like that is (25:51) upstream units of the cracker. So, that looks like it's completely on budget and more or less on time. Is there any flexibility that you have in terms of downscaling some of the downstream units if that is a potential outcome of the review process given that the returns profile for the upstream units and potentially the polyethylene units appear, at least on paper, to be more robust in the downstream? I suppose that will be the first question. And maybe you can answer that first. Thanks.

## A - David Edward Constable  {BIO 7516283 <GO>}

Thanks, Jarrett. Thanks for the question. And I'll ask Fleetwood Grobler to talk about the downstream derivative units and also the robustness of the economics of the Specialty Chemicals units as well and led the downsizing of the corporate or not. Fleetwood? Thanks.

## A - Fleetwood Grobler  {BIO 18349195 <GO>}

Thanks, David. Jarrett, yeah, the downstream unit, specifically the polyethylene is world-scale unit, so you would notice when we took FID we really are in the upper quartile of scale. So, with the use of cutting-edge technology, we've progressed the engineering

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

the world-class productivity, which is something that will certainly push the CapEx in a downward direction. And that's what we're really focused on right now during this review.

## Q - Adrian Hammond   {BIO 16756430 <GO>}

Sure. Sure. Thanks. And then, just on the CapEx. So, you did say there's some mitigation you can do. So is that $11 billion worst case or can you shave something material off that?

## A - David Edward Constable   {BIO 7516283 <GO>}

Yeah. Again, I – we said up to $11 billion for that. We're trying to message that that would be a, if you will, a worst case type of scenario and we don't expect it. We're working it in another direction. Thanks.

## Q - Adrian Hammond   {BIO 16756430 <GO>}

Thanks.

## Operator

And we'll go next to Johann Steyn with Citigroup.

## Q - Johann Steyn   {BIO 16380348 <GO>}

Hi, guys. Thanks for the call. Something doesn't make sense to me. In the presentation, you guys get asked to give EBITDA numbers for the first year. And you highlight that you're still busy with the study, you cannot provide that. You highlight that based on the bulk material overruns, it was initially a factored estimate and now only do you really get to the net equity of it and realize that these things are much more expensive than estimated. You cannot give concrete guidance for FY 2017, FY 2018 CapEx.

Normally, you guys have already spent $4.5 billion on this project. One would expect these things to effectively roll off the tip of your tongue. And after an update like yesterday, this doesn't really give investors the confidence that you guys are on top of this project. Do you guys want to comment on that?

## A - David Edward Constable   {BIO 7516283 <GO>}

Thank you, Johann. I think in interim results, we did explain that we did see cost pressures. We explained what those cost pressures were, labor cost, the rain and the lump-sum contracts. I think we're very clear on that. We also said that the Response Plan because of the Response Plan, we're going to have to pace the spend and therefore, extend the schedule to take care of our gearing and our dividend and our balance sheet. And that was all very clearly set out. And we're able to do that because we do have a good handle on the project. We got good control in place on the project. And the factor, the bulk material quantities are just coming out is basically, they are a factored estimate as you leave feed and now we're just getting to that point in the project where you considerably nail down the bulk material quantities. That's the only thing that's changed since the last time we spoke at interim results. And because we're not finished with the

Company Name: Sasol Ltd
Company Ticker: SOL SJ Equity
Date: 2016-06-07

FINAL

Bloomberg Transcript

and that adds costs. So Paul, can you just – I mean, that's the high level discussion, but do you want to make any other comment?

## A - Paul Victor   {BIO 18270877 <GO>}

Thanks, Nishal. So, basically, if oil prices are high that – it could give you your current equation because oil price has been low, the Response Plan was (47:43) company is still is to actually manage to get in within the self-imposed target to actually manage related to EBITDA also within the target range of below 1.7 times.

Now, with the oil price assumptions that we had articulated to you, that is not feasible. So, basically, what we've done is (48:02) all the levers in the four buckets that we have communicated. And very lastly reserved two methods which is the dividend range, which would (48:12) even given this low oil price environment, as you keep on playing the dividend and effectively reducing the CapEx portfolio to the level that you can execute your growth program and sustainably manage the business going forward.

So, just on the approach perspective this is kind of what I think you (48:31). Now, you can argue, okay, what the capital should have been? We will probably provide more color on the details behind the kind of the discussed escalation items in September. If I look at it, I will say nothing was kind of pulling you back and yet no constraint. And typically the element of (48:52) and bulk material estimate will be the items that I will say will be higher than the $8.9 billion metrics signaled before. So, what we will do is, once we get more detail on the workings that we are doing, then ultimately we can provide more color on what the exact number with regard to that is. Working through those numbers, as we've explained and then we'll give you a better range of no Response Plan, no limitation on cash or balance sheet constraint. How much more than $8.9 billion (49:22) two regions by itself because a schedule will not be then issued for you because you would have executed (49:30) according to – what you plan during (49:34). So, we'll provide more color on that but just principally and directionally, this is where that we are thinking about, the potential overrun (49:42)

## A - David Edward Constable   {BIO 7516283 <GO>}

Thanks, Paul.

So, thank you, everyone for calling in. Just also say that we issued a trading statement yesterday which you all probably saw. We're guiding on headline earnings per share, and in fact above consensus. Also, take note that we're seeing that strong volumes and cost reductions above our budgets. So, that's also paused the news that came out in the trading statement yesterday. And obviously, we're a fairly conservative organization and that allows us to make sure we can shift into pass on volumes and cost, (50:28) Response Plan. And probably thinking about those in similar terms when we talk about CapEx on LCCPs that we want to be – make sure we're comfortable right now, and not surprise later on. So, with that, again thank you for calling in and I know that, Bongani and Paul and Steve Cornell will be looking forward to seeing you in September and talking more about where we stand on the project. Thanks very much.