# EXHIBIT 12



**SASOL LIMITED**
Investor Fact Sheet – Lake Charles Chemicals Project
23 August 2016



## 1.  EXECUTIVE SUMMARY

### Introduction

The Lake Charles Chemical Project (LCCP) consists of a world-scale 1,5 million ton per year ethane cracker, and six downstream chemical units which is currently under construction near Lake Charles, Louisiana in the USA, adjacent to Sasol's existing chemical operations. At 30 June 2016, the capital expenditure to date on LCCP was $4,8 billion, and the overall project completion was around 50%.

### Key project metrics

| | |
|---|---|
| Total project output capacity | 1,77 mtpa |
| Ethane consumption | 100,000 bpd |
| Ethylene production | 1,54 mtpa |
| First unit beneficial operation | 2nd half CY2018 |
| Total project beneficial operation | 2nd half CY2019 |
| Capex spent to date (30 June 2016) | US$4,8 billion |
| Total project capex | US$11,0 billion |
| EBITDA from all derivative products (full run rate – year 6) | US$1 380m – US$1 480m per annum |

### Review outcome

Sasol has now completed its detailed review of the LCCP and has confirmed that a high degree of certainty exists over the updated capital cost estimated at $11 billion. This is an increase of $2,1 billion from the original estimate at the time of final investment decision (FID) in October 2014 and can be reconciled as follows:

| FID cost estimate (October 2014) | US$8,9 billion | |
|---|---|---|
| **Increase in the site and civil costs** | **US$750 million** | ■ Further groundwork due to poorer than anticipated subsurface conditions compared to FID estimates<br>■ Significant weather delays (*c*. 50% more rain days than the 10-year average)<br>■ Conscious decision to avoid schedule delays and proceed with out-of-sequence site preparation activities, while waiting for a variation of permit conditions to be granted |
| **Increase in EPCM contractor costs** | **US$680 million** | ■ Increase in contractor wage rates compared to the FID estimate<br>■ Increase in contractor engineering hours due to increases in material quantities<br>■ Lower engineering productivity during the development of the utilities, off-site and infrastructure detailed design and materials procurement management processes |
| **Increase in total labour cost** | **US$670 million** | ■ Additional materials due to lower FID estimates than final engineering estimates<br>■ Conscious decision to utilise higher skilled labour mix to enable planned productivity improvements<br>■ Lump sum contracts were placed at higher labour rates |
| **Current cost estimate including contingencies** | **US$11 billion** | ■ The estimate has been confirmed by a third party assurance provider and the contingency is considered sufficient when measured against industry norms for this stage of project completion. |

The schedule for LCCP remains the same as previously communicated. The first unit, the linear low-density polyethylene unit, is expected to achieve beneficial operation in the second half of calendar year 2018, which will be followed by the ethane cracker and ethylene oxide and mono ethylene glycol units later that year, with the low-density polyethylene unit shortly thereafter. This will result in over 80% of the total output from LCCP reaching beneficial operation by early 2019. The remaining derivative units will reach beneficial operation by the second half of 2019.

The LCCP funding strategy has not changed as a result of the higher capital expenditure estimates and Sasol does not expect to exceed its self-imposed gearing ceiling which is well below the gearing maintenance ratio covenant of 2,5 times, which Sasol is subject to in certain of its corporate funding agreements.

### Remedial action taken to deliver successful execution of the LCCP

Several changes have been, or are in the process of being, implemented to ensure that the project has a good probability of being completed within the updated cost and schedule guidance. Some of the key actions implemented are as follows:

- Key project management changes on both sides, including deployment of three experienced Sasol project personnel to oversee engineering, procurement and construction have been effected;
- Improvement of the control base management process and associated change management process;
- Improvement in managing work packages to ensure first quintile productivity for the remainder of the project; and
- Realignment of contracting strategies to ensure that the desired level of cost and productivity is achieved.

In addition, the site and civil work is now complete and the operations are less exposed to adverse weather.

### Why we do not expect further cost overruns

At 30 June 2016, the overall project completion was around 50%, with engineering around 85% complete, procurement of equipment almost 100% committed, and bulk materials procurement around two-thirds committed. In addition, fabrication of the modules and piping spool pieces is well advanced, with site, civil and concrete work nearing completion, resulting in overall construction progress around 15% complete. This, together with the detailed review process described above, results in a high degree of certainty for the cost and schedule provided by the review.

We communicated in June 2016 that we were confident that we could reduce the project costs from the upper end of the range which was communicated as $11 billion. We are now working off a $11 billion project cost as base case having built in sufficient contingencies to have a high degree of certainty that we can avoid further cost overruns. Notwithstanding the current cost estimate, various other savings opportunities have been identified to mitigate the increase in the overall capital cost estimate.

### Why we believe LCCP remains an attractive investment

Despite the current cost estimate of $11 billion, we still consider the LCCP to be a sound strategic investment that is of significant importance to Sasol's future growth and will return value to our shareholders for many years into the future. LCCP will transform the existing Lake Charles site into an integrated, multi-asset site that will allow fixed and infrastructure costs to be spread over multiple product lines, and provide opportunities for investment in additional downstream chemical facilities in the future. Further benefits include:

- Project returns over the remaining construction period remain in excess of our hurdle rate;
- The attractive position of the LCCP on the global ethylene cost curve places LCCP in a competitive position to successfully weather market volatility;
- Production of low-cost polyethylene produced from the two new, large polyethylene facilities that make use of world-class technology;
- Improving earnings stability throughout commodity chemical cycle;
- Anticipated margin expansion through securing long-term supply and removing offsite toll-processing;
- Anticipated earnings growth as technology and application development drive the transition from lower to higher value products;
- Full value chain integration with the existing ethoxylation units at Lake Charles; and
- Allowing for further LCCP expansion or other site specific investment opportunities in future.