# EXHIBIT 14

20-F 1 a2229729z20-f.htm 20-F

Use these links to rapidly review the document
TABLE OF CONTENTS
ITEM 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES

Table of Contents

As filed with the Securities and Exchange Commission on 27 September 2016

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

---

## FORM 20-F

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934—for the year ended 30 June 2016**

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number: 001-31615

### Sasol Limited

(Exact name of registrant as Specified in its Charter)

**Republic of South Africa**
(Jurisdiction of Incorporation or Organisation)

**1 Sturdee Avenue, Rosebank 2196**
**South Africa**
(Address of Principal Executive Offices)

Paul Victor, Chief Financial Officer, Tel. No. +27 11 441 3505, Email paul.victor@sasol.com
1 Sturdee Avenue, Rosebank 2196, South Africa
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

PLAINTIFFS001444

Table of Contents

During 2016, the rand fell to record lows against the US dollar, with the rand/US dollar exchange rate averaging R14,52 and fluctuating between a high of R16,88 and a low of R12,25. This compares to an average exchange rate of R11,45 during 2015, which fluctuated between a high of R12,58 and a low of R10,51.

The rand exchange rate is affected by various international and South African economic and political factors. Subsequent to 30 June 2016, the rand has on average strengthened against the US dollar and the euro, closing at R14,02 and R15,66, respectively, on 19 September 2016. In general, a weakening of the rand would have a positive effect on our operating results. Conversely, strengthening of the rand would have an adverse effect on our operating results. Refer to "Item 5.A—Operating results" for further information regarding the effect of exchange rate fluctuations on our results of operations.

Although the exchange rate of the rand is primarily market-determined, its value at any time may not be an accurate reflection of its underlying value, due to the potential effect of, among other factors, exchange controls. For more information regarding exchange controls in South Africa see "Item 10.D—Exchange controls".

**Cyclicality in petrochemical product prices and demand may adversely affect our business, operating results, cash flows and financial condition**

The demand for chemicals and especially products such as solvents, olefins, surfactants, fertilisers and polymers is cyclical. Typically, higher demand during peaks in the industry business cycle leads producers to increase their production capacity. Although peaks in the business cycle have been characterised by increased selling prices and higher operating margins in the past, such peaks have led to overcapacity with supply exceeding demand growth. Low periods during the industry business cycle are characterised by a decrease in selling prices and excess capacity, which can depress operating margins. We are unable to accurately forecast the timing of the industry business cycle,

and lower prices for chemical products during downturns in the cycle may have a material adverse effect on our business, operating results, cash flows and financial condition.

**Our large projects are subject to schedule delays and cost overruns, and we may face constraints in financing our existing projects or new business opportunities, which could render our projects unviable or less profitable than planned**

In financial year 2015, we made the final investment decision (FID) on the Lake Charles Chemicals Project (LCCP) (an ethane cracker and chemical derivatives plant) in the US.

Overall construction on the project continues on all fronts, with most engineering activities nearing completion and procurement well advanced. At 30 June 2016, the capital expenditure to date on LCCP was US$4,8 billion, and the overall project completion was around 50%.

In August 2016, we announced that a detailed review on the LCCP confirmed that the total capital cost for the project is expected to be US$11 billion representing an increase of $2,1 billion from the original estimate at the time of FID in October 2014. We also announced a number of changes to the project oversight designed to enhance the likelihood of the project being completed within the revised estimate.

The expected returns from the LCCP have also been updated, taking into account our updated oil and petrochemical price forecasts as well as the revised cost and schedule resulting from the review process. On an unlevered basis, the returns from the LCCP are expected to be slightly above the company's US dollar weighted average cost of capital of 8%, although below the returns expected at the time of FID in October 2014.

During 2016, the LDPE cash generating unit was impaired by R956 million (US$65 million), largely as a result of the increased capital cost and lower margins.

In Mozambique, the Field Development Plan (FDP) for the Production Sharing Agreement (PSA) licence was approved by

8

PLAINTIFFS001454