# EXHIBIT 15

Reviewed interim financial results for the six months ended 31 December 2016

Sasol Limited
(Incorporated in the Republic of South Africa)
(Registration number 1979/003231/06)
Sasol Ordinary Share codes: JSE: SOL      NYSE: SSL
Sasol Ordinary ISIN codes: ZAE000006896 US8038663006
Sasol BEE Ordinary Share code: JSE: SOLBE1
Sasol BEE Ordinary ISIN code: ZAE000151817
("Sasol" or "the company")

Reviewed interim financial results for the six months ended 31 December 2016

Sasol is an international integrated chemicals and energy company that leverages technologies and the expertise of our 30 300 people working in 33 countries. We develop and commercialise technologies, and build and operate world-scale facilities to produce a range of high-value product streams, including liquid fuels, chemicals and low-carbon electricity.

SALIENT FEATURES
- Strong business performance across most of the value chain
- Production volumes
  - Up 1% for Secunda Synfuels Operations
  - Up 5% for Eurasian Operations
- Normalised sales volumes
  - Base Chemicals up 11% and Performance Chemicals up 2%
  - Energy liquid fuels down 2%
- Business Performance Enhancement Programme delivered
  - Sustainable actual cost savings of R4,9bn
  - Target exit run rate of R5,4bn by 2018
- Response Plan cash savings exceeding expectations
  - R17,8bn cash savings delivered for the period
  - Target increased to deliver full year cash savings of R26bn
- Lake Charles Chemicals Project is on track and 64% complete
- Headline earnings per share down 38% to R15,12, earnings per share up 19% to R14,21
- Safety Recordable Case Rate (RCR), excluding illnesses, improved to 0,27. We regret that three fatalities occurred.
- Cash fixed costs, including the mining strike cost, 1% down in real terms
- Invested R471 million in skills development and socioeconomic development
- Direct and indirect taxes paid to South African Government R15,4 billion

Segment report
for the period ended

| | Turnover R million | | | | Operating profit/(loss) R million | | |
|---|---|---|---|---|---|---|---|
| Full year 30 Jun 16 Audited | Half year 31 Dec 15 Reviewed | Half year 31 Dec 16 Reviewed | Segment analysis | | Half year 31 Dec 16 Reviewed | Half year 31 Dec 15 Reviewed | Full year 30 Jun 16 Audited |
| 21 186 | 10 625 | 11 543 | Operating Business Units | | 1 738 | (5 930) | (6 975) |
| 16 975 | 8 351 | 9 524 | - Mining | | 1 534 | 2 359 | 4 739 |
| | | | - Exploration and Production | | | | |
| 4 211 | 2 274 | 2 019 | International | | 204 | (8 289) | (11 714) |
| 173 042 | 84 507 | 83 452 | Strategic Business Units | | 11 909 | 18 600 | 29 831 |
| 64 341 | 32 991 | 31 225 | - Energy | | 5 529 | 10 261 | 14 069 |
| 35 067 | 16 938 | 18 215 | - Base Chemicals | | 1 733 | 3 178 | 4 486 |
| 73 634 | 34 578 | 34 012 | - Performance Chemicals | | 4 647 | 5 161 | 11 276 |
| 108 | 49 | 526 | Group Functions | | 25 | 2 246 | 1 383 |
| 194 336 | 95 181 | 95 521 | Group performance | | 13 672 | 14 916 | 24 239 |
| (21 394) | (10 706) | (10 626) | Intersegmental turnover | | | | |
| 172 942 | 84 475 | 84 895 | External turnover | | | | |

Transitioning to the future
Joint President and Chief Executive Officer, Bongani Nqwababa said:
"Notwithstanding the volatile macro-economic environment in which we operate, Sasol delivered a resilient performance. This is attributable to our continued sharpened focus on business and capital excellence, advancement of our value-based capital projects, consistent delivery against our cost reduction and cash savings targets and a heightened focus on macro-economic risk mitigations to protect our balance sheet. These decisive actions were underpinned by a robust business performance from our global assets. Furthermore, we continue pursuing our zero harm focus, building a resilient organisation for the future and nurturing our foundation business, while driving value based growth as we consider our future investment opportunities."

Joint President and Chief Executive Officer, Stephen Cornell said:
"Advancing our value based growth strategy continues through our near-term focus on Southern Africa and North America. Our Lake Charles Chemicals Project in the United States is now 64% complete, and remains on track for start-up of the first units in the second half of 2018. The fundamental drivers for this investment remain sound, and will enable Sasol's continued growth in a low feedstock cost region. In Mozambique, we remain committed to our growth plans and will continue to partner with the country's government and other stakeholders on projects that will help stimulate socio-economic growth.  We are confident that the economics to develop the Production Sharing Agreement license area remain positive, with four wells completed, as part of our drilling campaign, already showing promising results."

Overview*
Earnings attributable to shareholders for the six months ended 31 December 2016 increased by 19% to

a solid performance by focusing on delivering higher production and sales volumes and managing costs. While commodity chemical US dollar prices decreased by 6% compared to the prior period, prices have recovered and are currently 6,7% higher than the second half of 2016, with this trend expected to continue for at least the next six months.

