# EXHIBIT 16

**Q2 2017 Sasol Ltd Earnings Presentation**

Johannesburg Feb 27, 2017 (Thomson StreetEvents) -- Edited Transcript of Sasol Ltd earnings conference call or presentation Monday, February 27, 2017 at 1:00:00pm GMT

CORPORATE PARTICIPANTS
Stephen Cornell, Sasol Ltd. - Joint President & CEO
Bongani Nqwababa, Sasol Ltd. - Joint President & CEO
Paul Victor, Sasol Ltd. - CFO
Fleetwood Grobler, Sasol Ltd. - EVP, Chemicals Business
Stephan Schoeman, Sasol Ltd. - EVP, Technology
Riaan Rademan, Sasol Ltd. - EVP, Upstream & Business Enablement
CONFERENCE CALL PARTICIPANTS
Gerhard Engelbrecht, Macquarie - Analyst
Sean Unger, Arcan Capital - Analyst
Chris Nicholson, Morgan Stanley - Analyst
Alex Comer, JPMorgan - Analyst
Adrian Hammond, SBG Securities - Analyst

**PRESENTATION**

**Operator**

Good morning, and good afternoon, ladies and gentlemen. Welcome to the Sasol interim financial results conference call. Today's call will be hosted by Stephen Cornell and Bongani Nqwababa, Joint Presidents and Chief Executive Officers; and Paul Victor, Chief Financial Officer.

Following the formal presentation by Sasol management, an interactive Q&A session will take place. A copy of today's slide presentation is available on www.sasol.com. Today's conference is being recorded.

I would now like to turn the call over to Stephen Cornell. Please go ahead, sir.

**Stephen Cornell**, Sasol Ltd. - Joint President & CEO

Thank you, operator. Good day, everyone, and thank you for joining us for Sasol's 2017 half-year results presentation. Before we begin, I'd like to refer you to the safe harbor note on forward-looking statements, contained on slide 2 of the presentation.

Today, we are pleased to be announcing another resilient performance for Sasol, notwithstanding ongoing market volatility. We believe our performance is attributable to the discipline we have displayed in keeping our costs in check, conserving cash, and being astute in how we allocate capital. This is why we're earning reliable, efficient, and safe operations and continuing to sharpen our focus on business and capital excellence.

Let's turn now to the key messages you will hear from Bongani and I today. Despite the continued market volatility during the reporting period, we delivered strong results and progressed the execution of our key capital projects.

For the six months to December 2016, we recorded a resilient business performance across most of the Sasol value chain, reflected by notable gains in production volumes across key assets.

We continue to improve our approach to capital allocation, in order to drive total shareholder return. Here, our goal is to optimize how we allocate capital across the Group to ensure we deliver maximum sustainable value to our shareholders.

As you would know, our near-to-medium-term strategy encompasses a largely dual-regional focus on Southern Africa and North America. To this end, we continue to strategically position ourselves to advance our [gas buy] (inaudible) programs. This is specifically through the Lake Charles Chemicals Project in North America, and the field development plans for the production sharing agreement license area in Mozambique. Both these value-based growth projects are progressing well, and we look forward to them coming on line in the not-too-distant future.

Paul will, of course, go into more detail on our financial and operational performance for the year. Then after that we will open up the session for any questions you may have.

**Bongani Nqwababa**, Sasol Ltd. - Joint President & CEO

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

It is our considered view that Sasol's current trading multiples, relative to our peers, do not reflect the Company's intrinsic values. To address this, specific interventions will be implemented. These include sharing the Group's refined, long-term strategy and improving our focus on capital allocation.

In terms of our balance sheet, we maintain a pipeline of opportunities that provide us with strategic flexibility. We also manage our capital portfolio to remain within our capital budget and gearing rate.

**Stephen Cornell**, Sasol Ltd. - Joint President & CEO

Turning our attention now to North America, overall construction on the LCCP continues on all fronts with most engineering and procurement activities nearing completion. As of December 31, 2016, capital expenditure amounted to $6 billion.

Overall project completion was 64%, with the startup of the first units forecasted in the second half of 2018 still on track.

The modular approach we are following to build the various plants has ensured that overall construction is progressing well and site utilization has been optimized. Large laydown areas that can accommodate procured material and equipment have been established. This is positively influencing our synchronized work-phase planning.

Fabrication of the modules and piping [scope] pieces is well advanced with critical site, civil and concrete work nearing completion. Overall construction progress is now around 25% complete.

This, together with the detailed ongoing assurance processes, results in a high degree of certainty for achieving end of job cost and schedule targets. The total forecasted capital cost for the project remains within the approved the $11 billion budget.

The project's contingency, measured by industry norms for this stage of completion, is still considered sufficient to effectively complete the project to beneficial operation within the approved budget.

As we still have approximately 18 months of construction ahead of us, unplanned, event-driven risk may still impact the execution of the project. We are, however, confident that the remaining execution in business-readiness risk can be managed within the approved schedule and budget.

We consider the LCCP a value-based investment that will return sustainable value to our shareholders for many years into the future. The project returns are still forecast to be above the weighted average cost of capital.

