# EXHIBIT 17





**VALUE-BASED GROWTH**
ON A ROBUST FOUNDATION

# SASOL LIMITED
## FINANCIAL RESULTS
for the period ended 30 June 2017



**JSE: SOL   NYSE: SSL**

# LCCP on track and progressing well



- Overall project 74% complete with construction execution at 42%
  - Remain on track for start-up of first units in 2nd half of calendar year 2018
- Capital expenditure to date of US$7,5 billion – tracking revised $11bn estimate
- First quintile construction productivity performance
- Sufficient contingency to complete project to beneficial operation within revised budget
- Commissioning and marketing plans well developed
- Project returns reduced to approximately 7-8% due to lower pricing assumptions
  - Returns based on 4th quarter FY2017 spot pricing approximately 8-8,5%



Lake Charles Chemicals Project, Lake Charles, US



Lake Charles Chemicals Project, Lake Charles, US