# EXHIBIT 18



# SASOL LIMITED FINANCIAL RESULTS

**for the six months ended 31 December 2017**

   

 

**sasol**

Key messages

## Steady progress on LCCP

- Cost and schedule on track
  - Overall project 81% complete with construction execution at ~54%
  - $8,8bn spent of $11,13bn project cost
  - On track for start-up of first units in H2CY18

- US tax reforms contributing ~0,5% to returns
  - Project returns ~7,5 - 8,5% (previous guidance ~7 - 8%)
  - Returns based on Q4CY17 spot pricing ~9 - 9,5% (previous guidance ~8 - 8,5%)

- Strong focus on commissioning, operations and business readiness
  - Progressive start-up of utilities ongoing and gaining momentum
  - Engaging prospective new markets and customers; Gemini HDPE first product to market
  - Contracts for major distribution channels in place

## LCCP adds up to 20% to EBITDA by FY22 or $1,3bn real[1]

 

1.  In FY22 based on our assumptions

Copyright ©, 2018, Sasol