# EXHIBIT 19



# Investor Presentation 2018

   

 

Copyright ©, 2018, Sasol

## Steady progress on LCCP

**sasol**

❯ **Cost and schedule on track**

- Overall project 85% complete with construction execution at ~61%
- $9,2bn spent of $11,13bn project cost
- On track for start-up of first units in H2CY18

❯ US tax reforms contributing ~0,5% to returns

- Project returns ~7,5 - 8,5% (previous guidance ~7 - 8%)
- Returns based on Q4CY17 spot pricing ~9 - 9,5% (previous guidance ~8 - 8,5%)

❯ **Strong focus on commissioning, operations and business readiness**

- Progressive start-up of utilities ongoing and gaining momentum
- Engaging prospective new markets and customers; Gemini HDPE first product to market
- Contracts for major distribution channels in place

**LCCP adds up to 20% to EBITDA by FY22 or $1,3bn real1**




Copyright ©, 2018, Sasol