# EXHIBIT 20



VALUE THROUGH FOCUS AND DISCIPLINE

SASOL LIMITED
Audited Financial Results
for the year ended 30 June 2018

# AUDITED FINANCIAL RESULTS
for the year ended 30 June 2018

Sasol is a global integrated chemicals and energy company. Through our talented people, we use selected technologies to safely and sustainably source, produce and market chemical and energy products competitively to create superior value for our customers, shareholders and other stakeholders.

## SALIENT FEATURES

### FINANCIAL PERFORMANCE

- EBITDA up **10%** to R52 billion
- Core headline earnings per share down 6% to **R36,03**
- Headline earnings per share down 22% to **R27,44**
- Normalised cash fixed costs **remained flat** in real terms
- Dividend per share **R12,90** (2,8xCHEPS)

  \* Our dividend policy is to pay dividends with a dividend cover on core headline earnings per share (CHEPS)

### OPERATIONAL PERFORMANCE

- Plant interruptions lowers Secunda Synfuels Operations volumes by **3%**
- Eurasian Operations volumes up **3%**
- ORYX GTL utilisation at **95%**
- Strong market demand drives **1%** increase in Performance Chemicals sales volumes
- Liquid fuels sales volumes down **2%**, Base Chemicals volumes down **1%** both impacted by Synfuels plant incidents

### SOCIAL VALUE AND TRANSFORMATION

- Invested **R2 billion** in skills and socio-economic development, up 25%
- Implemented **Sasol Khanyisa,** our new Broad-Based Black Economic Empowerment ownership transaction to advance our transformation imperative

### ADVANCING LCCP\*

- **88%** complete, tracking schedule and revised cost estimate of US$11,13 billion
- Steam utility system commissioned earlier than planned

  \* Lake Charles Chemicals Project (LCCP)

### SAFETY

Safety Recordable Case Rate (RCR), excluding illnesses, **improved to 0,27** our lowest so far, regrettably four fatalities



Sasol Limited Group

### Joint President and Chief Executive Officer, Bongani Nqwababa said:

Our resilient 2018 performance was underpinned by higher sales and production volumes, in the second half of the year. This was enabled by our continued focus on factors within our control and higher global oil prices, resulting in improved product prices and margins, notwithstanding continued exchange rate volatility. Overall, our operational performance was satisfactory, however unplanned Eskom electricity supply interruptions and two internal outages at Secunda Synfuels Operations, negatively impacted volumes. Enhancing our foundation businesses, a core aspect of our value-based strategy, will be delivered through ensuring safe and sustainable operations, robust asset management strategies, continuous improvement and digitalisation, underscored by disciplined capital allocation.

### Joint President and Chief Executive Officer, Stephen Cornell said:

2019 will be a defining year for Sasol with the start-up of the LCCP, a catalyst for transforming our earnings profile[1]. Mozambique, our other key growth area, remains central to our gas strategy where we are stepping up efforts to secure long-term gas feedstock, while delivering on our stakeholder commitments. Improving the flexibility of our balance sheet, through increased cash flow and reduced gearing, and managing an optimal capital structure will be a key focus ahead. We remain confident in delivering on our strategy, which will realise sustainable long-term value for our stakeholders.

### Financial results overview[2,4]

Sasol delivered a resilient set of results, underpinned by satisfactory sales and production volumes, delivering a flat normalised real cash fixed cost base and benefitting from much higher crude oil and product margins in the second half of the financial year. Our financial results were negatively impacted by several unplanned Eskom electricity supply interruptions and two internal outages at our Secunda Synfuels (SSO) and Natref operations that resulted in lower production volumes, as well as a 6% stronger average rand/US dollar exchange rate compared to the prior period.

Our underlying cash flow performance was robust. Earnings before interest, tax, depreciation and amortisation (EBITDA[4]) increased by 10% when compared to the prior year. Core headline earnings[3] per share (CHEPS) however decreased by 6% to R36,03 compared to the prior period and Headline Earnings Per Share decreased by 22% to R27,44. The difference between core headline earnings and EBITDA in the current year is largely due to depreciation of approximately R16 billion and employee share-based payment expenses of R1,5 billion due to the marked improvement of the Sasol share price at the end of the financial year. The share-based payment relating to our Khanyisa Broad-Based Black Economic Empowerment (B-BBEE) transaction of R3 billion is excluded from core headline earnings and EBITDA as it is considered to be a once-off and non-cash item.

Sasol's core headline earnings per share were impacted by the following notable once-off and period close items:

| | % change 2018 vs 2017 | 2018 Rand per share | 2017 Rand per share |
|---|---|---|---|
| **Headline earnings per share** | (22) | **27,44** | 35,15 |
| Translation impact of closing exchange rate | (106) | **(0,09)** | 1,39 |
| Mark-to-market valuation of hedges | | **3,81** | (0,42) |
| Implementation of Khanyisa B-BBEE transaction | | **4,82** | – |
| LCCP ramp-up depreciation | | **0,05** | – |
| Once-off Uzbekistan license fee | | **–** | (0,59) |
| Strike action at Mining and related costs | | **–** | 1,45 |
| Provision for tax litigation matters | | **–** | 1,49 |
| **Core headline earnings per share[3]** | (6) | **36,03** | 38,47 |

Earnings attributable to shareholders for the year ended 30 June 2018 decreased by 57% to R8,7 billion from R20,4 billion in the prior year. This resulted in earnings per share (EPS) decreasing by 57% to R14,26 compared to the prior year. The stronger average rand/US dollar exchange rate and the negative impact of remeasurement items, largely driven by the stronger longer-term rand exchange rate, resulted in a much lower profit and earnings per share for the year.

