# EXHIBIT 21

6-K 1 sasol_afr.htm

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# Form 6-K

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER THE SECURITIES EXCHANGE ACT OF 1934**

Report on Form 6-K for August, 2018

Commission File Number 1-31615

Sasol Limited
50 Katherine Street
Sandton 2196
South Africa

(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F __X__ Form 40-F _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ____

**Note**: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ____

**Note**: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes _____ No __X__

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):



# AUDITED FINANCIAL RESULTS
for the year ended 30 June 2018

Sasol is a global integrated chemicals and energy company. Through our talented people, we use selected technologies to safely and sustainably source, produce and market chemical and energy products competitively to create superior value for our customers, shareholders and other stakeholders.

## SALIENT FEATURES

### FINANCIAL PERFORMANCE

- EBITDA up **10%** to R52 billion
- Core headline earnings per share down 6% to **R36,03**
- Headline earnings per share down 22% to **R27,44**
- Normalised cash fixed costs **remained flat** in real terms
- Dividend per share **R12,90** (2,8xCHEPS)

  * Our dividend policy is to pay dividends with a dividend cover on core headline earnings per share (CHEPS)

### OPERATIONAL PERFORMANCE

- Plant interruptions lowers Secunda Synfuels Operations volumes by **3%**
- Eurasian Operations volumes up **3%**
- ORYX GTL utilisation at **95%**
- Strong market demand drives **1%** increase in Performance Chemicals sales volumes
- Liquid fuels sales volumes down **2%**, Base Chemicals volumes down **1%** both impacted by Synfuels plant incidents

### SOCIAL VALUE AND TRANSFORMATION

- Invested **R2 billion** in skills and socio-economic development, up 25%
- Implemented **Sasol Khanyisa,** our new Broad-Based Black Economic Empowerment ownership transaction to advance our transformation imperative

### ADVANCING LCCP*

- **88%** complete, tracking schedule and revised cost estimate of US$11,13 billion
- Steam utility system commissioned earlier than planned

  * Lake Charles Chemicals Project (LCCP)

### SAFETY

Safety Recordable Case Rate (RCR), excluding illnesses, **improved to 0,27** our lowest so far, regrettably four fatalities

Sasol Limited Group

- Our Eurasian Operations continued to improve on their operational performance and delivered a 3% increase in production volumes. This was largely due to stronger product demand and increased plant availability.

- ORYX GTL delivered a strong production performance, with an average utilisation rate of 95% exceeding our market guidance of 92%.

- Natref's production volumes were 9% lower due to planned shutdowns and an unexpected electricity supply interruption at the start of the financial period. The second half of the year however yielded much improved production rates despite a planned shutdown in quarter four. The increased volumes in the second half of 2018 partially offsets the lower production volumes recorded in the first half of the year. The production run rate for quarter four was 600m³/h resulting in a full year run rate of 536m³/h. This compares to a run rate of 592m³/h in 2017.

A detailed production summary and key business performance metrics for the financial year for all our businesses is available on our website, www.sasol.com.

Turning to our cost performance, cash fixed costs were up 2% in real terms in the first half of the year mainly as a result of above–mentioned planned and unplanned production interruptions. In the second half of the year, we increased our focus on improving our cost efficiency and managed to keep our normalised cash fixed costs (excluding growth and once-off items) for the year flat in real terms. We are of the view that our cost management processes remain robust to protect and improve our cost competitive position and still positions us in managing our cost base to within our inflation target, while ensuring that we maintain safe and sustainable operations. Whilst we have reduced our cost base significantly through our Business Performance Enhancement Programme (BPEP) and Response Plan (RP), we are continuing to evaluate further opportunities to reduce cost through our Continuous Improvement (CI) programme. The inflation rate for South Africa remains volatile and has moved from 6,5% over the past two years to 4,7% at 30 June 2018. Against this backdrop, we are targeting an inflation rate of 6% as a more sustainable increase for our cost base. We are well positioned to continue with this improved operational and cost performance into the 2019 financial year.

## Cash and capital performance

Cash generated by operating activities decreased slightly to R42,9 billion compared with R44,1 billion in the prior year. This is largely attributable to a R3,8 billion increase in working capital. Our trade receivables increased by R2,8 billion due to higher chemical sales prices and higher volumes in June 2018 which translated into cash in July 2018. In addition, due to the last day of the financial year being on a weekend, R1 billion was received from debtors in the first three business days of July 2018. Inventory increased by R3,4 billion mainly as a result of higher feedstock costs as a result of the increase in crude oil prices compared to the previous financial year. Inventory holding in days were slightly higher compared to the previous financial year.

Actual capital expenditure, including accruals, amounted to R53,4 billion. This includes R30,1 billion (US$2,3 billion) relating to the LCCP. The capital spending rate is aligned to our internal targets and with previous market guidance provided.

Our net cash position decreased by 42%, from R29,3 billion in the prior period to R17 billion as at 30 June 2018 due to the funding of the LCCP and investments to fund growth projects. Loans raised during the year amounted to R25 billion, mainly for the funding of our US growth project. Short-term debt increases relates to the Sasol Inzalo Public transaction unwinding in September 2018. During the year, we increased our existing US$1,5 billion Revolving Credit Facility to US$3,9 billion and extended the maturity to five years, with the inclusion of two further extension options of one year each. In addition, our Domestic Medium Term Note Programme of R8 billion provides us with access to the South African debt capital markets. The focus on our funding plan will now shift to ensuring that longer-term debt instruments are put in place.

