# EXHIBIT 23

6-K 1 sasol_br1_prf1.htm

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
# Form 6-K

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER**
**THE SECURITIES EXCHANGE ACT OF 1934**

Report on Form 6-K for February, 2019

Commission File Number 1-31615

Sasol Limited
50 Katherine Street
Sandton, 2196
South Africa

(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F  X    Form 40-F _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____

**Note**: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____

**Note**: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organised (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes _____    No  X

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):
82-_____.d

**Enclosures**: **SASOL LIMITED | UPDATED TRADING STATEMENT FOR THE**
**SIX MONTHS ENDED 31 DECEMBER 2018**

The first derivative unit, linear low-density polyethylene (LLDPE), produced first product in January 2019 and beneficial operation is expected in February, approximately two months behind schedule. Utilities to support the early process units were fully operational by end November 2018. These utilities together with LLDPE will comprise ~40% of the LCCP existing total cost.

Unfortunately, during the last quarter of CY2018, several factors within and beyond our control impacted the completion schedule and associated cost for the remaining units resulting in the overall project capital cost estimate being revised from US$11,13 billion to a range of US$11,6 – 11,8 billion. The difference between the upper end and lower end of the range represents a contingency and weather provision of US$200 million.

These factors which impacted the revised cost estimate include:

· Changes to scope
    ▪ Late scope additions for the Cracker as a result of incomplete engineering work not timeously identified;
    ▪ Increased scope to ensure process safety for the Cracker and Ethylene oxide/Ethylene Glycol (EO/EG) unit due to defective carbon steel forgings. The impact was fully assessed late in Q4 CY2018 leading to a one-month delay;
· A cumulative month of work being lost as a result of excessive rainfall in Q4 CY2018;
· Productivity losses exacerbated by high absenteeism around public holidays and construction rework since end November 2018; and
· Schedule delays of the remaining units will result in additional overhead costs.

While our underlying productivity factor remained on track, the inclement weather, scope additions and absenteeism had a significant impact on actual productivity. These factors were assessed and quantified late in Q4 CY2018 and where feasible, management interventions were put in place to arrest the controllable trends. Unfortunately, the mitigating actions were not successful in reversing the full impact on schedule and cost.

The beneficial operation dates for the individual units have been revised as follows:

|  | Previous Guidance | Updated Guidance | Approximate delay |
|---|---|---|---|
| Linear low-density polyethylene (LLDPE) | December 2018 | February 2019 | 2 months |
| Ethylene Oxide/Ethylene Glycol (EO/EG) | February 2019 | June 2019 | 4 months |
| Cracker | February 2019 | July 2019 | 5 months |
| Low density polyethylene (LDPE) | March 2019 | August 2019 | 5 months |
| Ziegler | H2CY19 | November 2019 | - |
| Ethoxylate (ETO) | H2CY19 | December 2019 | - |
| Guerbet | H2CY19 | January 2020 | 1 month |

Management maintains our unrelenting focus on delivering the remaining units per this updated plan and we remain confident that the fundamentals for the LCCP – being, among others, a feedstock advantaged plant, a world scale highly integrated facility, diverse product slate with high margin products and world-class logistics and infrastructure – remain intact.

As a result of the delays highlighted above, we are revising our LCCP EBITDA estimate down from US$110 – US$160 million to an EBITDA loss of US$165 – US$195 million for FY19. However, we maintain our guidance that LCCP will deliver a steady state EBITDA of US$1,3 billion in FY2022.