# EXHIBIT 24

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 6-K

## REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER THE SECURITIES EXCHANGE ACT OF 1934

Report on Form 6-K for May, 2019

Commission File Number 1-31615

Sasol Limited
50 Katherine Street
Sandton, 2196
South Africa
(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F __X__          Form 40-F _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):

Yes _____          No __X__

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):

Yes _____          No __X__

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the SecuritiesExchange Act of 1934.

Yes _____          No __X__

**Enclosures: SASOL LIMITED | UPDATE ON THE LAKE CHARLES CHEMICALS PROJECT**

PLAINTIFFS003972

construction completion at 89% and capital expenditure on the project amounted to $11,4 billion.

==Following the review noted above, the cost estimate for the LCCP has been revised to a range of $12,6 to $12,9 billion which includes a contingency of $300 million==. The principal factors that impacted the revised cost estimate to complete the LCCP are as follows:

1. Adjustments to the February 2019 cost forecast – approximately $530 million

   · Correction for duplication of investment allowances of approximately $230 million.
   · Correction for certain contracts and variation orders managed by Sasol, outside the primary engineering, procurement and construction contract, of approximately $180 million.
   · Forecast improvements not expected to be realised and adjustments for potential insurance claims and procurement back-charges of approximately $120 million.

2. Additional events and remaining work impacting February 2019 cost forecast - approximately $470 million

   *Ethane Cracker, EO/EG and Utilities - approximately $210 million:*
   · Work to correct previously identified defective carbon steel forgings significantly impacted critical path activities with a greater than expected cost impact. This included the removal and re-instatement of insulation, instrumentation and cabling, as well as post repair heat treatment.
   · Replacement of the internals of numerous heat exchangers due to corrosion.
   · The completion of painting, insulation and fireproofing at the Ethane Cracker and EO/EG was impacted as a result of the necessary repair activities outlined above.

   *Remaining Work – primarily Low Density Polyethylene and Ziegler/Alumina/ Guerbet units - approximately $260 million*
   · The review identified a significant increase in required finishing activities such as heat tracing, insulation, fireproofing and associated work as well as additional infrastructure costs.

3. A contingency amount for items that could impact the cost forecast - $300 million

   · Worse than anticipated weather impact.
   · Lower than assumed productivity and associated time extension.
   · A new risk identified relating to bolting materials that may need to be replaced.
   · Other unforeseen items impacting finishing and commissioning activities.

PLAINTIFFS003976