# EXHIBIT 25

**Sasol Ltd Update on the Lake Charles Chemicals Project Corporate Call Evening Call)**

Johannesburg Jun 5, 2019 (Thomson StreetEvents) -- Edited Transcript of Sasol Ltd conference call or presentation Wednesday, May 22, 2019 at 12:30:00pm GMT

CORPORATE PARTICIPANTS

    Bernard Ekhard Klingenberg, Sasol Limited - EVP of Global Operations
    Bongani Nqwababa, Sasol Limited - Joint President, CEO & Director
    Fleetwood Rawstorne Grobler, Sasol Limited - EVP of Chemicals Business
    Paul Victor, Sasol Limited - CFO & Executive Director
    Stephen Russell Cornell, Sasol Limited - Joint President, CEO & Director
    Vuyo Dominic Kahla, Sasol Limited - Executive VP of Advisory, Assurance & Supply Chain and Company Secretary

CONFERENCE CALL PARTICIPANTS

    Adrian Spencer Hammond, SBG Securities (Proprietary) Limited, Research Division - Research Analyst
    Alexandre Ayoub, Al Waha Capital PJSC - Head of Emerging Markets Research
    Gerhard G. Engelbrecht, Macquarie Research - Head of Resources
    Jarrett Richard Krebs Geldenhuys, Investec Bank plc, Research Division - Analyst
    Jeffrey John Zekauskas, JP Morgan Chase & Co, Research Division - Senior Analyst
    Ricco Friedrich, Denker SCI Equity Fund - Head of Unconstrained Equities
    Taras Shumelda, PineBridge Investments LLC - Portfolio Manager
    Wade Napier, Avior Capital Markets (Pty) Ltd. - Research Analyst

**PRESENTATION**

**Operator**

Good morning and good afternoon, ladies and gentlemen, and welcome to the Sasol Investor Analyst Conference Call. Today's call will be hosted by Stephen Cornell and Bongani Nqwababa, joint Presidents and Chief Executive Officers. Following the update, an interactive Q&A session will take place. Please note today's call is being recorded.

I will now hand the call over to Stephen Cornell. Please go ahead, sir.

**Stephen Russell Cornell**, Sasol Limited - Joint President, CEO & Director

Thank you, operator. Hello, all. Bongani and I, along with our executive team, want to thank you for joining the call. We're here to talk about today's update on the LCCP and let me say upfront, we are extremely disappointed to be talking to you, again, about a further increase in the capital cost of the project.

The main focus of the call is to provide context in terms of what caused the increase and what we're doing about it. There are a number of components to today's announcement, but I'd like to be clear on 5 aspects that we want everyone to take away from the call. The first one is the project is on schedule. As you know, the first derivative unit, the LLDPE, achieved beneficial operation back in mid-February 2019. Following that, we are now within days of the ethylene glycol and ethylene oxide unit reaching benefit operation ahead of the communicated schedule, with the ethylene glycol already online and achieving beneficial operation.

The ethane cracker, which you know is the heart of the whole operation, is still on track to reach beneficial operation during July 2019. The only revision that we're making to the schedule is the very last unit, the Guerbet unit, which will now complete and be on stream in February 2020, 1 month later than previously announced.

As at the end of March 2019, project completion was at 96%, with construction completion at 89%. The second item is that the drivers of the changes that we're going to talk about are well understood. The issues associated with the increase in capital cost and the forecasting are isolated to the LCCP and a series of mitigating actions are being taken to reinforce delivery within the revised parameters.

Thirdly, we believe the balance sheet is sufficiently robust to absorb the increase in capital cost, with sufficient liquidity and appropriate management actions in place. Fourth, we remain confident in the long-term outlook of the LCCP. Although the capital costs have increased and there is now a softer chemical price outlook in the short term, we are of the view that the long-term fundamentals support previously announced EBITDA run rate.

And finally, the Board and the management team are absolutely focused on ensuring that no stone is left unturned in making sure we use this experience to make Sasol even stronger.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Before in addition to the review that we have just been through, the Board will undertake a further review with independent expert advice to ensure all lessons are learned and all appropriate actions have been taken.

