# EXHIBIT 30

DocuSign Envelope ID: C8F445BC-743B-444A-9664-B29060EC9C9E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br> Defendants. | Case No. 1:20-cv-01008-JSR <br><br> **DECLARATION OF DAVID COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

I, David Cohn, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. I have personal knowledge of the information herein and, if called upon as a witness, could and would competently testify thereto.

2. I am 61 years of age and currently reside in The Woodlands, Texas. I hold a college degree. Previously, I worked as a Certified Public Accountant for a large regional CPA firm. After that, I worked as a tax accountant for a company in the oil and gas sector. I have over 25 years of investment experience managing my own investment portfolio.

3. As set forth in the certification filed with my motion for appointment as lead plaintiff, I personally purchased 5,000 shares of Sasol American Depository Receipts on June 5, 2019, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered recoverable losses as a result.

- 1 -

010886-11/1353597 V1

4.      I understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses to direct securities class actions. I also understand the Court's direction at the April 23, 2020 telephonic lead plaintiff hearing in the above-captioned matter concerning the role a lead plaintiff shall play. Since my appointment as Lead Plaintiff in May 2020, I have been committed to vigorously prosecuting this litigation and taking an active role in managing this lawsuit. I intend to obtain the largest recovery for the proposed class consistent with good faith, sound judgment and meritorious advocacy.

5.      I have reviewed and monitored the progress and prosecution of this litigation with Lead Counsel, Hagens Berman Sobol Shapiro LLP ("Lead Counsel"). For example, I have received and reviewed periodic updates and other correspondence from Lead Counsel regarding this case, reviewed the Complaints and associated motions filed in this case, participated in periodic telephonic and video meetings and discussions with Lead Counsel regarding the progress and status of the case, including its strengths and weaknesses, litigation strategy and significant developments in the litigation. I am currently working with Lead Counsel to search for, collect and produce documents relevant to this case.

6.      I selected Lead Counsel as proposed class counsel based on its substantial experience and expertise in prosecuting securities class actions. I believe that Lead Counsel possesses the necessary financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed class.

7.      I am committed to continuing the vigorous prosecution of this litigation and management of this case to obtain the largest recovery for the proposed class consistent with good faith, sound judgment and meritorious advocacy, including by, among other things, meeting with and frequently communicating with counsel, attending a deposition or major

- 2 -

010886-11/1353597 V1

DocuSign Envelope ID: C8F445BC-743B-444A-9664-B29060EC9C9E

hearing, any mediation session and trial, as appropriate. Further, I understand that, as a class representative, I would owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would continue to work with Lead Counsel to prosecute the case vigorously, consistent with good faith, sound judgment and meritorious advocacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on this 30 day of September 2020        By _____

DocuSigned by:

*David Cohn*

866459ECA530450...

DAVID COHN

- 3 -