# EXHIBIT 31

DocuSign Envelope ID: E91AFAC4-6F6D-466F-BF23-661EE172536D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JSR<br><br>**DECLARATION OF CHAD LINDSEY MOSHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

I, Chad Lindsey Moshell, hereby declare as follows:

1.      I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.  I have personal knowledge of the information herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am 37 years of age and currently reside in Roswell, Georgia. I am the Owner and President of Club House Beverage, a beer, wine, and liquor store in Cummings, Georgia.  I obtained a Bachelor of Business Administration, Accounting and Finance degree from Georgia State University.  I am also a licensed Certified Public Accountant by the Georgia State Board of Accountancy.  I have over 15 years of investment experience managing my own investment portfolio.

3.      As set forth in the certification filed with the Second Amended Complaint, I personally purchased 150 shares of Sasol American Depository Receipts on July 24, 2015, made

- 1 -

010886-11/1353599 V1

DocuSign Envelope ID: E91AFAC4-6F6D-466F-BF23-661EE172536D

various dividend reinvestments throughout the alleged class period, and retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered recoverable losses as a result.

4.    Together with Lead Plaintiff David Cohn, I am committed to taking an active role in the litigation and providing the class with the best representation possible. In February 2020, I initiated this lawsuit by filing a complaint against Defendants. Though my financial interest was not large enough to warrant moving for lead plaintiff, I continued to monitor the progress of the litigation.

5.    Prior to authorizing the filing of the Second Amended Complaint, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP ("Lead Counsel") about the opportunity to become involved again in the litigation by serving as an additional representative plaintiff for the Class, the responsibilities of a representative plaintiff, and how the case would progress should I be appointed a class representative. I understand that a class representative is required to stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as a class representative, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as a class representative in order to recover. Rather, based on my financial interest and desire to hold Defendants accountable for their alleged wrongful acts, I decided to act as a class representative rather than remain an absent class member.

6.    Since joining the litigation again through the Second Amended Complaint, I have reviewed and monitored the progress and prosecution of this litigation with Lead Counsel. For

- 2 -

example, I have received and reviewed periodic updates and other correspondence from Lead Counsel regarding this case, reviewed the Complaints and associated motions filed in this case, participated in periodic telephonic meetings and discussions with Lead Counsel regarding the progress and status of the case, including its strengths and weaknesses, litigation strategy and significant developments in the litigation. I am currently working with Lead Counsel to search for, collect and produce documents relevant to this case.

7.      I approved Lead Counsel as proposed class counsel based on its substantial experience and expertise in prosecuting securities class actions. I believe that Lead Counsel possesses the necessary financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed class.

8.      Together with Lead Plaintiff David Cohn, I am committed to continuing the vigorous prosecution of this litigation and management of this case to obtain the largest recovery for the proposed class consistent with good faith, sound judgment and meritorious advocacy, including by, among other things, meeting with and frequently communicating with counsel, attending a deposition or major hearing, any mediation session and trial, as appropriate. Further, I understand that, as a class representative, I would owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would continue to work with Lead Counsel to prosecute the case vigorously, consistent with good faith, sound judgment and meritorious advocacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30 day of September 2020      By _____
CHAD LINDSEY MOSHELL

- 3 -

010886-11/1353599 V1