**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>            -v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>              Defendants. | Case No. 1:20-CV-01008-JPC<br><br>Hon. John P. Cronan |

**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION**
**OF THE COURT'S AUGUST 24, 2020 MEMORANDUM ORDER AND MOTION FOR**
**<u>STAY OF DISCOVERY</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Luna N. Barrington, and all prior pleadings and proceedings herein, Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively "Defendants"), by their undersigned counsel, hereby move this Court, before the Honorable John P. Cronan, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing the Complaint with prejudice pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3), as well as a stay of discovery pending issuance of the Court's Order.

Defendants further respectfully request oral argument on this motion and request

permission to file the accompanying Declaration of Luna N. Barrington, with attached exhibits, pursuant to Local Civil Rule 6.3.

Pursuant to Local Civil Rule 6.1(b), Plaintiffs are to electronically file and serve any opposition papers by November 13, 2020, and Defendants are to electronically file and serve any reply papers by November 20, 2020.

Dated: New York, New York
        October 30, 2020

Respectfully submitted,

/s/ *Jonathan D. Polkes*
Jonathan D. Polkes
Caroline H. Zalka
Luna N. Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*