**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:20-CV-01008-JPC |
| -v- | Hon. John P. Cronan |
| SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, | |
| Defendants. | |

## <u>NOTICE OF DEFENDANTS' MOTION FOR SANCTIONS</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Luna N. Barrington, and all prior pleadings and proceedings herein, Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively "Defendants"), by their undersigned counsel, hereby move this Court, before the Honorable John P. Cronan, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing the Complaint with prejudice, and any further sanction the Court deems justified, pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Defendants further respectfully request oral argument on this motion and request permission to file the accompanying Declaration of Luna N. Barrington, with attached exhibits, pursuant to Local Civil Rule 6.3.

Pursuant to Local Civil Rule 6.1(b), Plaintiffs are to electronically file and serve any opposition papers by November 13, 2020, and Defendants are to electronically file and serve any reply papers by November 20, 2020.

Dated: New York, New York
      October 30, 2020

Respectfully submitted,

/s/ *Jonathan D. Polkes*

Jonathan D. Polkes
Caroline H. Zalka
Luna N. Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*