**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHAD LINDSEY MOSHELL, Individually
and On Behalf of All Others Similarly
Situated,

                    Plaintiff,

               -v-

SASOL LIMITED, DAVID EDWARD
CONSTABLE, BONGANI NQWABABA,
STEPHEN CORNELL, PAUL VICTOR,
and STEPHAN SCHOEMAN,

                  Defendants.

Case No. 1:20-CV-01008-JPC

Hon. John P. Cronan

---

**DECLARATION OF LUNA N. BARRINGTON IN SUPPORT OF DEFENDANTS'**
**MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 24, 2020**
**MEMORANDUM ORDER; MOTION FOR SANCTIONS; AND MOTION FOR**
**STAY OF DISCOVERY**

I, Luna N. Barrington, declare the following under penalty of perjury:

1.       I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively, "Defendants"). I submit this Declaration in support of Defendants' Motion for Reconsideration of the Court's August 24, 2020 Memorandum Order; Motion for Sanctions; and Motion for Stay of Discovery (the "Motions").

2.       True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support are attached as exhibits 1 through 25:

| Exhibit | Description |
|---|---|
| 1 | Proposed Order |
| 2 | Declaration of CW-2 (Redacted) |
| 3 | Declaration of CW-4 (Redacted) |
| 4 | Declaration of CW-5 (Redacted) |
| 5 | Declaration of Lister Niemand |
| 6 | Declaration of Declan McNulty |
| 7 | Email from N. Prunetti to J. Patterson dated Sept. 4, 2020 |
| 8 | Email from J. Patterson to N. Prunetti dated Sept. 10, 2020 |
| 9 | Email from N. Prunetti to S. Berman dated Sept. 12, 2020 |
| 10 | Email from J. Patterson to N. Prunetti dated Sept. 14, 2020 |
| 11 | Email from N. Prunetti to J. Patterson dated Sept. 15, 2020 |
| 12 | Email from J. Patterson to N. Prunetti dated Sept. 15, 2020 |
| 13 | Letter from L. Gilmore to N. Prunetti dated Sept. 21, 2020 (Redacted) |
| 14 | Email from N. Grueneich to C. Zalka dated Oct. 16, 2020 (Redacted) |
| 15 | Email from N. Prunetti to L. Gilmore dated Oct. 19, 2020 |
| 16 | Email from L. Gilmore to C. Zalka dated Oct. 21, 2020 |
| 17 | Email from N. Grueneich to C. Zalka dated Oct. 21, 2020 (Redacted) |
| 18 | Letter from L. Gilmore to F. Schirripa dated Oct. 21, 2020 (Redacted) |
| 19 | Email from N. Prunetti to J. Patterson dated Oct. 18, 2020 (Redacted) |
| 20 | Email from N. Prunetti to J. Patterson dated Oct. 19, 2020 (Redacted) |
| 21 | Email from N. Prunetti to S. Berman dated Oct. 2, 2020 (Redacted) |
| 22 | Letter from F. Schirripa to J. Polkes dated Oct. 23, 2020 (Redacted) |
| 23 | Email from L. Gilmore to N. Prunetti dated Oct. 23, 2020 (Redacted) |
| 24 | Email from L. Gilmore to N. Prunetti dated Sept. 28, 2020 |
| 25 | Email from C. Zalka to L. Gilmore dated Oct. 26, 2020 (Redacted) |

Dated: New York, New York
      October 30, 2020

Respectfully submitted,

/s/ *Luna N. Barrington*
Luna N. Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Sasol Limited, David*
*Edward Constable, Bongani Nqwababa, Stephen*
*Cornell, Paul Victor, and Stephan Schoeman*

3