# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      -v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>          Defendants. | Case No. 1:20-CV-01008-JPC<br><br>Hon. John P. Cronan |

**[PROPOSED] ORDER**

Before the Court is the Motion for Reconsideration of the Court's August 24, 2020 Memorandum Order; Motion for Sanctions; and Motion for Stay of Discovery of Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively "Defendants"). Therein, Defendants seek an order staying discovery until the Court issues a ruling on Defendants' pending Motion for Reconsideration of the Court's August 24, 2020 Memorandum Order and Motion for Sanctions.

For good cause shown, the Court hereby **ORDERS**:

1. All discovery is stayed pending resolution of Defendants' Motion for Reconsideration of the Court's August 24, 2020 Memorandum Order and Motion for Sanctions.

2. Plaintiffs are directed to respond to Defendants' motion by **Friday, November 13, 2020**.

3. Defendants are directed to submit a reply to Plaintiffs' response, if any, by **Friday,**

**November 20, 2020**.

4.  Oral argument on this motion shall be held on November _____, 2020, at _____.

    **SO ORDERED**, this _____ day of _____, 2020.

/s/_____

**JOHN PETER CRONAN, JUDGE**
**UNITED STATES DISTRICT COURT**