# EXHIBIT 7

| From: | Prunetti, Nicole |
|---|---|
| To: | Jerrod C. Patterson |
| Cc: | steve@hbsslaw.com; lucasg@hbsslaw.com; Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| Subject: | Re: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer |
| Date: | Friday, September 4, 2020 5:11:57 PM |

Jerrod,

Thanks for sending. We will review your proposed edits to the protocols and your proposed search terms, and let you know if we have comments and/or if we would like to discuss.

Separately, given the expedited discovery schedule and to help facilitate our initial discussions concerning discovery, we ask that you promptly identify the names of the confidential witnesses discussed in ¶¶ 65-99 of Lead Plaintiff's Amended Complaint. We also ask that you identify their titles/positions and employers, both at the time they worked on the LCCP and currently, if different.

We are available if you would like to discuss.

Regards,
Nicole

Nicole E. Prunetti
Weil, Gotshal & Manges LLP
nicole.prunetti@weil.com | +1 212 310 8683

Sent from my iPhone

> On Sep 4, 2020, at 3:32 PM, Jerrod C. Patterson <jerrodp@hbsslaw.com> wrote:

Hi Nicole:

Attached are our redlines to the draft protocols.  The only change to the Protective Order was to insert Steve as the signatory.

In addition, to get the ball rolling on document production, I drafted the attached list of search terms for your review.

Thank you.

-- Jerrod

Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

**From:** Jerrod C. Patterson

**Sent:** Wednesday, September 2, 2020 5:18 PM
**To:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
**Subject:** Re: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Sure.

On Sep 2, 2020, at 4:58 PM, Prunetti, Nicole <nicole.prunetti@weil.com> wrote:

 That works for us, thanks. Will you circulate a calendar invite and dial-in?

Regards,
Nicole

Nicole E. Prunetti
Weil, Gotshal & Manges LLP
nicole.prunetti@weil.com | +1 212 310 8683

Sent from my iPhone

On Sep 2, 2020, at 7:34 PM, Jerrod C. Patterson <jerrodp@hbsslaw.com> wrote:

Thanks, Nicole.  Can we do it at 9:30 a.m. PT/12:30 p.m. ET?

-- Jerrod

Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |**
Direct: (206) 268-9378

**From:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Sent:** Wednesday, September 2, 2020 4:29 PM
**To:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
**Subject:** Re: Moshell v. Sasol, et al. -- Case No. 1:20-cv-

01008-JSR -- Protocols and RFP Meet and Confer

Hi Jerrod,

Yes, we're available to discuss. Can we do tomorrow early afternoon ET (morning your time), maybe 12 or 1pm ET? We're generally available then.

Regards,
Nicole

Nicole E. Prunetti
Weil, Gotshal & Manges LLP
nicole.prunetti@weil.com | +1 212 310 8683

Sent from my iPhone

On Sep 2, 2020, at 6:15 PM, Jerrod C. Patterson <jerrodp@hbsslaw.com> wrote:

Hi Nicole:

Do you have time to get on a call to walk through a few logistical items in the deposition protocol? I realize it's 6:15 there, but I'm generally available today or tomorrow.

Thank you.

-- Jerrod

Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

**From:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Sent:** Tuesday, September 1, 2020 11:56 AM
**To:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; Jerrod

C. Patterson <jerrodp@hbsslaw.com>
**Cc:** jonathan.polkes@weil.com;
caroline.zalka@weil.com;
luna.barrington@weil.com
**Subject:** Moshell v. Sasol, et al. -- Case No.
1:20-cv-01008-JSR -- Protocols and RFP Meet
and Confer

Counsel:

Please see attached a proposed Protective
Order, ESI Protocol, and Remote Deposition
Protocol. The Protective Order is based on
Judge Rakoff's Model Protective Order (last
updated Jul. 28, 2020). The Remote Deposition
Protocol makes various references to a "court
reporting service's remote deposition
platform." We think it would be beneficial and
efficient if the Parties could agree up front to
use one service for all remote depositions. We
have used and recommend Veritext, but are
open to additional suggestions. We are
available if you would like to discuss any of the
attached documents.

Separately, please let us know your availability
next Wednesday (9/9) – Friday (9/11) for a
meet and confer to discuss the parties' first
sets of RFPs. We can also use that time to
discuss any issues with the Protective Order
and draft protocols.

Regards,
Nicole

<mime-attachment.jpg>

**Nicole E. Prunetti**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

<8-25-20 Plaintiffs' proposed search terms(1336903.1).docx>
<9-4-20 Sasol -- Protective Order_WEIL_97609331_5(1339140.1).docx>

<9-2-20 Sasol -- ESI Protocol_WEIL HB edits(1338538.1).docx>
<9-2-20 Sasol -- Remote Deposition Protocol_WEIL HB edits(1338604.1).docx>