# EXHIBIT 8

| | |
|---|---|
| **From:** | Jerrod C. Patterson |
| **To:** | Prunetti, Nicole |
| **Cc:** | steve@hbsslaw.com; lucasg@hbsslaw.com; Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| **Subject:** | RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer |
| **Date:** | Thursday, September 10, 2020 7:55:11 PM |

Hi Nicole:

Regarding the remaining issues outlined below:

1.  CWs:  We will identify the names of the confidential witnesses discussed in the Amended Complaint, together with other witnesses with relevant information in Plaintiffs' 26(a) disclosures, due to be served tomorrow.
2.  Depo protocol:  I'm unclear on why this protocol should not cover in-person depositions.  It seems more efficient to negotiate them both now, rather than re-negotiate a separate protocol down the road.  And there are no provisions that apply specifically to in-person depositions.  Let's discuss.
3.  RFPs:  We disagree with your characterization about our RFPs as being unreasonable.  They are tailored to what the Court found were well-pled allegations in the complaint, and we are not going to unilaterally withdraw any of them.   We are happy to meet and confer on them, but would ask you to identify specific RFPs that you believe call for irrelevant documents so we can have a more targeted discussion.  In addition, for custodial searches, I'd suggest that we frame our discussions regarding RFPs based on the proposed search terms.  In that way, we can identify terms that you contend would tend to hit on irrelevant documents, and also identify terms that you contend result in an unduly high number of hits.  We can also separately discuss the relevant time period.

We'd also like to ask again for the prompt production of relevant organizational charts, including those identifying Sasol senior management and personnel at the LCCP and LCCP Steering Committee membership throughout the Class Period.  Caroline had indicated in our first meet and confer a couple of weeks ago that they would be forthcoming, but we have not received them.

Thanks.

-- Jerrod

Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

**From:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Sent:** Wednesday, September 9, 2020 5:18 PM
**To:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
**Subject:** RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Jerrod:

As you know, on 9/4, we requested that you promptly identify the names of the confidential witnesses discussed in ¶¶ 65-99 of Lead Plaintiff's Amended Complaint, and that you also identify their titles/positions and employers, both at the time they worked on the LCCP and currently, if different. We have not yet received a response and ask that you provide that information this week. If you do not intend to do so, please let us know tomorrow so that we can promptly advise the Court.

On the attached Protective Order, you'll see that we accepted your edit to the signature block and have no further edits. If you have nothing further, we will add e-signatures, remove all draft language, and file with the Court.

On the Depo. Protocol, we think this should apply only to remote depositions. If, at some point, we are able to resume live depositions, we can discuss an appropriate protocol at that time but we believe it's premature to do so now. On the ESI Protocol, please let us know when you're available to meet and confer to address any outstanding items, including with regard to redacted documents. If we can't reach agreement, we will take it up for resolution with the court.

On the RFPs, we've requested a meet and confer because Plaintiff's First Set of RFPs is unreasonable and well beyond what the parties contemplated when they agreed to the case management schedule. It consists of 103 individual requests, many of which ask for documents well-outside the putative class period and have nothing to do with the LCCP. We plan to submit our responses and objections by the FRCP deadline of September 30, 2020, but given the expedited nature of this case and the fact that we are already less than 3 months out from the close of document discovery, we request that you promptly: (a) identify the requests that are actual priorities; and (b) meet and confer on those requests. Note that we are working on your request for Sasol organization charts, but do not think those are necessary to have a discussion on the request priorities.

We are available to discuss.

Regards,
Nicole

---

**From:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Sent:** Tuesday, September 8, 2020 3:37 PM
**To:** Prunetti, Nicole <Nicole.Prunetti@weil.com>
**Cc:** steve@hbsslaw.com; lucasg@hbsslaw.com; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>
**Subject:** RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Hi Nicole:

Yes, this redline is accurate.  I've been told that, under "show markup" and "specific reviewers," you need to toggle to "all reviewers."  Hopefully that'll fix the issue.  But if not, attached are PDFs of our other two protocols.

To follow up on your request for a meet and confer this week – could you please identify the topics that you would like to cover, so that we're prepared to discuss them?  I'm not clear, for example, on what you would like to discuss regarding the RFPs, since we have not served our responses yet.

Thanks.

-- Jerrod

Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

---

**From:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Sent:** Tuesday, September 8, 2020 11:53 AM
**To:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
**Subject:** RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Hi Jerrod:

We had redlining turned on and nothing was showing up, and unfortunately still is not with the latest one you just sent.

We've run our own redline (attached). Please confirm this version shows all of HBSS proposed edits and then we will use this as the basis for our review.

