# EXHIBIT 9

| | |
|---|---|
| **From:** | Prunetti, Nicole |
| **To:** | steve@hbsslaw.com; Jerrod C. Patterson; lucasg@hbsslaw.com |
| **Cc:** | Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| **Bcc:** | SASOL Associates |
| **Subject:** | Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- CW Identities |
| **Date:** | Saturday, September 12, 2020 10:11:18 AM |
| **Attachments:** | image002.jpg |

All:

Hope you're having a nice weekend. In your 9/10 email, you told us you would include the identities of the 6 CWs in your Rule 26(a) disclosures. If the CWs are among your list of disclosed witnesses, please identify/confirm which witness corresponds to which of the CWs. If they are not among your list of disclosed witnesses, please send us the identities of the CWs right away.

Regards,
Nicole



**Nicole E. Prunetti**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 212 310 8007 Fax