# EXHIBIT 10

| | |
|---|---|
| **From:** | Jerrod C. Patterson |
| **To:** | Prunetti, Nicole; steve@hbsslaw.com; lucasg@hbsslaw.com |
| **Cc:** | Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| **Subject:** | RE: Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- CW Identities |
| **Date:** | Monday, September 14, 2020 7:09:15 PM |
| **Attachments:** | ATT00001.jpe |
| | 9-11-20 Sasol -- ESI Protocol HB edits.DOCX |
| | 9-11-20 Sasol -- Remote Deposition Protocol HB edits.docx |

Hi Nicole:

Our initial disclosures included the names of our CWs, as we promised.  We are not under any obligation to identify them as such in the initial disclosures, and we are not going to provide this information in response to informal requests.

Attached are our edits to the deposition protocol and the ESI protocol.  Are you available to meet and confer this Wednesday or Thursday?

At the meet and confer, I'd like for us to discuss the following additional issues:

- Plaintiffs' RFPs.  As mentioned, we are not going to unilaterally withdraw any of our RFPs.  But we do intend to provide you with a list of documents to prioritize in your production.  If you have identified specific RFPs that you believe are objectionable, please let us know so we can discuss them.
- Search terms.  Please provide us with any redlines to the search terms, which will assist us greatly with any discussions about relevance and burden of our RFPs.
- Org charts.  Please produce org charts by this Wednesday, or we'll ask the Court for intervention.  This request has been pending for weeks, and you have not offered any explanation for why their production is delayed.
- Custodians.  Relatedly, your initial disclosures were plainly deficient.  Among other things, Defendants' disclosures do not appear to include the entirety of the Steering Committee, the GEC, or the LCCP leadership throughout the Class Period.  Please amend your initial disclosures to identify these individuals, who unquestionably have discoverable information, by September 18. We also ask for an initial list of custodians by September 18.

Thank you.

-- Jerrod


Jerrod C. Patterson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9378

**From:** Prunetti, Nicole <nicole.prunetti@weil.com>
**Sent:** Saturday, September 12, 2020 7:11 AM
**To:** Steve Berman <Steve@hbsslaw.com>; Jerrod C. Patterson <jerrodp@hbsslaw.com>; Lucas Gilmore <LucasG@hbsslaw.com>
**Cc:** jonathan.polkes@weil.com; caroline.zalka@weil.com; luna.barrington@weil.com

**Subject:** Moshell v. Sasol, et al. -- Case No. 1:20-cv-01008-JSR -- CW Identities

All:

Hope you're having a nice weekend. In your 9/10 email, you told us you would include the identities of the 6 CWs in your Rule 26(a) disclosures. If the CWs are among your list of disclosed witnesses, please identify/confirm which witness corresponds to which of the CWs. If they are not among your list of disclosed witnesses, please send us the identities of the CWs right away.

Regards,
Nicole



**Nicole E. Prunetti**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.