# EXHIBIT 14

## (Unredacted Version Filed Under Seal)

| | |
|---|---|
| **From:** | Nicolle Grueneich |
| **To:** | Zalka, Caroline; Polkes, Jonathan |
| **Cc:** | steve@hbsslaw.com; lucasg@hbsslaw.com; jerrodp@hbsslaw.com |
| **Subject:** | Moshell v. Sasol Limited, et al., No. 1:20-cv-01008-JSR (S.D.N.Y.) -- Plaintiffs" Notices of Subpoenas to ██████ ████████ |
| **Date:** | Friday, October 16, 2020 12:40:11 PM |
| **Attachments:** | ATT00001.jpe |
| | 2020-10-16 Notice of Subpoenas to ████████.pdf |
| | 2020-10-16 Notice of Subpoenas to ████████.pdf |

Counsel:

Attached please find PDFs of (i) Plaintiffs' Notice of Subpoenas to ████████ and (ii) Plaintiffs' Notice of Subpoenas to ████████ .

**Nicolle Grueneich** | Paralegal

**Hagens Berman Sobol Shapiro LLP**

455 North Cityfront Plaza Drive, Suite 2410, Chicago, IL 60611

Direct: (708) 628-4961

nicolleg@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook



Named 2019 Mass Tort Elite Trial Lawyers by the *National Law Journal* and honored by the American Antitrust Institute for Outstanding Antitrust Litigation also in 2019

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.