# EXHIBIT 15

| | |
|---|---|
| **From:** | Prunetti, Nicole |
| **To:** | "lucasg@hbsslaw.com"; "Jerrod C. Patterson"; "steve@hbsslaw.com" |
| **Cc:** | Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| **Subject:** | Moshell v. Sasol, et. al. -- Case No. 1:20-cv-01008-JPC -- Case Schedule |
| **Date:** | Monday, October 19, 2020 8:35:39 PM |
| **Attachments:** | image001.jpg |

Counsel:

Further to today's discussion, please see below a proposed revision to the current Case Management Plan. We are available to discuss.

Regards,
Nicole

****

| Discovery | | |
|---|---|---|
| **Deadline** | **Original Date from Civil Case Management Plan dated Aug. 28, 2020 [ECF No. 76]** | **Proposed Revised Date** |
| **Substantial completion of document production** | November 20, 2020 | February 19, 2021 |
| **Last date to serve Interrogatories pursuant to Rule 33.3(a) of SDNY Local Rules** | December 11, 2020 | March 12, 2021 |
| **Plaintiffs' expert disclosures pursuant to Rule 26(a)(2)** | December 22, 2020 | March 22, 2021 |
| **Defendants' expert disclosures pursuant to Rule 26(a)(2)** | January 22, 2021 | April 22, 2021 |
| **Plaintiffs' expert reports pursuant to Rule 26(a)(2)** | January 29, 2021 | April 29, 2021 |
| **Last date to serve Requests for Admission** | February 2, 2021 | April 30, 2021 |
| **Fact Depositions completion** | February 5, 2021 | May 7, 2021 |
| **Defendants' expert reports pursuant to Rule 26(a)(2)** | February 26, 2021 | May 28, 2021 |
| **Rebuttal expert reports** | March 12, 2021 | June 11, 2021 |

| | | |
|---|---|---|
| pursuant to Rule 26(a)(2) | | |
| **All Depositions (including experts) completion** | March 19, 2021 | June 18, 2021 |
| **All discovery completion** | March 19, 2021 | June 18, 2021 |

| *Class Certification* | | |
|---|---|---|
| **Deadline** | **Original Date from Civil Case Management Plan dated Aug. 28, 2020 [ECF No. 76]** | **Proposed Revised Date** |
| **Plaintiffs' Motion for Class Certification** | October 2, 2020 | N/A |
| **Documents and Depositions related to Defendants' Opposition to Class Cert** | October 30, 2020 | November 20, 2020 |
| **Defendants' Opposition to Motion for Class Certification** | November 13, 2020 | December 4, 2020 |
| **All other class certification discovery and depositions completion** | December 3, 2020 | December 23, 2020 |
| **Plaintiffs' Reply on Class Certification** | December 10, 2020 | January 7, 2021 |
| **Oral Argument** | December 18, 2020 | TBD by Court |

| *Summary Judgment* | | |
|---|---|---|
| **Deadline** | **Original Date from Civil Case Management Plan dated Aug. 28, 2020 [ECF No. 76]** | **Proposed Revised Date** |
| **Moving papers** | March 26, 2021 | June 25, 2021 |
| **Opposing papers** | April 16, 2021 | July 16, 2021 |
| **Reply papers** | April 23, 2021 | July 23, 2021 |



**Nicole E. Prunetti**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 917 683 8241 Mobile
+1 212 310 8007 Fax