# EXHIBIT 16

| | |
|---|---|
| **From:** | Lucas Gilmore |
| **To:** | Zalka, Caroline; steve@hbsslaw.com |
| **Cc:** | Prunetti, Nicole; jerrodp@hbsslaw.com; Polkes, Jonathan; Barrington, Luna |
| **Subject:** | RE: Moshell v. Sasol, et. al. -- Case No. 1:20-cv-01008-JPC -- Case Schedule |
| **Date:** | Wednesday, October 21, 2020 8:10:38 PM |

Caroline, We are working on providing a counter proposal, which will incorporate Steve's suggestion regarding expert discovery.  However, before presenting, I think it would be helpful for the parties to discuss the timing of certain party, third party and expert depositions that have either been noticed or requested.  We want to make sure that they are scheduled consistent with our agreement to hold depositions only after the deponent's documents have been produced.   Please let us know your availability for a call tomorrow.  We are available any time after 11 am Pacific.  Regards, Lucas

Lucas Gilmore | **Hagens Berman Sobol Shapiro LLP |** Direct: (510)725-3052

**From:** Zalka, Caroline <caroline.zalka@weil.com>
**Sent:** Wednesday, October 21, 2020 4:29 PM
**To:** Steve Berman <Steve@hbsslaw.com>
**Cc:** nicole.prunetti@weil.com; Lucas Gilmore <LucasG@hbsslaw.com>; Jerrod C. Patterson <jerrodp@hbsslaw.com>; jonathan.polkes@weil.com; luna.barrington@weil.com
**Subject:** Re: Moshell v. Sasol, et. al. -- Case No. 1:20-cv-01008-JPC -- Case Schedule

Is that Plaintiffs' only issue? If so, we are fine with moving those dates if you want to make a proposal.

Sent from my iPad

> On Oct 20, 2020, at 7:34 PM, Steve Berman <steve@hbsslaw.com> wrote:

Our expert stuff way to close to doc production substantial completion

> On Oct 19, 2020, at 5:35 PM, Prunetti, Nicole <nicole.prunetti@weil.com> wrote:

Counsel:

Further to today's discussion, please see below a proposed revision to the current Case Management Plan. We are available to discuss.

Regards,

Nicole

\*\*\*\*

| Discovery | | |
|---|---|---|
| **Deadline** | **Original Date from Civil Case Management Plan dated Aug. 28, 2020 [ECF No. 76]** | **Proposed Revised Date** |
| **Substantial completion of document production** | November 20, 2020 | February 19, 2021 |
| **Last date to serve Interrogatories pursuant to Rule 33.3(a) of SDNY Local Rules** | December 11, 2020 | March 12, 2021 |
| **Plaintiffs' expert disclosures pursuant to Rule 26(a)(2)** | December 22, 2020 | March 22, 2021 |
| **Defendants' expert disclosures pursuant to Rule 26(a)(2)** | January 22, 2021 | April 22, 2021 |
| **Plaintiffs' expert reports pursuant to Rule 26(a)(2)** | January 29, 2021 | April 29, 2021 |
| **Last date to serve Requests for Admission** | February 2, 2021 | April 30, 2021 |
| **Fact Depositions completion** | February 5, 2021 | May 7, 2021 |
| **Defendants' expert reports pursuant to Rule 26(a)(2)** | February 26, 2021 | May 28, 2021 |
| **Rebuttal expert reports pursuant to Rule 26(a)(2)** | March 12, 2021 | June 11, 2021 |
| **All Depositions (including experts) completion** | March 19, 2021 | June 18, 2021 |

| All discovery completion | March 19, 2021 | June 18, 2021 |
|---|---|---|

| Class Certification | | |
|---|---|---|
| **Deadline** | **Original Date from Civil Case Management Plan dated Aug. 28, 2020 [ECF No. 76]** | **Proposed Revised Date** |
| **Plaintiffs' Motion for Class Certification** | October 2, 2020 | N/A |
| **Documents and Depositions related to Defendants' Opposition to Class Cert** | October 30, 2020 | November 20, 2020 |
| **Defendants' Opposition to Motion for Class Certification** | November 13, 2020 | December 4, 2020 |
| **All other class certification discovery and depositions completion** | December 3, 2020 | December 23, 2020 |
| **Plaintiffs' Reply on Class Certification** | December 10, 2020 | January 7, 2021 |
| **Oral Argument** | December 18, 2020 | TBD by Court |

| Summary Judgment | | |
|---|---|---|
| **Deadline** | **Original Date from Civil Case Management Plan dated Aug. 28, 2020 [ECF No. 76]** | **Proposed Revised Date** |
| **Moving papers** | March 26, 2021 | June 25, 2021 |
| **Opposing papers** | April 16, 2021 | July 16, 2021 |
| **Reply papers** | April 23, 2021 | July 23, 2021 |

<mime-attachment.jpg>

**Nicole E. Prunetti**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 917 683 8241 Mobile
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

<ATT00001.jpg>