# EXHIBIT 18

## (Unredacted Version Filed Under Seal)

T 619.929.3340

**HB  HAGENS BERMAN**

Lucas E Gilmore
Senior Counsel
**HAGENS BERMAN SOBOL SHAPIRO LLP**
701 B STREET
SUITE 1700
SAN DIEGO, CA  92101
www.hbsslaw.com

**lucasg@hbsslaw.com**

October 21, 2020

**VIA E-MAIL**

Frank Schirripa
HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
fschirripa@hrsclaw.com

 Re: *Moshell v. Sasol Limited, et al.*, No. 1:20-cv-01008-JPC (S.D.N.Y.)

Dear Mr. Schirripa:

 We are the Court-appointed Lead Counsel representing Plaintiffs and the putative class in the above-referenced action.  We are copying counsel of record for Defendants in the case.

 We understand that you represent third-party witnesses ███████████ ███████████, each of whom have been subpoenaed by Defendants for production of documents and deposition testimony.  As reflected by the attached subpoenas, Plaintiffs too seek documents from your clients and plan to examine them under oath at the proper juncture.

 We anticipate that each of your clients' depositions will be document intensive. For example, we have requested that Defendants produce the custodial files of each of your clients within Defendants' possession, custody and control, together with documents in the custodial files of other relevant Sasol personnel and Sasol central repositories.  We have also subpoenaed relevant documents from Fluor, which we understand was the employer of ███████████ during the relevant time period.

 We are in the process of meeting and conferring with Defendants and Fluor concerning the scope of their respective searches and productions of responsive documents.  Currently, under the Court-ordered case management plan, Defendants' deadline for substantial completion of document production is November 20, 2020.  All

SEATTLE BOSTON CHICAGO LOS ANGELES NEW YORK PHOENIX SAN DIEGO BERKELEY

010886-11/1362928 V2

October 21, 2020
Page 2


fact discovery, including depositions of third party witnesses such as your clients must be completed by February 5, 2021.

 To ensure a complete and accurate record, avoid prejudicing the parties' preparation for and participation in your clients' examinations, and prevent forcing your clients to appear for multiple depositions on multiple dates, Plaintiffs submit that ██████ ████████████████████████ depositions should take place on a mutually convenient date after the above-mentioned document productions are completed.

 With these concerns in mind, we intend to meet and confer with Defendants concerning the timing of your clients' depositions.  We will keep you apprised of the parties' discussions, as well as the status of Defendants' and Fluor's document productions.

 Should you have any questions or like to be involved in these discussions, we are happy to organize a conference call among counsel.

Sincerely,

Lucas E. Gilmore

cc:     Defendants' counsel of record