# EXHIBIT 19

## (Unredacted Version Filed Under Seal)

| | |
|---|---|
| **From:** | Prunetti, Nicole |
| **To:** | Jerrod C. Patterson; lucasg@hbsslaw.com; steve@hbsslaw.com |
| **Cc:** | Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| **Subject:** | Moshell v. Sasol, et. al. -- Case No. 1:20-cv-01008-JPC -- Notice of Subpoenas |
| **Date:** | Sunday, October 18, 2020 7:48:36 PM |
| **Attachments:** | 10.18.2020 -- Notice and Subpoenas -- ███████.pdf |

Counsel:

See attached Defendants' Notice of Subpoenas to ███████

Regards,
Nicole



**Nicole E. Prunetti**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 917 683 8241 Mobile
+1 212 310 8007 Fax