# EXHIBIT 20

## (Unredacted Version Filed Under Seal)

| | |
|---|---|
| **From:** | Prunetti, Nicole |
| **To:** | Jerrod C. Patterson; lucasg@hbsslaw.com; steve@hbsslaw.com |
| **Cc:** | Polkes, Jonathan; Zalka, Caroline; Barrington, Luna |
| **Subject:** | RE: Moshell v. Sasol, et. al. -- Case No. 1:20-cv-01008-JPC -- Notice of Subpoenas |
| **Date:** | Monday, October 19, 2020 6:20:06 PM |
| **Attachments:** | 2020.10.19 -- Notice and Subpoenas -- ▇▇▇▇▇▇.pdf |

Counsel:

Apologies, the previous email contained just the notice. The attached contains the notice and the subpoenas.

Regards,
Nicole

**From:** Prunetti, Nicole
**Sent:** Monday, October 19, 2020 6:08 PM
**To:** 'Jerrod C. Patterson' <jerrodp@hbsslaw.com>; lucasg@hbsslaw.com; steve@hbsslaw.com
**Cc:** Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>
**Subject:** Moshell v. Sasol, et. al. -- Case No. 1:20-cv-01008-JPC -- Notice of Subpoenas

Counsel:

See attached Defendants' Notice of Subpoenas to ▇▇▇▇▇▇▇▇ .

Regards,
Nicole



**Nicole E. Prunetti**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicole.prunetti@weil.com
+1 212 310 8683 Direct
+1 917 683 8241 Mobile
+1 212 310 8007 Fax