# EXHIBIT 22

## (Unredacted Version Filed Under Seal)

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

## ATTORNEYS AT LAW

October 23, 2020

VIA EMAIL

Jonathan D. Polkes
Weil, Gothshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*jonathan.polkes@weil.com*

     Re: *Moshell v. Sasol Limited, et al.,* No. 1:20-cv-01008-JSR (S.D.N.Y.)

Dear Jonathan:

     As you are aware, my firm represents ███████████████████████ ███████ – third-party witnesses in the aforementioned action.  Defendants in this action previously noticed my clients' depositions and recently asked to schedule all three for October 30, 2020.  However, on October 21, 2020, Plaintiffs' Counsel issued subpoenas for my clients' documents on November 20, 2020 and for their deposition testimony on December 7-9, 2020.  ████████████████████████████ will not be produced for testimony multiple times, and thus, will not be produced on October 30, 2020.

     Further, Plaintiffs' Counsel indicated in its November 21, 2020 correspondence that the Parties are in the process of meeting and conferring about the scope of productions responsive to Plaintiffs' demands for custodial files of Sasol personnel and Sasol central repositories.   As this discovery relates to my clients' and their anticipated testimony, I am demanding a copy of the documents that you ultimately produce.

     Lastly, as the operative scheduling order in this matter requires third party witness depositions be completed by February 5, 2021, it would make the process more efficient if a joint meet and confer can be scheduled to discuss the anticipated production of these relevant documents and the scheduling of ████████████████ depositions.

                                   Sincerely,

                                   Frank Schirripa

cc:    Defendants' Counsel of Record (*via* email)
       Plaintiffs' Counsel of Records (*via* email)

112 MADISON AVENUE, • 10TH FLOOR • NEW YORK, N.Y. 10016
TELEPHONE 212.213.8311 • FACSIMILE 212.779.0028 • WWW.HRSCLAW.COM

618  247-C