UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                  :

CHAD LINDSEY MOSHELL, *individually and on*     :
*behalf of all others similarly situated*,       :
                  :

              Plaintiffs,     :        20-CV-1008 (JPC)
                  :

      -v-              :        <u>ORDER</u>
                  :

SASOL LIMITED et al.,         :
                  :

              Defendants.    :
                  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendants' Motion for Reconsideration, Motion for Stay of Discovery, and Motion for Sanctions (Dkts. 102, 103). The Conference scheduled for November 5, 2020, at 4:00 p.m. is hereby adjourned to November 10, 2020 at 4:00 p.m. The parties should be prepared to address the issues raised by these motions and the letters on Dkts. 95, 96, 97 at the Conference.

       SO ORDERED.

Dated: November 4, 2020
      New York, New York              _____
                                 JOHN P. CRONAN
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/4/2020____