**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      -v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>          Defendants. | Case No. 1:20-CV-01008-JPC<br><br>Hon. John P. Cronan |

**DECLARATION OF LUNA BARRINGTON IN SUPPORT OF DEFENDANTS'
SUPPLEMENTAL MEMORANDUM OF LAW AND REPORT OF INVESTIGATION IN
SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF
THE COURT'S AUGUST 24, 2020 MEMORANDUM ORDER AND
<u>MOTION FOR SANCTIONS</u>**

I, Luna Barrington, declare the following under penalty of perjury:

1. I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively "Defendants"). I submit this Declaration in support of Defendants' Supplemental Memorandum of Law and Report of Investigation in Support of Defendants' Motion for Reconsideration of the Court's August 24, 2020 Memorandum Order and Motion for Sanctions.

2.        True and correct copies of the following documents cited in the accompanying

Memorandum of Law in Support of the Motion are attached as exhibits 1 through 33:

| **Exhibit** | **Description** |
| --- | --- |
| 1 | Deposition Transcript of CW-1 dated Dec. 2, 2020 (Redacted) |
| 2 | Deposition Transcript of CW-2 dated Dec. 8, 2020 (Redacted) |
| 3 | Deposition Transcript of CW-3 dated Dec. 2, 2020 (Redacted) |
| 4 | Deposition Transcript of CW-4 dated Dec. 2, 2020 (Redacted) |
| 5 | Deposition Transcript of CW-5 dated Nov. 24, 2020 (Redacted) |
| 6 | Deposition Transcript of CW-6 dated Dec. 7, 2020 (Redacted) |
| 7 | PI Notes of Interview with CW-2 (Filed Under Seal) |
| 8 | PI Memo re: CW-2 dated May 20, 2020 (Filed Under Seal) |
| 9 | Email from L. Gilmore to C. Szechenyi dated May 20, 2020 (Filed Under Seal) |
| 10 | Email from J. Patterson to C. Szechenyi dated May 27, 2020 (Filed Under Seal) |
| 11 | Email from L. Browning to C. Szechenyi dated May 7, 2020 (Filed Under Seal) |
| 12 | Email from L. Gilmore to C. Szechenyi dated May 8, 2020 (Filed Under Seal) |
| 13 | Memo from L. Gilmore to C. Szechenyi dated May 12, 2020 (Filed Under Seal) |
| 14 | PI Notes of Interview with CW-4 (Filed Under Seal) |
| 15 | Email from C. Szechenyi to J. Patterson dated June 3, 2020 (Filed Under Seal) |
| 16 | Messages from L. Browning to CW-4 dated May 14, 2020 (Filed Under Seal) |
| 17 | Email from L. Browning to C. Szechenyi dated May 14, 2020 (Filed Under |

Seal)

| | |
|---|---|
| 18 | PI Notes of Interview with CW-5 (Filed Under Seal) |
| 19 | PI Notes of Interview with CW-5 dated June 1, 2020 (Filed Under Seal) |
| 20 | PI Memo re: CW-1 dated May 29, 2020 (Filed Under Seal) |
| 21 | Email from R. Kathrein to C. Szechenyi dated May 29, 2020 (Filed Under Seal) |
| 22 | PI Memo re: CW-1 dated June 1, 2020 (Filed Under Seal) |
| 23 | PI Notes of Interview with CW-1 (Filed Under Seal) |
| 24 | PI Notes of Interview with CW-1 dated June 2, 2020 (Filed Under Seal) |
| 25 | PI Memo re: CW-1 dated June 3, 2020 (Filed Under Seal) |
| 26 | J. Patterson's notes of Interview with CW-1 (Filed Under Seal) |
| 27 | Email from C. Szechenyi to R. Kathrein dated June 3, 2020 (Filed Under Seal) |
| 28 | PI Memo re: CW-3 dated June 2, 2020 (Filed Under Seal) |
| 29 | PI Memo re: CW-6 dated June 8, 2020 (Filed Under Seal) |
| 30 | Email from L. Gilmore to F. Schirripa dated Nov. 5, 2020 (Redacted) |
| 31 | Email from L. Gilmore to F. Schirripa dated Nov. 9, 2020 (Redacted) |
| 32 | Email from F. Schirripa to L. Gilmore dated Nov. 6, 2020 (Redacted) |
| 33 | Email from F. Schirripa to L. Gilmore dated Nov. 10, 2020 (Redacted) |

Dated: New York, New York
December 15, 2020

Respectfully submitted,

/s/ Luna Barrington
Luna Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*