# EXHIBIT 6

## [REDACTED VERSION]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JCP<br><br>Hon. John Peter Cronan<br><br>**DECLARATION OF** █████████ |

I, █████████ hereby declare as follows:

1. I worked for Sasol as a █████████ from October 2015 until October 2018 at Sasol's Houston, Texas office.

2. On November 30, 2020, I spoke by telephone with a private investigator named Kevin R. Naughton and an attorney named Lucas E. Gilmore. Mr. Gilmore told me that he and Mr. Naughton worked for a law firm that had been appointed Lead Counsel prosecuting securities fraud claims on behalf of a class of investors against Sasol and certain of its senior executives. Mr. Gilmore asked me if I could answer some questions about my experience at Sasol to assist with their litigation, and I agreed to do so. Before proceeding with the interview, Mr. Gilmore told me not to disclose any confidential or privileged information I learned during my tenure at Sasol. I then participated in an interview with Messrs. Gilmore and Naughton. At no time was I told during these interviews that my comments would remain confidential.

3. I understand that Messrs. Naughton and Gilmore prepared the memorandum attached hereto as Exhibit A, summarizing the substance of my statements made to them during

- 1 -

- 2 -

the November 30, 2020 interview.  I have reviewed the attached memorandum and can confirm that the memorandum accurately reflects the substance of my statements made during that interview.  I also understand that this declaration and the attached memorandum are being filed with the Court provisionally under seal, and that these materials could be the subject of future pleadings in this litigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in ▮▮▮▮▮▮▮▮▮▮ on January 18, 2021.

010886-11/1426354 V1

# EXHIBIT A



T 510.725.3000    F 510.725.3001

ATTORNEYS AT LAW
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 202
BERKELEY, CA 94710
www.hbsslaw.com

## PRIVILEGED AND CONFIDENTIAL
## WORK PRODUCT MEMORANDUM

**To:**       ████████████████████████████████████
██████████

**From:**     ████████████

**Date:**     November 30, 2020

**Subject:**  Sasol Limited – ███████████

████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
████████████████████████████████
██████████████████████████████████
██████████████████████████████
██████████████████████

████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
██████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████

Memorandum: Sasol Limited – ██████████
November 30 2020
Page 2



Memorandum: Sasol Limited – ███████████

November 30 2020

Page 3

Memorandum: Sasol Limited – ███████████
November 30 2020
Page 4