# EXHIBIT 7





BOSTON·LOS ANGELES·NEW YORK·HOUSTON·LONDON·QATAR

HOME    THE FIRM    CORPORATIONS / NON-PROFITS    INDIVIDUALS    **INVESTORS**    LAW FIRMS    WHISTLE BLOWERS    CONTACT

## INVESTORS



### CASE SAMPLES

A company promises investors oil production in mining prospects in Mexico. After spending tens of millions of dollars, the company only finds dry wells. Did it overstate its promises? We find the answer in engineering studies the company hid from investors.

A venture capital fund plans to spend tens of millions of dollars investing in a tech start up with a revolutionary transportation device. We find evidence that the CTO  hid relevant secrets about his past failures that investors would want to know.

A hedge fund has a client with a large investment in a lithium mining company in Canada. But the lithium mine is lagging behind in production and failing to meet its goals. The hedge fund hires On Point to conduct a site visit, interview managers and employees and examine the mining production process. We discovered flaws in its the mines production processes.

On Point caters to the needs of individual investors, private equity firms, hedge funds and venture capitalists in need of information, market intelligence, due diligence and risk mitigation.

To accomplish your goals, we use open source networks, in depth interviews, venture into the field for site inspections and follow the paper trail to gather information and perform in-depth due diligence.

### SERVICES INCLUDE

- Market intelligence
- Due diligence before and after deals
- Risk mitigation and assessment
- Document review and forensic accounting



## LAW FIRMS

### CASE SAMPLES

A CEO suddenly resigns. The company only states publicly he misspent funds. We find a pattern of malfeasance – spending on personal trips, penthouses and mistresses.

A pharmaceutical company restates its earnings. We learn it has stuffed its channel with million of dollars of excess products and agreed in side letters with its customers to take back its unsold products.

On Point serves law firms in their quest to protect the interests of shareholders, corporations, taxpayers, consumers and employees. Whether it's unearthing evidence of a medication that is injuring patients or doing due diligence on deals to minimize risk or discovering misrepresentations by corporate executives, On Point is devoted to digging beneath the surface to find the truth and evidence for complex litigation.

On Point's investigators are experienced in identifying witnesses, obtaining documents, conducting research and piecing together the facts. We obtain records from regulatory agencies that may prove critical to your interests. We find secrets buried in computers. We obtain sworn statements from witnesses. On Point provides law firms representing corporations and plaintiffs with the evidence they need to prosecute or defend a variety of different kinds of cases.

### SERVICES INCLUDE

- Class Action Defense
- Securities Fraud cases
- Anti-trust Litigation
- Whistleblower cases
- Consumer Product Liability cases
- Medical Malpractice cases
- Shareholder Derivative Litigation
- Opt-out cases
- Mergers and acquisitions due diligence

# WHISTLEBLOWERS



## CASE SAMPLES

A whistleblower contends the skilled nursing home facility where he works as an admissions clerk is defrauding Medicare by ordering unnecessary tests and services. We uncover evidence showing the practice pervades 35 facilities in the chain, leading the U.S. government to investigate and recover millions of dollars for taxpayers.

A law firm representing a whistleblower asks On Point to verify his charges that a large health care company is charging the government improperly for medical services by changing the coding on services to bolster the severity of illnesses. On Point finds evidence that the company's charge masters are teaching the hospital chain to manipulate the coding system to overcharge Medicare and Medicaid tens of millions of dollars.

On Point works with whistleblowers and their attorneys to establish their claims against a business or individual that is defrauding the federal government. In order to bring a successful claim, whistleblowers need to establish a fact pattern proving dimensions of the fraud.

We work directly with whistleblowers to gather evidence, interview witnesses, collect vital documents and present a pattern of wrongdoing in qui tam case presented by civil attorneys for prosecution by the U.S. government.

Whistleblowers may contact On Point directly with their allegations. We may connect you to attorneys who will represent your interests and we will work with you on the case as partners if you wish.

## RECENT NATIONAL SETTLEMENTS

- Defense contractors paid over $22 million for bid rigging
- International bank paid $202 million for ripping off HUD & FHA
- Dialysis company paid $55 million for unnecessary drug dosing
- Pharmaceutical company paid $1.5 billion for illegal marketing