UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br>**PLAINTIFFS' NOTICE OF RE-FILING OF CERTAIN EXHIBITS TO THE DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 24, 2020 MEMORANDUM ORDER; MOTION FOR SANCTIONS; AND MOTION FOR STAY OF DISCOVERY** |

Pursuant to the Court's Order dated February 16, 2021 [ECF No. 141], Plaintiffs hereby re-file Exhibits 1, 2, 8, 43,and 45 to the Declaration of Lucas E. Gilmore in Support of Opposition to Defendants' Motion for Reconsideration of the Court's August 24, 2020 Memorandum Order; Motion for Sanctions; and Motion for Stay of Discovery. In accordance with the Order, Exhibits 1, 8, and 45 are being filed publicly on ECF with redactions and an unredacted copy of each exhibit is being filed under seal. Exhibits 2 and 43 are being filed publicly on ECF with no redactions.

DATED: February 22, 2021

Respectfully submitted,

By */s/ Lucas E. Gilmore*
    LUCAS E. GILMORE

Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

- 1 -

- 2 -

Steve W. Berman (admitted *Pro Hac Vice*)
Jerrod C. Patterson (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

*Counsel for Lead Plaintiff David Cohn and
Additional Representative Plaintiff Chad L. Moshell*

- 2 -

010886-11/1438837 V1