# EXHIBIT 1

## [REDACTED VERSION]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br>Hon. John Peter Cronan<br><br>**DECLARATION OF LYNNLEY BROWNING** |

I, Lynnley Browning, hereby declare as follows:

1.    I am an investigator at On Point Investigations, a licensed private investigations firm based in Boston, Massachusetts. We were retained by Plaintiffs' counsel in this action and, together with Plaintiffs' counsel, conducted interviews of the Confidential Witnesses ("CWs") in this litigation. I respectfully submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration and Motion for Sanctions. In this Declaration, I describe the methodology, scope, and supervision of this investigation. I have personal knowledge of the information herein and, if called upon as a witness, could and would competently testify thereto.

**A.    Background and Experience**

2.    I currently work for On Point Investigations, a licensed private investigations firm based in Boston, Massachusetts, which employs a network of investigators, certified fraud examiners and forensic accountants located across the globe. On Point Investigations' principal business is uncovering evidence of fraud for its attorney, investor, individual, business, and financial institution clients, specializing in interviewing witnesses to determine whether they have

- 1 -

evidence of fraud. Over the last decade, On Point Investigations has been retained by several of the leading plaintiff securities fraud class action firms for purposes of identifying potential witnesses and obtaining witness accounts in pending cases.

3.  I have worked for over three decades, variously as a staff reporter, a freelance reporter, and a contract writer, for leading media outlets, including Bloomberg, *The New York Times*, *Newsweek*, *The Boston Globe*, and Reuters, in Moscow, and New York, NY. I have specialized in business tax matters and have written well-received articles on corporate tax planning, corporate and individual tax shelters, Swiss private banks, and hedge funds. I spent nearly six years as a reporter in Russia, during which time I spent over two years leading coverage of energy and commodities in the former Soviet Union for Reuters' bureau in Moscow. I am fluent in Russian.

4.  My investigative stories have been cited by law journals, law firms, think tanks, tax and legal trade publications, academics, and Congressional committees, and they have formed the basis of several *New York Times* editorials. My coverage of the Justice Department's criminal investigation of Swiss and Swiss-style private banks that enabled tax evasion for wealthy Americans was cited by the United States Senate's Permanent Subcommittee on Investigations – Committee on Homeland Security and Governmental Affairs. My tax coverage was cited by the United States House Committee on Ways and Means – Subcommittee on Tax Policy.

5.  I have also interviewed former senior Federal Reserve officials for the Yale School of Management's Program on Financial Stability and have written "Lessons Learned" reviews, based on my interviews, for global policymakers and scholars of the 2007–2009 financial crisis. As a result of my lead coverage of one of the nation's then-largest bank mergers (Fleet and Bank Boston), my *Boston Globe* colleagues and I won the 1999 Society of American Business Editors

- 2 -

010886-11/1423942 V1

and Writers award for "Best in Business" coverage. I have also written about privatization in Russia for the "Strengthening Democratic Institutions Project" at Harvard University's John F. Kennedy School of Government.

6. I have discussed my investigative articles on *PBS News Hour with Jim Lehrer*, *On the Record with Greta van Susteren*, *C-SPAN Washington Journal*, Bloomberg Radio, and BBC Television, among other outlets.

7. I graduated *cum laude* from Princeton University with a B.A. in Slavic Languages and Literatures and also graduated from the University of Texas at Austin with an M.A. in Comparative Literature.

8. My investigation in this case was at all times supervised and managed by the President and Founder of On Point Investigations, Christopher Szechenyi. Mr. Szechenyi has more than 18 years of experience investigating securities fraud, antitrust violations, and qui tam cases on behalf of law firms, shareholders, and consumers. Prior to founding On Point Investigations, he worked at the Berman DeValerio law firm as Director of Investigations, and at *60 Minutes* for three years as a Paris-based producer, working with Mike Wallace and Ed Bradley (among other journalists). He has interviewed hundreds of witnesses in these roles. He also taught journalism for 10 years at Emerson College in Boston and received two regional Emmy awards and a national award from Investigative Reporters and Editors for his work in journalism. His interview subjects have included Abdullah bin Laden (one of Osama bid Laden's brothers) and John Connolly, a former FBI agent who was convicted of conspiring with mobster Whitey Bulger. He earned a bachelor's degree in journalism from Lehigh University.

9. Mr. Szechenyi has been conducting investigations in securities fraud cases for approximately 20 years. After working in-house as a private investigator for Berman DeLaverio,

010886-11/1423942 V1

specializing in securities fraud cases, he then worked as a solo private investigator for approximately five years and continued to work on and specialize in securities fraud cases. In 2012, he founded On Point Investigations, which focuses on securities fraud, qui tam cases, and other fraud-related investigations. Most of these investigations require On Point's private investigators to locate and question confidential witnesses.

