**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHAD LINDSEY MOSHELL, Individually
and On Behalf of All Others Similarly
Situated,

                 Plaintiff,

            -v-

SASOL LIMITED, DAVID EDWARD
CONSTABLE, BONGANI NQWABABA,
STEPHEN CORNELL, PAUL VICTOR,
and STEPHAN SCHOEMAN,

                Defendants.

Case No. 1:20-CV-01008-JPC

Hon. John P. Cronan

**DEFENDANTS' NOTICE OF MOTION TO CERTIFY**
**THE COURT'S JULY 7, 2021 OPINION AND ORDER FOR INTERLOCUTORY**
**APPEAL AND TO STAY FURTHER PROCEEDINGS PENDING APPEAL**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support

of Defendants' Motion to Certify the Court's July 7, 2021 Opinion & Order for Interlocutory

Appeal and to Stay Further Proceedings Pending Appeal, Defendants hereby move this Court for

an order certifying for interlocutory appeal under 28 U.S.C. § 1292(b) the Court's July 7, 2021,

Opinion and Order, and staying further proceedings in this action pending a resolution of

Defendants' petition for interlocutory appeal and any resulting appeal to the United States Court

of Appeals for the Second Circuit.

Dated: New York, New York
       July 16, 2021

Respectfully submitted,

 /s/ *Jonathan D. Polkes*
Jonathan D. Polkes
Gregory Silbert
Caroline H. Zalka
Luna N. Barrington
Nicole E. Prunetti
Robert B. Niles-Weed
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*

2