**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-v-

SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,

Defendants.

</td><td>

Case No. 1:20-CV-01008-JPC

Hon. John P. Cronan

</td></tr>
</table>

**DECLARATION OF LUNA N. BARRINGTON IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Luna N. Barrington, declare the following under penalty of perjury:

1.      I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively, "Defendants"). I submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2.      True and correct copies of the following documents cited in the accompanying Memorandum of Law in Opposition are attached as exhibits 1 and 2:

| Exhibit | Description |
|---------|-------------|
| 1 | Excerpted Transcript of August 26, 2021 Deposition of Additional |

Representative Plaintiff Chad Lindsey Moshell

2       Excerpted Transcript of September 17, 2021 Deposition of Lead Plaintiff David Cohn

Dated: New York, New York       Respectfully submitted,
      September 24, 2021

      /s/ *Luna N. Barrington*
      Luna N. Barrington
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Tel: (212) 310-8000
      Fax: (212) 310-8007

      *Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*

2