UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated, <br><br>                    Plaintiff, <br><br> v. <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br>                    Defendants. | Case No. 1:20-cv-01008-JPC <br><br> **REPLY DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

I, Steve W. Berman, declare as follows:

1.      I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), which represents the Court-appointed Lead Plaintiff David Cohn and Additional Representative plaintiff Chad L. Moshell in this action, and which the Court appointed as Lead Counsel by Order dated May 4, 2020. ECF No. 52. I am licensed to practice law in Illinois and Washington and I am admitted *pro hac vice* in this action.

2.      I submit this reply declaration in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (the, "Class Certification Motion"). I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.      Since this Court appointed Hagens Berman as Lead Counsel, the firm has, under Lead Plaintiff's supervision and direction, among other things: thoroughly analyzed, researched and investigated the securities law claims at issue, including interviews with multiple former employees of Sasol Limited and other relevant entities; drafted a detailed amended complaint;

- 1 -

successfully opposed Defendants' motion to dismiss; analyzed the Court's motion to dismiss opinion; continued its investigation and research; drafted a Second Amended Complaint joining an additional representative plaintiff to provide the Class with broader representation; pursued discovery from Defendants and other third parties; assisted Plaintiffs in responding and objecting to Defendants' discovery requests and making corresponding searches for and producing responsive documents; retained a market efficiency expert; filed a motion for class certification; retained an expert in the area of the standard of care for use of confidential witnesses in securities class action litigation governed by the Private Securities Litigation Reform Act; successfully opposed Defendants' motions for reconsideration and request for sanctions; analyzed the Court's opinion denying Defendants' motion for reconsideration and request for sanctions; opposed Defendants' request for interlocutory appeal; participated in nine separate fact and expert witness depositions, including those of Plaintiffs; filed and briefed a motion to compel Defendants' compliance with Plaintiffs' class certification discovery requests; analyzed nearly 50,000 documents produced by Defendants to date; and regularly updated Plaintiffs on developments in this litigation, the contents of which communications remain subject to applicable privilege, including the attorney-client privilege and/or the work product privilege.

4.      Lead Counsel is willing and able to continue to commit the necessary resources to achieve a successful recovery for the proposed Class.

5.      The documents attached to this declaration begin with Exhibit 32, following Exhibits 1 through 31 attached to my October 2, 2020 declaration filed in support of the Class Certification Motion.

010886-11/1710448 V1

- 3 -

6. Attached hereto as Exhibit 32 is a true and correct copy of a document prepared by Plaintiffs' counsel entitled "Testimonials," which provides excerpts of quotes made by district courts and legal commentators acknowledging Hagens Berman's class action leadership.

7. Attached hereto as Exhibit 33 is a true and correct copy of the document Bates-numbered SSL-00003986, which was produced by Defendants during the course of discovery in this action.

8. Attached hereto as Exhibit 34 is a true and correct copy of the document Bates-numbered SSL-00005098, which was produced by Defendants during the course of discovery in this action.

9. Attached hereto as Exhibit 35 is a true and correct copy of the document Bates-numbered SSL-00073912, which was produced by Defendants during the course of discovery in this action.

10. Attached hereto as Exhibit 36 is a true and correct copy of the document Bates-numbered SSL-00025056, which was produced by Defendants during the course of discovery in this action.

11. Attached hereto as Exhibit 37 is a true and correct copy of the document Bates-numbered SSL-00000599, which was produced by Defendants during the course of discovery in this action.

12. Attached hereto as Exhibit 38 is a true and correct copy of Notice of Deposition and Subpoena to Testify at a Deposition in a Civil Action directed to Lynnley Browning ("Browning Deposition Subpoena"), which was issued by Defendants in this action and called for Ms. Browning's deposition to occur on September 16, 2021.

010886-11/1710448 V1

- 4 -

13.    Attached hereto as Exhibit 39 is a true and correct copy of Ms. Browning's and Plaintiffs' objections to the Browning Deposition and Document Subpoenas, served in this action on September 2, 2021.

14.    Attached hereto as Exhibit 40 is a true and correct copy of email correspondence between counsel for plaintiffs and defendants, dated September 9, 2021, wherein Defendants' counsel confirm Defendants' withdrawal of the Browning Deposition Subpoena.

15.    Attached hereto as Exhibit 41 is a true and relevant copy of excerpts from the transcript of the September 17, 2021 deposition of Lead Plaintiff David Cohn.

16.    Attached hereto as Exhibit 42 is a true and relevant copy of excerpts from the transcript of the August 26, 2021 deposition of Additional Representative Plaintiff Chad Lindsey Moshell.

17.    Attached hereto as Exhibit 43 is a true and correct copy of the document Bates-numbered SSL-00135309_R_R, which was produced by Defendants during the course of discovery in this action.

18.    Attached hereto as Exhibit 44 is a true and correct copy of the document Bates-numbered SSL-00189158, which was produced by Defendants during the course of discovery in this action.

19.    Attached hereto as Exhibit 45 is a true and correct copy of the document Bates-numbered SSL-00135643_R, which was produced by Defendants during the course of discovery in this action.

- 4 -

- 5 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Dated: December 10, 2021
 Seattle, WA                                               By */s/ Steve W. Berman*
                                                                    STEVE W. BERMAN

- 5 -