# EXHIBIT 32

# Testimonials

Many courts and commentators have acknowledged Hagens Berman's class action leadership.  We are honored to highlight the below excerpts.

**"… I would thank counsel. I think the public doesn't fully appreciate or understand the degree to which, when a judge handles litigation well, how much of that depends on counsel, but it truly does, particularly in litigation of this nature and complexity, which involves not just complicated legal issues, but call for excellent briefing that you have provided throughout, but incredibly challenging management issues. Having lead counsel, who knew what they were doing, and defense counsel, who knew what they were doing, you have helped me at every turn, and I appreciate it …"**

— The Honorable Jesse M. Furman, United States District Judge Southern District of New York, *In re General Motors LLC Ignition Switch Litigation*

**"I think this is an excellent recovery for the class members. … The fourth factor that I have to consider is the quality of representation. It has been excellent and [has] been of great assistance to the Court. … The skill with which plaintiffs' counsel acted in this case benefitted the class and I would say benefitted the American economic system as a whole."**

— U.S. District Judge Denise L. Cote, Southern District of New York, *In re Electronic Books Antitrust Litigation*

**"... In particular, the class definition and the damages calculations for the class presented novel, complex legal issues requiring lengthy discovery, experts, appeals to the Second Circuit, and hearings. Despite these challenges, Hagens Berman continued litigating on behalf of the class. ... Hagens Berman represented the Brecher class faithfully for a decade, appearing before this court and the Second Circuit, advocating for a more inclusive class definition, and filing for summary judgment... Hagens Berman's willingness to take this case on a contingency basis in spite of the risks involved, and to continue to represent the class even when success appeared unlikely, is a testament to its commitment. The awarded fee will hopefully encourage Hagens Berman to do the same in the future."**

— U.S. District Judge Thomas P. Griesa, Southern District of New York, *Argentine Bonds*

**"... when you get good lawyers this is what happens; you get these cases resolved. ... respective clients certainly got their money's worth with these attorneys and the work that they did on their behalf. ... Plaintiffs did an excellent job on behalf of their clients in this case. ... I have never worked with such professional, decent counsel."**

— The Honorable Dennis M. Cavanaugh, United States District Judge (Retired) District of New Jersey, *In Re Mercedes-Benz Emissions Litigation*

**"The degree to which you all litigated the case is -- you know, I can't imagine attorneys litigating a case more rigorously than you all did in this case. It seems like every conceivable, legitimate, substantive dispute that could have been fought over was fought over to the max. So you, both sides, I think litigated the case as vigorously as any group of attorneys could. The level of representation of all parties in terms of the sophistication of counsel, was, in my view, of the highest levels. I can't imagine a case in which there was really a higher quality of representation across the board than this one."**

— U.S. District Judge William E. Smith, District of Rhode Island, *In re Loestrin 24 Antitrust Litigation*

**"Class counsel has consistently demonstrated extraordinary skill and effort."**

— U.S. District Judge James Selna, Central District of California, *In re Toyota Motor Corp. Unintended Acceleration*

**"the track record of Hagens Berman['s] Steve Berman is … impressive, having racked … a $1.6 billion settlement in the Toyota Unintended Acceleration Litigation and a substantial number of really outstanding big-ticket results."**

— Milton I. Shadur, Senior U.S. District Judge, naming Hagens Berman Interim Class Counsel in *Stericycle Pricing MDL*

-3-

-4-

**"All right, I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that the results are exceptional…You did an exceptionally good job at organizing and managing the case…"**

— Judge Hamilton, U.S. District Court for the Northern District of California, *In re Dynamic Random Access Memory Antitrust Litigation* (Hagens Berman was co-lead counsel and helped achieve the $325 million class settlement)

**"Berman is considered one of the nation's top class-action lawyers."**

— Associated Press

**"Landmark consumer cases are business as usual for Steve Berman."**

— The National Law Journal, naming Steve Berman one of the 100 most influential attorneys in the nation for the third time in a row