# EXHIBIT 40

**From:**       Barrington, Luna <luna.barrington@weil.com>
**Sent:**       Thursday, September 9, 2021 9:54 AM
**To:**         Lucas Gilmore; ingrid.eicher@weil.com
**Cc:**         nicole.prunetti@weil.com; jonathan.polkes@weil.com; caroline.zalka@weil.com; andrew.cauchi@weil.com; Steve Berman; Jerrod C. Patterson
**Subject:**    RE: Moshell, et al. v. Sasol Limited, et al., No. 1:20-cv-01008-JSR -- Lynnley Browning

Thanks Lucas. I'm confirming that we have withdrawn the subpoena to Ms. Browning. Defendants reserve the right to re-issue the subpoena if Plaintiffs rely on any evidence from Ms. Browning in their reply in support of class certification.

**From:** Lucas Gilmore <lucasg@hbsslaw.com>
**Sent:** Wednesday, September 8, 2021 4:55 PM
**To:** Barrington, Luna <Luna.Barrington@weil.com>; Eicher, Ingrid <Ingrid.Eicher@weil.com>
**Cc:** Prunetti, Nicole <Nicole.Prunetti@weil.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Cauchi, Andrew <Andrew.Cauchi@weil.com>; steve@hbsslaw.com; jerrodp@hbsslaw.com
**Subject:** RE: Moshell, et al. v. Sasol Limited, et al., No. 1:20-cv-01008-JSR -- Lynnley Browning

Luna and Ingrid,

Thank you for the meet and confer call today.  Based on our conversation and Ms. Browning's and Plaintiffs' expressed intent to seek an order from the Court quashing the deposition and document subpoenas directed to Ms. Browning, or alternatively obtain a protective order excusing Ms. Browning's compliance, we understand that Defendants have agreed to withdraw the subpoenas directed to Ms. Browning.  We also understand that it is Defendants' position that this withdrawal is without waiver of Defendants' rights, and that Defendants contend that they reserve the right to re-issue the subpoenas to Ms. Browning, including in the event Plaintiffs were to rely on any new evidence given by Ms. Browning in connection with Plaintiffs' Reply in Support of Class Certification.

With all parties reserving their rights and objections, we understand that counsel agree to meet and confer should any dispute arise in connection with any subpoenas issued by Defendants to Ms. Browning in the future.

Regards, Lucas

Lucas Gilmore | **Hagens Berman Sobol Shapiro LLP |** Direct: (510)725-3052

**From:** Barrington, Luna <luna.barrington@weil.com>
**Sent:** Tuesday, September 7, 2021 1:16 PM
**To:** Lucas Gilmore <LucasG@hbsslaw.com>
**Cc:** Nicolle Grueneich <nicolleg@hbsslaw.com>; nicole.prunetti@weil.com; jonathan.polkes@weil.com; caroline.zalka@weil.com; andrew.cauchi@weil.com; Steve Berman <Steve@hbsslaw.com>; Jerrod C. Patterson <jerrodp@hbsslaw.com>
**Subject:** RE: Moshell, et al. v. Sasol Limited, et al., No. 1:20-cv-01008-JSR -- Lynnley Browning

Thanks Lucas, that works for me. Talk then.

**From:** Lucas Gilmore <lucasg@hbsslaw.com>
**Sent:** Tuesday, September 7, 2021 4:13 PM
**To:** Barrington, Luna <Luna.Barrington@weil.com>

1

**Cc:** nicolleg@hbsslaw.com; Prunetti, Nicole <Nicole.Prunetti@weil.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Cauchi, Andrew <Andrew.Cauchi@weil.com>; steve@hbsslaw.com; jerrodp@hbsslaw.com
**Subject:** Re: Moshell, et al. v. Sasol Limited, et al., No. 1:20-cv-01008-JSR -- Lynnley Browning

Luna, I'm available for a meet and confer call tomorrow at 1 pm Pacific / 4 pm Eastern. If this works, I can distribute a dial in and invite. Thanks


On Sep 3, 2021, at 11:14 AM, Barrington, Luna <luna.barrington@weil.com> wrote:


Lucas, are you available for a short meet and confer today? If not, I am available on 9/8 after 10:30 (ET). Thank you.

---

**From:** Nicolle Grueneich <nicolleg@hbsslaw.com>
**Sent:** Thursday, September 2, 2021 5:31 PM
**To:** Prunetti, Nicole <Nicole.Prunetti@weil.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Cauchi, Andrew <Andrew.Cauchi@weil.com>
**Cc:** lucasg@hbsslaw.com; steve@hbsslaw.com; jerrodp@hbsslaw.com
**Subject:** Moshell, et al. v. Sasol Limited, et al., No. 1:20-cv-01008-JSR -- Lynnley Browning

Counsel:

Attached please find (1) a letter of today's date from Lucas Gilmore, (2) Lynnley Browning's Objections to Defendants' Subpoena to Produce Documents, and (3) Lynnley Browning's Objections to Defendants' Subpoena to Testify at a Deposition.

**Nicolle Grueneich** | Paralegal
**Hagens Berman Sobol Shapiro LLP**
455 North Cityfront Plaza Drive, Suite 2410, Chicago, IL 60611
Direct: (708) 628-4961
nicolleg@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook

<mime-attachment.jpg>
Named 2019 Mass Tort Elite Trial Lawyers by the *National Law Journal* and honored by the American Antitrust Institute for Outstanding Antitrust Litigation also in 2019

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.