# EXHIBIT 42

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
CHAD LINDSEY MOSHELL, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

Case No.
1:20-CV-01008-JPC

- against -

SASOL LIMITED, DAVID EDWARD CONSTABLE,
BONGANI NQWABABA, STEPHEN CORNELL, PAUL
VICTOR and STEPHAN SCHOEMAN,

Defendants.
-----------------------------------------X

CONFIDENTIAL VIDEOTAPED DEPOSITION
VIA ZOOM VIDEOCONFERENCING
OF
CHAD LINDSEY MOSHELL
Thursday, August 26, 2021

Reported By:
LINDA J. GREENSTEIN

Page 54

CONFIDENTIAL - CHAD LINDSEY MOSHELL

include a call log.

I don't know how far back the data it goes on the web portal.

Q. In terms of -- and which attorneys at Hagens Berman have you communicated with concerning this litigation?

A. Just Lucas Gilmore.

Q. And do you depend on Mr. Gilmore to keep you apprised of developments in the lawsuit?

A. Yes.

Q. Do you know how to -- and do you depend on Mr. Gilmore to provide you with -- actually, strike that.

Do you know how to access kind of court filings by yourself?

A. I'm sure you could Google it. I never tried it myself. I don't have any kind of LexisNexis legal subscriptions or anything like that, but the public information, I assume it would be on a website somewhere, but I never tried to access it directly.

Page 55

CONFIDENTIAL - CHAD LINDSEY MOSHELL

Q. Okay. So you've never tried to access copies of court filings in this case through Google or any LexisNexis or Westlaw?

A. No.

Q. So you've exclusively received information concerning this litigation from your attorneys; is that correct?

A. Correct.

Q. Okay. Do you want to just tell me what your understanding is of your responsibilities as a lead plaintiff representative?

MR. GILMORE: Object to form.

A. Again, I don't think I'm a lead plaintiff. I'm a class representative.

My understanding is, my responsibility is to represent the class vigorously and the best of my ability, being truthful with information I provide.

I might have to either give depositions or possibly give, I guess, live testimony if it -- in the case it goes to trial.

Page 56

CONFIDENTIAL - CHAD LINDSEY MOSHELL

But, yeah, I'm supposed to provide my time and information to the best of my ability as well as I can and represent the -- represent the class kind of before myself.

Q. Anything else?

A. I think that's the main point. No, I don't think so, no. I mean, I'm sure there might be some other smaller things, but that's the main -- the main responsibility.

Q. And you said, "I don't think I'm a lead plaintiff. I'm a class representative."

What do you mean by that?

MR. GILMORE: Object to form.

A. My understanding is David Cohn is the lead plaintiff. I'm -- I'm a kind of a secondary plaintiff just to -- to broaden the -- and provide more of a ground or basis to represent other possible class members.

Q. So you said you're a secondary plaintiff to provide more of a ground or

Page 57

CONFIDENTIAL - CHAD LINDSEY MOSHELL

basis to represent other possible class members.

Did I get that right?

A. Yes.

Q. Okay. What do you mean by the phrase "secondary plaintiff"?

A. I'm not the main plaintiff. He's the -- David Cohn is the lead plaintiff that's, you know, negotiating legal fees and kind of guiding the -- the attorneys for more of a technical stand -- or from a -- yeah, technical standpoint, engaging with them.

I'm also -- I'm also a plaintiff obviously, but in a kind of a more of a supportive -- I don't know if "supportive role" is the right word, but -- yeah, again, just to provide another example, let's say, of a plaintiff that might come up in a class action.

Q. Based on your understanding, is there a distinction between your roles and responsibilities as a class representative and Mr. Cohn's roles and responsibilities

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 58

CONFIDENTIAL - CHAD LINDSEY MOSHELL

as a lead plaintiff?

MR. GILMORE: Object to form.

A.  I would -- for the most part I would say no, we basically have the same responsibilities to represent the class and represent the -- the other possible class members.

I think his -- it's just his losses were larger so he was better suited to kind of be the face, I guess, of the litigation. He has more of a vested interest or more of an interest, I guess.

Q.  What do you mean "he has more of an interest"?

A.  His losses were larger.

Q.  Okay. And so I think you said that you are also a plaintiff, but in more of a supportive -- I don't know if supportive role is the right word, but just to provide another example of a plaintiff that might come up in the class action.

Do you recall that testimony just now?

A.  Yes.

Page 59

CONFIDENTIAL - CHAD LINDSEY MOSHELL

Q.  What do you mean by "just to provide another example of a plaintiff that might come up in the class action"?

A.  So my understanding, when you try to get certified as a class action, the defense may try to undermine the merits of the case based on situational or circumstances of that individual.

So having a second individual with similar but not identical circumstances, it -- it keeps the focus more on the merits of the case rather than on anything small or -- I don't know -- the individual circumstances that might -- how can I phrase that -- yeah, possibly according to trades or something like that, that can hammer away or be defending against it on a technical aspect.

It's just providing a -- it's providing a more -- I don't know if it's a larger sample is the right way, but a sample of two is obviously better than a sample of one of investors that might be harmed in this -- investors that would be

Page 60

CONFIDENTIAL - CHAD LINDSEY MOSHELL

harmed by the actions of the defendants.

