February 24, 2022

The Honorable John P. Cronan
United States District Judge, Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    *Moshell v. Sasol Limited*, No. 20-cv-01008-JPC (S.D.N.Y.)
             <u>Joint Letter Seeking Stay of Current Case Schedule and Rulings on Pending Motions</u>

Dear Judge Cronan:

      The parties in the above-referenced action have reached a provisional settlement of the above-referenced action after completing mediation before the Honorable Daniel Weinstein (Ret.) and Ambassador David Carden on February 16-17, 2022.

      We write jointly on behalf of the parties to respectfully request that all current case deadlines outlined in the Revised Scheduling Order [ECF No. 162] and rulings on all pending motions, including Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel [ECF No. 82] and Defendants' Motion to Certify the July 24, 2021 Opinion and Order for Interlocutory Appeal and to Stay Further Proceedings Pending Appeal [ECF No. 151], be stayed pending submission of final settlement documentation. The parties will submit the necessary final settlement documentation to the Court for its approval within the next forty-five (45) days.

      Respectfully submitted,

By: */s/ Steve W. Berman*

Steve W. Berman (admitted *Pro Hac Vice*)
Sean R. Matt (admitted *Pro Hac Vice*)
Jerrod C. Patterson (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
sean@hbsslaw.com
jerrodp@hbsslaw.com

Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff David Cohn and Additional Plaintiff Representative Chad L. Moshell*

By: */s/ Jonathan D. Polkes*

Jonathan D. Polkes
Caroline H. Zalka
Luna N. Barrington
Nicole E. Prunetti
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000

*Counsel for Defendants Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*

The request is granted; this case is stayed, and all deadlines are adjourned *sine die*. The parties shall submit dismissal papers, or in the alternative, a status letter by April 8, 2022.

SO ORDERED.
Date: February 24, 2022
New York, New York

JOHN P. CRONAN
United States District Judge