UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>                Defendants. | Case No. 1:20-cv-01008-JPC<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Lead Plaintiff David Cohn ("Lead Plaintiff") and Additional Representative Plaintiff Chad L. Moshell (collectively, "Plaintiffs"), on behalf of themselves and all other members of the proposed Settlement Class,[1] will move this Court on a date and at such time as may be designated by the Honorable John P. Cronan, United States District Judge of the Southern District of New York, United States Courthouse, Courtroom 12D, 500 Pearl Street, New York, NY  10007, or telephonically or by videoconference, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying, for settlement purposes only, the proposed Settlement Class; (iii) approving the parties' proposed form and method of giving notice to the proposed Settlement Class; and (iv) setting a date for a Final Approval Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and Litigation Expenses.

This motion is based on this Notice of Unopposed Motion, the Stipulation and Agreement of Settlement dated April 1, 2022 (the "Stipulation"), and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion.

---

[1] All capitalized terms used in this memorandum that are not defined have the same meanings as in the Stipulation and Agreement of Settlement, dated April 1, 2022 (the "Stipulation"). The Stipulation is annexed as Exhibit ("Ex.") 1 to the Declaration of Steve W. Berman ("Berman Decl."), filed herewith.

DATED: April 5, 2022                    Respectfully submitted,

                                        HAGENS BERMAN SOBOL SHAPIRO LLP

                                        By: */s/ Steve W. Berman*
                                             STEVE W. BERMAN

                                        Steve W. Berman (admitted *Pro Hac Vice*)
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1301 Second Avenue, Suite 2000
                                        Seattle, WA 98101
                                        Telephone: (206) 623-7292
                                        Facsimile:  (206) 623-0594
                                        steve@hbsslaw.com
                                        jerrodp@hbsslaw.com

                                        Lucas E. Gilmore (admitted *Pro Hac Vice*)
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        715 Hearst Avenue, Suite 202
                                        Berkeley, CA 94710
                                        Telephone: (510) 725-3000
                                        Facsimile:  (510) 725-3001
                                        lucasg@hbsslaw.com

                                        *Counsel for Lead Plaintiff David Cohn and
                                        Additional Representative Plaintiff Chad L. Moshell*

010886-11/1863290 V1