UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>                              Defendants. | Case No. 1:20-cv-01008-JPC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

010886-11/1863291 V1

I, Steve W. Berman, declare as follows:

1. I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), which represents the Court-appointed Lead Plaintiff David Cohn and Additional Plaintiff Representative Chad L. Moshell in this action, and which the Court appointed as Lead Counsel by Order dated May 4, 2020. ECF No. 52. I am licensed to practice law in Illinois and Washington, and I am admitted *pro hac vice* in this action.

2. I submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

3. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

4. Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated April 1, 2022 (the "Stipulation") along with the following supporting exhibits to the Stipulation:

    a. Exhibit A ([Proposed] Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement);

    b. Exhibit A-1 (Notice of Pendency and Proposed Settlement of Class Action);

    c. Exhibit A-2 (Proof of Claim and Release Form);

    d. Exhibit A-3 (Summary Notice of Pendency and Proposed Class Action Settlement); and

    e. Exhibit B ([Proposed] Order and Final Judgment).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2022
Seattle, WA

        By */s/ Steve W. Berman*
          STEVE W. BERMAN

- 1 -

010886-11/1863291 V1