**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                -v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>                Defendants. | Case No. 1:20-cv-01008-JPC<br><br>Hon. John P. Cronan |

**NOTICE OF FILING OF DECLARATION OF SCOTT M. FENWICK**
**REGARDING COMPLIANCE WITH THE CAFA NOTICE REQUIREMENTS**

Defendant Sasol Limited ("Sasol") and Defendants David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman (collectively, the "Individual Defendants" and, together with Sasol, "Defendants"), pursuant to Paragraph 4 of the Stipulation and Agreement of Settlement (the "Stipulation") (Dkt. No. 203-1), by and through their undersigned counsel, state as follows:

Paragraph 4 of the Stipulation provides that, "[p]ursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 *et seq.* ("CAFA"), no later than ten (10) business days after the Stipulation is filed with the Court, Defendants will serve proper notice of the proposed Settlement upon the appropriate representatives and, within three (3) business days thereafter, will provide written notification to Lead Counsel and the Court that they have done so."

Pursuant to Section 4 of the Stipulation, the Defendants attach the Declaration of Scott M. Fenwick (the "Fenwick Declaration") of Kroll Settlement Administration LLC ("Kroll"). The

Fenwick Declaration confirms that, on April 19, 2022, Kroll sent notice of the settlement of this

action to the appropriate federal, state, and territory government officials, as required by 28 U.S.C.

§ 1715(b).

Dated: April 21, 2022
       New York, NY

Respectfully submitted,

/s/ Caroline H. Zalka
Jonathan D. Polkes
Caroline H. Zalka
Luna N. Barrington
Nicole E. Prunetti
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
luna.barrington@weil.com
nicole.prunetti@weil.com

*Attorneys for Defendants Sasol Limited,
David Edward Constable, Bongani
Nqwababa, Stephen Cornell, Paul Victor, and
Stephan Schoeman*