**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>     -v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>       Defendants. | Case No. 1:20-cv-01008-JPC<br><br>Hon. John P. Cronan |

**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC REGARDING CLASS ACTION FAIRNESS ACT NOTICE**

I, Scott M. Fenwick, declare as follows:

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll") in Philadelphia, Pennsylvania. I am over twenty-one years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other Kroll employees working under my supervision. This declaration is being filed to document the mailing of the Class Action Fairness Act ("CAFA") notice pursuant to 28 U.S.C. § 1715(b) (the "CAFA Notice").

2. Kroll has significant experience in class action matters, having provided services in class action settlements involving antitrust, securities, employment and labor, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

3.      Kroll was engaged to provide CAFA notification services in connection with the settlement of the action captioned *Moshell v. Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor and Stephan Schoeman,* Case No. 1:20-cv-01008-JPC (S.D.N.Y.), referred to herein as the "Settlement." Kroll's duties included preparing and sending the CAFA Notice.

4.      On behalf of Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor and Stephan Schoeman (collectively, the "Defendants"), Kroll, pursuant to CAFA, provided notice of the proposed settlement reflected in the Stipulation and Agreement of Settlement (Dkt. No. 203-1). At the direction of the Defendants' counsel, Kroll sent the CAFA Notice, attached hereto as **Exhibit A**, and provided a link to the website www.CAFANotice.com to download the documents required under 28 U.S.C. § 1715(b)(1)-(8) to the Attorney General of the United States and the 56 state/territory Attorneys General identified in **Exhibit B,** attached hereto, via First-Class Certified Mail on April 19, 2022.[1]

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on April 21, 2022, in Woodbury, Minnesota.

_____
Scott M. Fenwick

---

[1] NTD: Settlement Administrator to provide Exhibit B.