# Exhibit A

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Caroline H. Zalka**
+1 212 310 8527
caroline.zalka@weil.com

April 19, 2022

VIA PRIORITY MAIL

Re:      *Moshell v. Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor, and Stephan Schoeman*, Case 1:20-cv-01008-JPC (S.D.N.Y.)
Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

DEAR ATTORNEY GENERAL:

This firm represents Defendants Sasol Limited ("Sasol"), David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor and Stephan Schoeman (collectively, the "Defendants") in a putative class action lawsuit captioned *Moshell v. Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor and Stephan Schoeman*, Case 1:20-cv-01008-JPC (S.D.N.Y.) (the "Action"), that is pending before Judge John P. Cronan in the U.S. District Court for the Southern District of New York (the "Court"). We write on behalf of the Defendants to advise you that, on April 5, 2022, Lead Plaintiff David Cohn and Additional Plaintiff Representative Chad Lindsey Moshell, on behalf of themselves and a putative class of all other persons or entities who purchased or otherwise acquired American Depository Receipts ("ADRs") of Sasol during the period from March 10, 2015 to January 13, 2020, inclusive, and were allegedly damaged thereby (collectively, the "Plaintiffs"), filed with the Court in the Action Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (the "Class Action Settlement").

Caroline H. Zalka
April 19, 2022
Page 2

**Weil, Gotshal & Manges LLP**

| | |
|---|---|
| **Case Name**: | *Moshell v. Sasol Limited, David Edward Constable, Bongani Nqwababa, Stephen Cornell, Paul Victor and Stephan Schoeman* |
| **Case Number**: | 1:20-cv-01008-JPC |
| **Jurisdiction**: | U.S. District Court for the Southern District of New York |
| **Date Settlement Filed with Court**: | April 5, 2022 |

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle the Action solely in order to eliminate the burden, risk, and expense of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents (exhibits) referenced below are included on the website www.CAFANotice.com:

1. **28 U.S.C. § 1715(b)(1) -- Complaint and Related Materials:** Copies of the following materials are included on www.CAFANotice.com as Exhibits 1.01, 1.02, and 1.03, respectively:

   - *Class Action Complaint* (filed in the Action on February 5, 2020);

   - *Amended Complaint for Violations of the Federal Securities Laws* (filed in the Action on June 4, 2020); and

   - *Second Amended Complaint for Violations of the Federal Securities Laws* (filed in the Action on September 11, 2020).

2. **28 U.S.C. § 1715(b)(2) -- Notice of Any Scheduled Judicial Hearing:** On April 5, 2022, Plaintiffs filed with the Court in the Action, Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement. On April 18, 2022, the Court preliminarily approved the Class Action Settlement and scheduled a final approval hearing for August 18, 2022 at 9:30 a.m. Copies of (i) Lead *Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement*, (ii) the *Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement*, and (iii) the *[Proposed] Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement* are included on www.CAFANotice.com as Exhibits 2.01, 2.02, and 2.03, respectively.

Caroline H. Zalka
April 19, 2022
Page 3

**Weil, Gotshal & Manges LLP**

3.    **28 U.S.C. § 1715(b)(3) -- Notification to Class Members:** On April 18, 2022, the Court approved the form and content of the notice and summary notice to be disseminated to potential class members.  Copies of (i) the *Notice of Pendency and Proposed Settlement of Class Action*, (ii) the *Proof of Claim and Release Form*, and (iii) *Summary Notice of Pendency and Proposed Class Action Settlement* are included on www.CAFANotice.com as Exhibits 3.01, 3.02 and 3.03, respectively.

4.    **28 U.S.C. § 1715(b)(4) -- Class Action Settlement Agreement:** A copy of the *Stipulation and Agreement of Settlement* (the "Stipulation") is included on www.CAFANotice.com as Exhibit 4.01.

5.    **28 U.S.C. § 1715(b)(5) -- Any Settlement or Other Agreement:** There are no other settlements or other agreements between counsel for Plaintiffs and counsel for Defendants beyond what is described in the Stipulation.

6.    **28 U.S.C. § 1715(b)(6) -- Final Judgment:** No Final Judgment has been entered in the Action as of April 18, 2022. A copy of the *[Proposed] Order and Final Judgment* is included on www.CAFANotice.com as Exhibit 5.01.

7.    **28 U.S.C. § 1715(b)(7)(A)-(B) -- Names of Class Members/Estimate of Class Members:** Defendants do not currently have access to information sufficient to identify and provide the names of potential class members who reside in each state, or to make a reasonable estimate of the number of potential class members residing in each state. *See* 28 U.S.C. § 1715(b)(7)(A)-(B). As this is a federal securities action, the class is likely national in scope and, subject to certain exclusions, includes all persons and entities who purchased or otherwise acquired Sasol ADRs (ticker symbol: SSL) during the period from March 10, 2015 to January 13, 2020, inclusive. The *[Proposed] Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement* (Exhibit 2.03 on www.CAFANotice.com) contains provisions for disseminating notice to such persons and entities. It is not possible at this time to provide the estimated proportionate share of the claims of class members residing in any state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7)(A)-(B). Much of this information may become available to Plaintiffs' counsel if the Court approves the proposed settlement and class members submit proofs of claim. As set forth in the *Notice of Pendency of Class Action and Proposed Settlement of Class Action* (Exhibit 3.01 on www.CAFANotice.com), Plaintiffs have stated that they believe that, depending on the number of eligible Sasol ADRs owned by class members that participate in the proposed settlement, the estimated average recovery is approximately $0.68 per share (before deducting various Court-approved fees, expenses, and costs, such as attorneys' fees and litigation and administrative costs).

8.    **28 U.S.C. § 1715(b)(8) -- Judicial Opinions Related to the Settlement:** Copies of (i) the *Memorandum Order* granting in part and denying in part Defendants' Motion to Dismiss the Amended Complaint (issued on August 24, 2020), and (ii) the *Opinion and Order* denying Defendants' Motion for Reconsideration of the Court's August 24, 2020

Caroline H. Zalka
April 19, 2022
Page 4

**Weil, Gotshal & Manges LLP**

Memorandum Order; Motion for Sanctions; and Motion for Stay of Discovery (issued on July 24, 2021) are included on www.CAFANotice.com as Exhibits 6.01 and 6.02, respectively.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact me immediately at either (212) 310-8527 or caroline.zalka@weil.com so that we can address any concerns or questions you may have. Thank you.


Sincerely,

/s/  Caroline H. Zalka
Caroline H. Zalka