**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br> Defendants. | Case No. 1:20-cv-01008-JPC <br><br> Hon. John P. Cronan |

### NOTICE OF FILING OF EXHIBITS A-1, A-2, AND A-3 TO STIPULATION AND AGREEMENT OF SETTLEMENT

Pursuant to the Court's April 19, 2022 Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, ECF No. 204, Plaintiffs hereby file completed versions of Exhibits A-1, A-2, and A-3 to the Stipulation and Agreement of Settlement.

DATED: April 20, 2022

Respectfully submitted,

*/s/ Steve W. Berman*

Steve W. Berman (admitted *Pro Hac Vice*)
Jerrod C. Patterson (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel:  (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

The exhibits are approved.  So-ordered copies of Exhibits A-1 and A-3 are attached.

SO ORDERED.
Date: April 21, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

- 2 -

Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel:  (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff David Cohn and
Additional Plaintiff Representative Chad L. Moshell*

- 2 -

010886-11/1879089 V1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Steve W. Berman*
STEVE W. BERMAN

010886-11/1879089 V1