**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -v- <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br> Defendants. | C.A. No. 1:20-cv-01008-JPC <br><br> Hon. John P. Cronan |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SASOL LIMITED AMERICAN DEPOSITORY RECEIPTS ("ADRs") FROM MARCH 10, 2015, THROUGH JANUARY 13, 2020, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on August, 18 2022, at 9:30 a.m. before the Honorable John P. Cronan, United States District Judge of the Southern District of New York, United States Courthouse, Courtroom 12D, 500 Pearl Street, New York, NY 10007 for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned Action ("Settlement") for consideration including the sum of $24,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of attorneys for Lead Plaintiff ("Lead Counsel") for an award of attorneys' fees of up to twenty-two percent (22%) plus interest of the Settlement Amount, reimbursement of expenses of not more than $600,000 and an incentive payment of no more than $20,000 to Lead Plaintiff and no more

- 1 -

than $15,000 to the Additional Plaintiff Representative should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated April 1, 2022 (the "Stipulation"). The Court may also hold the hearing telephonically or by videoconference.

If you purchased Sasol Limited ("Sasol") American Depository Receipts ("ADRs") during the period from March 10, 2015, through January 13, 2020, both dates inclusive (the "Settlement Class Period"), you are a "Settlement Class Member" and your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Sasol securities. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may download a copy at www.strategiclaims.net/sasol/ or obtain copies by contacting the Claims Administrator at: Sasol Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must electronically submit a properly completed Proof of Claim by 11:59 p.m. on July 5, 2022, to the Claims Administrator, establishing that you are entitled to recovery. If you are unable to electronically submit a Proof of Claim, you may mail a Proof of Claim at your own expense. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than July 5, 2022, to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you want to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than July 28, 2022, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and received no later than July 28, 2022, to each of the following:

Clerk of the Court
United States District Court
Southern District of New York
Courtroom 12D
500 Pearl St.
New York, NY 10007

LEAD COUNSEL:

Hagens Berman Sobol Shapiro LLP
Attn. Lucas E. Gilmore, Esq.
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: lucasg@hbsslaw.com

COUNSEL FOR DEFENDANTS:

Weil, Gotshal & Manges LLP
Attn. Caroline H. Zalka, Esq. and
Nicole E. Prunetti, Esq.
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Email: caroline.zalka@weil.com
nicole.prunetti@weil.com

- 3 -

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Hagens Berman Sobol Shapiro LLP
Lucas E. Gilmore, Esq.
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: lucasg@hbsslaw.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: April 21, 2022

BY ORDER OF THE UNITED STATES
DISTRICT COURT, FOR THE SOUTHERN
DISTRICT OF NEW YORK

_____
HON. JOHN P. CRONAN