UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION** |

010886-11/1967866 V1

PLEASE TAKE NOTICE that Lead Plaintiff David Cohn ("Lead Plaintiff") and Additional Representative Plaintiff Chad L. Moshell (collectively, "Plaintiffs"), on behalf of themselves and all other members of the proposed Settlement Class,[1] will move this Court on August 18, 2022, at 9:30 a.m. Eastern Time, or on such date and time as may be designated by the Honorable John P. Cronan, United States District Judge of the Southern District of New York, United States Courthouse, Courtroom 12D, 500 Pearl Street, New York, NY 10007, or telephonically or by videoconference, for entry of an Order approving the proposed settlement of the above-captioned class action and the proposed Plan of Allocation of settlement proceeds.

This motion is based on this Notice of Motion for Final Approval of Settlement and Plan of Allocation, the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion.

DATED: July 21, 2022

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    STEVE W. BERMAN

Steve W. Berman (admitted *Pro Hac Vice*)
Jerrod C. Patterson (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

---

[1] All capitalized terms not defined herein have the same meanings set forth in the Stipulation and Agreement of Settlement ("Stipulation"), previously filed with the Court. Dkt. No. 203-1.

Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff David Cohn and*
*Additional Representative Plaintiff Chad L. Moshell*

- 2 -