UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br><u>CLASS ACTION</u><br><br>**LEAD COUNSEL'S NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** |

PLEASE TAKE NOTICE that Hagens Berman Sobol Shapiro LLP ("Hagens Berman" or "Lead Counsel") will move this Court on August 18, 2022, at 9:30 a.m. Eastern Time, or on such date and time as may be designated by the Honorable John P. Cronan, United States District Judge of the Southern District of New York, United States Courthouse, Courtroom 12D, 500 Pearl Street, New York, NY 10007, or telephonically or by videoconference, for entry of an Order granting an award of attorneys' fees, litigation expenses, and Plaintiffs' awards as set forth in the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs ("Memorandum of Law"), filed contemporaneously herewith.

This motion is based on this Notice of Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs, the supporting Memorandum of Law filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion.

DATED: July 21, 2022              Respectfully submitted,

                                  HAGENS BERMAN SOBOL SHAPIRO LLP

                                  By: /s/ Steve W. Berman
                                      STEVE W. BERMAN

                                  Steve W. Berman (admitted *Pro Hac Vice*)
                                  Jerrod C. Patterson (admitted *Pro Hac Vice*)
                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                  1301 Second Avenue, Suite 2000
                                  Seattle, WA 98101
                                  Telephone: (206) 623-7292
                                  Facsimile: (206) 623-0594
                                  steve@hbsslaw.com
                                  jerrodp@hbsslaw.com

Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff David Cohn and
Additional Representative Plaintiff Chad L. Moshell*

- 2 -