# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br> Defendants. | Case No. 1:20-cv-01008-JPC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF DAVID COHN IIN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** |

I, David Cohn, hereby declare under penalty of perjury as follows:

1. I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of (i) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2. I am presently retired and reside in The Woodlands, Texas. Previously, I worked as a Certified Public Accountant ("CPA") for a large regional CPA firm. After that, I worked as

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated April 1, 2022 (ECF No. 203-1).

- 1 -

010886-11/1966184 V1

a tax accountant for a company in the oil and gas sector. I hold a college degree. I have over 25 years of investment experience managing my own investment portfolio.

## A.    Oversight of the Action

3.    I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement.

4.    In or about February 2020, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about this suit, the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed. Through this process, I researched the Firm and determined that Hagens Berman was qualified and would adequately serve as lead counsel in this case based on the firm's experience, resources, and past successes. I signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on my behalf. For the benefit of myself and the Class, I also negotiated a limitation on any fee award Hagens Berman would request in the event of a classwide settlement dependent on the size of the recovery and stage at which the case was resolved.

5.    On May 4, 2020, the Court issued an Order appointing me as Lead Plaintiff and approving my selection of Hagens Berman Sobol Shapiro LLP as lead counsel ("Lead Counsel") (ECF No. 52). Since this time, together with Additional Plaintiff Representative Chad Lindsey Moshell, I have closely supervised, carefully monitored, and have been actively involved in all material aspects of the prosecution and resolution of the Action. I have had regular written communications during the litigation with Lead Counsel and received periodic status reports

- 2 -

from counsel on case developments. I also participated in regular discussions with counsel via telephone and video conferencing concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of the Action, I: (a) regularly communicated with counsel by email, telephone calls, and Zoom regarding the posture and progress of the case; (b) reviewed, with the assistance of counsel, all significant pleadings, briefs, and orders in this Action; and (c) oversaw the discovery process, including the search for, collection, and production of documents produced by me to Defendants in response to their requests.

6.    I was also deposed in this Action on September 17, 2021, in connection with Plaintiffs' motion for class certification.

7.    Together with Additional Plaintiff Representative Chad Lindsey Moshell, I was also actively involved in the mediation process, reviewing and analyzing the parties' submissions and participating via telephone in mediation before the Honorable Daniel Weinstein (Ret.) and Ambassador David Carden on February 16-17, 2022. I consulted with counsel concerning the settlement negotiations as they progressed. I evaluated and approved the mediator's recommendation issued by Judge Weinstein and Amb. Carden that the Action be settled for $24,000,000 in cash.

8.    Based on my involvement throughout the prosecution and resolution of the Action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. I believe that the Settlement represents a very favorable recovery for the Settlement Class in light of the substantial risks of continuing to prosecute the claims in this case, including the very substantial risks of recovering on any larger judgment. Therefore, I strongly endorse approval of the Settlement by the Court.

- 3 -

010886-11/1966184 V1

## B.    Endorsement of Approval of the Settlement

9.    Based on my involvement throughout the prosecution and resolution of the Action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Class. I believe that the proposed Settlement represents an outstanding recovery for the Class, particularly in light of the substantial risks and uncertainties of a trial and continued litigation in this case. Therefore, I strongly endorse approval of the Settlement by the Court.

## C.    Endorsement and Approval of Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Awards to Plaintiffs

10.    While it is understood that the ultimate determination of Lead Counsel's request for attorneys' fees and expenses rests with the Court, I believe Lead Counsel's request for an award of attorneys' fees in the amount of 22% of the Settlement Amount, net of Court-approved Litigation Expenses, is warranted under the fee limitation I previously negotiated with Hagens Berman before being appointed Lead Plaintiff. In addition, I believe the settlement amount is fair and reasonable in light of the work that Lead Counsel performed on behalf of the Settlement Class. I take my role as the Lead Plaintiff and a Class Representative seriously to ensure that the attorneys' fees are fair in light of the result achieved in the Action and reasonably compensates Lead Counsel for the work involved and the substantial risks it undertook in litigating the Action. I evaluated the fee request by considering the substantial recovery obtained for the Class in this Action, the risks of the Action, and its observations of the high-quality work performed by Plaintiff's Counsel throughout the litigation. I authorized and approved the amount of attorneys' fees requested by Lead Counsel for its ultimate determination.

11.    I further believe that Lead Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the Settlement Class to

- 4 -

obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for attorneys' fees and litigation expenses.

12. I understand that reimbursement of my reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for reimbursement of litigation expenses, I am seeking reimbursement for costs and expenses that I incurred directly relating to my representation of the Settlement Class.

13. I am seeking reimbursement in the amount of $20,000 for time I devoted to this action. To the best of my knowledge, I estimate that I spent a total of at least 100 hours carrying out the above-referenced activities and overseeing the prosecution of this Action. The hours that I spent include time communicating with Lead Counsel, reviewing significant court filings, attending my deposition, and participating in the settlement negotiations. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities, including managing my personal investments and, thus, represented a cost to me. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class.

## D. CONCLUSION

14. In conclusion, I was the Court-appointed Lead Plaintiff and Class Representative who was actively involved throughout the prosecution and settlement of this Action. I strongly endorse the Settlement as fair, reasonable, and adequate, and believe the Settlement represents a favorable recovery for the Settlement Class in light of the risks of continued litigation. I further support Lead Counsel's motion for attorneys' fees and litigation expenses and believe that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the

- 6 -

Settlement Class, the substantial work conducted, and the litigation risks. Finally, I request reimbursement under the PSLRA for the value of time dedicated by me in overseeing this Action. Accordingly, I respectfully request that the Court approve: (i) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of July 2022       By
                                                   DAVID COHN

010886-11/1966184 V1