# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN, <br><br> Defendants. | Case No. 1:20-cv-01008-JPC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF CHAD LINDSEY MOSHELL IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** |

I, Chad Lindsey Moshell, hereby declare under penalty of perjury as follows:

1.      I am the Additional Plaintiff Representative in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of (i) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.      I am the Owner and President of Club House Beverage, a beer, wine, and liquor store in Cummings, Georgia. I obtained a Bachelor of Business Administration, Accounting and Finance degree from Georgia State University. I am also a licensed Certified Public Accountant

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated April 1, 2022 (ECF No. 203-1).

- 1 -

("CPA") by the Georgia State Board of Accountancy. I have over 15 years of investment experience managing my own investment portfolio.

### A.    Oversight of the Action

3.    I am aware of and understand the requirements and responsibilities of a class representative in a securities class action. I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement.

4.    Together with Lead Plaintiff David Cohn, I took an active role in the litigation and provided the Settlement Class with the best representation possible. In February 2020, I initiated this lawsuit by filing a complaint against Defendants. On May 4, 2020, the Court entered an Order appointing David Cohn as Lead Plaintiff and approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel ("Lead Counsel") (ECF No. 52). Though my financial interest was not large enough to warrant moving for lead plaintiff, I continued to monitor the progress of the litigation.

5.    In or about early September 2020, I spoke via phone and email with Lead Counsel about the status of the litigation and the opportunity to become involved again in the case by serving as an additional representative plaintiff for the class in connection with the filing of the Second Amended Complaint to provide the class more robust representation. I also discussed the responsibilities of a representative plaintiff, and how the case would progress should I be appointed a class representative. I researched Lead Counsel and determined that Hagens Berman was qualified and would adequately serve as class counsel in this case based on the firm's experience, resources, and past successes, including in this case.

6.    After authorizing the filing of the Second Amended Complaint, I have closely supervised, carefully monitored, and have been actively involved in all material aspects of the

010886-11/1966264 V1

prosecution and resolution of the Action. Since joining the litigation again through the Second Amended Complaint, I have reviewed and monitored the progress and prosecution of this litigation with Lead Counsel. I have had regular written communications during the litigation with Lead Counsel and received periodic status reports from counsel on case developments. I also participated in regular discussions with counsel via telephone and video conferencing concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of the Action, I: (a) regularly communicated with counsel by email, telephone calls, and Zoom regarding the posture and progress of the case; (b) reviewed, with the assistance of counsel, all significant pleadings, briefs, and orders in this Action; and (c) oversaw the discovery process, including the search for, collection, and production of documents produced by me to Defendants in response to their requests.

7.    I was also deposed in this Action on August 26, 2021, in connection with Plaintiffs' motion for class certification.

8.    I was also actively involved in the mediation process, reviewing and analyzing the parties' submissions and participating via telephone in mediation before the Honorable Daniel Weinstein (Ret.) and Ambassador David Carden on February 16-17, 2022. I consulted with counsel concerning the settlement negotiations as they progressed. I evaluated and approved the mediator's recommendation issued by Judge Weinstein and Amb. Carden that the Action be settled for $24,000,000 in cash.

9.    Based on my involvement throughout the prosecution and resolution of the Action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. I believe that the Settlement represents a very favorable recovery for the Settlement Class in light of the substantial risks of continuing to prosecute the claims in this case, including the

010886-11/1966264 V1

very substantial risks of recovering on any larger judgment. Therefore, I strongly endorse approval of the Settlement by the Court.

**B.    Endorsement and Approval of the Settlement**

10.    Based on my involvement throughout the prosecution and resolution of the Action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. I believe that the proposed Settlement represents an outstanding recovery for the Settlement Class, particularly in light of the substantial risks and uncertainties of a trial and continued litigation in this case. Therefore, I strongly endorse approval of the Settlement by the Court.

**C.    Endorsement and Approval of Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Awards to Plaintiffs**

11.    While it is understood that the ultimate determination of Lead Counsel's request for attorneys' fees and expenses rests with the Court, I believe Lead Counsel's request for an award of attorneys' fees in the amount of 22% of the Settlement Amount, net of Court-approved Litigation Expenses, is reasonable in light of the fee limitation Lead Plaintiff David Cohn negotiated with Hagens Berman before being appointed Lead Plaintiff. In addition, I believe the settlement amount is fair and reasonable in light of the work that Lead Counsel performed on behalf of the Settlement Class. I take my role as class representative seriously to ensure that the attorneys' fees are fair in light of the result achieved in the Action and reasonably compensates Lead Counsel for the work involved and the substantial risks it undertook in litigating the Action. I evaluated the fee request by considering the substantial recovery obtained for the Settlement Class in this Action, the risks of the Action, and its observations of the high-quality work performed by Plaintiff's Counsel throughout the litigation. I authorized and approved the amount of attorneys' fees requested by Lead Counsel for its ultimate determination.

010886-11/1966264 V1

- 5 -

12.    I further believe that Lead Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for attorneys' fees and Litigation Expenses.

13.    I understand that reimbursement of my reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, I am seeking reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class.

14.    I am seeking reimbursement in the amount of $15,000 for time I devoted to this action. To the best of my knowledge, and in consultation with my counsel, I estimate that I spent a total of at least 75 hours carrying out the above-referenced activities and overseeing the prosecution of this Action. The hours that I spent include time communicating with Lead Counsel, reviewing significant court filings, attending my deposition, and participating in the settlement negotiations. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities, including managing my business and personal investments and, thus, represented a cost to me. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class.

**D.    Conclusion**

15.    In conclusion, I was actively involved throughout the prosecution and settlement of this Action. I strongly endorse the Settlement as fair, reasonable, and adequate, and believe the Settlement represents a favorable recovery for the Settlement Class in light of the risks of

010886-11/1966264 V1

continued litigation. I further support Lead Counsel's motion for attorneys' fees and Litigation Expenses and believe that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the substantial work conducted, and the litigation risks. Finally, I request reimbursement under the PSLRA for the value of time dedicated by me in overseeing this Action. Accordingly, I respectfully request that the Court approve: (i) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of July 2022      By _____

CHAD LINDSEY MOSHELL

010886-11/1966264 V1