# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br><u>CLASS ACTION</u><br><br>**LEAD COUNSEL'S FEE AND EXPENSE DECLARATION IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** |

010886-11/1967397 V1

I, Steve W. Berman, declare as follows:

## I.      INTRODUCTION

1.      I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), which represents the Court-appointed Lead Plaintiff David Cohn and Additional Plaintiff Representative Chad L. Moshell in this action (collectively, "Plaintiffs"), and which the Court appointed as Lead Counsel by Order dated May 4, 2020. ECF No. 52. I am licensed to practice law in Illinois and Washington, and I am admitted *pro hac vice* in this action.

2.      I have personal knowledge of the facts set forth herein based on my active supervision and participation in the prosecution and settlement of the above-captioned action (the "Action") and, if called to testify, could and would testify competently thereto.

3.      I respectfully submit this Declaration in support of Lead Counsel's motion for an award of attorneys' fees in the amount of 22% of the Settlement Amount, payment of litigation expenses incurred by Lead Counsel in the total amount of $431,703.42.

4.      Based on my work in the Action, as well as the review of time records reflecting work performed by other attorneys and professional support staff employees at or on behalf of Hagens Berman in the Action ("Timekeepers"), as reported by the Timekeepers, I directed the preparation of the table set forth as **Exhibit A** hereto. The table in Exhibit A: (i) identifies the names and employment positions (i.e., titles) of the Timekeepers who worked on the Action; (ii) provides the number of hours that each Timekeeper expended in connection with work on the Action, from the time when potential claims were being investigated; (iii) provides each Timekeeper's current hourly rate (for current employees of the firm); and (iv) provides the lodestar of each Timekeeper and the entire firm. For Timekeepers who are no longer employed by Hagens Berman, the hourly rate used is the hourly rate for such employee in his or her final year of employment by my firm. The Table in Exhibit A was prepared from daily time records regularly

prepared and maintained by my firm in the ordinary course of business, which are available at the request of the Court.

5.      The number of hours expended by Hagens Berman in the Action, as reflected in Exhibit A, is 6,050. The lodestar for my firm, as reflected in Exhibit A, is $3,774,677.50.

6.      The hourly rates for the Timekeepers, as set forth in Exhibit A, are their standard rates. My firm's hourly rates are largely based upon a combination of the title, the specific years of experience for each attorney and professional support staff employee, as well as market rates for practitioners in the field. These hourly rates are the same as, or comparable to, rates submitted by Hagens Berman and accepted by courts in other complex contingent class actions for purposes of "cross-checking" lodestar against a proposed fee based on the percentage-of-the-fund method, as well as determining a reasonable fee under the lodestar method.

7.      I believe that the number of hours expended and the services performed by the attorneys and professional support staff employees at or on behalf of Hagens Berman were reasonable and necessary for the effective and efficient prosecution and resolution of the Action.

8.      Expense items are reported separately and are not duplicated in my firm's hourly rates. As set forth in **Exhibit B** hereto, Hagens Berman is seeking payment for $431,703.42 in expenses incurred by Hagens Berman in the Action. These expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials, and are an accurate record of the expenses incurred. In my judgment, these expenses were reasonable and expended for the benefit of the Settlement Class in this Action.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2022
Seattle, WA

By: */s/ Steve W. Berman*
STEVE W. BERMAN

010886-11/1967397 V1

**EXHIBIT A**

*Moshell v. Sasol Limited, et al.*

Case No. 1:20-cv-01008-JPC (S.D.N.Y.)

**SUMMARY OF TIME AND LODESTAR FOR
HAGENS BERMAN SOBOL SHAPIRO LLP**

| Name | Current Hourly Rate | Total Hours Worked on Case | Total Lodestar |
|---|---|---|---|
| Steve Berman (P) | $1,200.00 | 132.20 | $158,640.00 |
| Reed Kathrein (P) | $950.00 | 225.40 | $214,130.00 |
| Sean Matt (P) | $875.00 | 117.30 | $102,637.50 |
| Craig Spiegel (P) | $850.00 | 61.00 | $51,850.00 |
| Andrew Volk (P) | $850.00 | 46.40 | $39,440.00 |
| Shayne Stevenson (P) | $850.00 | 1.50 | $1,275.00 |
| Lucas Gilmore (P) | $800.00 | 1802.70 | $1,442,160.00 |
| Jason Zweig (P) | $725.00 | 1.30 | $942.50 |
| Christopher O'Hara (P) | $700.00 | 52.50 | $36,750.00 |
| Catherine Gannon (P) | $675.00 | 812.50 | $548,437.50 |
| Karl Barth (OC) | $675.00 | 5.00 | $3,375.00 |
| Jerrod Patterson (P) | $650.00 | 550.50 | $357,825.00 |
| Robert Jigarjian (OC) | $550.00 | 31.10 | $17,105.00 |
| Raffi Melanson (A) | $550.00 | 1.20 | $660.00 |
| Wesley Wong (A) | $500.00 | 159.50 | $79,750.00 |
| Carrie Flexer (PL) | $375.00 | 7.00 | $2,625.00 |
| Matthew Arnold (C) | $375.00 | 172.90 | $64,837.50 |
| Robert Willard (C) | $375.00 | 172.20 | $64,575.00 |
| Shelby Clark (C) | $375.00 | 640.30 | $240,112.50 |
| Sophia Chao (SA) | $375.00 | 179.20 | $67,200.00 |
| Nicolle Huerta (PL) | $350.00 | 313.00 | $109,550.00 |
| Ogo Nwaneri (C) | $350.00 | 30.00 | $10,500.00 |
| Kevin Naughton (CA) | $300.00 | 321.00 | $96,300.00 |
| Lisa Napoleon (PL) | $300.00 | 80.90 | $24,270.00 |
| Lisa Lin (PL) | $300.00 | 30.70 | $9,210.00 |
| Radha Kerzan (PL) | $300.00 | 84.80 | $25,440.00 |
| Shelby Taylor (PL) | $300.00 | 14.00 | $4,200.00 |
| Chan Lovell (CA) | $200.00 | 4.40 | $880.00 |
| | | | |
| **TOTALS:** | | **6050.50** | **$3,774,677.50** |

Partner/Shareholder (P)
Of Counsel (OC)
Associate (A)
Staff Attorney (SA)
Contract Attorney (C)
Paralegal (PL)
Case Assistant (CA)

**EXHIBIT B**
*Moshell v. Sasol Limited, et al.*
Case No. 1:20-cv-01008-JPC (S.D.N.Y.)

**SUMMARY OF EXPENSES FOR**
**HAGENS BERMAN SOBOL SHAPIRO LLP**

| Expense Category | Amount |
|---|---|
| Airfare | $1,010.23 |
| Court Reporters/Depositions | $21,854.45 |
| Expert/ Consultant/ Investigation Fees | $323,926.00 |
| Overnight Shipping | $951.82 |
| Court Fees/Filing Fees | $965.00 |
| Hotel | $1,135.45 |
| Online Services/Legal Research | $30,404.03 |
| Meals | $190.56 |
| Messenger/Process Service | $1,558.14 |
| Mediation | $47,650.00 |
| Transportation/Travel Expenses | $302.99 |
| Parking | $96.00 |
| Records/Clerical | $31.25 |
| Internal Prints/Copies | $1,527.50 |
| Miscellaneous | $100.00 |
| **TOTAL EXPENSES:** | **$431,703.42** |