UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | Case No. 1:20-cv-01008-JPC<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF:**<br>**(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION;**<br>**(2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS; AND**<br>**(3) PLAINTIFFS' AND LEAD COUNSEL'S REQUEST TO INCREASE COST ALLOWANCE FOR ADMINISTRATION OF THE SETTLEMENT** |

I, Steve W. Berman, declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), which represents the Court-appointed Lead Plaintiff David Cohn ("Mr. Cohn") and Additional Plaintiff Representative Chad L. Moshell ("Mr. Moshell") in this action (collectively, "Plaintiffs"), and which the Court appointed as Lead Counsel by Order dated May 4, 2020. ECF No. 52. I am licensed to practice law in Illinois and Washington, and I am admitted *pro hac vice* in this action.

- 1 -

2.      I have personal knowledge of the facts set forth herein based on my active supervision and participation in the prosecution and settlement of the above-captioned action (the "Action") and, if called to testify, could and would testify competently thereto.

3.      I respectfully submit this Declaration in support of Plaintiffs' Reply Memorandum of Law in Support of (1) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs; and (3) Plaintiffs' and Lead Counsel's Request to Increase Cost Allowance For Administration of the Settlement.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Supplemental Declaration of Margery Craig Concerning (a) Mailing of the Notice and Claim Form; (b) Report on Requests for Exclusion and Objections; and (c) Status on Claim Forms Filed, dated August 11, 2022.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' [Proposed] Order Approving Additional Allowance for Administration of the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2022
Seattle, WA

By: */s/ Steve W. Berman*
       STEVE W. BERMAN

- 2 -

010886-11/1978800 V1