# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>Defendants. | C.A. No. 1:20-cv-01008-JPC<br><br>Hon. John P. Cronan |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) STATUS ON CLAIM FORMS FILED**

I, Margery Craig, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.   I have over fourteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.  Pursuant to the Court's Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated April 18, 2022 (the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator in connection with the Settlement[1] of the above-captioned Action. I submit this declaration as a supplement to my previously filed Declaration of Margery Craig Concerning: (a) Mailing of the Notice and Claim Form; (b) Publication of the Summary

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 1, 2022 (the

Notice; and (c) Report on Requests for Exclusion and Objections, dated July 19, 2022 (the "Initial Mailing Declaration"), in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM

2.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 1,928 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. Following this mailing and in response to requests from individuals and nominees, SCS mailed an additional 78,209 Notice and Proof of Claim documents to potential Settlement Class Members and nominees. Additionally, as noted in the Initial Mailing Declaration, SCS was notified by two nominees that they emailed the link to the Notice and Proof of Claim to 10,901 of their customers. Since the Initial Mailing Declaration, no additional Notice and Proof of Claim documents have been mailed or emailed by SCS. In total, as of the date of this declaration, 89,110 Notice and Proof of Claim documents have been mailed or emailed to potential Settlement Class Members and nominees.

## UPDATE ON TOLL-FREE TELEPHONE LINE

3.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

---

"Stipulation").

2

## UPDATE ON WEBSITE

4.    The Initial Mailing Declaration also noted that on April 26, 2022, SCS's website was updated to include a specific webpage for this Settlement, www.strategicclaims.net/sasol/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status of the case; important Settlement-related deadlines; an online claim filing link; and downloadable copies of the Notice and Proof of Claim, the Preliminary Approval Order, and the Stipulation. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information until the conclusion of the administration.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

5.    The Notice informs the potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than July 28, 2022. SCS has been monitoring all mail received for this case. As of the date this declaration, SCS has not received any exclusion requests.

6.    According to the Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for awards to Plaintiffs were required to submit their objection in writing such that the objection was to be received by Counsel for Lead Plaintiff and Counsel for the Defendant, as well as filed with the Clerk of the Court, no later than July 28, 2022.  As of the date of this declaration, SCS has not been notified of any objections filed and has not received any objections.

## CLAIM FORM FILING STATUS AND ADMINISTRATION COSTS

7.    As of the date of this declaration, SCS has received 46,669 claims. The Preliminary Approval Order required that claims be postmarked or submitted online no later than

3

June 28, 2022. Below is a preliminary estimate of the total recognized losses to date. The numbers below do not include any adjustments as a result of SCS's quality assurance process, which includes the results of the cure/rejection process:

| Type of Claims | Number of Claims | Recognized Losses |
|---|---|---|
| Valid | 31,115 | $96,154,688 |
| Deficient Claims with limited proof | 119 | $602,796 |
| Rejected (no losses/gains) | 15,435 | N/A |
| **Total** | **46,669** | **$97,117,484** |

8. To date, 46,669 claims have been received by SCS; 89,110 Notice and Proof of Claim documents have been mailed or emailed to potential Settlement Class Members and nominees; and there are approximately 31,115 valid claims. Based on these actual results, the total administrative fees and expenses through and including the initial distribution is estimated at $250,000. Below is a summary of the estimated administrative fees and expenses incurred and to be incurred in this matter:

**SUMMARY OF ESTIMATED ADMININSTRATION COSTS
THROUGH AND INCLUDING THE INITIAL DISTRIBUTION**

**A) ADMINSTRATIVE FEES**

| | |
|---|---|
| 1) SCS Administration Fee (incurred to date) | $63,673 |
| 2) SCS Estimated Administration Fee (to be incurred) | $60,000 |
| **Total SCS Administrative Fee (46,669 claims @ $2.65 per claim)** | **$123,673** |

**B) ADMINSTRATIVE EXPENSES**

1) SCS Administration Expenses (incurred to date):

| | |
|---|---|
| Printing, mailing, labeling postage for 80,000 notices | $50,336 |
| Broker charges for providing names and addresses | $19,690 |
| Broker nominee mailing | $3,181 |
| Consulting services and preparation of the plan of allocation | $4,980 |

| | |
|---|---|
| Publication in Investors' Business Daily and Globe Newswire | $3,376 |
| Phone and website charges | $891 |
| Additional postage | $1,210 |
| Copying charges | $1,248 |
| Correction and rejection letters | $536 |
| Scanning and electronic storage charges | $494 |
| Skip tracing charges | $255 |
| PO Box and overnight charges | $125 |
| **Total administrative expenses (incurred to date)** | **$86,322** |

2) SCS Administrative Expenses (to be incurred):

| | |
|---|---|
| Distribution charges 28,000 payouts @ $1.40 per unit | $39,200 |
| Phone and website charges and other out of pocket expenses | $805 |
| **Total administrative expenses (to be incurred)** | **$40,005** |

| | |
|---|---|
| **C) Total Administrative Fees and Expenses (incurred to date)** | **$149,995** |
| **D) Total Administrative Fees and Expenses (to be incurred)** | **$100,005** |
| **E) Total Administrative Fees and Expenses (incurred and to be incurred)** | **$250,000** |

9.      Pursuant to paragraph 11 of the Preliminary Approval Order, the initial allowance for notice and administration costs was $150,000. SCS's actual administration costs through and including the initial distribution is estimated to be $250,000. Subject to Court approval, SCS is requesting the allowance for administration costs be increased from $150,000 to $250,000 for the reasons noted in paragraph 8 above. To date, SCS has incurred administrative fees and expenses totaling approximately $150,000 and has been paid $128,788.93. As noted above, approximately $100,000 will be needed for future administration costs. Of this amount, approximately $60,000 will cover future SCS labor costs to fully complete all aspect of its claims processing and approximately $40,000 will cover future cost for distribution (31,115 valid claims to date) and other out-of-pocket expenses.

5

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of August 2022, in Media, Pennsylvania.

Margery Craig

6