# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>                      Defendants. | Case No. 1:20-cv-01008-JPC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPROVING ADDITIONAL ALLOWANCE FOR ADMINISTRATION OF THE SETTLEMENT** |

WHEREAS, in the Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, this Court ordered, in pertinent part, as follows:

> 11. Escrow Agent may, at any time after entry of this Order and without further approval from Defendants or the Court, disburse at the direction of Lead Counsel up to $150,000 (One Hundred Fifty Thousand Dollars) from the Settlement Fund both before and after the Effective Date to pay administrative costs.

*See* ECF No. 204 at p. 5, ¶ 11.[1]

WHEREAS, the Claims Administrator, Strategic Claims Services, has incurred costs of approximately $150,000 to date in carrying out settlement administrator activities for the Settlement;

WHEREAS, the Claims Administrator estimates incurring up to $100,000 in additional costs and expenses in completing the claims administration process for the Settlement;

---

[1] All capitalized terms herein shall have the meaning ascribed to them as set forth in the Stipulation and Agreement of Settlement dated April 1, 2022 (ECF 203-1).

- 1 -

010886-11/1978502 V1

WHEREAS, in light of the Claims Administrator's revised estimate, Plaintiffs' and Lead Counsel request entry of an Order increasing the cost allowance for administering the Settlement from $150,000 to $250,000; and

WHEREAS, the Court finds the revised $250,000 claims administration cost estimate to be reasonable given the size of the Settlement Class, the number of claims submitted, and the Settlement Amount.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Escrow Agent may, at any time after entry of this Order and without further approval from Defendants or the Court, disburse at the direction of Lead Counsel up to $250,000 (Two Hundred Fifty Thousand Dollars) from the Settlement Fund both before and after the Effective Date to pay Settlement administration costs.

SO ORDERED this _____ day of _____, 2022.

                                                   _____

Hon. John P. Cronan
United States District Judge

- 2 -

010886-11/1978502 V1