**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD LINDSEY MOSHELL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SASOL LIMITED, DAVID EDWARD CONSTABLE, BONGANI NQWABABA, STEPHEN CORNELL, PAUL VICTOR, and STEPHAN SCHOEMAN,<br><br>          Defendants. | Case No. 1:20-CV-01008-JPC<br><br>CLASS ACTION<br><br>**PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS** |

010886-11/2062525 V1

PLEASE TAKE NOTICE that lead plaintiff David Cohn ("Lead Plaintiff") and additional plaintiff representative Chad Lindsey Moshell ("Additional Plaintiff Representative," and together with Lead Plaintiff, "Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court, the Honorable John P. Cronan, Courtroom 12D, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting the Motion for Distribution of Class Action Settlement Funds.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Margery Craig Concerning the Results of the Claims Administration Process. Lead Plaintiff respectfully requests that the Court decide the Motion on the papers and enter the [Proposed] Order for Distribution of Class Action Settlement Funds submitted herewith.

DATED: November 30, 2022

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
     STEVE W. BERMAN
Steve W. Berman (admitted *Pro Hac Vice*)
Jerrod C. Patterson (admitted *Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff David Cohn and Additional Representative Plaintiff Chad L. Moshell*

- 1 -