# EXHIBIT A

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## SASOL LIMITED SECURITIES LITIGATION

TOTAL # OF CLAIMS…………………………………………………… 46,707

TOTAL # OF APPROVED VALID CLAIMS………………………………… 31,127

TOTAL # OF INELIGIBLE CLAIMS……………………………….…... 15,580

        NO RECOGNIZED LOSSES.....................................9,879
        SHARES NOT PURCHASED ....................................2,823
        PURCHASED OUTSIDE CLASS PERIOD................2,372
        SHARES SOLD SHORT...................................................368
        INADEQUATE DOCUMENTATION ............................69
        DUPLICATE CLAIMS .....................................................58
        CLAIM WITHDRAWN .....................................................8
        WRONG STOCK .............................................................3

        TOTAL .....................................................................15,580

**TOTAL RECOGNIZED LOSSES .......................................................$105,678,701.16**

 4% (PURCHASED MARCH 10, 2015 TO SEPTEMBER 6, 2015).......$25,778,618.00
23% (PURCHASED SEPTEMBER 7, 2015 TO JUNE 5, 2016) ............$30,995,208.41
25% (PURCHASED JUNE 6, 2016 TO FEBRUARY 26, 2017) ..............$8,399,450.51
44% (PURCHASED FEBRUARY 27, 2017 TO AUGUST 15, 2019)....$37,291,446.83
 4% (PURCHASED AUGUST 16, 2019 TO JANUARY 13, 2020).........$3,213,977.41