# EXHIBIT B-2

**LATE, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-2**

| Claim # | Recognized Losses 4%-1 | Recognized Losses 23% | Recognized Losses 25% | Recognized Losses 44% | Recognized Losses 4%-2 | Total Recognized Losses |
|---|---|---|---|---|---|---|
| 1860 | - | - | - | 640.00 | - | 640.00 |
| 46322 | - | - | - | - | 19,100.00 | 19,100.00 |
| 46323 | - | 30,113.60 | - | 344,950.08 | - | 375,063.68 |
| 46325 | - | - | 28,276.77 | 468,759.42 | 18,471.61 | 515,507.80 |
| 46329 | - | - | - | 50,868.30 | - | 50,868.30 |
| 46330 | - | - | - | 62,218.03 | - | 62,218.03 |
| 46331 | 12,392.04 | 4,306.44 | - | - | - | 16,698.48 |
| 46333 | 17,640.12 | - | - | 23,507.40 | - | 41,147.52 |
| 46336 | - | - | - | 233.22 | - | 233.22 |
| 46337 | - | 1,341.00 | - | - | - | 1,341.00 |
| 46341 | - | - | - | 597.11 | 11.46 | 608.57 |
| 46349 | 16.21 | 44.59 | 18.59 | 53.93 | - | 133.32 |
| 46350 | 40.23 | - | - | 8.97 | - | 49.20 |
| 46365 | - | - | 313.95 | 224.25 | - | 538.20 |
| 46366 | 724.14 | 120.69 | - | 394.68 | - | 1,239.51 |
| 46367 | 657.09 | 120.69 | 125.58 | 56.00 | - | 959.36 |
| 46368 | 1,243.20 | - | - | - | - | 1,243.20 |
| 46376 | - | - | - | 11,190.10 | - | 11,190.10 |
| 46378 | 155.40 | 23.88 | - | 698.07 | - | 877.35 |
| 46379 | - | - | - | - | 72.58 | 72.58 |
| 46381 | - | - | - | 61.08 | - | 61.08 |
| 46382 | 268.20 | - | 17.94 | - | - | 286.14 |
| 46678 | - | - | - | 75.60 | 716.25 | 791.85 |
| 46680 | - | - | - | 1,539.14 | 538.62 | 2,077.76 |
| 46681 | - | - | - | 178.45 | - | 178.45 |
| 46682 | - | - | - | - | 488.40 | 488.40 |
| 46685 | - | - | - | - | 279.72 | 279.72 |
| 46686 | - | - | - | 1,062.52 | 246.39 | 1,308.91 |
| 46687 | - | - | - | 194.75 | - | 194.75 |
| 46690 | - | - | - | - | 74.50 | 74.50 |
| 46691 | - | - | - | - | 69.60 | 69.60 |
| 46693 | - | - | - | 594.50 | - | 594.50 |
| 46694 | - | - | - | 165.64 | - | 165.64 |
| 46697 | - | - | - | - | 19.47 | 19.47 |
| 46699 | - | - | - | 50.40 | 43.86 | 94.26 |
| 46702 | - | - | - | 8,970.00 | - | 8,970.00 |
| **Total** | **36** | **$33,136.63** | **$36,070.89** | **$28,752.83** | **$977,291.64** $40,132.46 | **$1,115,384.45** |