# EXHIBIT C

Sasol Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**   12

**September 14, 2022**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Sufficient documentation* detailing all your purchases of Sasol Limited publicly traded American Depositary Receipts between March 10, 2015 and April 13, 2020, inclusive. Please provide proof of purchases for the number of ADRs to the right. | 16 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Sasol Limited ("Sasol") publicly traded American Depositary Receipts ("ADRs") during the period from March 10, 2015 through April 13, 2020, inclusive; (2) proof of holdings of Sasol ADRs at the close of trading on March 9, 2015; and (3) proof of holdings of Sasol ADRs at the close of trading on April 13, 2020.