# EXHIBIT D

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 12 | INADEQUATELY DOCUMENTED CLAIM |
| 55 | INADEQUATELY DOCUMENTED CLAIM |
| 56 | INADEQUATELY DOCUMENTED CLAIM |
| 83 | INADEQUATELY DOCUMENTED CLAIM |
| 112 | INADEQUATELY DOCUMENTED CLAIM |
| 124 | INADEQUATELY DOCUMENTED CLAIM |
| 165 | INADEQUATELY DOCUMENTED CLAIM |
| 173 | INADEQUATELY DOCUMENTED CLAIM |
| 179 | INADEQUATELY DOCUMENTED CLAIM |
| 191 | INADEQUATELY DOCUMENTED CLAIM |
| 195 | INADEQUATELY DOCUMENTED CLAIM |
| 202 | INADEQUATELY DOCUMENTED CLAIM |
| 252 | INADEQUATELY DOCUMENTED CLAIM |
| 253 | INADEQUATELY DOCUMENTED CLAIM |
| 262 | INADEQUATELY DOCUMENTED CLAIM |
| 276 | INADEQUATELY DOCUMENTED CLAIM |
| 288 | INADEQUATELY DOCUMENTED CLAIM |
| 289 | INADEQUATELY DOCUMENTED CLAIM |
| 290 | INADEQUATELY DOCUMENTED CLAIM |
| 293 | INADEQUATELY DOCUMENTED CLAIM |
| 304 | INADEQUATELY DOCUMENTED CLAIM |
| 328 | INADEQUATELY DOCUMENTED CLAIM |
| 391 | INADEQUATELY DOCUMENTED CLAIM |
| 413 | INADEQUATELY DOCUMENTED CLAIM |
| 430 | INADEQUATELY DOCUMENTED CLAIM |
| 459 | INADEQUATELY DOCUMENTED CLAIM |
| 470 | INADEQUATELY DOCUMENTED CLAIM |
| 2679 | INADEQUATELY DOCUMENTED CLAIM |
| 2830 | INADEQUATELY DOCUMENTED CLAIM |
| 2835 | INADEQUATELY DOCUMENTED CLAIM |
| 2838 | INADEQUATELY DOCUMENTED CLAIM |
| 2840 | INADEQUATELY DOCUMENTED CLAIM |
| 31350 | INADEQUATELY DOCUMENTED CLAIM |
| 31443 | INADEQUATELY DOCUMENTED CLAIM |
| 31455 | INADEQUATELY DOCUMENTED CLAIM |
| 31456 | INADEQUATELY DOCUMENTED CLAIM |
| 31457 | INADEQUATELY DOCUMENTED CLAIM |
| 31458 | INADEQUATELY DOCUMENTED CLAIM |
| 31459 | INADEQUATELY DOCUMENTED CLAIM |
| 31460 | INADEQUATELY DOCUMENTED CLAIM |
| 41111 | INADEQUATELY DOCUMENTED CLAIM |
| 41112 | INADEQUATELY DOCUMENTED CLAIM |
| 41119 | INADEQUATELY DOCUMENTED CLAIM |
| 41148 | INADEQUATELY DOCUMENTED CLAIM |
| 41177 | INADEQUATELY DOCUMENTED CLAIM |
| 41187 | INADEQUATELY DOCUMENTED CLAIM |
| 41188 | INADEQUATELY DOCUMENTED CLAIM |

**INADEQUATELY DOCUMENTED CLAIMS**                    **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 41190 | INADEQUATELY DOCUMENTED CLAIM |
| 41921 | INADEQUATELY DOCUMENTED CLAIM |
| 42369 | INADEQUATELY DOCUMENTED CLAIM |
| 42370 | INADEQUATELY DOCUMENTED CLAIM |
| 46269 | INADEQUATELY DOCUMENTED CLAIM |
| 46282 | INADEQUATELY DOCUMENTED CLAIM |
| 46283 | INADEQUATELY DOCUMENTED CLAIM |
| 46285 | INADEQUATELY DOCUMENTED CLAIM |
| 46286 | INADEQUATELY DOCUMENTED CLAIM |
| 46299 | INADEQUATELY DOCUMENTED CLAIM |
| 46317 | INADEQUATELY DOCUMENTED CLAIM |
| 46339 | INADEQUATELY DOCUMENTED CLAIM |
| 46340 | INADEQUATELY DOCUMENTED CLAIM |
| 46343 | INADEQUATELY DOCUMENTED CLAIM |
| 46347 | INADEQUATELY DOCUMENTED CLAIM |
| 46353 | INADEQUATELY DOCUMENTED CLAIM |
| 46384 | INADEQUATELY DOCUMENTED CLAIM |
| 46426 | INADEQUATELY DOCUMENTED CLAIM |
| 46570 | INADEQUATELY DOCUMENTED CLAIM |
| 46576 | INADEQUATELY DOCUMENTED CLAIM |
| 46604 | INADEQUATELY DOCUMENTED CLAIM |
| 46707 | INADEQUATELY DOCUMENTED CLAIM |

**Total**                                    **69**