Operating profit decreased by 45% to R1 733 million compared to the prior period and the operating margin decreased from 19% to 10%. Normalised operating profit for the full financial year is estimated at between R4,5 billion to R5,5 billion, based on the latest business performance and taking into account a much stronger rand/US dollar exchange rate*.

* This financial forecast is the responsibility of the directors and in accordance with standard practice, it is noted that this information has not been reviewed and reported on by the company's auditors.

Energy - Strong Synfuels performance, margins under pressure
Operating profit of R5 529 million decreased by R4 732 million or 46% compared to the prior period. Normalised for the impact of translation effects on the valuation of the balance sheet and other once-off items, operating profit decreased by 21%. Operating margins were down 4% on a normalised basis. Operating profit was negatively impacted by a 38% decrease in petrol differentials, a 12% decrease in diesel differentials and lower liquid fuels sales volumes. In nominal terms, we reduced our cash fixed costs by 2% compared to the prior period due to our BPEP and RP initiatives and the benefit of increased own electricity generation at SSO.

Liquid fuel sales volumes decreased by 2% compared to the prior period, mainly due to lower allocated volumes from SSO, the impact of the Natref plant shutdowns and lower external purchases. Gas sales volumes were 1% higher compared to the prior period mainly due to higher gas sales to commercial customers. Our share of power produced at the Central Térmica de Ressano Garcia (CTRG) joint operation in Mozambique amounted to 334 gigawatt-hours of electricity, 2% higher than the prior period.

The ORYX GTL plant achieved an average utilisation rate of 95% for the period, while maintaining a world-class safety recordable case rate of zero. Excluding the impact of a once-off tax adjustment at the ORYX GTL plant in the prior period, our share of profit from joint ventures was 10% higher compared to the prior period. In Nigeria, the extended EGTL turnaround maintenance programme is scheduled to be completed during the first quarter of the 2017 calendar year followed by a planned ramp-up in plant production to design capacity.

Advancing projects to enable future growth
We are encouraged by the headway we are making in delivering on our project pipeline:

- Growing our footprint in North America

  - Overall construction on the LCCP continues on all fronts, with most engineering and procurement activities nearing completion during the period. Total capital spent amounts to US$6,0 billion, and the overall project completion is 64%. The total forecasted capital cost for the project remains within the approved US$11 billion budget and approved schedule. The project's contingency which, measured against industry norms for this stage of project completion, is still considered sufficient to effectively complete the project to beneficial operation (BO) within the US$11 billion budget. Although unplanned event-driven risks may still impact the execution and cost of the project, we are confident that the remaining construction, procurement, execution and business readiness risks can be managed within the budget as a result of these changes. We still consider the LCCP to be a value-based investment that will return sustainable value to our shareholders for many years into the future. The project returns are still forecast to be above our weighted average cost of capital (WACC).

  - Construction of our 50% joint venture high-density polyethylene plant with Ineos Olefins and Polymers USA is more than 90% complete and is on track for mechanical completion by the middle of the 2017 calendar year. The plant will be the largest bi-modal high density polyethylene (HDPE) manufacturing facility in the US (470 kt per annum) and will produce some of the most cost competitive performance resins based on InnoveneTM S technology. We continue to work with the operator (our joint venture partner) to manage construction delays that have mainly resulted from adverse weather conditions and poor craft labour productivity. Together with our partner, we have successfully approached the market and attained a favourable reduction in the financing rate for the remaining term of the facility.  The project economics remain strong and returns are currently above WACC despite the project's cost increase. The market conditions for start-up continue to be favourable with low feedstock cost and strong polyethylene market demand projected in 2017.

- Focusing on our asset base in Southern Africa

  - Our strategic R14,0 billion mine replacement programme, which will ensure uninterrupted coal supply to SSO in order to support Sasol's strategy to operate its southern African facilities until 2050, is nearing completion. The total programme is expected to be completed below budget and within schedule. The Shondoni colliery achieved BO, within budget, during April 2016 and will be fully completed during the second half of the 2017 calendar year. Phase 2 of the Impumelelo colliery project for R0,9 billion commenced during the first half of the 2016 calendar year and is on track to be completed within budget, late in the 2019 calendar year.

  - The expansion of our FTWEP facility in Sasolburg is progressing well. BO for phase two is on track for the end of the third quarter of 2017. The project economics for this project remain sound. The total project cost for both phases is estimated at R13,5 billion.

  - The Loop Line 2 project on the Mozambique to Secunda Pipeline (MSP) reached BO ahead of schedule on 2 November 2016 at a total project cost below budget, while delivering a safety recordable case rate of zero. Loop Line 2 will increase the MSP's available annual gas transportation capacity from 169,4 bscf to 191 bscf and renders a return in line with our investment hurdle rate.

  - The first phase of the development of the Production Sharing Agreement (PSA) licence area remains on budget and schedule. To date, four wells have been drilled and completed, two gas wells in the Temane G8 reservoir and two oil wells in the Inhassoro G6 reservoir. Drilling results have been in line