**Bongani Nqwababa**, Sasol Ltd. - Joint President & CEO

In Mozambique, we remain committed to our growth plans. This is despite the current financial challenges the country is facing. We will, therefore, continue to partner with the Mozambican Government and other institutions on projects that will help stimulate growth to improve the quality of lives of Mozambicans.

Despite these recent challenges, we are confident that the economics to develop the PSA remains positive. We are pleased to report that progress on the PSA development is on track and within our approved budget and schedule.

Four wells have been drilled and completed during the reporting period. Specifically, we drilled two gas wells in the Temane reservoir and two oil wells in the Inhassoro reservoir. The tests conducted thus far have produced encouraging results.

During the course of drilling the second well, we encountered previously unknown accumulations of hydrocarbons within the development and production areas. This indicates the presence of both gas and oil. We have issued a notice of discovery to the Mozambican authorities and will continue to -- our evaluation of the data. We expect to complete our technical well drilling program at the end of next year.

Since 2004, at the time of the initial investment by Sasol and our partners in Mozambique, over $2 billion has been invested in developing the country's hydrocarbon industry. This included wells; a central processing facility; gas pipelines; as well as investments in expansion, sustenance and growth projects.

Phase 1, tranche 1 of the PSA licensed area development will see Sasol invest a further $1.4 billion. Between 2004, when the gas project first came on stream, and 2016, more than $1 billion was delivered to the Government of Mozambique. This includes corporate taxes, royalties and social investments, as well as profit share and dividends paid out of state on enterprises.

During the same period, goods and services to the value of $831 million were procured from Mozambican suppliers. Our ongoing investment affirms that Mozambique is critical for Sasol's 2050 strategic forecast for Southern Africa, given the (inaudible) of securing gas feedstock for an integrated value chain

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

There is only a certain percentage of our alco prices that is directly tied. Therefore, this outlook is really playing out in the market, but it's not impacting us in the majority of our alco volumes that we're selling to the market.

**Question – Unidentified Company Representative:** Thank you. Can we move on, operator (multiple speakers)?

---

**Analyst:** Gerhard Engelbrecht, Macquarie - Analyst

**Question – Gerhard Engelbrecht:** Just -- sorry, just one part of the question. If you have the same problems at the LCCP as you have had at Gemini, will your contingencies be sufficient?

**Answer – Stephan Schoeman:** Gerhard, good afternoon, this is Stephan Schoeman speaking. I think we need to distinguish between the two projects in the sense that there were significant changes that we made after learning some lessons on LCCP.

We also have a greater degree of modularization on LCCP, and it's going better than expected there; as well as some of the current productivity that we see, or as anticipated in our CBU.

So, there are many structural differences that were implemented on the LCCP. And, yes, similar to the example you cited earlier, those projects were structurally different and ended up, at the end of the project phase, now with the complication of productivity.

So, I think, of course, if we have significant issues on LCCP, the contingency will not be sufficient. But that is -- that is definitely not anticipated and also not seen currently in what we are achieving, in actual fact, with above ground [level].

**Question – Gerhard Engelbrecht:** Thank you.

**Answer – Operator:** [Sean Unger], [Arcan] Capital.

---

**Analyst:** Sean Unger, Arcan Capital - Analyst

**Question – Sean Unger:** Three questions. Just in terms of your commentary around intrinsic value not being reflected relative to peers. Do you mind just commenting a little bit more on that?

And then, just on your improved capital allocation strategy, there's a mention of M&A. Could you comment whether you have actively looked at any deals in, say the last six to nine months? And then, just linked to that, whether Sasol would be prepared to lift the gearing ceiling of 44%, and net debt to EBITDA limit of 2 times?

And then, just on performance chemicals. Could you comment a little bit more about pricing and margins. I know that in the slide pack there was a commentary around margins being resilient, maybe you could just chat a bit more about that across organics and [wax]? Thanks.

**Answer – Stephen Cornell:** Thanks, Sean. Let me take the first one on the value gap.

What we look at generally is the enterprise value divided by EBITDA. If you compare a broad range of typical companies, mid-cap companies, oil companies and look at the range that they're trading in, then what we see is something roughly in the 6 to 8 times multiple. We're currently at 5 times or below.

The point being we believe that there's upside in terms of the multiples, especially with the addition of chemical production coming on at the LCCP.

So, that was the comment that we highlighted and just wanted to point that out in terms of our view of the market.

**Answer – Bongani Nqwababa:** Thank you, I can talk to the issue of capital allocation, M&A's, and gearing. In terms of what we are looking at, we are obviously evaluating our options, because as we have briefed you previously, that our gearing will peak to a maximum of 44% in FY18. But thereafter, when the LCCP comes onstream, our gearing, it starts coming down quite significantly.

At the moment, the forecast is spreading our imagination, not spending our cash, as my colleague Riaan Rademan would call it.

So, we are forecasting on making sure that we develop our option, so that come the opportunity, we execute those options having done a lot of thinking and analysis, instead of having the risk of overpaying, because we have not analyzed the matter in detail.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.