Sasol Limited Group

In line with our strategy to grow our South African retail presence and maximise margins, we opened 12 new Sasol retail convenience centres (RCCs) and divested from 10 non-operating RCCs. We are continuing to accelerate the growth of our retail network through organic growth and potential acquisitions. We are also improving our retail offering to meet the changing trends of our customer base through embracing digitalisation. As part of our commitment to transformation, we continued to focus on procurement, skills and enterprise development initiatives and improved our B-BBEE score for Sasol Oil from a level 7 to a level 3 in the current year.

* Normalised earnings represent reported EBIT adjusted for remeasurement items and the closing rate translation effects based on information contained in the published Group consolidated annual financial statements for the year ended 30 June 2018.

## Advancing projects to enable future growth
We are making steady progress in delivering on our growth pipeline:

- **Growing our footprint in North America**        :
  - We are progressing with LCCP in Lake Charles and indications are that the cost of the project will remain within the previous market guidance of US$11,13 billion. As at end June 2018, engineering, equipment fabrication and procurement were substantially complete and construction progress reached 68% completion. Overall the project is 88% complete with capital expenditure amounting to US$9,8 billion. The project remains on track to start up the first three manufacturing units in the second half of the 2018 calendar year. A significant milestone was reached when we achieved first steam production in July 2018. The expected start-up date of the remainder of the manufacturing units remains in the second half of the 2019 calendar year.

    We have updated the LCCP economics with the current view of long-term market assumptions obtained from independent market consultants. Due to the volatile market and differing views of where ethane will be sourced from, the assumptions from the market consultants differ significantly. In a scenario where ethane is sourced from the Gulf area, the internal rate of return (IRR) is 8,0% - 8,5% and assumes an ethane price of between US$30-40 cents per gallon. The alternative view which assumes that ethane is sourced further away from the Gulf yields an IRR of 5,2% - 5,7% as the ethane price is between US$60-65 cents per gallon. In both of these scenarios the oil price is assumed to be US$60-80/bbl and the EBITDA at steady state ranges between US$1,2 billion to US$1,3 billion. At spot prices, using the last quarter of 2018 as a reference, the IRR is 8,5% - 8,9%. The spot WACC rate for the US at 30 June 2018 was 7,68%.

- **Focusing on our asset base in Africa:**
  - Our strategic R14 billion mine replacement programme, which will ensure uninterrupted coal supply to SSO in order to support Sasol's strategy to operate our Southern African facilities until 2050, is nearing completion. Phase two of the Impumelelo colliery project is on track to be completed within budget, late in the 2019 calendar year. The Shondoni colliery underground infrastructure was completed during May 2018 and the colliery was officially inaugurated on 5 July 2018. The phases completed to date were within budget and schedule.

  - In Mozambique, the PSA Phase 1 and Phase 2 drilling activities have been completed. In total, 11 wells were drilled comprising seven oil wells and four gas wells. The Inhassoro oil reservoirs have proved more complex than expected and, with the reduced expectation of recoverable oil volumes and uncertainty on the oil price, we are looking to maximise the use of existing processing facilities in the adjacent Petroleum Production Agreement (PPA) facilities. Phase 1 gas results confirm gas resources cover for Central Termica Temane (CTT), formerly Mozambique Gas-to-Power Project (MGtP). Phase 2 appraisal drilling results indicate gas volumes to be at the lower end of our initial estimates. Focused efforts are underway to assess the range of options and possibilities to sustainably secure and source gas feedstock.

  - In continuing to execute our strategy, we have concluded a farm-in into the DE8 block in Gabon where we now hold 40% working interest of that block. An exploration well drilled during the year was unsuccessful and written off.

## Maintaining our focus on safety and sustainable value creation
We continued to deliver on our broader sustainability and community contributions during the year:

- Safety remains one of our top priorities and is a core value. However, we are deeply saddened to report that we had four work-related fatalities and six high severity injuries this year. An incident, which resulted in the tragic death of an employee, was investigated as a fatality and the harm was determined to have been self-inflicted. The main learnings from this investigation were taken on board and implemented. Our thoughts remain with the families of our employees who have lost their lives in Sasol's service this year.

  A senior executive safety workshop was conducted as a necessary intervention to evaluate industry best practices and strengthen the standardised approach to prevent fatalities and high severity injuries across the group. Four focus areas were identified which will form the basis of our safety programme for the next financial year. Our 12 month rolling Recordable Case Rate for employees and service providers, excluding illnesses, improved to 0,27, our lowest level ever recorded. We believe our focused programme will also improve our injury rate.