Due to the funding of the LCCP, more than 80% of our debt is now US dollar denominated. Given the significantly weaker closing exchange rate of R13,73 and the related translation loss of R4,8 billion arising on the valuation of the balance sheet at year end, gearing increased to 43,2%, which is slightly below our internal ceiling and market guidance. Included in net debt is R6,1 billion of new finance leases mainly relating to Oxygen Train 17 in Secunda and rail storage facilities at the LCCP.

We are actively reviewing our capital structure and funding plan to ensure that we maintain an optimum solvency and liquidity profile. The unwinding of the Sasol Inzalo transaction has been structured to ensure that our credit ratings are maintained at investment grade and with the least amount of dilution to our shareholders. The Sasol Limited Board (the Board) approved that Sasol repurchase the shares from Inzalo Public Funding Limited (RF) and settle the outstanding debt of R7,4 billion and a cash top-up for value realised of approximately R600 million in September 2018, assuming a share price of R500. This step will eliminate any Sasol shareholder dilution as a result of the unwind of the Sasol Inzalo B-BBEE structure.

We therefore expect our gearing to remain around peak levels of 40% - 44% in 2019 due to higher debt associated with the Inzalo unwind. Accordingly, the Board approved that we manage the balance sheet to below our peak internal gearing ceiling of 44% for the 2019 financial year.

Sasol Limited Group

In line with our strategy to grow our South African retail presence and maximise margins, we opened 12 new Sasol retail convenience centres (RCCs) and divested from 10 non-operating RCCs. We are continuing to accelerate the growth of our retail network through organic growth and potential acquisitions. We are also improving our retail offering to meet the changing trends of our customer base through embracing digitalisation. As part of our commitment to transformation, we continued to focus on procurement, skills and enterprise development initiatives and improved our B-BBEE score for Sasol Oil from a level 7 to a level 3 in the current year.

* Normalised earnings represent reported EBIT adjusted for remeasurement items and the closing rate translation effects based on information contained in the published Group consolidated annual financial statements for the year ended 30 June 2018.

## Advancing projects to enable future growth
We are making steady progress in delivering on our growth pipeline:

- **Growing our footprint in North America**     :

  - We are progressing with LCCP in Lake Charles and indications are that the cost of the project will remain within the previous market guidance of US$11,13 billion. As at end June 2018, engineering, equipment fabrication and procurement were substantially complete and construction progress reached 68% completion. Overall the project is 88% complete with capital expenditure amounting to US$9,8 billion. The project remains on track to start up the first three manufacturing units in the second half of the 2018 calendar year. A significant milestone was reached when we achieved first steam production in July 2018. The expected start-up date of the remainder of the manufacturing units remains in the second half of the 2019 calendar year.

    We have updated the LCCP economics with the current view of long-term market assumptions obtained from independent market consultants. Due to the volatile market and differing views of where ethane will be sourced from, the assumptions from the market consultants differ significantly. In a scenario where ethane is sourced from the Gulf area, the internal rate of return (IRR) is 8,0% - 8,5% and assumes an ethane price of between US$30-40 cents per gallon. The alternative view which assumes that ethane is sourced further away from the Gulf yields an IRR of 5,2% - 5,7% as the ethane price is between US$60-65 cents per gallon. In both of these scenarios the oil price is assumed to be US$60-80/bbl and the EBITDA at steady state ranges between US$1,2 billion to US$1,3 billion. At spot prices, using the last quarter of 2018 as a reference, the IRR is 8,5% - 8,9%. The spot WACC rate for the US at 30 June 2018 was 7,68%.

- **Focusing on our asset base in Africa:**

  - Our strategic R14 billion mine replacement programme, which will ensure uninterrupted coal supply to SSO in order to support Sasol's strategy to operate our Southern African facilities until 2050, is nearing completion. Phase two of the Impumelelo colliery project is on track to be completed within budget, late in the 2019 calendar year. The Shondoni colliery underground infrastructure was completed during May 2018 and the colliery was officially inaugurated on 5 July 2018. The phases completed to date were within budget and schedule.

  - In Mozambique, the PSA Phase 1 and Phase 2 drilling activities have been completed. In total, 11 wells were drilled comprising seven oil wells and four gas wells. The Inhassoro oil reservoirs have proved more complex than expected and, with the reduced expectation of recoverable oil volumes and uncertainty on the oil price, we are looking to maximise the use of existing processing facilities in the adjacent Petroleum Production Agreement (PPA) facilities. Phase 1 gas results confirm gas resources cover for Central Termica Temane (CTT), formerly Mozambique Gas-to-Power Project (MGtP). Phase 2 appraisal drilling results indicate gas volumes to be at the lower end of our initial estimates. Focused efforts are underway to assess the range of options and possibilities to sustainably secure and source gas feedstock.

  - In continuing to execute our strategy, we have concluded a farm-in into the DE8 block in Gabon where we now hold 40% working interest of that block. An exploration well drilled during the year was unsuccessful and written off.

## Maintaining our focus on safety and sustainable value creation
We continued to deliver on our broader sustainability and community contributions during the year:

- Safety remains one of our top priorities and is a core value. However, we are deeply saddened to report that we had four work-related fatalities and six high severity injuries this year. An incident, which resulted in the tragic death of an employee, was investigated as a fatality and the harm was determined to have been self-inflicted. The main learnings from this investigation were taken on board and implemented. Our thoughts remain with the families of our employees who have lost their lives in Sasol's service this year.

  A senior executive safety workshop was conducted as a necessary intervention to evaluate industry best practices and strengthen the standardised approach to prevent fatalities and high severity injuries across the group. Four focus areas were identified which will form the basis of our safety programme for the next financial year. Our 12 month rolling Recordable Case Rate for employees and service providers, excluding illnesses, improved to 0,27, our lowest level ever recorded. We believe our focused programme will also improve our injury rate.