You will see in the announcement that we released this morning that the capital cost increase relates to 2 key factors, adjustments to some of the assumptions that were underlying the capital cost forecast back in February 2019 amounting to approximately USD 530 million and developments that have occurred since February '19 to change the view in the to go costs on the capital forecast of approximately $470 million.

So let's deal with the adjustments to the February 2019 forecast assumptions first. There were 3 underlying components that can account for the $530 million of the increase in capital cost. The LCCP has some material investment allowances, which will be provided by the Louisiana State Government once the last unit reaches beneficial operation. We have allowed for this in our February 2019 forecast, but on further review, it became clear that some of these were duplicated in the capital forecast assumptions and removing this duplication impacts the capital cost forecast by about $230 million.

The review also showed that not all of the contracts and orders managed by Sasol were reflected in the February 2019 capital cost forecast. These are contracts outside the primary engineering, procurement, construction contract and in aggregate, will increase the February capital cost forecast by $180 million.

The February forecast also assumes some anticipated performance improvements, some insurance claims and procurement back charges that are no longer considered sufficiently probable. This results in an increase of approximately $120 million to the capital cost of the project.

The second key component covers the impacts of events that have occurred since February 2019. And all together, these changes have had an impact of approximately $470 million. One component of this increase is in relation to the work on the cracker, the EO/EG and utilities now represents about $210 million of the $270 million.

In February, we talked extensively about the work that will be required to correct the defective carbon steel forgings. The main problem that we have had has been the knock-on impact of the work on other completion and commissioning activities.

For example, it's been required that the complete removal and reinstallation of insulation, instrumentation and cabling, along with post-repair heat treatment. These have together impacted the capital cost and the productivity much more than anticipated given that at this late stage in the project there's reduced flexibility to avoid impacting the critical path.

We also identified a new issue, which was corrosion in numerous heat exchangers in the cracker in EO/EG since the February forecast, which have required their internals to be replaced. And finally, there's been a knock-on impact from all of these activities on the completion of painting, insulation and fireproofing work, which had to be delayed, resulting in a significant negative impact on our work productivity.

Again, that amounts to $210 million of the $470 million. The other $260 million of the remaining work is related to the LDPE, the ETO and the Ziegler alumina and Guerbet units, which are left to be finished. The review process identified a significant amount of incremental work required on the finishing activities, such as heat tracing, insulation, fireproofing and some associated work as well as additional infrastructure. And together, this adds up to $260 million.

So to summarize, all these adjustments increased anticipated cost of the LCCP by another USD 1 billion. In addition, we have to allow for contingency to complete the project, and therefore, we have allowed a contingency of USD 200 million -- excuse me, of USD 300 million.

We are of the view that this level of contingency accounts for possible issues that you would expect as there may be less flexibility to absorb unexpected delays, as we have seen in the cracker and EO/EG. One more specific risk that has been identified, specifically, in the cracker relates to bolting materials that may need to be replaced in areas where we have extremely high temperatures or extremely low temperatures. The extent of this risk is still being assessed but would be covered within the contingency of the $300 million previously announced.

Taking all these factors into account, we're updating our capital estimate to a new range of USD 12.6 billion to USD 12.9 billion. So want to step back and try to explain how these issues could have happened and what measures are being taken and put in place to assure they don't happen again.

So first, it's important to state that our controlled weaknesses that led to the errors that we have discussed were limited to the LCCP. Our group-wide financial controls are sound, and we have no concerns regarding the robustness of our financial reporting. This has been a situation where a relatively small team, the LCCP project management team, although working very hard, did not have adequate segregation of duties and failed to engage the wider financial organization to verify the accuracy of their forecast.

We did choose not to duplicate the project controls organization that was provided through the majority of the project by FTI, but clearly, our internal crosschecks were not robust enough. The previous LCCP leadership was not

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

with in terms of developing the contracts that then were used to do the construction management via Fluor. So when Fluor left, it wasn't that the construction left, the construction management left, which we turned over to Turner and ourselves to manage. As Bongani said, we did that probably a little too early given where the schedule was, but it was always the plan because you want to release somebody like Fluor that's very good in the big bulk construction, but they're not the ones that you want for your finishing activities. So that was always the plan, and we're executing that plan. We just did not execute it as efficiently as we could have.