Regards,
Nicole

---

**From:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Sent:** Tuesday, September 8, 2020 2:39 PM
**To:** Prunetti, Nicole <Nicole.Prunetti@weil.com>
**Cc:** steve@hbsslaw.com; lucasg@hbsslaw.com; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>
**Subject:** RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Hi Nicole:

The version I sent over was redlined.  You may need to toggle on the redlines, but I double-checked

and the version I sent you included redlines (attached here).

Thanks.

-- Jerrod


Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

---

**From:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Sent:** Tuesday, September 8, 2020 11:25 AM
**To:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
**Subject:** RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Jerrod:

Can you please send the HBSS edits to the Deposition Protocol as a markup or redline against the original? Thanks.

Regards,
Nicole

---

**From:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Sent:** Friday, September 4, 2020 3:32 PM
**To:** Prunetti, Nicole <Nicole.Prunetti@weil.com>
**Cc:** steve@hbsslaw.com; lucasg@hbsslaw.com; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>
**Subject:** RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Hi Nicole:

Attached are our redlines to the draft protocols. The only change to the Protective Order was to insert Steve as the signatory.

In addition, to get the ball rolling on document production, I drafted the attached list of search terms for your review.

Thank you.

-- Jerrod

Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

---

**From:** Jerrod C. Patterson
**Sent:** Wednesday, September 2, 2020 5:18 PM
**To:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>;
jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
**Subject:** Re: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and
Confer

Sure.

> On Sep 2, 2020, at 4:58 PM, Prunetti, Nicole <nicole.prunetti@weil.com> wrote:
>
> That works for us, thanks. Will you circulate a calendar invite and dial-in?
>
> Regards,
> Nicole
>
> Nicole E. Prunetti
> Weil, Gotshal & Manges LLP
> nicole.prunetti@weil.com | +1 212 310 8683
>
> Sent from my iPhone
>
>> On Sep 2, 2020, at 7:34 PM, Jerrod C. Patterson <jerrodp@hbsslaw.com>
>> wrote:
>>
>> Thanks, Nicole.  Can we do it at 9:30 a.m. PT/12:30 p.m. ET?
>>
>> -- Jerrod
>>
>> Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206)
>> 268-9378
>>
>> ---
>>
>> **From:** Prunetti, Nicole <nicole.prunetti@weil.com>
>> **Sent:** Wednesday, September 2, 2020 4:29 PM
>> **To:** Jerrod C. Patterson <jerrodp@hbsslaw.com>
>> **Cc:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore
>> <LucasG@hbsslaw.com>; jonathan.polkes@weil.com;
>> caroline.zalka@weil.com; luna.barrington@weil.com

**Subject:** Re: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- Protocols and RFP Meet and Confer

Hi Jerrod,

Yes, we're available to discuss. Can we do tomorrow early afternoon ET (morning your time), maybe 12 or 1pm ET? We're generally available then.

Regards,
Nicole

Nicole E. Prunetti
Weil, Gotshal & Manges LLP
nicole.prunetti@weil.com | +1 212 310 8683


Sent from my iPhone


> On Sep 2, 2020, at 6:15 PM, Jerrod C. Patterson <jerrodp@hbsslaw.com> wrote:
>
>
> Hi Nicole:
>
> Do you have time to get on a call to walk through a few logistical items in the deposition protocol?  I realize it's 6:15 there, but I'm generally available today or tomorrow.
>
> Thank you.
>
> -- Jerrod
>
>
> Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378
>
> ---
>
> **From:** Prunetti, Nicole <nicole.prunetti@weil.com>
> **Sent:** Tuesday, September 1, 2020 11:56 AM
> **To:** Steve Berman <Steve@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>; Jerrod C. Patterson <jerrodp@hbsslaw.com>
> **Cc:** jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com
> **Subject:** Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-

JSR -- Protocols and RFP Meet and Confer

Counsel:

Please see attached a proposed Protective Order, ESI Protocol, and Remote Deposition Protocol. The Protective Order is based on Judge Rakoff's Model Protective Order (last updated Jul. 28, 2020). The Remote Deposition Protocol makes various references to a "court reporting service's remote deposition platform." We think it would be beneficial and efficient if the Parties could agree up front to use one service for all remote depositions. We have used and recommend Veritext, but are open to additional suggestions. We are available if you would like to discuss any of the attached documents.

Separately, please let us know your availability next Wednesday (9/9) – Friday (9/11) for a meet and confer to discuss the parties' first sets of RFPs. We can also use that time to discuss any issues with the Protective Order and draft protocols.

Regards,
Nicole

<mime-attachment.jpg>

**Nicole E. Prunetti**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 212 310 8007 Fax

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

_____

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying

of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.