10.    On Point Investigations maintains a company website located at the following address: onpointinvestigations.com. On Point's role in conducting investigations to assist litigation is described on the front page of its website, which states "On Point has interviewed witnesses for cases that have settled for more than $1 Billion." Scrolling at the bottom are statements from attorneys who have used their services, including Steve Berman, who is quoted as saying "On Point is a great investigative tool and we at Hagens Berman rely on their work frequently." The top header of the website lists various types of assignments that On Point undertakes, including those relating to "Investors," "Law Firms," and "Whistle Blowers." Under the "Investors" tab, the "Case Samples" include the following: "A company promises investors oil production in mining prospects in Mexico. After spending tens of millions of dollars, the company only finds dry wells. Did it overstate its promises? We find the answer in engineering studies the company hid from investors." Under the "Law Firms" tab, the website states as follows: "On Point serves law firms in their quest to protect the interests of shareholders, corporations, taxpayers, consumers and employees. Whether it's unearthing evidence of a medication that is injuring patients or doing due diligence on deals to minimize risk or discovering misrepresentations by corporate executives, On Point is devoted to digging beneath the surface to find the truth and evidence for complex litigation." Finally, under the "Whistle Blowers" tab, the websites states the following: "On Point works with whistleblowers and their attorneys to establish their claims against a business or

- 4 -

individual that is defrauding the federal government. In order to bring a successful claim, whistleblowers need to establish a fact pattern proving dimensions of the fraud. We work directly with whistleblowers to gather evidence, interview witnesses, collect vital documents and present a pattern of wrongdoing in qui tam cases presented by civil attorneys for prosecution by the U.S. government."

11. Attached as Exhibit 7 is a true and correct copy of excerpts from the website of On Point Investigations obtained on January 15, 2021, which content has been available to the public for the last several years, including from May 2020 to the present.[1]

**B.    The Investigation and My Interview Methodology**

12. In or about May 2020, the law firm of Hagens Berman retained On Point Investigations to assist with the investigation of securities fraud on behalf of its clients and a putative class of investors pending against Sasol Limited and several of its top executives in the United States District Court for the Southern District of New York. Hagens Berman's retainer agreement with On Point specified that the work product generated from the investigation would be subject to attorney-client privilege unless the client waives the privilege or a court finds that the investigation was not privileged.



---

[1] All exhibits referenced in my Declaration refer to the exhibits attached to the Declaration of Lucas Gilmore filed concurrently herewith.

010886-11/1423942 V1

- 6 -



010886-11/1423942 V1

- 7 -



010886-11/1423942 V1

- 8 -



- 9 -



010886-11/1423942 V1

DocuSign Envelope ID: 96CD62BE-6FA8-4A9E-B62A-9B483997FF58

- 10 -



010886-11/1423942 V1



010886-11/1423942 V1

- 12 -



010886-11/1423942 V1

- 13 -



010886-11/1423942 V1

- 14 -



010886-11/1423942 V1

DocuSign Envelope ID: 96CD62B5-6FA8-4A9E-B62A-3B483997FF58

- 15 -



010886-11/1423942 V1

- 16 -



010886-11/1423942 V1

- 17 -



010886-11/1423942 V1

- 18 -



- 19 -



010886-11/1423942 V1

- 20 -



010886-11/1423942 V1

DocuSign Envelope ID: 96CD62B5-6FA8-4A9E-B62A-9B483997FF58

- 21 -



010886-11/1423942 V1

- 22 -



- 23 -



010886-11/1423942 V1

- 24 -



010886-11/1423942 V1

DocuSign Envelope ID: 96CD62BE-6FA8-4A9E-B62A-9B483997FF58

- 25 -



010886-11/1423942 V1

- 26 -



010886-11/1423942 V1

- 27 -



010886-11/1423942 V1

- 28 -



010886-11/1423942 V1

- 29 -



010886-11/1423942 V1

DocuSign Envelope ID: 96CD62BE-6FA8-4A9E-B62A-9B483997FF58

- 30 -



010886-11/1423942 V1

DocuSign Envelope ID: 96CD62BE-6FA8-4A9E-B62A-3B483997FF58

- 31 -

010886-11/1423942 V1



010886-11/1423942 V1

- 33 -



010886-11/1423942 V1

- 34 -



\*       \*       \*

010886-11/1423942 V1

- 35 -



Executed on January 19, 2021, at New Haven, Connecticut.

DocuSigned by:

4C6DE0596A7E4D8...

LYNNLEY BROWNING

010886-11/1423942 V1