Q.  And who is -- what's the class that you are seeking to represent?

A.  Investors of the Sasol -- was it ARD stock during the class period.

Q.  What is the class period?

A.  It is January 13th of 2019 -- yeah, 2019 -- yeah, 2019 with the fire. It begins, I want to say July of 2015 -- I'm pretty sure it's 2015. I'd have to look at the date. I believe it's July.

Q.  I think you mentioned ARD -- Sasol ARDs?

A.  Yes.

Q.  What was that a reference to?

A.  It's the term used for the stocks of the foreign company.

It's the stocks that are listed -- foreign stocks that are listed in the U.S. They're not the actual stocks because they're traded somewhere else, so it's, what is it, American Representative Deposit or something, I forget the actual definition of it, but it's basically the

Page 61

CONFIDENTIAL - CHAD LINDSEY MOSHELL

concept is a bank or some sort of investment bank here actually owns the shares and then sells them on the -- on a local domestic market, where you're not actually buying the South African share -- in this case South African shares, you're buying an American kind of version of it.

Q.  I think ADRs, American Depositary Receipt.

A.  ADR. Okay.

Q.  Yes, I figured I'd just make that clarification now. Okay.

Is there anyone excluded from the class that you're seeking to represent?

MR. GILMORE: Object to form.

A.  Anybody excluded -- I wouldn't know who would be excluded, no.

I'm not trying to exclude any particular group actively, but I can't answer who would be excluded, confirming a negative, kind of.

Q.  And what claims are you asserting against the defendants?

A.  You mean monetarily or -- define

16 (Pages 58 - 61)

Page 270

CONFIDENTIAL - CHAD LINDSEY MOSHELL

CERTIFICATE

I, Linda J. Greenstein, Professional Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify that, CHAD LINDSEY MOSHELL, the witness whose deposition is hereinbefore set forth, was duly sworn and that such deposition is a true record of the testimony given by the witness to the best of my skill and ability.

I further certify that I am neither related to or employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of August 2021.

Linda J. Greenstein

My commission expires:   January 30, 2025

---

Page 271

CONFIDENTIAL - CHAD LINDSEY MOSHELL

INDEX

WITNESS        EXAMINED BY      PAGE
CHAD LINDSEY    Ms. Zalka    6, 260, 267
MOSHELL
        Mr. Gilmore    252, 266
----------- INFORMATION REQUESTS ---------
DIRECTIONS:
RULINGS:
TO BE FURNISHED:
REQUESTS:
MOTIONS:
----------- E X H I B I T S -----------
NO.                      PAGE
(Moshell Exhibit 1 marked for    28 identification, three-page document, Notice of Videotaped Deposition.)
(Moshell Exhibit 2 marked for    65 identification, four-page document, plaintiffs' privilege log.)
(Moshell Exhibit 3 marked for    65 identification, one-page document, letter dated 10/29/20 from Hagens Berman to Weil Gotshal.)
(Moshell Exhibit 4 marked for    86 identification, multi-page document, defendants' first request for production of documents.)

---

Page 272

CONFIDENTIAL - CHAD LINDSEY MOSHELL
C O N T I N U E D
I N D E X :

----------- E X H I B I T S -------------
NO.                      PAGE

(Moshell Exhibit 5 marked for    121 identification, multi-page document, Fidelity Roth IRA account July 2015 investment report, production numbers MOSHELL000007 through 0011.)
(Moshell Exhibit 6 marked for    129 identification, Fidelity Roth IRA account April 2016 investment report, production numbers MOSHELL000088 through 0097.)
(Moshell Exhibit 7 marked for    149 identification, multi-page document, Fidelity Roth IRA account March 2020 investment report, production numbers MOSHELL000514 through 0525.)
(Moshell Exhibit 8 marked for    152 identification, multi-page document, Fidelity Roth IRA account July 2020 investment report, production numbers MOSHELL000558 through 0567.)
(Moshell Exhibit 9 marked for    153 identification, multi-page document, Fidelity Roth IRA account August 2020 investment report, production numbers MOSHELL000568 through 0577.)
(Moshell Exhibit 10 marked for    154 identification, multi-page document, Fidelity Roth IRA account June 2020 investment report, production numbers MOSHELL000546 through 0557.)
(Moshell Exhibit 11 marked for    174 identification, multi-page document, class-action complaint.)

---

Page 273

CONFIDENTIAL - CHAD LINDSEY MOSHELL
C O N T I N U E D
I N D E X :

----------- E X H I B I T S -------------
NO.                      PAGE

(Moshell Exhibit 12 marked for    192 identification, multi-page document, amended complaint.)
(Moshell Exhibit 13 marked for    196 identification, multi-page document, second amended complaint.)
(Moshell Exhibit 14 marked for    202 identification, multi-page document, deposition transcript dated 12/8/20 of Carla Mashinski.)
(Moshell Exhibit 15 marked for    207 identification, multi-page document, declaration of Carla Mashinski.)
(Moshell Exhibit 16 marked for    218 identification, multi-page document, declaration of Dr. R. Dean Foreman.)
(Moshell Exhibit 17 marked for    226 identification, multi-page document, deposition transcript dated 11/24/20 of Russell Foreman.)
(Moshell Exhibit 18 marked for    237 identification, multi-page document, deposition transcript dated 12/2/20 of Andrew Sherwood.)
(Moshell Exhibit 19 marked for    238 identification, multi-page document, declaration of Andrew Sherwood.)
(Moshell Exhibit 20 marked for    253 identification, four-page document, declaration of Chad Lindsey Moshell.)

---

69 (Pages 270 - 273)