**Answer – Bongani Nqwababa:** And as for your question on the Board review, I'll ask Vuyo Kahla who is the Secretary to the -- for the company to answer that.

**Answer – Vuyo Dominic Kahla:** Definitely, Bongani. Thanks, Wade. The objective of the Board's review is to establish the causes behind the control failures that we identified that impacted the latest -- that caused the latest outcome in order to understand exactly what happens and to also determine what would be the appropriate action to take to ensure that there is no repeat of such circumstances there.

**Answer – Bongani Nqwababa:** And the residual question for Paul, address this one.

**Answer – Paul Victor:** It's -- your question is on the capital opportunity cost. As I mentioned earlier this morning, Wade, was that the first priority was to look at sustenance capital and to delay as much sustenance capital that doesn't resemble business sustainability and license to operate at capital. So a portion of the capital deferred was debt. Really, no incremental cost and opportunity cost lost there. And as a result that we still feel if we can manage the volume output going forward at similar levels, but at some point in time, such a capital program needs to be executed. So it's kind of more NPV saving by delaying as opposed to anything else if you can maintain your volumes, and we believe we can. On the growth side, it's pretty much kind of delaying, specifically on the upstream side capital. As you know, on the upstream kind of the cash cycles are relatively longer. So it would have been the start of some of the developmental programs in West Africa. So not so much a kind of a quarter 5 or significant opportunity cost lost in that perspective. Same goes for chemicals. And I must say that, ultimately, one wants to kind of get to the point where you can execute your strategy, your growth strategy at the point in time, we're very much alive to it. But again, if one look in terms of our strategic growth target in terms of 5% CAGR growth and EBIT, we believe that this delay will not really kind of have a significant or material impact on that right of future growth.

**Answer – Operator:** And that question will come from Alex Ayoub of Waha Capital Markets.

**Answer – Alexandre Ayoub:** I had 2 main questions. The first one is you have another $1 billion CapEx still on that project, does it mean that you have to come to the bond market to raise more funding for that? Or would you be financing it with bank loans? And the second question, you mentioned that you're going to keep the CapEx at $30 billion for next year. And then you should have significant free cash flow next year. I think you had mentioned earlier that the leverage will peak in 2019 and will remain around the same levels in 2020. I'm wondering if you're generating free cash flow in 2020. Why wouldn't the leverage decrease in 2020 compared to 2019?

**Answer – Paul Victor:** Thanks for that finance questions, Alex. Yes, so ultimately, in terms of it is another $1 billion overrun, meaning that we go from $12.6 billion to $12.9 billion to $13.6 billion to $13.9 billion. In such a scenario, will we need to go to the markets for capital raise? Well, the short answer is absolutely, yes. Being at kind of the high end of our covenant level as well as being at the high end of our gearing, ultimately, it will imply that you need to kind of put in these new facilities. We do believe that our current RCF and bond facilities that we have as well as facilities with the banks are sufficient to carry through the $12.8 billion, $12.9 billion price ticket on the LCCP. But anything significantly more than that will, ultimately, require a refinancing.

We do believe that such a scenario is very remote given the fact that the cracker as well as the LLDPE will start up in July and August, which really kind of brings about kind of the most significant portion of your capital to be completed, and it really just leaves you with the smaller 3 units at the back end for which we believe we have made ample kind of provision. So your scenario is really kind of being answered, but, for me, the reality and the probability at these capital levels really becomes very -- kind of very low from a probability perspective. Your question in terms of capital...

**Answer – Alexandre Ayoub:** I'm so sorry because the line is not great. So in addition to the first question, you mentioned then the probability is very low for you to come back to the market or to either the loan or bond market to finance that $1 billion gap. That's what your conclusion was, the probability is very low, correct?

**Answer – Paul Victor:** No. My conclusion is we don't -- for the $12.6 billion to the $12.9 billion, we don't need to come to the market. And our current facilities as well as our RCF that we've put in place over the past couple of months are more than sufficient. I was merely reacting in the scenario where you say you need an additional $1 billion in addition to the $12.6 billion to $12.9 billion, then yes, we have to raise further funding. If we've got sufficient funding...

**Answer – Alexandre Ayoub:** Okay. I got it. I got it. I mean I really hope there will not be another $1 billion needed on the top of the $12.6 billion. Sure.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.